IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| CYNTHIA L. GATCHELL | : | |
| Plaintiff(s) | : | |
| vs. | : | Case No.: 8:19-cv-01649-PWG |
| WALMART, INC., et al. | : | Judge Paul W. Grimm |
| Defendants. | : | |

### PLAINTIFF'S DISCLOSURE OF DAMAGES STATEMENT

COMES NOW, the Plaintiff, CYNTHIA L. GATCHELL, by and through her attorneys MICHAEL A. KLOPFER and the Law Office of James E. Farmer, LLC, and hereby discloses the damages being sought in the above-captioned matter:

### OVERVIEW OF NEGLECT

On November 25, 2015, an employee of the Defendant, acting within the scope of his employment, used an electronic shopping cart pusher to move a row of twenty or more shopping carts from outside the Walmart parking lot in La Plata, Maryland, into a shopping cart storage area inside the Walmart store. When Mr. Welch got inside the store with the row of shopping carts, he led the row of shopping carts into the rear of shopping cart storage area. Mr. Welch, however, failed to pay attention to the surrounding areas, specifically, the front of the shopping cart area where customers retrieve shopping carts. Unfortunately, Plaintiff was a customer retrieving a shopping cart when Mr. Welch was loading the storage area and the row of shopping carts Mr. Welch loaded into the storage area protruded into the area Plaintiff was standing striking her directly in the lower back and lower extremity region. Plaintiff sustained significant injuries and has accrued substantial medical expenses.

It is alleged Defendant is vicariously liable for the damages caused by the neglect of its employee and for its direct negligence in insufficiently training said employee, having unreasonable policies and designs for shopping cart pushing and storage, giving no notice to customers of the potential risks of the shopping cart storage area despite the foreseeability of such, in stocking merchandise near the storage area and otherwise.

## ECONOMIC DAMAGES

| Provider | Date | Amount |
|---|---|---|
| UM Charles Regional Urgent Care | 11/25/2015 | $ 246.00 |
| Fort Washington Medical Center | 11/27/2015 | $ 107.65 |
| Greater Washington Emergency Physicians | 11/27/2015 | $ 305.00 |
| LaPlata Family Chiropractic | 11/30/2015 - 03/24/2016 | $ 7,147.00 |
| Tower Radiology | 11/30/2015 | $ 345.00 |
| Premier Orthopedic | 12/01/2015 - 03/21/2016 | $ 1,641.10 |
| American Radiology MRI Lumbar Spine | 12/23/2015 | $ 1,412.00 |
| National Spine & Pain Center | 01/13/2016 - 08/10/2017 | $ 9,054.00 |
| MedStar Southern Maryland Hospital | 02/09/2016 | $ 1,544.25 |
| MedStar Southern Maryland Hospital | 03/15/2016 | $ 1,661.01 |
| MedStar Southern Maryland Hospital | 06/07/2016 | $ 1,858.18 |
| MedStar Shah Medical Group | 01/15/2016 - 06/18/2018 | $ 2,619.00 |
| Anne Arundel Medical Center | 08/15/2016 | $ 2,071.31 |
| Annapolis Radiology Associates | 08/15/2016 | $ 2,325.00 |
| American Radiology MRI Lumbar Spine | 06/28/2017 | $ 1,412.00 |
| Anne Arundel Medical Center | 07/10/2017 - 07/14/2017 | $ 1,880.24 |

| | | | |
|---|---|---|---|
| Annapolis Radiology Associates | 07/10/2017 | $ | 1,842.00 |
| Rx's | | $ | 382.16 |
| | TOTAL MEDICALS: | $ | 37,852.90 |

INCOME / WAGE LOSS
11/30/2015 - 07/14/2017 - 432 hours @ $17.09 per hour

| | | | |
|---|---|---|---|
| | TOTAL LOST WAGES: | $ | 7,383.00 |

MILEAGE EXPENSE
1,880.8 miles $0.19 per mile:

| | | | |
|---|---|---|---|
| | TOTAL MILEAGE: | $ | 357.00 |
| | TOTAL SPECIALS: | $ | 45,592.90 |

## NON-ECONOMIC DAMAGES

Plaintiff will be seeking non-economic damages for pain, suffering, inconvenience, loss of function, impact on daily activities, permanency and all other elements of non-economic damages. After the occurrence, Plaintiff had lower back pain radiating to the lower extremities, upper back pain, mid back pain, and headaches. She was out of work for an extended period of time. The ongoing lower back symptoms required three sets of bilateral facet block injections, a facet radiofrequency denervation and a Lumbar rhizotomy. MRI of the lower back on December 23, 2015, revealed L4-L5 annular tears and L5-S1 bulge and annular tear. She has continuing back pain to this day and it is alleged the injuries are permanent.

Plaintiff has a life expectancy of about 31.7 years/11,570 days. We will be asking for a range of $10.00 per day to $50.00 per day which equals $115,700.00 to $578,500.00 for future pain and suffering, past pain an suffering in the amount of $50,000.00 (date of injury until trial date), as well as the economic looses of $45,235.90, for a total range of $210,935.90 to $673,735.90. Plaintiff reserves the right to adjust these numbers as the evidence unfolds and as the case progresses.

                Respectfully Submitted,

                /s/_____
                MICHAEL A. KLOPFER, ESQ. (07172)
                Law Offices of James E. Farmer, P.A.
                3475 Leonardtown Road, Suite 200
                Waldorf, Maryland 20601
                Mklopfer@farmer-law.com
                (301) 843-3890
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 6th day of January, 2020, a copy of the foregoing Plaintiff's Disclosure of Damages Statement, was mailed, postage prepaid, via first class mail, to:

Jennifer M. Alexander, Esquire
CPF#0112120001
Brassel Alexander, LLC
888 Bestgate Road, Suite 200
Annapolis, Maryland 21401
(443) 837-9800
jalexander@brasselalexander.com
Attorneys for Defendants

                /s/_____
                MICHAEL A. KLOPFER, ESQ.