

PRIORITY PARTNERS
6704 CURTIS CT

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

GLEN BURNIE, MD 21060-6408

CARRIER

| | PICA | | | | | | | | | | | | | PICA | |

**1.** MEDICARE (Medicare#) ☐ MEDICAID (Medicaid#) ☐ TRICARE (ID#/DoD#) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (ID#) ☐ FECA BLK LUNG (ID#) ☐ OTHER (ID) ☐ **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
GATCHELL, CYNTHIA

**3. PATIENT'S BIRTH DATE** 10 08 67 SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)
16 PUEBLO CIR

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY INDIAN HEAD STATE MD

**8. RESERVED FOR NUCC USE**

CITY STATE

ZIP CODE 20640-2052
TELEPHONE (Include Area Code) ( 301 ) 7439735

ZIP CODE
TELEPHONE (Include Area Code)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a.** EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY SEX M ☐ F ☐

**b. RESERVED FOR NUCC USE**

**b.** AUTO ACCIDENT? ☐ YES ☐ NO PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c.** OTHER ACCIDENT? ☐ YES ☐ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☐ NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____ DATE _____

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY QUAL.

**15. OTHER DATE** MM DD YY QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN FOONG CHEE JOANN CHEAH CRNP
17a.
17b. NPI 1912068164

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☐ NO $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) ICD Ind. 0
A. M54.5 B. W22.8XXA C. D.
E. F. G. H.
I. J. K. L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. | A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 11 | 25 | 15 | 11 | 25 | 15 | 20 | | 99213 | 25 | AB | 166.00 | 1 | | NPI | 1912068164 |
| 2 | 11 | 25 | 15 | 11 | 25 | 15 | 20 | | 96372 | | AB | 60.00 | 1 | | NPI | 1912068164 |
| | N463323046527-ME1 | | | | | | | | | | | | | | | |
| 3 | 11 | 25 | 15 | 11 | 25 | 15 | 20 | | J2001 | | AB | 12.00 | 1 | | NPI | 1912068164 |
| 4 | 11 | 25 | 15 | 11 | 25 | 15 | 20 | | 94760 | | AB | 8.00 | 1 | | NPI | 1912068164 |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

**25. FEDERAL TAX I.D. NUMBER** 474492342 SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** 100574

**27. ACCEPT ASSIGNMENT?** ☐ YES ☐ NO

**28. TOTAL CHARGE** $ 246.00

**29. AMOUNT PAID** $ 0.00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
FOONG CHEE JOANN C 01-13-2016
SIGNED _____ DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
UNIVERSITY OF MARYLAND CHARLES
500 CHARLES STREET
LA PLATA, MD 20646-9998
a. 1114393048 b.

**33. BILLING PROVIDER INFO & PH #** 800-8905944
University of Maryland Charles Regional Urgent Care
PO BOX 826754
PHILADELPHIA, PA 19182-6754
a. 1114393048 b. UMDCRMC BILL 1

12/31/15
07:29 Thursday

Fort Washington Medical Center
PATIENT ACCOUNT DETAIL 631945   GATCHELL CYNTHIA L

Page 1

H5ARDET

FORT WASHINGTON MEDICAL CENTER
11711 LIVINGSTON ROAD
FORT WASHINGTON      MD 20744-5151
PHONE: 301-292-7000 TAX ID#: 521682858

```
PATIENT-----------------------------        BILLING INFORMATION------------
 1 NUM/NAME-: 631945   GATCHELL CYNTHIA L     16 CREDIT----:              HOSP DRG..:
 2 SEX------: F                               17 BILL------:              FINAL DRG.:
 3 BIRTH----: 10/06/1967                      18 CYCLE-----: 2
 4 DOCTOR---: 236500 DIXON KARE               19 STAY TYPE-: 3   E/R
 5 MARITAL--: M                               20 SERVICE---: ER
 6 SOC.SEC.-:

GUARANTOR---------------------------        ADMISSION----------------------
10 NAME-----: GATCHELL CYNTHIA L              22 DATE------: 11/27/15
11 ADDRESS-1: 100 CEDAR LANE                  23 CODE------: E
12 ADDRESS-2:
13 CITY/ST--: INDIAN HEAD        MD           DISCHARGE----------------------
14 ZIP------: 20640                           25 DATE------: 11/27/15   DAY STAY
15 PHONE----: 3016433183                      26 CODE------: H  01/HOME
```

| A/R DATE | SERV DATE | TYPE TRAN | CHG CODE | CHG/REC NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | MED NECESSARY | CPT |
|----------|-----------|-----------|----------|----------------|-----------------|--------|--------|---------------|-----|
| 11/27/15 | | CHG | 250 | 2000747 | 2.00 MOTRIN (IBUPROFEN) TAB : 400MG | .32 | | | |
| 11/27/15 | | CHG | 451 | 13305201 | 1.00 ER ROOM SCREENING | 71.55 | | | 99281 |
| 11/27/15 | | CHG | 452 | 13305202 | 1.00 ER ROOM INTERMEDIATE VISIT | 35.78 | | | 99282 |

12/31/15
07:29 Thursday

Fort Washington Medical Center
PATIENT ACCOUNT DETAIL 631945   GATCHELL CYNTHIA L

...GE  2
H5ARDET

FORT WASHINGTON MEDICAL CENTER
11711 LIVINGSTON ROAD
FORT WASHINGTON      MD 20744-5151
PHONE: 301-292-7000 TAX ID#: 521682858

****************** CHARGE SUMMARY ******************

| REVENUE CODE | DESCRIPTION | AMOUNT | DAYS | DAYS MED-NECESSARY | UNITS |
|---|---|---|---|---|---|
| 451 | ER ROOM COMPREHENSIVE VISIT | 71.55 | | | 1.00 |
| 452 | ER ROOM INTERMEDIATE VISIT | 35.78 | | | 1.00 |
| 250 | PHARMACY | 0.32 | | | 2.00 |
| | TOTAL CHARGES............ | 107.65 | | | |

# Greater Washington Emergency Physicians

PO BOX 500 MARSHALL VA 201160500
Tel: (877) 641-2239

**ACCOUNT INQUIRY**                                                                    12/23/2015 4:08 AM (EST)

**Account# 849130**

Guarantor Information:

CYNTHIA L GATCHELL
100 CEDAR LANE                                                      Home Tel#: (301) 643-3183
INDIAN HEAD, MD 20640                                               Work Tel#: (301) 643-3183

Patient Information:
Patient# 849130

CYNTHIA L GATCHELL
100 CEDAR LANE                                                      Home Tel#: (301) 643-3183
INDIAN HEAD, MD 20640                                               Work Tel#: (301) 643-3183

Total Balance:  $308.00

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2015 | 4374260 | SUHR | $308.00 | | | | | | 7 | CYNTHIA L GATCHELL |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GREATERW | GREATER | ERGRWAS | | 121115 GWEP KSA | Updated | 12/14/2015 | CYNTHIA L GATCHELL | | | | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/27/2015 | 99283 | | ER EXAM | S39.012D | Strain of muscle, fascia and tendon of lower back, subsequen | X | 1.00 | $308.00 | | |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M54.15 Radiculopathy, thoracolumbar region      G44.209 Tension-type headache, unspecified, not intractable      M54.5 Low back pain

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V58.89 | AFTERCARE NEC | 724.4 | NEURITIS, LUMBOSACRAL NOS | 307.81 | HEADACHE, TENSION | 724.2 | LUMBAGO |

LAPLATA FAMILY CHIROPRACTIC                    Date 04-04-2016
P.O. BOX 2741                                  Page  1
203 CENTENNIAL ST # 105
LAPLATA, MD 20646
(301) 932-2100
521757797

**Attorney Information**
FARMER JAMES ESQ
3475 LEONARDTOWN ROAD
SUITE 200
WALDORF, MD 20601
Accident/Illness date: 11-25-2015

**Patient Information**
CYNTHIA L GATCHELL
100 CEDAR LANE

INDIAN HEAD, MD 20640
Account Number :  6160

| Date | Proc# | Professional Services | DOU | Diagnosis | | Charges | Credits |
|------|-------|----------------------|-----|-----------|--|---------|---------|
| 11-30-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 11-30-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 11-30-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 11-30-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 11-30-15 | A4556 | PADS | 1 | G44.319 | S13.4XXA | 22.00 | |
| 11-30-15 | 99202 | NP LOW SEVERITY VISI | 1 | G44.319 | S13.4XXA | 95.00 | |
| 12-02-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-02-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-02-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-02-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-02-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-07-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-07-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-07-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-07-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-07-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-08-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-08-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-08-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-08-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-08-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-16-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-16-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-16-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-16-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-16-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-17-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-17-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-17-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-17-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-17-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-22-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-22-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-22-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |

LAPLATA FAM CHIRO BILL          1

| Date | Proc# | Professional Services | DOU | Diagnosis | | Charges | Credits |
|------|-------|----------------------|-----|-----------|--|---------|---------|
| 12-22-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-22-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 12-29-15 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 12-29-15 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-29-15 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-29-15 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 12-29-15 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-05-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-05-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-05-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-05-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-05-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-07-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-07-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-07-16 | 97110 | THERAPEUTIC EXERCISE | 2 | G44.319 | S13.4XXA | 90.00 | |
| 01-07-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-07-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-12-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-12-16 | 97110 | THERAPEUTIC EXERCISE | 2 | G44.319 | S13.4XXA | 90.00 | |
| 01-12-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-12-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-12-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-19-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-19-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-19-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-19-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-19-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-21-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-21-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-21-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-21-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-21-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-26-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-26-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-26-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-26-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 01-26-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-28-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 01-28-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-28-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-28-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 01-28-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-02-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-02-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-02-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-02-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |

| Date | Proc# | Professional Services | DOU | Diagnosis | | Charges | Credits |
|------|-------|----------------------|-----|-----------|---|---------|---------|
| 02-02-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-02-16 | 99212 | FOLLOW/UP   LIMITED | 1 | G44.319 | S13.4XXA | 75.00 | |
| 02-04-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-04-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-04-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-04-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-04-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-11-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-11-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-11-16 | 97035 | ULTRASOUND THERAPY | 2 | G44.319 | S13.4XXA | 45.00 | |
| 02-11-16 | 97110 | THERAPEUTIC EXERCISE | 2 | G44.319 | S13.4XXA | 90.00 | |
| 02-11-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-16-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-16-16 | 97110 | THERAPEUTIC EXERCISE | 2 | G44.319 | S13.4XXA | 90.00 | |
| 02-16-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-16-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-16-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-18-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-18-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-18-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-18-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-23-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-23-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-23-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-23-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-23-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 02-25-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 02-25-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-25-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-25-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 02-25-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-03-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-03-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 03-03-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-03-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-03-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-09-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 03-09-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-09-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-09-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-17-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 03-17-16 | 97014 | ELECT STIM   UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-17-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-17-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-22-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-22-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |

| Date | Proc# | Professional Services | DOU | Diagnosis | | Charges | Credits |
|------|-------|----------------------|-----|-----------|---|---------|---------|
| 03-22-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-22-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-22-16 | 99212 | FOLLOW/UP  LIMITED | 1 | G44.319 | S13.4XXA | 75.00 | |
| 03-22-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 03-22-16 | S8948 | LASER | 1 | G44.319 | S13.4XXA | 50.00 | |
| 03-24-16 | 98941 | CMT 3-4 AREAS | 1 | G44.319 | S13.4XXA | 70.00 | |
| 03-24-16 | 97110 | THERAPEUTIC EXERCISE | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-24-16 | 97014 | ELECT STIM  UNATTEND | 1 | G44.319 | S13.4XXA | 45.00 | |
| 03-24-16 | 97035 | ULTRASOUND THERAPY | 1 | G44.319 | S13.4XXA | 45.00 | |

Total Charges    :    7,147.00

LAPLATA FAM CHIRO BILL        4

8/29/2018 7:44 AM

## Patient Financial History

For the Posting Date November 30, 2015 through November 30, 2015

CYNTHIA GATCHELL (140523)

Learn more about this report

| ClaimID | Post Date | Service Date | Drft/Voucher | Procedure | Description | Diagnosis | Units | Amount |
|---|---|---|---|---|---|---|---|---|
| 223276 | 11/30/2015 | 11/30/2015 | 332 | 72050 | RADIOLOGIC EXAM, SPINE, CERVICAL; 4+ VIEW | M54.2 | 1.00 | 165.00 |
| 223277 | 11/30/2015 | 11/30/2015 | 332 | 72110 | RADIOLOGIC EXAM, SPINE, LUMBOSACRAL; 4+ | M54.5 | 1.00 | 180.00 |

|  |  |
|---|---|
| TOTAL CHARGES | 345.00 |
| TOTAL ADJUSTMENTS | - |
| TOTAL PAYMENTS | - |
| PATIENT BALANCE | - |
| TOTAL BALANCE | 345.00 |

TOWER RADIOLOGY BILL          1

# Premier Orthopedics, P.A.

Kevin E. McGovern, M.D.            Michael A. Franchetti, M.D.
David U. Arango, M.D.              Nyagon G Duany, M.D.
                    Susan Liu, M.D.

| FREDERICK CROSSING | PATUXENT PLACE | 75 THOMAS JOHNSON DRIVE |
|---|---|---|
| 3570 ST. JOHNS LANE | 545 MAIN STREET | FREDERICK, MD 21702 |
| ELLICOTT CITY, MARYLAND 21042-4032 | LAUREL, MARYLAND 20707 | TELEPHONE (301)663-0009 |
| TELEPHONE (410) 461-9500 | TELEPHONE (301) 776-2000 | FAX (301)695-8633 |
| FAX (410) 461-8945 | FAX (301) 776-2806 | |

PHYSICIANS PAVILLION AT OWINGS MILLS          9135 PISCATAWAY RD #300
10085 RED RUN BOULEVARD, SUITE 303            CLINTON, MD 20735
OWINGS MILLS, MARYLAND 21117                  TELEPHONE (301) 348-7390
TELEPHONE (410) 363-0777                      FAX (301) 560-8303
FAX (410) 356-2615

ACCOUNT : 2831180                  BILL TO:
PATIENT:    CYNTHIA L GATCHELL     CYNTHIA L GATCHELL
DATE:       3/28/2016 4:13:57 PM   100 CEDAR LN

                                   INDIAN HEAD, MD  20640

| Service Date | Physician | Description | Amount |
|---|---|---|---|
| 12/1/2015 | ARANGO MD | Office/outpt visit, new, detailed | $360.00 |
| 12/30/2015 | ARANGO MD | Office/outpt visit, est, exp prob | $250.00 |
| 2/1/2016 | ARANGO MD | Office/outpt visit, est, exp prob | $250.00 |
| 2/29/2016 | ARANGO MD | Office/outpt visit, est, exp prob | $250.00 |
| 2/29/2016 | ARANGO MD | NAPROXEN 60760046060 500 MG | $107.40 |
| 3/21/2016 | ARANGO MD | Office/outpt visit, est, exp prob | $250.00 |
| 3/21/2016 | ARANGO MD | NAPROXEN 60760046060 500 MG | $107.40 |
| 3/21/2016 | ARANGO MD | CYCLOBENZAPRINE 60760041830 10MG | $66.30 |

Charges:
$1641.10

```
AWJ                              AMERICAN RADIOLOGY ASSOCIATES, PA (RDX6-1017)
         14:29:33 21 JUN 2018              ===== INQUIRY =====            PAGE        1

   PATIENT# 1019608.1      MEDREC/FILM                       PAYCL 0189
   REG DTE 122815 Z-021718 BATCH WD049 PTYPE 4               TRCNT 2
   =========== PATIENT =========== ======== RESPONSIBLE ======== ================ EMPLOYER
   ==================
   GATCHELL CYNTHIA !             GATCHELL CYNTHIA
   16 PUEBLO CIR                  100 CEDAR LN
   INDIAN HEAD MD 20640           INDIAN HEAD MD 20640
   301/643-3183  SS#              301/643-3183  SS#
   HOSPID 499295 ATT
   BIRTH 10-06-67  AGE 48    GENDER F  MARITAL ST U    DEATH      LAST CHNG 12-28-15
   NEXT APPT                         ALLERGY:
   MEDREC Y  SIGN SOURCE B  ASN BENEFIT Y     MSP           AUDIT
   ==================================== GENERAL BILLING INFORMATION ====================================
   BILLST 1     DELQCDE F   DTE LAST PAY          DTE INS FILED 12-28-15  CLM DTE 12-28-15
   CYCLE DATE 07-27-16      CDE LAST PAY          ADMIT DATE             ADM FC
   DATE LAST SEEN           AMT LAST PAY          DISCH DATE   12-23-15  INV FC
   BUDGET DATE              AMT/AMTDUE      /     ACC DATE/TYPE          /OA
   REFDR ARS478 ALFANO FRANK  LOCUM               PRI CARE
   =INS =POLICY#============ =GROUP#=========== AS RL TYP =HOLDER================ =PAID=====
   =REJ DATE=
   1609 00109148201                         Y 18
   0100
   =========================== FREE FORM AND OTHER INSURANCE INFORMATION
   ================================================
   ================================================ SPEC ENCOUNTER INFORMATION
   ================================================
   HOME.BOUND N LMP 10-11-15 EMERGENCY N PREGNANCY N EPSDT.REFERRAL N

                                    ===== D E T A I L =====
   ENC# TRNO BATCH  INIT TYPE DRNO DATE    CODE        DESCRIPTION           AMOUNT QTY
   SYSDTE BFLG OVFLG THER
   1    1   WD049  INT  3    23  12-23-15 72148        MRI LUMBAR SPINE       1412.00  1
   122815
   I9
   I10 (1) M51.27 OTHER INTERVERTEBRAL DISC DISPLACEMENT, LUMBOSACRAL REGION (2) M51.36 OTHER
   INTERVERTEBRAL DISC DEGENERATION, LUMBAR REGION (3) M71.30 OTHER BURSAL CYST, UNSPECIFIED SITE (4)
   M54.5 LOW BACK PAIN
     ACCESS# 4861714    CHG.REFDR ARS478   DATE RECVD 12/28/15
```

AMERICAN RADIOLOGY BILL        1

# Patient Ledger - Detailed

| | | |
|---|---|---|
| Patient ID: | 164555 | CYNTHIA L GATCHELL |
| Birthdate: | 10/06/1987 | 100 CEDAR LN |
| Phone 1: | (301) 643-3183 Cell | INDIAN HEAD MD 20640 |
| Phone 2: | | |

**Total Charges:** $9,054.00

| Visit DOS | Visit DOE | Company | Provider | Facility | Ticket Number | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code    Modifiers | Description | | Check # Units | Charge | Payment | Adjustment | Insurance | Patient |
| 01/13/2016 | 01/14/2016 | CENTER FOR PAIN MANAGEMENT LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP378927 | | | | | | |
| 01/13/2016-01/13/2016 | | 01/08/2016 | 99242 | Office consultation for a new or e | | 1.00 | $150.00 | | | | |
| | | | | Visit Total/Balance Due | | | $150.00 | | | | |
| 01/14/2016 | 01/19/2016 | CENTER FOR PAIN MANAGEMENT LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP382002 | | | | | | |
| 01/14/2016-01/14/2016 | | 01/19/2016 | L0650 | LUMBAR-SACRAL ORTHOSIS, S/ | | 1.00 | $995.00 | | | | |
| | | | | Visit Total/Balance Due | | | $995.00 | | | | |
| 01/13/2016 | 01/21/2016 | CENTER FOR PAIN MANAGEMENT LLC | Barletta MD, Arthur P | LAB - CLINTON | MSP384640 | | | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6055 | Alkaloids, Nicotine | | 1.00 | $129.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6056 | Opiates, 1 or more | | 4.00 | $424.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6053 | Methadone | | 1.00 | $89.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6042 | Amphetamines, 3 to 4 | | 1.00 | $85.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6044 | Cocaine | | 1.00 | $82.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6058 | Skeletal Muscle Relaxants, 1-2 | | 1.00 | $72.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6031 | Benzodiazepines, 13 or more | | 1.00 | $56.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | G6043 | Barbituates | | 1.00 | $52.00 | | | | |
| 01/13/2016-01/13/2016 | | 01/21/2016 | COMMG0479 | Alcohol Presumptive | | 1.00 | $25.00 | | | | |

NATIONAL SPINE AND PAIN BILL          1

| Patient ID: | 164555 |
|---|---|
| Birthdate: | 10/08/1987 |
| Phone 1: | (301) 643-3183 Cell |
| Phone 2: | |

CYNTHIA L GATCHELL
100 CEDAR LN
INDIAN HEAD MD 20640

Total Charges:                    $9,054.00

| Visit DOS | Visit DOE | Company | Provider | Facility | Ticket Number | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code | Modifiers | Description | Check # Units | Charge | Payment | Adjustment | Insurance | Patient |
| 01/13/2016-01/13/2016 | | 04/26/2016 | G0482 | | Definitive 15-21 drug classes | 1.00 | $495.00 | | | | |
| | | | | | Visit Total/Balance Due | | $495.00 | | | | |
| 02/09/2016 | 02/11/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | SOUTHERN-OP | MSP400110 | | | | | | |
| 02/09/2016-02/09/2016 | | 02/11/2016 | 64493P | 50 | Injection(s), diagnostic or therape | 1.00 | $650.00 | | | | |
| 02/09/2016-02/09/2016 | | 02/11/2016 | 64493P | LT | Injection(s), diagnostic or therape | 1.00 | $650.00 | | | | |
| 02/09/2016-02/09/2016 | | 02/11/2016 | 64494P | 50 | Injection(s), diagnostic or therape | 1.00 | $450.00 | | | | |
| 02/09/2016-02/09/2016 | | 02/11/2016 | 64494P | LT | Injection(s), diagnostic or therape | 1.00 | $450.00 | | | | |
| | | | | | Visit Total/Balance Due | 851 | $2,200.00 | | | | |
| 02/19/2016 | 02/22/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP411065 | | | | | | |
| 02/19/2016-02/19/2016 | | 02/22/2016 | 99214 | | Office or other outpatient visit for | 1.00 | $195.00 | | | | |
| | | | | | Visit Total/Balance Due | | $195.00 | | | | |
| 03/01/2016 | 03/04/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP422168 | | | | | | |
| 03/01/2016-03/01/2016 | | 03/04/2016 | 99213 | | Office or other outpatient visit for | 1.00 | $130.00 | | | | |
| | | | | | Visit Total/Balance Due | | $130.00 | | | | |
| 03/16/2016 | 03/18/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | SOUTHERN-OP | MSP431085 | | | | | | |
| 03/15/2016-03/15/2016 | | 03/18/2016 | 64493 | RT | Injection(s), diagnostic or therape | 1.00 | $650.00 | | | | |
| 03/15/2016-03/15/2016 | | 03/18/2016 | 64493 | LT | Injection(s), diagnostic or therape | 1.00 | $650.00 | | | | |
| 03/15/2016-03/15/2016 | | 03/18/2016 | 64494 | RT | Injection(s), diagnostic or therape | 1.00 | $450.00 | | | | |
| 03/15/2016-03/15/2016 | | 03/18/2016 | 64494 | LT | Injection(s), diagnostic or therape | 1.00 | $450.00 | | | | |
| | | | | | Visit Total/Balance Due | | $2,200.00 | | | | |

Patient ID: 164555
Birthdate: 10/08/1987
Phone 1: (301) 643-3183 Cell
Phone 2:

CYNTHIA L GATCHELL
100 CEDAR LN
INDIAN HEAD MD 20640

Total Charges: $9,054.00

| Visit DOS | Visit DOE | Company | Provider | Facility | Ticket Number | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE Code | Modifiers | Description | Check # Units | Charge | Payment | Adjustment | Insurance | Patient | |
| 04/14/2016 | 04/19/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP460918 | | | | | | |
| 04/14/2016-04/14/2016 | | 04/19/2016  99213 | | Office or other outpatient visit for | | 1.00 | $130.00 | | | | |
| | | | | Visit Total/Balance Due | | | $130.00 | | | | |
| 05/12/2016 | 05/13/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP482790 | | | | | | |
| 05/12/2016-05/12/2016 | | 05/13/2016  99213 | | Office or other outpatient visit for | | 1.00 | $130.00 | | | | |
| | | | | Visit Total/Balance Due | | | $130.00 | | | | |
| 06/07/2016 | 06/10/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | SOUTHERN-OP | MSP505167 | | | | | | |
| 06/07/2016-06/07/2016 | | 06/10/2016  27096P | RT | Injection procedure for sacroiliac | | 1.00 | $1,000.00 | | | | |
| | | | | Visit Total/Balance Due | | | $1,000.00 | | | | |
| 06/14/2016 | 06/16/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP511681 | | | | | | |
| 06/14/2016-06/14/2016 | | 06/16/2016  99213 | | Office or other outpatient visit for | | 1.00 | $130.00 | | | | |
| | | | | Visit Total/Balance Due | | | $130.00 | | | | |
| 09/07/2016 | 09/12/2016 | CENTER FOR PAIN MANAGEMEN T LLC | Greene CRNP, Orin | CLINTON OFFICE | MSP561441 | | | | | | |
| 09/07/2016-09/07/2016 | | 09/12/2016  99214 | | Office or other outpatient visit for | | 1.00 | $195.00 | | | | |
| | | | | Visit Total/Balance Due | | | $195.00 | | | | |
| 06/26/2017 | 06/28/2017 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP839857 | | | | | | |
| 06/26/2017-06/26/2017 | | 06/28/2017  99214 | | Office or other outpatient visit for | | 1.00 | $195.00 | | | | |
| | | | | Visit Total/Balance Due | | | $195.00 | | | | |
| 07/13/2017 | 07/17/2017 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | CLINTON OFFICE | MSP854827 | | | | | | |

06/05/2018 9:22 am
Patient Ledger – Detailed

Center for Pain Management LLC

NATIONAL SPINE AND PAIN BILL

Patient ID:     164555
Birthdate:      10/06/1967
Phone 1:        (301) 643-3183 Cell
Phone 2:

CYNTHIA L GATCHELL
100 CEDAR LN
INDIAN HEAD MD 20640

Total Charges:          $9,054.00

| Visit DOS | Visit DOE | Company | Provider | | Facility | Ticket Number | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code | Modifiers | Description | | Check # | Units | Charge | P | ment | Adjustment | Insurance | Patient |
| 07/13/2017-07/13/2017 | | 07/21/2017 | 95909 | | Nerve conduction studies; 5-6 stu | | | 1.00 | $309.00 | | | | | |
| 07/13/2017-07/13/2017 | | 07/21/2017 | 95886 | | Needle electromyography, each e | | | 1.00 | $250.00 | | | | | |
| | | | | | Visit Total/Balance Due | | | | $559.00 | | | | | |
| 07/06/2017 | 07/26/2017 | CENTER FOR PAIN MANAGEMEN T LLC | Barletta MD, Arthur P | | CLINTON OFFICE | MSP864049 | | | | | | | | |
| 07/06/2017-07/06/2017 | | 08/04/2017 | 99212 | | Office or other outpatient visit for | | | 1.00 | $90.00 | | | | | |
| | | | | | Visit Total/Balance Due | | | | $90.00 | | | | | |
| 08/10/2017 | 08/14/2017 | CENTER FOR PAIN MANAGEMEN T LLC | Greene CRNP, Orin | | CLINTON OFFICE | MSP881607 | | | | | | | | |
| 08/10/2017-08/10/2017 | | 08/14/2017 | 99215 | | Office or other outpatient visit for | | | 1.00 | $250.00 | | | | | |
| | | | | | Selected Visit Totals | | | | $9,054.00 | | | | | |

PAGE NO. 1

HCI #   8 1 I

| TYPE OF BILL | DATE OF BILL | PREV. BILL DATE |
|---|---|---|
| CYCLE INS. | 02/15/16 | |

MEDSTAR SOUTHERN MARYLAND HOSPITAL
PO BOX 417848
BOSTON, MA
410 933-2424
FEI # 460726303

02241-7848

BIRTH-DATE
10/06/67   GE9

HOSP. NO.

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|
| W    O<br>GATCHELL ,CYNTHIA | 7331192 | F | | 02/09/16 | | | OUT PATIENT |

GUARANTOR NAME AND ADDRESS

CYNTHIA GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

| C.O.S | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|

BARLETTA, ARTHUR D

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 02/09 | 001 FLUOROSCOPY | 32102600 | 195.63 | | | | | |
| | DEPARTMENT 32      SUBTOTAL--- | | 195.63 | | | | | |
| 02/09 | 018 OR MINUTE | 36010221 | 583.56 | | | | | |
| | DEPARTMENT 36      SUBTOTAL--- | | 583.56 | | | | | |
| 02/09 | 001 SAME DAY SUR | 49090004 | 743.84 | | | | | |
| | DEPARTMENT 49      SUBTOTAL--- | | 743.84 | | | | | |
| 02/09 | 001 METHYLPREDNI | 63603765 | 19.83 | | | | | |
| 02/09 | 001 LIDOCAINE 1% | 63622211 | 1.39 | | | | | |
| | DEPARTMENT 63      SUBTOTAL--- | | 21.22 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | OR/RECV RM/AMBS | | 1327.40 | | | | | |
| | IMAGING/X-RAY | | 195.63 | | | | | |
| | PHARMACY | | 21.22 | | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 1544.25 | 1544.25 | | | | |
| | EMPLOYER INFORMATION: | | | | | | | |
| | EMPLOYER NOT IN PROFILE | | | | | | | |

ACC DATE:   02/08/16     TYPE: I     TIME:     9:37 AM     PLACE:               EMPL REL: N
DIAGNOSIS:               M47.816
                         M47.816
PROCEDURE: 64493         02/09/16
           64494         02/09/16

| T O T A L S | | 1544.25 | | | | | |
|---|---|---|---|---|---|---|---|

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

MEDSTAR SOUTHERN MARYLAND HOSPITAL     PRINTED BY: MCKPRINT     MEDSTAR SOMD BILL 2/17/2016   1

PAGE NO. 1

HCI #   8 1 I

MEDSTAR SOUTHERN MARYLAND HOSPITAL
PO BOX 417848
BOSTON, MA                                    02241-7848
410 933-2424                          BIRTH-DATE
FEI # 460726303                       10/06/67   GE9

HOSP.NO.

| TYPE OF BILL | DATE OF BILL | PREV.BILL DATE |
|---|---|---|
| CYCLE INS. | 03/20/16 | |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|
| W    O GATCHELL ,CYNTHIA | 7483308 | F | | 03/15/16 | | | OUT PATIENT |

| GUARANTOR NAME AND ADDRESS | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| CYNTHIA GATCHELL 100 CEDAR LANE INDIAN HEAD MD 20640 | | | | | |

BARLETTA, ARTHUR P

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 03/15 | 001 FLUOROSCOPY | 32102600 | 199.08 | | | | | |
| DEPARTMENT 32 | SUBTOTAL--- | | 199.08 | | | | | |
| 03/15 | 018 OR MINUTE | 36010221 | 593.82 | | | | | |
| 03/15 | 001 OR MINUTE | 36010221 | 32.99 | | | | | |
| 03/15 | 001 OR MINUTE | 36010221 | 32.99 | | | | | |
| DEPARTMENT 36 | SUBTOTAL--- | | 593.82 | | | | | |
| 03/15 | 018 ANESTHESIA M | 37010022 | 89.82 | | | | | |
| DEPARTMENT 37 | SUBTOTAL--- | | 89.82 | | | | | |
| 03/15 | 001 SAME DAY SUR | 49090004 | 756.97 | | | | | |
| DEPARTMENT 49 | SUBTOTAL--- | | 756.97 | | | | | |
| 03/15 | 001 METHYLPREDNI | 63603765 | 19.92 | | | | | |
| 03/15 | 001 LIDOCAINE 1% | 63622211 | 1.40 | | | | | |
| DEPARTMENT 63 | SUBTOTAL--- | | 21.32 | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | OR/RECV RM/AMBS | | 1350.79 | | | | | |
| | ANESTHESIA | | 89.82 | | | | | |
| | IMAGING/X-RAY | | 199.08 | | | | | |
| | PHARMACY | | 21.32 | | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 1661.01 | | | | | |
| | EMPLOYER INFORMATION: EMPLOYER NOT IN PROFILE | | | | | | | |

| T O T A L S | | | 1661.01 | | | | | |

| PATIENT NUMBER | | |
|---|---|---|
| 7483308 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |

HCI #    8 1 I

MEDSTAR SOUTHERN MARYLAND HOSPITAL
PO BOX 417848
BOSTON, MA
410 933-2424
FEI #  460726303

02241-7848

PAGE NO. 2

BIRTH-DATE  HOSP.NO.
10/06/67   GE9

| TYPE OF BILL | DATE OF BILL | PREV.BILL DATE |
|---|---|---|
| CYCLE INS. | 03/20/16 | |

| W    O   PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|
| GATCHELL ,CYNTHIA | 7483308 | F | | 03/15/16 | | | |

| GUARANTOR NAME AND ADDRESS | CYNTHIA GATCHELL 100 CEDAR LANE INDIAN HEAD MD 20640 |
|---|---|

C.O.B  INSURANCE COMPANY NAME  GROUP NUMBER  POLICY NUMBER

BARLETTA, ARTHUR P

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | ACC DATE:   03/15/16   TYPE: | I   TIME:   8:00 AM   PLACE: | | | | | EMPL REL: N | |
| | DIAGNOSIS: | M47.816 | | | | | | |
| | | M47.816 | | | | | | |
| | PROCEDURE:  64493 | 03/15/16 | | | | | | |
| | 64494 | 03/15/16 | | | | | | |
| | T O T A L S | | 1661.01 | | | | | |

PATIENT NUMBER
7483308

PLEASE REFER TO PATIENT
NUMBER ON ALL INQUIRIES
AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY
FOR ANY CHARGES NOT POSTED WHEN THIS STATE-
MENT WAS PREPARED, OR IF INSURANCE CARRIERS
DO NOT PAY ANY PART OF THE AMOUNTS SHOWN
UNDER ESTIMATED INSURANCE COVERAGE.

MEDSTAR SOUTHERN MARYLAND HOSPITAL
BOSTON, MA

MEDSTAR SOMD BILL
PRINTED BY: MCKENNA  5/23/2016  2

PAGE NO. 1

HCI #     8 1 I

MEDSTAR SOUTHERN MARYLAND HOSPITAL
PO BOX 417848
BOSTON, MA
FEI # 460726303

02241-7848

HOSP.NO.
BIRTH-DATE
10/06/67  GE9

| TYPE OF BILL | DATE OF BILL | PREV.BILL DATE |
|---|---|---|
| CYCLE INS. | 06/12/16 | |

410 933-2424

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|
| W   O GATCHELL ,CYNTHIA | 7731078 | F | | 06/07/16 | | | OUT PATIENT |

GUARANTOR NAME AND ADDRESS

CYNTHIA GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|

BARLETTA, ARTHUR D

AMOUNT OF PAYMENT    $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. I | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 06/07 | 001 FLUOROSCOPY | 32102600 | 199.08 | | | | | |
| DEPARTMENT 32 | SUBTOTAL--- | | 199.08 | | | | | |
| 06/07 | 022 OR MINUTE | 36010221 | 725.78 | | | | | |
| 06/07 | 001 OR MINUTE | 36010221 | 32.99 | | | | | |
| DEPARTMENT 36 | SUBTOTAL--- | | 758.77 | | | | | |
| 06/07 | 022 ANESTHESIA M | 37010022 | 109.78 | | | | | |
| DEPARTMENT 37 | SUBTOTAL--- | | 109.78 | | | | | |
| 06/07 | 001 SAME DAY SUR | 49090004 | 756.97 | | | | | |
| DEPARTMENT 49 | SUBTOTAL--- | | 756.97 | | | | | |
| 06/07 | 001 METHYLPREDNI | 63603765 | 31.37 | | | | | |
| 06/07 | 001 LIDOCAINE 1% | 63622211 | 2.21 | | | | | |
| DEPARTMENT 63 | SUBTOTAL--- | | 33.58 | | | | | |

SUMMARY OF CURRENT CHARGES
    OR/RECV RM/AMBS        1515.74
    ANESTHESIA             109.78
    IMAGING/X-RAY          199.08
    PHARMACY               33.58

SUB-TOTAL OF CURR. CHARGES   1858.18

EMPLOYER INFORMATION:
    LATIN AMERICAN SERVICES

| T O T A L S | | 1858.18 | | | | | |
|---|---|---|---|---|---|---|---|

PATIENT NUMBER
7731078

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE

MEDSTAR SOUTHERN MARYLAND HOSPITAL     PRINTED BY: MCKPRINT

MEDSTAR SOMD BILL   6/14/2016  1

HCI #     8 1 I

MEDSTAR SOUTHERN MARYLAND HOS. AL
PO BOX 417848
BOSTON, MA
410 933-2424
FEI #   460726303

| PAGE NO. |
|---|
| 2 |

02241-7848

BIRTH-DATE
10/06/67

| HOSP.NO. |
|---|
| GE9 |

| TYPE OF BILL | DATE OF BILL | PREV.BILL DATE |
|---|---|---|
| CYCLE INS. | 06/12/16 | |

| W    O | PATIENT   NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| | GATCHELL ,CYNTHIA | 7731078 | F | | 06/07/16 | | | |

| GUARANTOR NAME AND ADDRESS | CYNTHIA GATCHELL 100 CEDAR LANE INDIAN HEAD MD 20640 | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|---|

BARLETTA, ARTHUR P

| AMOUNT OF PAYMENT | $ |
|---|---|

| DATE OF SERVICE | DESCRIPTION     OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | ACC DATE:   05/27/16     TYPE: I    TIME:   3:47 AM    PLACE: | | | | | | EMPL REL: N | |
| | DIAGNOSIS:          M53.3 M53.3 | | | | | | | |
| | PROCEDURE: 27096    06/07/16 | | | | | | | |

| T O T A L S | | | 1858.18 | | | | | |

| PATIENT   NUMBER |
|---|
| 7731078 |

PLEASE REFER TO PATIENT
NUMBER ON ALL INQUIRIES
AND CORRESPONDENCE.

ADDITIONAL PATIENT  BILLING MAY BE NECESSARY
FOR ANY CHARGES NOT POSTED WHEN THIS STATE-
MENT WAS PREPARED, OR IF INSURANCE CARRIERS
DO NOT PAY ANY PART OF THE AMOUNTS SHOWN
UNDER ESTIMATED INSURANCE COVERAGE

MEDSTAR SOUTHERN MARYLAND HOSPITAL
BOSTON, MA

MEDSTAR SOMD BILL
PRINTED BY: MCKPRINT                6/14/2016   2

MAKE CHECKS PAYABLE TO:

**MedStar Medical Group-Southern MD, LLC**
P O Box 419055

Boston, MA 02241-9055

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| CHECK CARD USING FOR PAYMENT |
| AMERICAN EXPRESS   DISCOVER   MASTERCARD   VISA |
| CARD NUMBER | CVV | AMOUNT |
| SIGNATURE | | EXP. DATE |

STATEMENT

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 09/13/18 | $0.00 | 40258 |

| SHOW AMOUNT PAID HERE | $ |
|---|---|

ADDRESSEE:

Gatchell, Cynthia L
100 Cedar Lane
P O Box 502
Indian Head, MD 20640-0502
USA

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

MedStar Shah is Pleased To Serve You

REMIT TO:

**MedStar Medical Group-Southern MD, LLC**
P O Box 419055
Boston, MA 02241-9055

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

(301) 971-3857

| DATE | PATIENT | PROVIDER | SERVICE | DESCRIPTION OF SERVICE | CHARGE | INSUR RECEIPT | PATIENT RECEIPT | ADJUST | INSUR BALANCE | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/16 | Cynthia | Castrenc... | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 08/29/16 | Cynthia | Castrenc... | 99214 | Offic/outpt E&m Estab Mod-hi 2 | $288.00 | | | | | |
| | | | | | | | | | | |
| 12/05/16 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 02/09/17 | Cynthia | Castreno... | 00213 | Offic/outpt E&m Estab Low-mod | $104.00 | | | | | |
| 06/23/17 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 09/27/17 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 12/19/17 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 01/03/18 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 06/18/18 | Cynthia | Harper PA | 99213 | Offic/outpt E&m Estab Low-mod | $194.00 | | | | | |
| 06/18/18 | Cynthia | Karkhanis... | 99244 | Offic Cons New/estab Mod-hi 60 | $491.00 | | | | | |
| 07/30/18 | Cynthia | Karkhanis... | 99214 | Offic/outpt E&m Estab Mod-hi 2 | $288.00 | | | | | |

Thank You For Your Prompt Attention.

| ACCOUNT NBR | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| 40258 | | | | | | |

MESSAGE:
Please contact our Business Office at 301-971-3857 with any questions or to update your insurance. Thank You.

| PLEASE PAY THIS AMOUNT »»»» |
|---|

** PAYMENT DUE UPON RECEIPT * THANK YOU **
STATEMENT

PAGE: 1



MEDSTAR MEDICAL GRP BILL          1

Anne Arundel Medical Center
2001 Medical Parkway
Annapolis, MD 21401

For any additional questions please call
Patient Financial Services at
**(443) 481-6500**

*This is an itemized list of all charges associated with your hospital account.*

Cynthia Gatchell
100 Cedar Lane
Indian Head, MD 20640

*All charges included in bill
as of 6/1/2018*

Admit Date: 08/15/16
Discharge Date: 08/15/16

## Account Summary

Patient: Gatchell,Cynthia
Account ID: 10001281892

Detail Bill Date: 06/01/2018

**Charges**

| Service Date | CDM Code | Description | Quantity | Amount |
|---|---|---|---|---|
| 08/15/2016 | 007739 | LINE MNTR ADLT CO2 O2 TUBE NONINTUBATE FLTRLN LNG NSL | 1 | 21.11 |
| 08/15/2016 | 0406630125 | CANNULA 20GA 100MM RF CRV ACT TIP MNPLR ELTX MULTIGEN GNTR | 8 | 471.47 |
| 08/15/2016 | 0406650205 | ELECTRODE ESURG NS DISP SLFADH PT PLT NTRL | 1 | 40.27 |
| 08/15/2016 | 102391 | LIDOCAINE (PF) 1 % SOLN | 30 | 6.32 |
| 08/15/2016 | 104707 | BUPIVACAINE 0.25 % SOLN | 1 | 6.23 |
| 08/15/2016 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.55 |
| 08/15/2016 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.55 |
| 08/15/2016 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.55 |
| 08/15/2016 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.55 |
| 08/15/2016 | 22473 | KETOROLAC 30 MG/ML SOLN | 2 | 1.82 |
| 08/15/2016 | 34544 | HYDROCODONE-ACETAMINOPHEN 7.5-325 MG TABS | 1 | 0.63 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 1 | 1.77 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 1 | 1.77 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 1 | 1.77 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 1 | 1.77 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 2 | 3.54 |
| 08/15/2016 | 93538 | MIDAZOLAM 5 MG/5ML SOLN | 2 | 3.54 |
| 08/15/2016 | H653200003 | TRAY SPINE NEURO SNE12SNAGE | 1 | 19.94 |
| 08/15/2016 | HC780036100 | INTERVENTIONAL OR MINUTES | 28 | 1,483.16 |

Total charges:                                                                                          2,071.31

Make Checks Payable to:

*Annapolis Radiology Associates*
*P.O. Box 2902*
*Annapolis, Maryland 21404-2902*

Tax I.D. 52-1362611

Place of Service: Anne Arundel Medical Center

Acct. #9678.1000128l892

Patient: Cynthia Gatchell – DOB: 10/06/1967

| Date of Service | DX | CPT Code | Description | Charge |
|---|---|---|---|---|
| 08/15/16 | M47.817, M54.5 | 99144 | Moderate Conscious Sedation | $ 175.00 |
| 08/15/16 | M47.817, M54.5 | 64635 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar | $ 559.00 |
| 08/15/16 | M47.817, M54.5 | 64635 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar | $ 559.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |
| 08/15/16 | M47.817, M54.5 | 64636 | Destruct. Neurolytic agent, paravert Facet joint nerve w/image guidance Single level lumbar add'l level | $ 172.00 |

ANNAPOLIS RADIOLOGY BILL        1

**Balance:**

Referring Physician: Arthur Barletta, M.D.

W:/itemized statement

Facet joint nerve w/image guidance
Single level lumbar add'l level

$ 2325.00 *

ANNAPOLIS RADIOLOGY BILL                2

AMERICAN RADIOLOGY ASSOCIATES, PA
27086 NETWORK PLACE
CHICAGO, IL, 60673

Patient:
    Acct #: 762924
    GATCHELL, CYNTHIA
    100 CEDAR LN
    INDIAN HEAD, MD 20640

Respons'ble party:
    GATCHELL, CYNTHIA
    100 CEDAR LN
    INDIAN HEAD, MD 20640

| Srvc. Date Modifier(s) | Procedure Description Diagnosis Code(s) | Location | Charge | Physician |
|---|---|---|---|---|
| 06/28/2017 A | 72148 - MR SPINE LUMBAR WOC | 10 - ARSW | $1,412.00 | Kalman, Matthew |
| | M51.27 | | | |

Print Date: 10/09/2018

Reproduced: Tuesday, October 9, 2018 10:37:15 AM (AAmbion)



AMERICAN RADIOLOGY BILL        1

XJM                          ANNAPOLIS RADIOLOGY ASSOCIATES
                             PO BOX 2902
                             ANNAPOLIS MD 21404-2902
                             PHONE#: 866/953-5869
                             TAX ID#: 521362611

******************* S P E C I A L   S T A T E M E N T *******************
RESPONSIBLE PARTY:
------------------------------
CYNTHIA GATCHELL                        DATE...:  07-19-18
100 CEDAR LANE
INDIAN HEAD MD 20640

PATIENT NAME:                                ACCOUNT NO.
-------------         ----                   -----------
CYNTHIA GATCHELL                        5411-10001628267.1

PLACE OF SERVICE:              REFERRING DOCTOR:
-----------------             -----------------
ANNE ARUNDEL MED CTR PC        ARTHUR BARLETTA

            ---------- T R A N S A C T I O N S ----------
DATE      QTY  CODE  SITE  DESCRIPTION                        CHARGES
-----------------------------------------------------------------------
                          MOD SEDATION INITAL 15 MINUTES PT
07-10-17   1   99152  BB   5 YEARS OR OLDR                       36.00
                          DR: TIMOTHY S ECKEL,MD
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17   1   64635  BB   ARAVERTEBRAL FACET JOINT NERVE W/I    559.00
                          DR: TIMOTHY S ECKEL,MD
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17   1   64635  BB   ARAVERTEBRAL FACET JOINT NERVE W/I    559.00
                          DR: TIMOTHY S ECKEL,MD
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17   1   64636  BB   ARAVERTEBRAL FACET JOINT NERVE, W/    172.00
                          DR: TIMOTHY S ECKEL,MD
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17   1   64636  BB   ARAVERTEBRAL FACET JOINT NERVE, W/    172.00
                          DR: TIMOTHY S ECKEL,MD
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17   1   64636  BB   ARAVERTEBRAL FACET JOINT NERVE, W/    172.00
                          DR: TIMOTHY S ECKEL,MD

-----------------------------------------------------------------------
            *********C O N T I N U E D*********

****IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY
REASON, WE WILL ELECTRONICALLY DEBIT YOUR ACCOUNT
FOR THE AMOUNT OF THE CHECK PLUS A PROCESSING FEE OF

                                    ANNAPOLIS RADIOLOGY BILL     1

XJM                       ANNAPOLIS RADIOLOGY ASSOCIATES
                          PO BOX 2902
                          ANNAPOLIS MD 21404-2902
                          PHONE#: 866/953-5869
                          TAX ID#: 521362611


******************* S P E C I A L   S T A T E M E N T *******************
RESPONSIBLE PARTY:
-------------------------------
CYNTHIA GATCHELL                        DATE...:  07-19-18
100 CEDAR LANE
INDIAN HEAD MD 20640


PATIENT NAME:                              ACCOUNT NO.
-------------           ----              -----------
CYNTHIA GATCHELL                        5411-10001628267.1


PLACE OF SERVICE:                  REFERRING DOCTOR:
------------------                 -----------------
ANNE ARUNDEL MED CTR PC            ARTHUR BARLETTA


          ----------- T R A N S A C T I O N S -----------
                                                    CHARGES
DATE     QTY  CODE   SITE  DESCRIPTION
--------------------------------------------------------------------
                          DESTRUCTION BY NEUROLYTIC AGENT, P
07-10-17  1   64636   BB   ARAVERTEBRAL FACET JOINT NERVE, W/    172.00
                          DR: TIMOTHY S ECKEL,MD




--------------------------------------------------------------------




****IF YOUR CHECK IS DISHONORED OR RETURNED FOR ANY
REASON, WE WILL ELECTRONICALLY DEBIT YOUR ACCOUNT

                                   ANNAPOLIS RADIOLOGY BILL        2

Anne Arundel Medical Center
2001 Medical Parkway
Annapolis, MD 21401

For any additional questions please call
Patient Financial Services at
**(443) 481-6500**

*This is an itemized list of all charges associated with your hospital account.*

Cynthia Gatchell
100 Cedar Lane
Indian Head, MD 20640

*All charges included in bill
as of 9/5/2018*

**Admit Date: 07/10/17**
**Discharge Date: 07/10/17**

## Account Summary

Patient: Gatchell,Cynthia
Account ID: 10001628267

Balance: 1,851.95
Detail Bill Date: 09/05/2018

**Charges**

| Service Date | CDM Code | Description | Quantity | Amount |
|---|---|---|---|---|
| 07/10/2017 | 007739 | LINE MNTR ADLT CO2 O2 TUBE NONINTUBATE FLTRLN LNG NSL | 1 | 21.11 |
| 07/10/2017 | 0406630125 | CANNULA 20GA 100MM RF CRV ACT TIP MNPLR ELTX MULTIGEN GNTR | 6 | 353.60 |
| 07/10/2017 | 0406650205 | ELECTRODE ESURG NS DISP SLFADH PT PLT NTRL | 1 | 40.27 |
| 07/10/2017 | 102391 | LIDOCAINE (PF) 1 % SOLN | 10 | 2.48 |
| 07/10/2017 | 104707 | BUPIVACAINE 0.25 % SOLN | 1 | 7.32 |
| 07/10/2017 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.82 |
| 07/10/2017 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.82 |
| 07/10/2017 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.82 |
| 07/10/2017 | 130366 | FENTANYL CITRATE (PF) 100 MCG/2ML SOLN | 1 | 1.82 |
| 07/10/2017 | 40872 | MIDAZOLAM 2 MG/2ML SOLN | 1 | 1.87 |
| 07/10/2017 | 40872 | MIDAZOLAM 2 MG/2ML SOLN | 1 | 1.87 |
| 07/10/2017 | 40872 | MIDAZOLAM 2 MG/2ML SOLN | 1 | 1.87 |
| 07/10/2017 | 40872 | MIDAZOLAM 2 MG/2ML SOLN | 1 | 1.87 |
| 07/10/2017 | 40872 | MIDAZOLAM 2 MG/2ML SOLN | 2 | 3.73 |
| 07/10/2017 | H653200003 | TRAY SPINE NEURO SN512SNAGE | 1 | 19.94 |
| 07/10/2017 | HC780036100 | INTERVENTIONAL OR MINUTES | 23 | 1,417.03 |

**Total charges:** 1,880.24

**Payments and Adjustments**

| Description | | | | Amount |
|---|---|---|---|---|
| | | | | |

**Total payments and adjustments:**

AAMC BILL          1

Call your doctor for medical advi·
You may report side effects to FL

history of alcohol abuse, kidney or liver disease, diabetes, stomach or bowel problems (eg, bleeding, perforation, ulcers, ulcerative colitis, Crohn disease), swelling or fluid buildup, asthma, growths in the nose (nasal polyps), or mouth inflammation. Tell your doctor if you drink alcohol, smoke, or are on a low salt (sodium) diet. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have severe kidney problems, if you are going to have or have recently had bypass heart surgery, or if you are in the last 3 months of pregnancy. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. This medicine has a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. TAKE THIS MEDICINE with a full glass (8-oz./240 ml) of water as directed by your doctor. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. Taking it with food may not decrease the risk of stomach or bowel problems (eg, bleeding, ulcers) that may occur while taking this medicine. Talk with your doctor or pharmacist if you experience persistent stomach upset. IF YOU TAKE ANTACIDS, CHOLESTYRAMINE, OR SUCRALFATE, ask your doctor or pharmacist how to take them with this medicine. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat, moisture, and light. KEEP THIS MEDICINE out of the reach of children and away from pets. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to any ingredient in this product, to aspirin, or to an NSAID (eg, piroxicam, ibuprofen). An allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine or if a certain medicine is a nonsteroidal anti-inflammatory drug, contact your doctor or pharmacist. DO NOT EXCEED THE RECOMMENDED DOSE or use for longer than prescribed without checking with your doctor. Laboratory and/or medical tests, including blood counts, kidney or liver function tests, and blood pressure, may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS

they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bloody or black, tarry stools; change in the amount of urine produced; chest pain; confusion; dark urine; depression; fainting; fast or irregular heartbeat; fever, chills, or persistent sore throat; loss of appetite; mental or mood changes; numbness of an arm or leg; one-sided weakness; pale stools; red, swollen, blistered, or peeling skin; ringing in the ears or hearing changes; seizures; severe headache, dizziness, or vomiting; severe or persistent stomach pain or nausea; shortness of breath; sudden or unexplained weight gain; swelling of hands, legs, or feet; unusual bruising or bleeding; unusual joint or muscle pain; unusual tiredness or weakness; vision or speech changes; vomit that looks like coffee grounds; or yellowing of the skin or eyes. AN ALLERGIC REACTION to this medicine is unlikely but seek immediately medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; trouble breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue; or wheezing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include decreased urination, loss of consciousness, seizures, severe dizziness or drowsiness, severe nausea or stomach pain, slow or troubled breathing, unusual bleeding or bruising, or vomit that looks like coffee grounds.

ADDITIONAL INFORMATION:  If your symptoms do not improve or if they become worse, check with your doctor. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. IF YOU WILL BE TAKING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out, CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

Do not flush unused medications or pot

WIC# 216382

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

---

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD  20640
(301)643-3183
RX # 0616675-10063                    DATE: 11/25/15

**NAPROXEN 500MG TABLETS**
QTY: 20      NO REFILLS - DR. AUTH REQUIRED
New          NDC:68462-0190-05
Retail Price: $13.49

F. CHEAH, NP                    PLAN: JHPMD
MFG:GLENMARK                    GROUP# W7579999
ABN/ABN/ABN/  /ABN              CLAIM REF# 15329200011395740

*Walgreens*  6300 CRAIN HWY LA PLATA, MD  206464269
PH: (301)392-6116               [Customer Receipt]

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD  20640
(301)643-3183
RX # 0616675-10063                    DATE: 11/25/15

**NAPROXEN 500MG TABLETS**
QTY: 20      NO REFILLS - DR. AUTH REQUIRED
New          NDC:68462-0190-05
Retail Price: $13.49

F. CHEAH, NP                    PLAN: JHPMD
MFG:GLENMARK                    GROUP# W7579999
ABN/ABN/ABN/  /ABN              CLAIM REF# 15329200011395740

*Walgreens*  6300 CRAIN HWY LA PLATA, MD  206464269
PH: (301)392-6116               [Duplicate Receipt]

Pharmacy use only

WED   6:59PM          NAPROXEN 500MG TABLETS        QTY 20        LIGHT ORANGE
New                  68462-**0190**-05              10 DRAM       FRONT: G 32
                     FAST RACK                                    BACK:  500

                                                   ABN/ABN/ABN/  /ABN      Med Guide

*Text rotated along left margin:*
Call your doctor or medical p
You may report side effects to

*Text rotated along right margin:*
Do not flush unused medications o

WIC# 216382

Sulfites may cause an allergic reaction if you have this problem, ask your pharmacist if your product has sulfites in it. STORE THIS MEDICINE at room temperature, between 68 and 77 degrees F (20 and 25 degrees C) away from heat, moisture, and light. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. IF YOU MISS A DOSE OF THIS MEDICINE and you are taking it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you are allergic to any ingredient in this medicine. BEFORE USING THIS MEDICINE, check with your doctor if you have had an allergic reaction to other narcotic medicines (eg, codeine, morphine, oxycodone). DO NOT EXCEED THE RECOMMENDED DOSE, take more often than prescribed, or use for longer than prescribed without checking with your doctor. Exceeding the recommended dose or taking this medicine for longer than prescribed may be habit-forming. If using this medicine for an extended period of time, DO NOT SUDDENLY STOP taking this medicine without your doctor's approval. When using for an extended period, this medicine may not work as well and may require different dosing. Talk with your doctor if this medicine stops working well. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure that all of your doctors and laboratory personnel know you are taking this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, emergency care, or surgery, tell the doctor or dentist that you are using this medicine. THIS MEDICINE MAY CAUSE DIZZINESS, lightheadedness, or fainting. Alcohol, hot weather, exercise, and fever can increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Also, sit or lie down at the first sign of dizziness, lightheadedness, or weakness. THIS MEDICINE MAY ALSO CAUSE DROWSINESS OR BLURRED VISION. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. DO NOT DRINK ALCOHOL while you are using this medicine. CHECK WITH YOUR DOCTOR before you use medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness. THIS MEDICINE CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen for pain or fever without checking with your doctor or pharmacist. Ask your pharmacist if you have questions about which medicines contain acetaminophen. THIS MEDICINE MAY HARM YOUR LIVER. Your risk may be greater if you drink alcohol while you are using this medicine. Talk to your doctor before you take this medicine or other fever reducers if you drink alcohol. CONTACT YOUR DOCTOR RIGHT AWAY if you take more than 4,000 mg of acetaminophen per day, even if you feel well. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR WOMEN: IF YOU BECOME PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. Long-term use of this medicine during pregnancy may cause dependence in the fetus or newborn. Discuss any questions or concerns with your doctor. THIS MEDICINE IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include dizziness, drowsiness, lightheadedness, nausea, or vomiting. If

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

---

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)643-3193
RX # 0616673-10063          DATE: 11/25/15

HYDROCODONE/ACETAMINOPHEN 5-325 TB
QTY: 14       NO REFILLS
New           NDC: 00591-3202-05
Retail Price: $17.69

F. CHEAH, NP          PLAN: JHPMD
MFG: ACTAVIS          GROUP# W7579999
ABN/ABN/ABN/ABN       CLAIM REF# 15329200011395090

*Walgreens*   6300 CRAIN HWY LA PLATA, MD 206464359
PH: (301)392-6116      Customer Receipt

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)643-3193
RX # 0616673-10063          DATE: 11/25/15

HYDROCODONE/ACETAMINOPHEN 5-325 TB
QTY: 14       NO REFILLS
New           NDC: 00591-3202-05
Retail Price: $17.69

F. CHEAH, NP          PLAN: JHPMD
MFG: ACTAVIS          GROUP# W7579999
ABN/ABN/ABN/ABN       CLAIM REF# 15329200011395090

*Walgreens*   6300 CRAIN HWY LA PLATA, MD 206464359
PH: (301)392-6116      Duplicate Receipt

---

Pharmacy use only

WED    6:59PM        HYDROCODONE/ACETAMINOPHEN 5-325 TB      QTY 14
New                  00591-**3202**-05                       10 DRAM
                     SAFE                                    ABN/ABN/ABN/ABN/ABN

WHITE AND ORANGE
FRONT: WATSON
BACK: 3202

<div style="writing-mode: vertical">Call your doctor for medical<br>You may report side effects</div>

degrees C) is permitted. Store away from heat, moisture, and light. Do not store in the bathroom. Keep the child-resistant envelope sealed at all times when not in use. KEEP THIS MEDICINE out of the reach of children and away from pets. IF YOU MISS A DOSE of this medicine, use the dose when you remember. Continue to use it as directed by your doctor. Do not use this medicine for more than 12 hours in a 24-hour period. Do not use 2 doses sooner than 12 hours apart.

CAUTIONS: DO NOT USE THIS MEDICINE if you are allergic to any ingredient in this medicine or other similar medicines (eg, amide-type medicines). BEFORE USING THIS MEDICINE, tell your doctor if you have had a severe allergic reaction (eg, severe rash, hives, difficulty breathing, dizziness) to any anesthetic medicine (eg, benzocaine). THIS MEDICINE IS FOR EXTERNAL USE ONLY. AVOID CONTACT with your eyes, nose, and mouth. If you get this medicine in your eyes, rinse immediately with cool water. THIS MEDICINE MAY CAUSE DROWSINESS, DIZZINESS, or blurred vision. These effects may be worse if you take it with alcohol or certain medicines. Use this medicine with caution. DO NOT DRIVE OR PERFORM OTHER POSSIBLY UNSAFE TASKS until you know how you react to it. Tell your doctor or dentist that you take this medicine before you receive any medical or dental care, emergency care, or surgery. THIS MEDICINE WILL CAUSE a numbing effect at the application site. Do not scratch, rub, or expose the area to extreme hot or cold temperatures until the numbness is gone. Do NOT use more medicine, apply more often, or use for longer than prescribed. Your condition will not improve faster, but the risk of side effects may be increased. THIS MEDICINE MAY CAUSE HARM if it is chewed or swallowed. If you may have taken it by mouth, contact your poison control center or emergency room right away. DO NOT GET THE PATCH WET. It may not stick. Do not bathe, swim, or shower while you are wearing the patch. DO NOT PLACE SOURCES OF HEAT (eg, heating pad, electric blanket) over the patch; they may increase the risk of this medicine's side effects. Use this medicine with caution in the ELDERLY; they may be more sensitive to its effects. This medicine should be used with extreme caution in CHILDREN; safety and effectiveness in children have not been confirmed. CHILDREN may be more sensitive to the effects of this medicine. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. PREGNANCY and BREAST-FEEDING: IF YOU BECOME

<div style="writing-mode: vertical">Do not flush unused medications</div>

<div style="writing-mode: vertical">W/IC# 216382</div>

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

---

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)643-3183
RX # 0616700-10063                    DATE: 11/25/15

**LIDOCAINE 5% PATCH**
QTY:30          NO REFILLS - DR. AUTH REQUIRED
New          NDC:00591-3525-30

                                        $ 273.99

F. CHEAH, NP
MFG:WATSON
ABN/ABN/ABN/ /ABN

*Walgreens*   6300 CRAIN HWY LA PLATA, MD  200464269
PH:(301)392-6116          [Customer Receipt]

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)643-3183
RX # 0616700-10063                    DATE: 11/25/15

**LIDOCAINE 5% PATCH**
QTY:30          NO REFILLS - DR. AUTH REQUIRED
New          NDC:00591-3525-30

                                        $ 273.99

F. CHEAH, NP
MFG:WATSON
ABN/ABN/ABN/ /ABN

*Walgreens*   6300 CRAIN HWY LA PLATA, MD  200464259
PH:(301)392-6116          [Duplicate Receipt]

---

Pharmacy use only

WED   10:45PM          LIDOCAINE 5% PATCH          QTY 30
                       00591-**3525**-30
New                    ALPHA

                                        ABN/ABN/ABN/  /ABN

RX                                        3

# Walgreens

#10063 6300 CRAIN HWY
LA PLATA, MD 20646
301-392-6116

847      3685     0091     11/25/2015 9:21 PM

FSA RX 0616700                     273.99

    TOTAL                         273.99
    VISA ACCT 5689                150.00
    VISA ACCT 8276                123.99
    CHANGE                           .00

TOTAL FSA ITEMS                     0.00
TOTAL RX ITEMS                    273.99
TOTAL FSA AND RX ITEMS            273.99

APPROVED FSA/HRA AMOUNT             0.00

THANK YOU FOR SHOPPING AT WALGREENS

YOU COULD HAVE EARNED AN ADDITIONAL 100
POINTS BY USING YOUR BALANCE REWARDS
CARD TODAY. RESTRICTIONS APPLY. FOR
TERMS AND CONDITIONS, VISIT
WALGREENS.COM/BALANCE.

NOT A MEMBER? JOIN NOW AT ANY REGISTER,
OR GO TO WALGREENS.COM/BALANCE.
ENROLLING IS QUICK, EASY AND FREE!
REDEEM POINTS FOR DOLLARS OFF FUTURE
PURCHASES.

RFN# 1006-3913-6858-1511-2503





Walgreens pharmacists are concerned
for your health and safety.
Please check your prescription carefully
and make sure that you understand how
to take your medication.
If you believe that there may be a
problem with your prescription, please
do not hesitate to speak to our
pharmacists or store management. If
you have a concern that an error may
have occurred in the dispensing of
your prescription, you may contact the
Maryland Board of Pharmacy at
410-764-4755.

How are we doing?
Enter our monthly sweepstakes for
$3,000 cash

Visit
WWW.WAGCARES.COM
*******************
or call toll free
1-800-658-1584
within 72 hours to take a short
survey about this Walgreens visit
RX                              4
SURVEY#
1006-3913-685



CAUTIONS:  DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to NSAID's or any ingredient in this product, to aspirin, or similar medicines. Ibuprofen is an NSAID. An allergic reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have questions about whether you are allergic to this medicine or if a certain medicine is monsenical for you, contact your doctor or pharmacist.  DO NOT EXCEED THE RECOMMENDED DOSE or use for longer than prescribed without checking with your doctor. Laboratory and/or medical tests including blood counts, kidney or liver function tests, and blood pressure, may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS.

MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for a health problem other than that for which it was prescribed. IF YOU ARE TO BE TAKING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, be sure to obtain necessary refills before your supply runs out. CHECK WITH YOUR PHARMACIST about how to dispose of unused medicine.

KEEP OUT OF REACH OF CHILDREN. STORE IN SAFETY CONTAINER OR SECURE AREA.

---

**Walgreens**

**CYNTHIA GATCHELL**
100 Coder Ln, Indian Head, MD 20640

RX # 0616675-10063                    DATE: 11/25/15

**NAPROXEN 500MG TABLETS**
QTY: 20
New        NDC:68462-0190-05
Retail Price: $13.49     Your Insurance Saved You: $12.49

F. CHEAM, NP
MFG:GLENMARK
ABN/ABN/ABN  /ABN

PLAN:   DEPMD
GROUP# W7573999
CLAIM REF# 15328200011395740

$ 1.00

6320 CRAIN HWY LA PLATA, MD 20646229
PH:(301)392-6116

Customer Receipt

---

Pharmacy use only

**Walgreens**

**NAPROXEN 500MG TABLETS**
68462-0190-05
FAST RACK

WED    6:59PM
New

QTY 20
10 DRAM

ABN/ABN/ABN  /ABN

Med Guide

---

**Walgreens**

**CYNTHIA GATCHELL**
100 Coder Ln, Indian Head, MD 20640

RX # 0616675-10063                    DATE: 11/25/15

**NAPROXEN 500MG TABLETS**
QTY: 20
New        NDC:68462-0190-05
Retail Price: $13.49     Your Insurance Saved You: $12.49

F. CHEAM, NP
MFG:GLENMARK
ABN/ABN/ABN  /ABN

PLAN:   DEPMD
GROUP# W7573999
CLAIM REF# 15328200011395740

$ 1.00

6320 CRAIN HWY LA PLATA, MD 20646229
PH:(301)392-6116

Duplicate Receipt

LIGHT ORANGE
FRONT: G 32
BACK: 500

WIC# 216382

---

RX                                              5



KEEP OUT OF REACH OF CHILDREN. STORE IN SAFETY CONTAINER OR SECURE AREA.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while taking this medicine include: dizziness, drowsiness, lightheadedness, nausea, or vomiting. If

*Walgreens*

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)942-3183
**RX #: 0616673-10063**          DATE: 11/25/15

HYDROCODONE/ACETAMINOPHEN 5-325 TB
QTY:14          NO REFILLS
New          NDC:00591-3202-05
Retail Price: $17.89          Your Insurance Saved You: $16.89

F. CHEAH, NP
MFG:ACTAVIS
ABN/ABN/ABN/ABN/ABN

6300 CRAIN HWY LA PLATA, MD 206464333
PLAN#: JHPMD          $
GROUP#: W7579999
CLAIM REF#: 153282000113850090

PH:(301)392-6116

**Customer Receipt**

$1.00

---

**Pharmacy use only**

HYDROCODONE/ACETAMINOPHEN 5-325 TB
00591-3202-05
SAFE

QTY 14
10 DRAM

WED          6:59PM
New

ABN/ABN/ABN/ABN/ABN

---

*Walgreens*

**CYNTHIA GATCHELL**
100 Cedar Ln, Indian Head, MD 20640
(301)942-3183
**RX #: 0616673-10063**          DATE: 11/25/15

HYDROCODONE/ACETAMINOPHEN 5-325 TB
QTY:14          NO REFILLS
New          NDC:00591-3202-05
Retail Price: $17.89          Your Insurance Saved You: $16.89

F. CHEAH, NP
MFG:ACTAVIS
ABN/ABN/ABN/ABN/ABN

6300 CRAIN HWY LA PLATA, MD 206464333
PLAN#: JHPMD          $
GROUP#: W7579999
CLAIM REF#: 153282000113850090

PH:(301)392-6116

**Duplicate Receipt**

1.00

WHITE AND ORANGE
FRONT: WATSON
BACK: 3202

WIC# 216382

RX          6

# Walgreens

```
#10063 6300 CRAIN HWY
    LA PLATA, MD 20646
      301-392-6116

833      9353    0041   11/25/2015 8:40 PM

FSA RX 0616673                        1.00
FSA RX 0616675                        1.00

     TOTAL                            2.00
     CASH                             2.00
     CHANGE                            .00

TOTAL FSA ITEMS                       0.00
TOTAL RX ITEMS                        2.00
TOTAL FSA AND RX ITEMS                2.00

APPROVED FSA/HRA AMOUNT               0.00


THANK YOU FOR SHOPPING AT WALGREENS

GET MORE WITH BALANCE REWARDS,
REDEEM POINTS FOR SOMETHING EXTRA
IN A FUTURE PURCHASE. RESTRICTIONS
APPLY. FOR TERMS AND CONDITIONS,
VISIT WALGREENS.COM/BALANCE.

     RFN# 1006-3419-3535-1511-2503
```



```
****************************************
```



```
POINT BALANCE                         1730
POINTS TO $5 REWARD                   3270

BALANCE REWARDS ACCT # *********8189

OPENING BALANCE                       1530
     EVERYDAY POINTS - RX              200
CLOSING BALANCE                       1730

****************************************
    Walgreens pharmacists are concerned
         for your health and safety.
    Please check your prescription carefully
    and make sure that you understand how
            to take your medication.
       If you believe that there may be a
    problem with your prescription, please
         do not hesitate to speak to our
    pharmacists or store management. If
    you have a concern that an error may
    have occurred in the dispensing of
    your prescription, you may contact the
         Maryland Board of Pharmacy at
              410-764-4755.


     How are we doing?
    Enter our monthly sweepstakes for
          $3,000 cash

             Visit
    WWW.WAGCARES.COM 7
    ********************
        or call toll free
```

ACCOKEEK DRUG (301) 203-7205
15789 LIVINGSTON RD ACCOKEEK MD 20607

GATCHEL, CYNDI                          Date          11/27/15
16 PUEBLO CT
INDIAN HEAD           MD   20640
(301)  643-3183              10/06/67
Dr.SUHR, UNSUN

TRAMADOL HCL 50MG   TAB CARA

                              COPAY      $1.00
NDC: 57664-0377-18   Days: 5
20 TAB    Rx# 4451461  Tx#1686543 DAP
                              AUTH: 15331200010707810

GATCHEL, CYNDI                                  Rx#  4451461
Dr.SUHR, UNSUN                          Ph# 292-7000
TRAMADOL HCL 50MG · TAB CARA            11/27/15      JWP

PATIENT ALLERGY INFORMATION
1. NO KNOWN DRUG ALLERGY

ACCOKEEK DRUG (301) 203-7205
15789 LIVINGSTON RD ACCOKEEK MD 20607

PATIENT EDUCATION

DRUG NAME:  TRAMADOL HCL 50MG   TAB CARA
GENERIC NAME:  Tramadol Tablets (TRAM a dol)

COMMON USES:  It is used to ease pain.

BEFORE USING THIS MEDICINE:  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR
DOCTOR: If you have an allergy to tramadol or any other part of this drug. TELL YOUR DOCTOR: If you are allergic to any
drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had,
like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
TELL YOUR DOCTOR: If you have thoughts of suicide or if you have ever had alcohol or other drug abuse or dependence.
TELL YOUR DOCTOR: If you have recently drunk a lot of alcohol or taken a big amount of drugs that may slow your
actions like phenobarbital or some pain drugs like oxycodone. TELL YOUR DOCTOR: If you are taking carbamazepine. TELL
YOUR DOCTOR: If you are taking another drug that has the same drug in it. This is not a list of all drugs or health
problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural
products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of
your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE:  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all
information given to you. Follow all instructions closely. Take with or without food. Take with food if it causes an upset
stomach. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not
store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Check with your
pharmacist about how to throw out unused drugs. WHAT DO I DO IF I MISS A DOSE? If you take this drug on a regular
basis, take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose
and go back to your normal time. Do not take 2 doses at the same time or extra doses. Many times this drug is taken on
an as needed basis. Do not take more often than told by the doctor.

CAUTIONS:  For all patients taking this drug: Tell dentists, surgeons, and other doctors that you use this drug. Avoid
driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you. To lower the
chance of feeling dizzy or passing out, rise slowly over a few minutes when sitting or lying down. Be careful climbing
stairs. Avoid drinking alcohol. Talk with your doctor before you use other drugs and natural products that slow your
actions. Do not take this drug with other strong pain drugs or if you are using a pain patch without talking to your doctor
first. This drug may raise the chance of seizures. The chance may be higher in people who have certain health problems,
use certain other drugs, or drink a lot of alcohol. Talk to your doctor to see if you have a greater chance of seizures while
taking this drug. If you have been taking this drug for a long time or at high doses, it may not work as well and you may
need higher doses to get the same effect. This is known as tolerance. Call your doctor if this drug stops working well. Do
not take more than ordered. This drug may be habit-forming with long-term use. Do not stop taking this drug all of a
sudden without calling your doctor. You may have a greater risk of signs of withdrawal. If you need to stop this drug, you
will want to slowly stop it as ordered by your doctor. If you are 65 or older, use this drug with care. You could have more

ACCOKEEK DRUG (301) 203-7205
15789 LIVINGSTON RD ACCOKEEK MD 20607
DRUG NAME:  TRAMADOL HCL 50MG   TAB CARA

GATCHEL, CYNDI
Rx#  4451461

side effects. This drug may cause harm to the unborn baby if you take it while you are pregnant. Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby. Children: This drug is not approved for use in children. However, the doctor may decide the benefits of taking this drug outweigh the risks. If your child has been given this drug, ask the doctor for information about all of the benefits and risks. Talk with the doctor if you have questions about giving this drug to your child.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Very bad dizziness or passing out. Signs of low mood (depression), thoughts of killing yourself, nervousness, emotional ups and downs, thinking that is not normal, anxiety, or lack of interest in life. Seizures. Feeling very tired or weak. Chest pain or pressure. Trouble passing urine. Passing urine more often. Trouble breathing, slow breathing, or shallow breathing. Noisy breathing. Feeling very sleepy. Change in eyesight. A very bad and sometimes deadly health problem called serotonin syndrome may happen. The risk may be greater if you take this drug with certain other drugs. Call your doctor right away if you have dizziness, very bad headache, agitation, hallucinations, fever, fast heartbeat, a heartbeat that does not feel normal, flushing, seizures, shakiness, sweating a lot, change in balance, change in thinking clearly and with logic, very bad upset stomach and throwing up, or very bad loose stools. A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Hard stools (constipation). Loose stools (diarrhea). Dizziness. Feeling sleepy. Dry mouth. Headache. Itching. Upset stomach or throwing up. Not able to sleep. Feeling tired or weak. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

OVERDOSE:  If you think there has been an overdose, call 1-800-222-1222 (the American Association of Poison Control Centers), your local poison control center (http://www.aapcc.org), or emergency room (ER) right away.

ADDITIONAL INFORMATION:  If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep all of your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, pharmacist, or other health care provider.

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

ACCOKEEK DRUG (301) 203-7205
15789 LIVINGSTON RD ACCOKEEK MD 20607

GATCHEL, CYNDI                  Date        11/27/15
16 PUEBLO CT
INDIAN HEAD          MD   20640
(301) 643-3183              10/06/67
Dr.SUHR, UNSUN

METHOCARBAM 750 MG TAB CAMB

COPAY        $1.00

NDC: 31722-0534-05     Days: 5
2O TAB    Rx# 6852762  Tx# 1686544 DAP
                          AUTH: 15331200010708840

GATCHEL, CYNDI                        Rx#  6852762
Dr.SUHR, UNSUN                        Ph# 292-7000
METHOCARBAM 750 MG  TAB CAMB        11/27/15    JWP

PATIENT ALLERGY INFORMATION
1. NO KNOWN DRUG ALLERGY

PATIENT EDUCATION

ACCOKEEK DRUG (301) 203-7205
15789 LIVINGSTON RD ACCOKEEK MD 20607
DRUG NAME: METHOCARBAM 750 MG  TAB CAMB
GENERIC NAME: Methocarbamol Tablets (meth oh CAR buh mahl)

COMMON USES: It is used to calm muscles.

BEFORE USING THIS MEDICINE:  WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR
DOCTOR: If you have an allergy to methocarbamol or any other part of this drug. TELL YOUR DOCTOR: If you are allergic
to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs
you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any
other signs. This drug may interact with other drugs or health problems. Tell your doctor and pharmacist about all of your
drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe
for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug
without checking with your doctor.

HOW TO USE THIS MEDICINE:  HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all
information given to you. Follow all instructions closely. Take with or without food. Take with food if it causes an upset
stomach. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not
store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Check with your
pharmacist about how to throw out unused drugs. WHAT DO I DO IF I MISS A DOSE? If you take this drug on a regular
basis, take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose
and go back to your normal time. Do not take 2 doses at the same time or extra doses. Many times this drug is taken on
an as needed basis. Do not take more often than told by the doctor.

CAUTIONS:  Tell dentists, surgeons, and other doctors that you use this drug. Avoid driving and doing other tasks or
actions that call for you to be alert until you see how this drug affects you. This drug may affect certain lab tests. Be sure
your doctor and lab workers know you take this drug. Talk with your doctor before you drink alcohol or use other drugs
and natural products that slow down your actions. This drug is used with rest, PT (physical therapy), pain drugs, and other
therapies. This drug may cause harm to the unborn baby if you take it while you are pregnant. Tell your doctor if you are
pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are
pregnant. Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

POSSIBLE SIDE EFFECTS:  WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY?
WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects
when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms
that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered,
or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing or talking; unusual
hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Feeling very tired or weak. Yellow skin or eyes.
Seizures. Very bad dizziness or passing out. Slow heartbeat. Fever or chills. Sore throat. Memory problems or loss. Change

ACCOKEEK DRUG (301) 203-7205                                    GATCHEL, CYNDI
15789 LIVINGSTON RD ACCOKEEK MD 20607                          Rx# 6852762
DRUG NAME: METHOCARBAM 750 MG  TAB CAMB

in thinking clearly and with logic. Change in eyesight. Not able to control eye movements. WHAT ARE SOME OTHER SIDE EFFECTS OF THIS DRUG? All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away: Upset stomach or throwing up. Dizziness. Feeling sleepy. Headache. Not able to sleep. Stuffy nose. Metallic taste. These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects. You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

OVERDOSE: If you think there has been an overdose, call 1-800-222-1222 (the American Association of Poison Control Centers), your local poison control center (http://www.aapcc.org), or emergency room (ER) right away.

ADDITIONAL INFORMATION: If your symptoms or health problems do not get better or if they become worse, call your doctor. Do not share your drugs with others and do not take anyone else's drugs. Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor. Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins. Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, pharmacist, or other health care provider.

This information should not be used to decide whether or not to take this medicine or any other medicine. Only your health care provider has the knowledge and training to decide which medicines are right for you. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from your health care provider. You must talk with your healthcare provider for complete information about the risks and benefits of using this medicine.

**Price Quote**

wks05:Alt-F2 — WS—CHAIN : Fri, 13 May 2016 6:13:55 PM

| | |
|---|---|
| Drug Name | CHLORZOXAZONE 500 MG TABLET |
| | 00591-2520-01  100E. |
| | AA ACTAVIS PHARMA, |
| Patient Type | CASH |
| DrugQuantity | 90 |
| Drug Unit Cost | 0.85 |
| EquivalentDrug | CHLORZOXAZONE 500 MG TABLET |
| | 54569-6472-00  7E |
| | ZA A-S MEDICATION |
| Price | 70.99 |

Change Line (#), Price Calculation For a Specific Quantity (Q999.99), Price Calculation For a Specific Dollar Amount ($99.99), Exit (X)

RX        12

**GA**
06/26/2017

PROMISED: 06:01p
06-26-2017
# Scripts: 01

**CVS** pharmacy #1838  Ph: 301.375-7450
7035 INDIAN HEAD HWY.
BRYANS ROAD, MD
20616

**COUNSEL**
New Drug

CUSTOMER RECEIPT

27 0996308 000 000 00 0000100

**GATCHELL,CYNTHIA**
46 PUEBLO CIR, INDIAN HEAD, MD 20640
Ph: 301.643-3183      DOB:      10-67
HYDROCODON-ACETAMINOPHEN 5-325
ANNUAL PHARMACY
TAKE 1 TABLET TWICE DAILY AS NEEDED FOR PAIN

Date: 06/26/2017  DAW: 0
Rx: N 0996308 00

NDC:53746-0109-01  Days Supply: 30  Refills: 0  Qty:60 EA
Prscbr: Barletta, Arthur
TP: 7570                         GR: W7579999
AUTH: 1717720001002810          PRIORITY PTNR MCO: MD
                                PRO-DUR

PAY:  $1.00

Caps: Y

**Take.**
**Secure.**
**Dispose.**

3 easy steps to handle commonly abused
prescription drugs safely and responsibly.

Learn more at
CVS.com/prescription-drug-abuse

00240

Coupon
Redeem at

Expires: 26-06-2017

---

**GA  ACUTE**
02/22/2016

PROMISED: 05:17p
02-22-2016
# Scripts: 01

**CVS/pharmacy** #1838  Ph: 301.375-7450
7035 INDIAN HEAD HWY.
BRYANS ROAD, MD
20616

CUSTOMER RECEIPT

27 0892203 000 000 00 0000100

**GATCHELL,CYNDI L**
16 PUEBLO CIR, INDIAN HEAD, MD 20640
Ph: 301.643-3183      DOB:      10-67
CYCLOBENZAPRINE 10 MG TABLET
MYLAN
TAKE 1/2 TO 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED
FOR MUSCLE SPASMS

Date: 02/22/2016  DAW: 0
Rx: 0892203 00

NDC:00378-0751-10  Days Supply: 20  Refills: 0  Qty:60 EA
Prscbr: ARTHUR PETER BARLETTA
TP: 7570                         GR: W7579999
AUTH: 16053/200011423380        PRIORITY PTNR MCO: MD
                                PRO-DUR

PAY:  $1.00

Caps: Y

002516

301 753   6403

**Get your**
**flu shot today!**
20% off shopping pass
with your flu shot*

Flu shots available when immunizing pharmacist is on duty, while
supplies last.
* Some restrictions apply. See CVS.com/flu or shopping pass for details.

**CVS/pharmacy**

002351

**Sign up now**
**for text alerts!**

Find out the instant your
prescription is ready.*

Quick. Easy. Convenient. Just tell a member
of the pharmacy team you'd like to sign up.

*Standard text message and data rates may apply.

RX          13



**CVS** pharmacy®

7036 INDIAN HEAD HIGHWAY
BRYANS ROAD, MD  20616
301.376.7460

REG#14 TRN#7282 CSHR#0078254 IR#1838

Help i by: THERESA

ExtraCare Card #: ********6310

F 1 RX #: ****6590020      1.00N
F 1 RX #: ****7000020      1.00N

    2 ITEMS
        TOTAL        2.00
        CASH         5.00
        CHANGE       3.00

2601 8388 1897 2821 41
State law may prohibit the return
of prescriptions. Please consult
your pharmacist.
  Returns with receipt, subject to
CVS Return Policy, thru 09/06/2018

JULY 8, 2018              5:50 PM

F=FLEXIBLE SPENDING ACCT SUMMARY (FSA)
Prescription Eligible Total    2.00

****************************************
FSA summary above includes items
(and tax) that may be eligible for plan
reimbursement. Restrictions may apply.
****************************************



THANK YOU. SHOP 24 HOURS AT CVS.COM
Ex      Card balances as of 06/26
Year t  Date Savings            1.88
2% of    Summer 2018 Spend

RX                    14

❏ This chart is completed and ready to be separated

**VS:** BP 137/9 P 82 R 8 T 97.1 P Ox 98 ❏ NURSING NOTES REVIEWED ❏ Patient Consents to use of Translator

Translator: _____

**ALLERGIES:** NKA

**CC/HPI**

Hit by shopping carts at Walmart 2-3 hours prior to
arrival. Bilat back pain 6/10 to mid back. ⊕ Swelling,
⊕ bleeding ⊕ pain radiating to L buttock pt's ambulatory
⊕ weakness to LEs. ⊝ N/V Denies bladder or bowel incon-
tinence.

**TIME:**

**LOCATION**

**SEVERITY**

**TIMING**

**MODIFYING FACTORS**

**QUALITY**

**DURATION**

**CONTEXT**

**ASSOC. SIGNS/SXS**

**REVIEW OF SYSTEMS**

| | |
|---|---|
| **CONST:** ● FEVER  ● WT LOSS  ● ANOREXIA | **GU:** ● DYSURIA  ● FREQUENCY  ● URGENCY  ● HEMATURIA |
| **EYES:** ● ↓ VISION  ● PAIN  ● DIPLOPIA | **MUSC:** ● DJD  ● BACK PAIN  ● NECK PAIN |
| **ENT:** ● ↓ HEARING  ● SORE THROAT  ● DYSPHAGIA | **NEURO:** ● HEADACHE  ● VERTIGO  ● WEAKNESS |
| **RESP:** ● SOB  ● DOE  ● WHEEZING  ● COUGH  ● SPUTUM | **SKIN:** ● RASH |
| **CARDIAC:** ● EXERT. CHEST PAIN  ● PALPNS  ● EDEMA | **PSYCH:** ● DEPRESSION  ● ANXIETY |
| **GI:** ● NAUSEA  ● VOMITING  ● DIARRHEA  ● CONSTIPATION | |
| ● ABD PAIN | |

**EXCEPT AS NOTED ROS IS ALL NEGATIVE**

**PAST MEDICAL HISTORY**

| | |
|---|---|
| **GENERAL:** ● HTN  ● IDDM  ● NIDDM  ● OBESITY  ● DEMENTIA | **SOCIAL HISTORY** |
| **ALCOHOL:** ● OAD  ● MI  ● CHF  ● CABG  ● COPD  ● ASTHMA | **SMOKING:** ● NONE  ● EX-  ● SMOKES |
| **OTHER:** _____ | **ALCOHOL:** ● NONE OR OCC.  ● ABUSES |
| | **LIVING ARRANGEMENT:** ● FAMILY SETTING |
| **EXCEPT AS NOTED PMH IS NEGATIVE** | ● ALONE  ● ASSISTED  ● NH  ● HOMELESS |

**FAMILY HISTORY**

● ADHD  ● EARLY MI  ● ASTHMA  ● SEIZURES  ● DM  ● CVA  ● MENTAL ILLNESS  ● OTHER: _____

**EXCEPT AS NOTED FAMILY HISTORY IS NEGATIVE**

ROS/PMH/SH/FH have been reviewed and are noted in the patient's chart.

**PHYSICAL EXAM**

1. **CONSTITUTIONAL**
   ✓ Vital Signs reviewed
   Distress: ✓ NAD ___ Mild ___ Mod. ___ Severe
   Appears: ✓ WDWN ___ Chronically Ill ___ Elderly and Frail ___ Cachectic
   Other: _____
   ✓ Alert ___ Poorly Responsive ___ Comatose

2. **EYES**
   ___ PERRL
   ✓ Lids/Conjunctivae

3. **ENT**
   ___ Ext Inspection
   ___ TM's clear
   ___ Pharynx

   ● Scleral Icterus
   ● Conjunctivae Pale

   ● Teeth: Edentulous/Poor repair
   ● Aural acuity decreased (whispered voice)

4. **NECK**
   ___ Inspection
   ___ Supple

   ● JVD

5. **RESPIRATORY**
   ✓ Breath sounds clear
   ✓ Effort

   ● Wheezing/Rales/Rhonchi
   ● Tachypnea

6. **CARDIOVASCULAR**
   ___ Regular rate, rhythm
   ✓ Heart Sounds
   ___ Carotid Arteries
   ___ Femoral Arteries

   ● Tachycardia/Bradycardia
   ● Gallop (S3 / S4)/Murmur gr___ /6 sys/dias
   ↓ Pulse/Bruits:
      Carotid L / R
      Femoral L / R

101015 (5-01) 7800

Page 1 of 2

White = Medical Records  •  Yellow = EMA  •  Pink = Business Office

V3.0

Civista Medical Center
La Plata, Maryland 20646

Patient Label

**EMERGENCY DEPARTMENT PATIENT CARE RECORD MULTI-SYSTEM**

MR.UCEPR

GATCHELL, CYNDI L
10/06/87 48 F

ADM/REG DATE: 11/25/15
VISIT# E00000020876

UC30100574

UMDCRMC RECORDS      1

LEFT SIDE KEY ✓ = Normal   RIGHT SIDE KEY ● = Abnormal

## PHYSICAL EXAM - Continued

**7. ABDOMEN**
✓ Soft non-tender
___ No Organomegaly
✓ Bowel sounds
___ Heme Neg Stool

● Tenderness
● Guarding/Rebound
●
● Abnormal bowel sounds
  Increased / decreased / absent
● Heme Pos Stool/Melena/Gross Blood
● _Back ~ & ecchymosis &_
  _erythema. bilat L1 - L2_
● _Paraspinal muscle tenderness_
  _and edema._
● _Normal strength, Sciatica_
● _Diaper Dermatitis -to bilat LEs_
  _SLR ⊝_

**8. GU**
___ Normal Ext. Genitalia
___ Testes
___ Circumcised
___ No Ulcers / Rash

**9. SKIN**
___ Warm, Dry, No Rash

**10. NEUROLOGIC**
___ Cranial Nerves II - XII     ● _____
___ Motor Function             ● _____
___ Cerebellar Function        ● _____
___ Non-focal                  ● _____
___ Gait                       ● _____
___ Sensory / Reflexes         ● _____

**11. PSYCHIATRIC**
___ Age Appropriate
___ Oriented _____           ●
___ Mood/Affect                ● Depression / anxiety / agitation

**12. HEME / LYMPHATIC**
___ No Adenopathy              ● Bruising / Petechiae

**13. MUSCULOSKELETAL**
___ No Cyanosis                ●
___ No Edema                   ●

## MEDICAL DECISION MAKING

**DATA REVIEWED:**
● OLD RECORDS: DATE ___/___/___   FINDINGS: _____
● MONITOR _____ RATE _____ ● PULSE OX: % _____
● EOG _____
● AMBULANCE RECORDS ● _____

| LAB Pertinent Findings | ☐ Reviewed | X-RAYS | ☐ (INTERP. BY: ED MD) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## NOTES

_Naproxen, Lidocaine patch, hydrocodone 5/325_

## PROCEDURES

☐ IV BY MD   ☐ INTRA OSSEOUS   ☐ LP   ☐ INTUBATE   ☐ CONSCIOUS SEDATION   ☐ LACERATION ____ cm

_Skin to paraspinal muscles cleaned c alcohol prep, SrC plan 2%_
_Lidocaine injected to Muscle groups - pt tolerated procedure well_
_& bleeding pain improves over 6 _ 2/10

Patient signed out to _____   Time _____   ☐ Patient tolerated procedure(s) above well without complications

## RE-EVALUATION
TIME

## MD DISCUSSION
TIME

## DIAGNOSIS
CRITICAL CARE TIME:
1. _Low back pain_
2.
3.                4.
___ MIN.

PRESENT ON ADMISSION:
☐ NONE  ☐ Surgical Site Infection  ☐ Foley Catheter associated UTI  ☐ Urine CAB Sent
☐ Vascular Catheter associated Infection  ☐ Decubitus Ulcer(s)  I  II  III  IV  U9*
Location(s) _____

CONDITION ON DISCHARGE: ☐ UNCHANGED  ☐ IMPROVED  ☐ STABLE  ☐ OTHER
FOLLOW-UP PHYSICIAN / WHEN   _PRim_

DISCHARGE NOTE:

ADMITTED ROOM #/ DOCTOR   ED PHYSICIAN / PA/NP SIGNATURE   DATE   SCRIBE SIGNATURE (Documenting on behalf of Physician)  TIME

☐ DISCHARGED  ☐ AMA  ☐ EXPIRED   TRANSFER TO: ☐ AIR ☐ BLS ☐ CAR ☐ PVT ☐ AMBULANCE   F/U SOONER OR RETURN TO ED FOR CHANGE OF SYMPTOMS

101015 (6-11) 7200                    Page 2 of 2                                        V0.0

Civista Medical Center
La Plata, Maryland 20646

**EMERGENCY DEPARTMENT PATIENT CARE RECORD MULTI-SYSTEM**

Patient Label

GATCHELL, CYNDI L
10/06/67 48 F
ADM/REG DATE: 11/25/16
VISIT# E00000020676

UC000100574

ER-0428 3/12

MR.UCEPR

UMDCRMC RECORDS     2



UNIVERSITY of MARYLAND
CHARLES REGIONAL MEDICAL CENTER

5 Garret Avenue
LaPlata, MD 20646

Main: 301-609-4000
Emergency Department: 301-609-4160
Urgent Care Center: 301-609-4090

Date: 11/25/15
Account No: E00000020875
Unit No: UC00100574
Patient: GATCHELL,CYNDI L
Location: UCC
Physician: CHEAH,FOONG-CHEE FNP

# Patient Instructions Signature Page

**Patient Name:** GATCHELL,CYNDI L

**Guardian Name:**

**The above-named patient and/or guardian has received the following patient Instructions:**

Acute Low Back Pain

**on this date:** 11/25/15 - 1709

**I have read and understand the instructions given to me by my caregivers.**

GATCHELL,CYNDI L

Print Patient Name



_Cyndi Gatchell_   11/25/15

Patient (or Guardian) Signature                Date

_Melanie Boulden_   11/25/2015

Caregiver/RN/Doctor Signature                Date

GATCHELL,CYNDI L.
10/06/67  48 F

ADM/REG DATE: 11/25/15

VISIT# E00000020875

UC00100574



MR.UCPTINST



**Fort Washington Medical Center**
11711 Livingston Road
Fort Washington, MD 20744

GATCHELL CYNTHIA L          EX02B
P.T./E-03

**Emergency Registration**

| Account No. | Admission Date/Time | FC | DOB. | Age | Sex | Race | M.S. | Service | Initials | Medical Record Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 631945 | 11/27/15  13:27 | P | 10/06/1967 | 48 | F | 12 | M | ER | EBF | 961614 |

| Patient Name and Address | Soc. Sec. No. | Patient Employer Name and Address | Employer Phone No. |
|---|---|---|---|
| GATCHELL CYNTHIA L<br>100 CEDAR LANE<br>INDIAN HEAD, MD   20640 | 214158412<br>Home Phone<br>301-643-3183<br>Cell Phone<br>301-643-3183 | DEPT OF DEFENSE<br>200 STOVALL ST<br>ALEXANDRIA, VA | 301-643-3183 |

| Guarantor Name and Address | Soc. Sec. No. | Guarantor Employer | Employer Phone No. |
|---|---|---|---|
| GATCHELL CYNTHIA L<br>100 CEDAR LANE<br>INDIAN HEAD, MD   20640 | 214158412<br>Home Phone<br>301-643-3183<br>Cell Phone<br>301-643-3183 | DEPT OF DEFENSE<br>200 STOVALL ST<br>ALEXANDRIA, VA | 301-643-3183 |

| Notify in Case of Emergency | Home Telephone | Relationship |
|---|---|---|
| GATCHELL JAY P<br>100 CEDAR LANE<br>INDIAN HEAD, MD   20640 | 301-643-3686<br>Work Telephone<br>301-643-3686 | SPS<br>Cell Phone<br>301-643-3686 |

Insurance 1

Insurance 2

| Chief Complaint | Accident / Wk. Rel | Date / Time | Admit Type/Source |
|---|---|---|---|
| BACK NECK PAIN HEADACH | ONSET OF ILLNE | 11/27/15  13:27 | 11/EMER   01 |

| Admitting / Attending Physician | Second Physician | Primary Care Physician |
|---|---|---|
| DIXON KARE | | LUCAS DION |

| Previous Admit Number | Emergency Room Admit Date / Time | Religion | Translator Required | Adv. Directives | Smoker |
|---|---|---|---|---|---|
| 594684 | 11/27/15       13:27 | BA | N | N | 4 |

Allergies
No Kno

Immunizations

Other Comments:

**Previous Visit History (Last 5 Encounters)**

| Acct # | PT | HS | Visit Date | VRE | MRSA |
|---|---|---|---|---|---|
| 594684 | 3 | ER | 022715 | N | N |
| 434772 | 2 | OV | 022012 | | |
| 250663 | 3 | ER | 120808 | | |

I hereby certify that the information above is correct.



**FWMC**  Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland 20744-5164
301-292-7000

| 631945 | Rm: EX02B | 961614 | P/T: 3 |
| GATCHELL CYNTHIA L | | F | Age: 48 |
| DIXON KARE Admit Date: 112715 | | DOB: 10061967 |

## EMERGENCY DEPARTMENT TRIAGE FORM

**TRIAGE LEVEL:** 4

### TRIAGE Information

Arrival: Date 11272015   Arrival Time 1228   Triage Time 1245

Mode of Arrival: ☐ Ambulance ☑ Ambulatory ☐ Carry ☐ WC   Arrived With: ALONE

Primary Language: eng -English   Interpreter requested: ☐ Y ☑ N   Hard of Hearing ☐ Y ☑ N   Deaf ☐ Y ☑ N

Treatments PTA: ☑ None ☐ O2 ☐ IV ☐ C Collar ☐ Back Board ☐ Splint ☐ Ice  Other

Have you been admitted to another facility within the last 30 days ?   ☐ Yes ● No ☐ Unable to Answer

HEADACHE, NECK, BACK PAIN FROM BEING HIT BY CART AT WALMART

### TB Screen: Check all that apply

☐ Recent exposure to someone w / TB   ☐ Unexplained weight loss   ☐ Fever
☐ Coughing >= 3 Weeks   ☐ PM Sweats   ☐ Fatique / weakness
☐ Loss of Appetite   ☐ Bloody Sputum   ☐ Chest Pain

### Ebola Virus Disease (EVD) Screening Symptions:

| ☐ Fever ☐ Severe Headache ☐ Nausea / Vomiting ☐ Diarrhea | ☐ Abdominal Pain ☐ Muscle Aches / Pain ☐ Fatique ☐ Bleeding (Unexplained) | **AND** | ☐ Patient has been exposed to a person with symptoms of or known Ebola Infection or the body of a person that died of known or suspected Ebola Infection without PPE. |

Symptoms of Ebola Virus Found ☐ Y ● N ☐ Unknown (Patient Left prior to Triage)   (Response Required prior to saving form)

**Disposition:** ☐ to Lobby   ☐ to Main ED ☑ to Triage II   **Triaged by (1):** F. SAMPAH   RN

**Vitals:**   Time: 1305   ☑ Actual ☐ Reported

| Temperature | Pulse | Respiration | Blood Pressure | O2 Saturation |
|---|---|---|---|---|
| 98 ORAL | 69 RADIAL | 20 | 145/74 R ARM SITTING | 96% |
| New | | | | |

Weight 230 lbs  oz 104.33 kg 104326.2 g 65 in 2.22 m2 0

Weight New

**Pain** ☑ Standard ☐ Faces Score 8 /10 Location AS ABOVE

**Past Medical History:** ☐ Denies ☐ Unknown   (PMH will load from previous visit if completed on previous visit)

PMD: SHAH AND ASSOCIATES   **\* If the Patient is admitted, communicate this history to admitting floor**

| ☐ Arrhythmia | ☐ Cancer | ☐ CVA | ☐ HTN | ☐ Organ transplant | ☐ Thyroid |
| ☐ Arthritis | ☐ C-Diff \* | ☐ DM | ☐ Hyperlipidemia | ☐ Pacemaker | ☐ TIA |
| ☐ Asthma | ☐ Chemo/Radiation | ☐ GERD | ☐ Lupus | ☐ Renal Failure | ☐ VRE \* |
| ☐ CABG | ☐ CHF | ☐ Gout | ☐ MI | ☐ Seizures | |
| ☐ CAD | ☐ COPD | ☐ HIV / AIDS | ☐ MRSA \* | ☐ Sickle Cell | |

DEPRESSION

**Social History:** Smoking Status: 4 ☐ ETOH: ☐ Substance: ☑ Denies ☑ Lives with FAMILY

Form E-9101 - ED Triage Form - v022

 **FWMC** Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland 20744-5164
301-292-7000

| 631945 | Rm: EX02B | 961614 | P/T: 3 |
| GATCHELL CYNTHIA L | | F | Age: 48 |
| DIXON KARE Admit Date: 112715 | | DOB: 10061967 |

## EMERGENCY DEPARTMENT TRIAGE FORM

| **Medication Reconciliation** | ☐ No Home Meds | ☐ Meds Unknown | ☑ List Attached |

| Allergy | Reaction | Allergy | Reaction |
|---|---|---|---|
| No Known Allergies | | | |
| | | | |
| | | | |
| | | | |

*Note: Non-Listed Allergies are entered using the Other Allergy Description. Clinical Checks will NOT be performed*

☐ Allergy Arm-band applied          Immunizations up to date ☐ Y ☑ N ☐ Unknown

Latex Allergies ☐ Y ☑ N          Tetanus up to date: ☑ Y ☐ N ☐ Unknown

**Females:** ☐ N/A      LMP 10112015

**Triage Intervention:** ☐ C-Collar ☐ Ice ☐ Isolated ☐ Mask ☐ Medication ☐ NPO ☐ Splint/Sling ☐ Wound Care
☐ Limb Bracelet Applied   ☐ DNR Bracelet Applied   ☑ Patient ID Arm Band applied

**Disposition:** ☐ to ED Extension ☑ to Lobby ☐ to Main ED   **Via:** ☑ Ambulatory ☐ Carried ☐ Stretcher ☐ Wheel Chair

**REFERRAL TRIGGERS - All Items MUST be addressed !**

| | | |
|---|---|---|
| ☐ Yes ☑ No | Do you have any thoughts of harming yourself or others ? |
| ☐ Yes ☑ No | Abuse / Neglect |
| | Nutrition: |
| ☐ Yes ☑ No | Special Diet |
| ☐ Yes ☑ No | Unplanned Weight Loss / Gain |
| ☐ Yes ☑ No | Change in appetite |
| ☐ Yes ☑ No | Learning Barriers |
| ☐ Yes ☑ No | Decreased abilty to perform ADL w/in the last month |
| ☐ Yes ☑ No | Family concerned re d/c care needs |
| ☐ Yes ☑ No | Discharge Planning > 75 years, lives alone |

Addt. Actions

**FALL TRIGGERS**

| | |
|---|---|
| ☐ Yes ☑ No | History of Falls |
| ☐ Yes ☑ No | Legally Blind |
| ☐ Yes ☑ No | Confused |
| ☐ Yes ☑ No | Weakness / Dizziness / Paralysis |

**If Yes to any question, place on At-RISK Fall Precautions**

**Triaged by (2):** EBAUTISTA          RN      Triage Time (2) 1307          Form   E-9101

Form E-9101 - ED Triage Form - v022          Page 2 of 2

FT WASH MED CTR RECORDS     3

**Fort Washington Medical Center**
11711 Livingston Road
Fort Washington, MD 20744

**ER Note**
Patient Name: GATCHELL, CYNTHIA L Account Number: 631945
MR#: 961614 DOB: 10/06/1967
Admit Date: 11/27/2015
Electronically reviewed and signed by: SUHR UNSUN

---

## NECK OR BACK PAIN / INJURY

Time seen: 1328
Historian is the patient.
HPI:
Chief Complaint: Back pain, Neck Pain, and with gradual onset of tight headache without head injury. seen at urgent care, given lidocaine patch, hydrocodone with no relief
Duration: Since 2 days ago
Timing: The pain is still present.
Recent injury: Yes
How this happened: The patient was turning / bending. and hit by a car in the back , felt jerking of trunk, twisting but no fall
Where the injury took place: walmart



Location of pain:

A -
B -
C -
D -
E -
F -
G -
H -
Quality: The pain is described as sharp, 'pain', and like prior pain / injury.
Severity: The pain is identified as moderate.
Neurological symptoms include: radiation to leg
The patient: denies bowel dysfunction, denies bladder dysfunction, denies radiation to arm, denies radiation to leg, denies any sensory loss, denies having motor loss, denies any numbness / tingling, and denies having any saddle / groin numbness.

Fort Washington Medical Center

11711 Livingston Road
Fort Washington, MD 20744

**ER Note**

Patient Name: GATCHELL, CYNTHIA L Account Number: 631945
MR#: 961614 DOB: 10/06/1967
Admit Date: 11/27/2015
Electronically reviewed and signed by: SUHR UNSUN

---

The pain is relieved by: remaining still
The pain is exacerbated by: by movement


REVIEW OF SYSTEMS:
Constitutional:
 The patient denies fever, chills, and dizziness/weakness.
Eyes:
 The patient denies blurry vision, vision changes, eye pain, and photophobia.
ENT:
Cardiovascular/Respiratory:
GI:
 The patient denies abdominal pain, black/bloody stools, and vomiting.
GU:
 The patient denies dysuria, testicular pain, and urinary incontinence.
GU Female:
Skin/Musculoskeletal:
Neuro:
 The patient admits headache.
 The patient denies syncope, weakness, and dizziness.
All other systems reviewed and are negative except as marked.

PAST MEDICAL HISTORY: depression

PAST SURGICAL HISTORY: none

MEDICATIONS: see nursing triage sheet and NSAID

ALLERGIES: no known drug allergies

SOCIAL HISTORY: denies tobacco use and denies recent alcohol use .

PHYSICAL EXAM:
 Nursing triage assessment reviewed and agree. Vital signs reviewed.
 General Appearance: alert, no acute distress, non-toxic.
 Eyes: Eyes normal inspection.
 Neck: see diagram.
 Neck: painful lateral and flexion of neck rotation b/l w/ ttp over paracervical ttp b/l.
 Abdomen: soft, non-tender, no organomegaly and no abdominal mass.
 Back: mild ttp over paraspinal thoracic area and slight paraspinal lumbar area b/l.
 Skin: color is normal, no rashes, warm and dry.
 Extremities: non-tender, no pedal edema, normal ROM, distal pulses intact and negative straight leg raise.
 Neuro: alert, oriented x3, no motor or sensory deficits, and reflexes normal.

FT WASH MED CTR RECORDS 5

Fort Washington Medical Center
11711 Livingston Road
Fort Washington, MD 20744
**ER Note**
Patient Name: GATCHELL, CYNTHIA L Account Number: 631945
MR#: 961614 DOB: 10/06/1967
Admit Date: 11/27/2015
Electronically reviewed and signed by: SUHR UNSUN

---

Psych: mood / affect normal.
Exam findings:



A -
B -



A -
B -
C -
D -
E -
F -

Fort Washington Medical Center
11711 Livingston Road
Fort Washington, MD 20744
**ER Note**
Patient Name: GATCHELL, CYNTHIA L Account Number: 631945
MR#: 961614 DOB: 10/06/1967
Admit Date: 11/27/2015
Electronically reviewed and signed by: SUHR UNSUN

---

MEDICAL DECISION MAKING/DIFFERENTIAL DIAGNOSIS: Acute Back Strain, Acute Back Pain, and Lumbar Radiculopathy

muscle strain--> reassurance, ICE COMPRESSION---> work note given she is a janitor involving lot of physical activity.

no signs of cord compression or bony fracture
ambulatory without any difficulty

CLINICAL IMPRESSION: Acute Back Strain and Injury to Back.
Acute Back Pain
thoracic, lumbar, and with radiculopathy

Injury related information:
This is the subsequent encounter.
The injury: does not involve the nail and does not have a foreign body.

DISPOSITION: Home.

Rx given of tramadol, robaxin.

CONDITION: Stable.
Injury related information:
This is the subsequent encounter.
The injury: does not involve the nail and does not have a foreign body.

**Electronically Signed By: Unsun Suhr, P.A. PHYSICIAN ASSISTANT 11/27/2015 14:21:24**

**Fort Washington Medical Center**
# PATIENT PROGRESS NOTES
From beginning of stay   TO: 12/19/15 13:48   Page 1 of 1
Admit: 11/27/15 13:27   Disch: 11/27/15 13:55          Printed: 12/19/15 at 13:48

| GATCHELL CYNTHIA L | AGE: 48 SEX: F |
|---|---|
| DIXON KAREN M | ROOM: EX02B |
| ALLERGIES: No Known All | M/R#: 961614 |

## 11/27/15

| 12:49 VS | (FOSampah,RN) | Weight | 230 lb    0 oz   104.33 kg   104326.2 gm   0 |
| | | BMI | 38.27 kg/m2 |
| 13:09 VS | (ESBautista,RN) | O2 Sat | 96 % |
| | | Blood Pressure | 145/74   SITTING     R ARM |
| | | Respiration | 20 |
| | | Pulse | 69    RADIAL |
| | | Temperature | 98    ORAL |
| 13:51 MED | (BLough,RN) | Routine Given   ORAL | Dose: 800         MG |
| | | MOTRIN (IBUPROFEN )TAB | 1X: Y |

14:00 P/A  (BLough,RN)        NURSES NOTES
                                      Nurses Notes:
                                        Notes: PT GIVEN DISCHARGE INSTRUCTIONS, AND VERBALIZED UNDERSTANDING, RX X 2
                                        WAS GIVEN. AWARE TO FOLLOW UP WITH PCP FOR FURTHER EVALUATION OR RETURN TO
                                        THE ER FOR WORSENING OF CONDITION. AMBULATORY FROM THE ER WITH STEADY GAIT.
                                        NO SIGNS OF DITRESS.
                                      Date patient left the ED     11/27/20
                                      Time patient left the ED     13:55
                                      ED patient departure destination     Home.

Nurse's signature:_____(Last Page)

| PATIENT: GATCHELL CYNTHIA L | NUMBER: 631945 | AGE: 48 | SEX: F | ROOM: EX02B | PAGE: 1 |

**FWMC** Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland, 20744-5164
301-292-7000

```
631945   RH- LBY08 961614        P/T-E/R
GATCHELL CYNTHIA L          F. 48 00
100 CEDAR LANE          INDIAN HEAD , MD
DIXON KARE
LUCAS DION      11/27/15  B/D 10/06/67
```

## EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS – page 1 of 2

You were treated for _Muscle Strain / Transional Headache_ by Dr. _SAMR_

You were given these medications in the Emergency Department:

1. _Motrin_   2. _____   3. _____   4. _____

You were given these prescriptions in the Emergency Department:

1. _Rohofin (for pain)_   3. _____

2. _Trumadol (for pain)_   4. _____

Return to the ER if you feel worse or you have any problems. You should especially return if you develop any of the symptoms circled below:

- (Worse pain) · Look sicker · (Fever) · More weak · Worse Bleeding
- Trouble breathing · (Stops drinking) · More sleepy · Worse redness   Other _____
- Worse vomiting · More irritable · Confused · Worse swelling

☐ Return to the Emergency Department for re-examination on: _____

Instructions: _____

---

Copies of all test results that have been given to you should be given to the doctor at your follow up appointment.
Your home medications have been reviewed and no changes are being made, except as noted above.
X-rays can be picked up from the Radiology Department M-F 9am-4pm. Call 301-203-2246 to arrange the pick-up.
DO NOT call the ER for lab results. Any positive result that requires a change in treatment will be called to you.
We cannot provide work note extensions or prescriptions refills.
Please follow the instructions that are checked below:
☐ Tylenol (or generic acetaminophen) for pain or fever. Follow dosing instructions on the bottle.
☐ Motrin or Advil (or generic ibuprofen) for pain or fever. Follow dosing instructions on the bottle.
☐ Benadryl (generic Diphenhydramine) or Zyrtec (generic Cetirizine HCL) or Claritin (generic Loratadine) for itching. Follow dosing instructions on the bottle.
☐ Cool/Warm compress to _neck / back_ for 20 minutes every 1-2 hours while awake as needed for pain or swelling.
☐ Remove dressing in ___ hours; clean with soap and water & apply antibiotic ointment & bandaid each day.
☐ Elevate affected limb at least 30 minutes every 2-3 hours while awake to reduce pain and swelling.
☐ Wear splint and/or use crutches until you follow-up with the doctor.
☐ Rest after you leave. No driving or drinking alcohol today since you were given medication that causes drowsiness.
☑ No driving or drinking alcohol when taking _Tramadol / Robaxin_, because it causes drowsiness.
☑ Take an over-the-counter stool softener (example: docusate) to prevent constipation when taking the prescribed pain medication. Follow the dosing instructions on the bottle.
☐ Stitches/Staples must be removed in ___ days. Follow up with your doctor or return to the ER between 9:30 and 10:00am for removal.
☐ Your wound was explored for foreign material. Follow up as instructed on page 2.
☐ Your blood pressure was high. It was ___/___. Get your blood pressure checked 2-3 more times within the next week, and follow up with an internist or your family doctor or the doctor written above within one week.
☐ The following abnormality was seen on your x-ray / lab test: _____
   Follow up with your doctor or the doctor written above to determine if more tests are needed.
☐ Results of the following tests will take 3-5 days: _____. Ask your doctor to obtain the results or you may return to the Medical Records Department to get the results.
I have received and understand the discharge instructions given to me in the Emergency Department at Fort Washington Medical Center.
Signature: _Cynthia Gatchell_ Relationship to patient: _patient_ Date: _11/27/15_ Time: _1355_

I will be driving the patient to his/her destination. Signature: _____ Name (printed) _____
Any questions, please call the Emergency Department at 301-203-2250. Any complaints or compliments please contact Administrative Office at 301-203-2210.
If you are uninsured and would like help in applying for financial assistance, you may contact the financial counselor Monday through Friday 9a-5p at (301)203-2154.

FWMC Form 6033 Revised 4-13         White-Chart         Yellow-Patient

```
631945  RM- LBY08 961614        P/T-E/R
GATCHELL CYNTHIA L              F  48 00 NNNNNN
100 CEDAR LANE       INDIAN HEAD , MD
DIXON KARE
LUCAS DION    11/27/15  B/D 10/06/67
```

**FWMC** Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland, 20744-5164
301-292-2000

## EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS – PAGE 2 of 2

☒ Follow up with your primary care doctor for another exam in **5** days.

☐ Follow up with the on-call doctor checked or circled below for another exam in _____ days. This doctor may not participate with your health insurance. If not, you should contact your primary care doctor or your insurance company for a referral to a participating doctor.

**Internist**
☐ Dr. Anderson   301-292-1800
☐ Dr. Paul Bone   301-292-2400
☐ Dr. Davachi    301-868-7121
☐ Dr. Farahifar   301-262-7979
☐ Dr. Yazdani    301-877-2150
☐ Maryland Healthcare Associates
301-292-7270

**Orthopedist**
☐ Dr. Khosla    301-292-7440
☐ Dr. Mondino   301-567-7200
**Gynecologist**
☐ Dr. Kelly     301-632-6900
**Neurologist**
☐ Dr. Peng      301-868-2555

**General Surgeon**
☐ Dr. Rodriguez  301-292-7171
☐ Dr. Taheri     301-567-9777
☐ Dr. Smith      301-310-6802
**Pediatrician**
☐ Dr. Bottiglione 301-292-7400
**Pulmonologist**
☐ Dr. Alikhani   301-645-3420

☐ Follow-up with one of the specialists checked below. These doctors may not participate with your health insurance. If not, you should contact your primary care doctor or your insurance company for a referral to a participating doctor. These doctors are not on call for our hospital and therefore are under no obligation to provide follow-up care.

**Ophthalmologists**
☐ Dr. Cunningham   301-868-8300
☐ Dr. Shrader      301-868-6700
☐ Dr. Telahun      301-868-6700

**Obstetricians**
☐ Dr. Rodgers      301-839-7900
**Urologist**
☐ Dr. Khawand      301-839-0770
☐ Dr Rezazadeh     301-681-1535
**Dermatologists**
☐ Dr. Weddington   301-292-6010
and Dr. James

**Ear, Nose, Throat Specialists**
☐ Dr. Lester       301-877-0891
☐ Dr. Mason        301-645-4419
☐ Dr. Joshi or Singh 202-741-3037
☐ Dr. Yu           301-423-6211

**Gastroenterologists**
☐ Dr. Adham        301-899-8900
☐ Drs. Murphy/Mills 301-292-2300
☐ Dr. McCone       301-567-2400
☐ Dr. Sabet        301-292-3113
**Dentists**
☐ Michael Family Dental 301-265-1650
☐ Baden Dental Clinic   301-888-1197
☐ Dr. Clark             301-686-1070

**Rheumatologist**
☐ Dr. Cabalar      301-203-4263
☐ Dr. Chandra      301-868-8654
**Pain Management Specialists**
Georgetown University  202-444-2090
GW University          202-715-4599
Pain Management Inst.   202-775-7246
Capital Spine & Pain Ctr. 703-914-8000

**Cardiologists**
☐ Dr. Anderson 301-292-1800
☐ Dr. Burris   301-292-5860
☐ Dr. Varner   301-292-7270

**Oral Surgeon**
☐ Dr Sharon Russell 301-967-0183

**Domestic Violence Counseling**
☐ 1-866-382-7474

**Washington Hospital Ctr.**
☐ Maxillo-Facial Clinic 202-877-5380
☐ Burn Clinic           202-877-7347
☐ Trauma Clinic         202-877-8083

---

**Social Services**

"Call; 211, a 24/7 hotline for assistance with many health and social needs such as mental health, substance abuse, domestic violence and homelessness"

**If you do not have health insurance,** the following resources may be helpful to you:
**Fort Washington Medical Center Financial Counselor** - Lena Lee 301-203-2154 Mon-Fri 9a-5p. She can assist you in applying for Medicaid if you qualify, and she can provide you with information about other types of medical assistance.

**Dainty Jackson, MD** – 301-885-3350. She is a board certified family physician located in Waldorf, MD who charges uninsured patients based on their ability to pay. You may call for an appointment.

**Greater Baden Medical Services** – health centers that provide various medical services and charge you Based on your income and family size. The following are their locations and phone numbers:

| Greater Baden Health Services | Suitland Health and Wellness Center | Walker Mill Health Center |
|---|---|---|
| Brandywine, MD 301-888-2233 | Suitland, MD 240-492-2500 | Capitol Heights, MD 301-324-1500 |

WIC (Women, Infants and Children) – provides supplemental food and nutrition counseling for pregnant women, new mothers, infants and children under age 5.
Oxon Hill WIC                     Greater Baden WIC Clinic
Oxon Hill, MD 301-686-1171        South Capitol Heights, MD 301-324-1873

FWMC Form 6033b rev. 5/15         white-original                yellow-patient

**FWMC** Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland, 20744-5164
301-292-7000

```
631945   RM- LBY08 961614        P/T-E/R
GATCHELL CYNTHIA L        F  48 00 NNNNNN
100 CEDAR LANE      INDIAN HEAD , MD
DIXON KARE
LUCAS DION    11/27/15  B/D 10/06/67
```

**EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS – page 1 of 2**

You were treated for _Muscle Strain / Traumal Headache_ by Dr. _PA SUMR_

*You were given these medications in the Emergency Department:*
1. _Medrin_  2. _____  3. _____  4. _____

*You were given these prescriptions in the Emergency Department:*
1. _Robufin (for pain)_  3. _____
2. _Tramadol (for pain)_  4. _____

**Return to the ER if you feel worse or you have any problems. You should especially return if you develop any of the symptoms circled below:**

- (Worse pain) • Look sicker • (Fever) • More weak • Worse Bleeding
- Trouble breathing • (Stops drinking) • More sleepy • Worse redness   Other_____
- Worse vomiting • More irritable • Confused • Worse swelling   _____

☐ Return to the Emergency Department for re-examination on: _____

Instructions: _____

_____

Copies of all test results that have been given to you should be given to the doctor at your follow up appointment.
Your home medications have been reviewed and no changes are being made, except as noted above.
X-rays can be picked up from the Radiology Department M-F 9am-4pm. Call 301-203-2246 to arrange the pick-up.
DO NOT call the ER for lab results. Any positive result that requires a change in treatment will be called to you.
We cannot provide work note extensions or prescriptions refills.
Please follow the instructions that are checked below:
☐Tylenol (or generic acetaminophen) for pain or fever. Follow dosing instructions on the bottle.
☐Motrin or Advil (or generic ibuprofen) for pain or fever. Follow dosing instructions on the bottle.
☐Benadryl (generic Diphenhydramine) or Zyrtec (generic Cetirizine HCL) or Claritin (generic Loratadine) for itching. Follow dosing instructions on the bottle.
☐Cool/Warm compress to _neck / back_ for 20 minutes every 1-2 hours while awake as needed for pain or swelling.
☐ Remove dressing in ___ hours; clean with soap and water & apply antibiotic ointment & bandaid each day.
☐Elevate affected limb at least 30 minutes every 2-3 hours while awake to reduce pain and swelling.
☐Wear splint and/or use crutches until you follow-up with the doctor.
☐Rest after you leave. No driving or drinking alcohol today since you were given medication that causes drowsiness.
☐No driving or drinking alcohol when taking _Tramadol / Robufin_, because it causes drowsiness.
☐Take an over-the-counter stool softener (example: docusate) to prevent constipation when taking the prescribed pain medication. Follow the dosing instructions on the bottle.
☐Stitches/Staples must be removed in_____days. Follow up with your doctor or return to the ER between 9:30 and 10:00am for removal
☐ Your wound was explored for foreign material. Follow up as instructed on page 2.
☐Your blood pressure was high. It was ___/___. Get your blood pressure checked 2-3 more times within the next week. and follow up with an internist or your family doctor or the doctor written above within one week.
☐The following abnormality was seen on your x-ray / lab test:
Follow up with your doctor or the doctor written above to determine if more tests are needed.
☐Results of the following tests will take 3-5 days: _____. Ask your doctor to obtain the results or you may return to the Medical Records Department to get the results.
**I have received and understand the discharge instructions given to me in the Emergency Department at Fort Washington Medical Center.**
Signature:_____ Relationship to patient:_____ Date:_____ Time:_____

I will be driving the patient to his/her destination. Signature:_____ Name (printed)_____
Any questions, please call the Emergency Department at 301-203-2250. Any complaints or compliments please contact: Administrative Office at 301-203-2210
If you are uninsured and would like help in applying for financial assistance, you may contact the financial counselor Monday through Friday 9a-5p at (301)203-2154.

FWMC Form 6033 Revised 4-13          White-Chart          Yellow-Patient          FT WASH MED CTR RECORDS   11

**FWMC** Fort Washington Medical Center
11711 Livingston Road
Fort Washington, Maryland, 20744-5164
301-292-7000

```
CJ1945  RM- LBY08 961614          P/T-E/R
GATCHELL CYNTHIA L      F 48 00 NNNNNN
100 CEDAR LANE          INDIAN HEAD , MD
DIXON KARE
LUCAS DION    11/27/15  B/D 10/06/67
```

## EMERGENCY DEPARTMENT DISCHARGE INSTRUCTIONS – PAGE 2 of 2

☐ Follow up with your primary care doctor for another exam in __5__ days.

☐ Follow up with the on-call doctor checked or circled below for another exam in _____ days. This doctor may not participate with your health insurance. If not, you should contact your primary care doctor or your insurance company for a referral to a participating doctor.

**Internist**
☐ Dr. Anderson   301-292-1800
☐ Dr. Paul Bone  301-292-2400
☐ Dr. Davachi    301-868-7121
☐ Dr. Farahifar  301-262-7979
☐ Dr. Yazdani    301-877-2150
☐ Maryland Healthcare Associates
   301-292-7270

**Orthopedist**
☐ Dr. Khosla    301-292-7440
☐ Dr. Mondino   301-567-7200
**Gynecologist**
☐ Dr. Kelly     301-632-6900
**Neurologist**
☐ Dr. Peng      301-868-2555

**General Surgeon**
☐ Dr. Rodriguez 301-292-7171
☐ Dr. Taheri    301-567-9777
☐ Dr. Smith     301-310-6802
**Pediatrician**
☐ Dr. Bottiglione 301-292-7400
**Pulmonologist**
☐ Dr. Alikhani  301-645-3420

☐ Follow-up with one of the specialists checked below. These doctors may not participate with your health insurance. If not, you should contact your primary care doctor or your insurance company for a referral to a participating doctor. These doctors are not on call for our hospital and therefore are under no obligation to provide follow-up care.

**Ophthalmologists**
☐ Dr. Cunningham  301-868-8300
☐ Dr. Shrader     301-868-6700
☐ Dr. Telahun     301-868-6700

**Obstetricians**
☐ Dr. Rodgers   301-839-7900
**Urologist**
☐ Dr. Khawand   301-839-0770
☐ Dr Rezazadeh  301-681-1535
**Dermatologists**
☐ Dr. Weddington   301-292-6010
  and Dr. James

**Gastroenterologists**
☐ Dr. Adham       301-899-8900
☐ Drs. Murphy/Mills 301-292-2300
☐ Dr. McCone      301-567-2400
☐ Dr. Sabet       301-292-3113
**Dentists**
☐ Michael Family Dental 301-265-1650
☐ Baden Dental Clinic   301-888-1197
☐ Dr. Clark            301-686-1070
**Rheumatologist**
☐ Dr. Cabalar    301-203-4263
☐ Dr. Chandra    301-868-8654

**Cardiologists**
☐ Dr. Anderson 301-292-1800
☐ Dr. Burris   301-292-5860
☐ Dr. Varner   301-292-7270

**Oral Surgeon**
☐ Dr Sharon Russell  301-967-0183

**Domestic Violence Counseling**
☐ 1-866-382-7474

**Ear, Nose, Throat Specialists**
☐ Dr. Lester    301-877-0891
☐ Dr. Mason     301-645-4419
☐ Dr. Joshi or Singh 202-741-3037
☐ Dr. Yu        301-423-6211

**Pain Management Specialists**
Georgetown University  202-444-2090
GW University          202-715-4599
Pain Management Inst.  202-775-7246
Capital Spine & Pain Ctr.  703-914-8000

**Washington Hospital Ctr.**
☐ Maxillo-Facial Clinic 202-877-5380
☐ Burn Clinic          202-877-7347
☐ Trauma Clinic        202-877-8083

### Social Services

"Call; 211, a 24/7 hotline for assistance with many health and social needs such as mental health, substance abuse, domestic violence and homelessness"

**If you do not have health insurance**, the following resources may be helpful to you:
**Fort Washington Medical Center Financial Counselor** - Lena Lee 301-203-2154 Mon-Fri 9a-5p. She can assist you in applying for Medicaid if you qualify, and she can provide you with information about other types of medical assistance.

**Dainty Jackson, MD** – 301-885-3350. She is a board certified family physician located in Waldorf, MD who charges uninsured patients based on their ability to pay. You may call for an appointment.

**Greater Baden Medical Services** – health centers that provide various medical services and charge you Based on your income and family size. The following are their locations and phone numbers:

Greater Baden Health Services      Suitland Health and Wellness Center   Walker Mill Health Center
Brandywine, MD 301-888-2233        Suitland, MD 240-492-2500             Capitol Heights, MD 301-324-1500

WIC (Women, Infants and Children) – provides supplemental food and nutrition counseling for pregnant women, new mothers, infants and children under age 5.
Oxon Hill WIC                      Greater Baden WIC Clinic
Oxon Hill, MD 301-686-1171         South Capitol Heights, MD 301-324-1873

FWMC Form 6033b rev. 5/15          white-original                        yellow-patient

## Muscle Strain

**WHAT YOU SHOULD KNOW:**

A muscle strain is a twist, pull, or tear of a muscle or tendon. A tendon is a strong elastic tissue that connects a muscle to a bone. Signs of a strained muscle include bruising and swelling over the area, pain with movement, and loss of strength.

**AFTER YOU LEAVE:**

**Medicines:**

- **Nonsteroidal anti-inflammatory (NSAID) medicine** may decrease swelling and pain or fever. This medicine can be bought with or without a doctor's order. This medicine can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your primary healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow the directions on it before using this medicine.

- **Muscle relaxers:** This medicine helps relax your muscles. It is also given to decrease pain and muscle spasms.

- **Take your medicine as directed.** Call your primary healthcare provider if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your primary healthcare provider as directed:** Your primary healthcare provider may suggest that you have a follow-up visit before you go back to your usual activity. Write down your questions so you remember to ask them during your visits.

**Self-care:**

- **3 to 7 days after the injury:** Use Rest, Ice, Compression, and Elevation (RICE) to help stop bruising and decrease pain and swelling.

  - **Rest:** Rest your muscle to allow your injury to heal. When the pain decreases, begin normal, slow movements. For mild and moderate muscle strains, you should rest your muscles for about 2 days. However, if you have a severe muscle strain, you should rest for 10 to 14 days. You may need to use crutches to walk if your muscle strain is in your legs or lower body.

  - **Ice:** Put an ice pack on the injured area. Put a towel between the ice pack and your skin. Do **not** put the ice pack directly on your skin. You can use a package of frozen peas instead of an ice pack.

- o **Compression:** You may need to wrap an elastic bandage around the area to decrease swelling. It should be tight enough for you to feel support. Do **not** wrap it too tightly.

- o **Elevation:** Keep the injured muscle raised above your heart if possible. For example, if you have a strain of your lower leg muscle, lie down and prop your leg up on pillows. This helps decrease pain and swelling.

- **3 to 21 days after the injury:** Start to slowly and regularly exercise your strained muscle. This will help it heal. If you feel pain, decrease how hard you are exercising.

- **1 to 6 weeks after the injury:** Stretch the injured muscle. Hold the stretch for about 30 seconds. Do this 4 times a day. You may stretch the muscle until you feel a slight pull. Stop stretching if you feel pain.

- **2 weeks to 6 months after the injury:** The goal of this phase is to return to the activity you were doing before the injury happened, without hurting the muscle again.

- **3 weeks to 6 months after the injury:** Keep stretching and strengthening your muscles to avoid injury. Slowly increase the time and distance that you exercise. You may still have signs and symptoms of muscle strain 6 months after the injury, even if you do things to help it heal. In this case, you may need surgery on the muscle.

**Prevent muscle strains:**

- **Always wear proper shoes when you play sports:** Replace your old running shoes with new ones often if you are a runner. Use special shoe inserts or arch supports to correct leg or foot problems. Ask your primary healthcare provider for more information on shoe supports.

- **Do warm up and cool down exercises:** Do stretching exercises before you work out or do sports activities. These exercises will help loosen and decrease stress on your muscles. Cool down and stretch after your workout. Do **not** stop and rest after a workout without cooling down first.

- **Keep your muscles strong with strength training exercises:** Exercises such as weight lifting and stretching exercises help keep your muscles flexible and strong. A physical therapist or trainer may help you with these exercises.

- **Slowly start your exercise or sports training program:** Follow your primary healthcare provider's advice on when to start exercising. Slowly increase time, distance, and how often you train. Sudden increases in how often you train may cause you to injure your muscle again.

**Contact your primary healthcare provider if:**

- Your pain and swelling worsen or do not go away.

- You have questions or concerns about your condition or care.

**Seek care immediately or call 911 if:**

- You suddenly cannot feel or move your injured muscle.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of the Blausen Databases or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

## Tension Headache

### WHAT YOU SHOULD KNOW:

Tension headaches are most often caused by stress, eye strain, or muscle tightness. The pain of a tension headache may start in the forehead or the back of the head. The pain often spreads over the whole head and down into the neck and shoulders. Over-the-counter pain medicine is the most useful and common treatment for a tension headache. Exercise, biofeedback, meditation, or relaxation techniques may also decrease your headache pain.

### AFTER YOU LEAVE:

**Medicines:**

- **NSAIDs:** These medicines decrease pain. You can buy NSAIDs without a doctor's order. Ask your primary healthcare provider which medicine is right for you and how much to take. Take as directed. NSAIDs can cause stomach bleeding or kidney problems if not taken correctly.

- **Acetaminophen:** This medicine decreases pain. You can buy acetaminophen without a doctor's order. Ask how much to take and how often to take it. Follow directions. Acetaminophen can cause liver damage if not taken correctly.

- **Take your medicine as directed.** Call your primary healthcare provider if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your primary healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Manage your symptoms:**

- **Keep a headache diary:** Keep a record of your headaches. Include when they start and stop and what made them better. Describe your symptoms, such as how the pain feels, where it is, and how bad it is. Record anything you ate or drank for the past 24 hours before your headache. Bring this to follow-up visits.

- **Heat:** Heat may help decrease headache pain and muscle spasms. Apply heat on the area for 20 to 30 minutes every 2 hours for as many days as directed.

- **Ice:** Ice may help decrease headache pain. Use an ice pack or put crushed ice in a plastic bag. Cover it with a towel and place it on the area for 15 to 20 minutes every hour as directed.

**Prevent tension headaches:**

- **Avoid muscle tension:** Do not stay in one position for long periods of time. This includes reading, sewing, or working at a computer. If you wake up with sore neck and shoulder muscles, use a different pillow. Find ways to relax your muscles, such as massage or resting in a quiet, dark room.

- **Avoid eye strain:** Make sure you have good lighting when you read or perform tasks. Have yearly eye exams, and wear glasses if you need them.

- **Eat a variety of healthy foods:** Healthy foods include fruits, vegetables, whole-grain breads, low-fat dairy products, beans, lean meats, and fish. Eat regular meals. Use your headache diary to track any foods that cause a headache. Ask if you need to be on a special diet.

- **Exercise:** This may help decrease stress and headaches. Ask about the best exercise plan for you.

- **Do not drink alcohol or overuse over-the-counter or prescription medicines:** Alcohol can cause sleep problems, depressed feelings, and increased stress. This can cause tension headaches to start or make them worse.

- **Do not smoke:** This can trigger a headache. If you smoke, it is never too late to quit. Ask for information if you need help quitting.

**For more information:**

- National Headache Foundation
  820 N. Orleans, Suite 411
  Chicago , IL 60610
  Phone: 1- 888 - NHF-5552
  Web Address: http://www.headaches.org

**Contact your primary healthcare provider if:**

- Your headaches continue to get worse.

- Your headaches happen so often that they affect your ability to do your work or normal activities.

- You need to take medicine to help your headaches more often than your primary healthcare provider says you should.

- Your headaches get so bad that they cause you to vomit.

- You have questions or concerns about your condition or care.

**Seek care immediately or call 911 if:**

- You have a sudden headache that seems different or much worse than your usual headaches.

- You have difficulty seeing, speaking, or moving.

- You pass out, become confused, or have a seizure.

- You have a headache, fever, and a stiff neck.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of the Blausen Databases or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

Fort Washington Medical Center

# Patient Drug Information
Printed: 11/27/15 13:52   Page 1 of 2

| | |
|---|---|
| GATCHELL CYNTHIA L | AGE: 48  SEX: F |
| DIXON KAREN M | ROOM: EX02B |
| ALLERGIES: No Known All | M/R#: 961614 |

ROBAXIN {METHOCARBAMOL} TAB : 500MG

Methocarbamol (By mouth)

Methocarbamol (meth-oh-KAR-ba-mol)

Treats muscle pain and spasms.

Brand Name(s):Robaxin, Robaxin-750

There may be other brand names for this medicine.

When This Medicine Should Not Be Used:

You should not use this medicine if you have had an allergic reaction to
methocarbamol or to related medicine such as Norgesic(R) or Equanil(R).

How to Use This Medicine:

Tablet
  * Your doctor will tell you how much to take and how often.
  * You should not use a larger dose or take more often than your doctor
    ordered.

If a dose is missed:
  * Take the missed dose as soon as you remember if it is in within one
    hour of your dose time. If it is more than one hour later, skip the missed
    dose and return to your regular schedule.
  * You should not use two doses at the same time.

How to Store and Dispose of This Medicine:
  * Store methocarbamol at room temperature away from excess heat,
    moisture, and light.
  * Keep all medicine out of the reach of children.

Drugs and Foods to Avoid:

Ask your doctor or pharmacist before using any other medicine, including
over-the-counter medicines, vitamins, and herbal products.
  * Do not drink alcohol while taking this medicine.
  * Make sure your doctor knows if you are taking any medicine that can
    make you sleepy such as sleeping pills, sedatives, antidepressants, cold
    and allergy medicines, or pain.

Warnings While Using This Medicine:
  * If you are pregnant or breastfeeding, talk to your doctor before taking
    this medicine.
  * Methocarbamol makes some people dizzy or drowsy. Be careful if driving
    a car or using machinery.

Case 8:19-cv-01649-PWG   Document 14-1   Filed 01/06/20   Page 66 of 70

Fort Washington Medical Center

# Patient Drug Information
Printed: 11/27/15 13:52   Page 2 of 2

ROBAXIN {METHOCARBAMOL} TAB : 500MG
* This medicine can make your urine turn brown, black, or green. This is
  not a cause for concern.

Possible Side Effects While Using This Medicine:

Call your doctor right away if you notice any of these side effects:
* Trouble breathing
* Skin rash, hives, or itching
* Slurred speech or severe drowsiness
* Fever

If you notice these less serious side effects, talk with your doctor:
* Headache
* Drowsiness or dizziness
* Nausea
* Loss of appetite or metallic taste
* Nasal congestion

If you notice other side effects that you think are caused by this medicine,
tell your doctor.

Call your doctor for medical advice about side effects.   You may report side
effects to FDA at 1-800-FDA-1088

Copyright 2015 Truven Health Analytics Inc.
Database Volume dnoteen M1516, Created 09/09/2015, Expires 02/06/2016

FT WASH MED CTR RECORDS   20

Fort Washington Medical Center

# Patient Drug Information
Printed: 11/27/15 13:52   Page 1 of 3

| | | |
|---|---|---|
| GATCHELL CYNTHIA L | AGE: 48 | SEX: F |
| DIXON KAREN M | ROOM: EX02B | |
| ALLERGIES: No Known All | M/R#: 961614 | |

ULTRAM {traMADol} TAB: 50MG

Tramadol (By mouth)

Tramadol (TRAM-a-dol)

Treats moderate to severe pain. This medicine is a narcotic pain reliever.

Brand Name(s):ConZip, FusePaq Synapryn, Ryzolt, Ultram, Ultram ER, traMADol HCl

There may be other brand names for this medicine.

When This Medicine Should Not Be Used:

This medicine is not right for everyone. Do not use if you had an allergic reaction to tramadol or other narcotic medicine. Tell your doctor if you have severe asthma or other breathing problems.

How to Use This Medicine:

Liquid, Capsule, Tablet, Dissolving Tablet, Long Acting Tablet
* Take your medicine as directed. Your dose may need to be changed several times to find what works best for you.
* Make sure your hands are dry before you handle the disintegrating tablet. Peel back the foil from the blister pack, then remove the tablet. Do not push the tablet through the foil. Place the tablet in your mouth. After it has melted, swallow or take a drink of water.
* Swallow the extended-release tablet whole. Do not crush, break, or chew it.
* Drink plenty of liquids to help avoid constipation.
* Missed dose: Take a dose as soon as you remember. If it is almost time for your next dose, wait until then and take a regular dose. Do not take extra medicine to make up for a missed dose.
* Store the medicine in a closed container at room temperature, away from heat, moisture, and direct light.

Drugs and Foods to Avoid:

Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.
* Some medicines and foods can affect how tramadol works. Tell your doctor if you are using an MAO inhibitor or medicine for depression (such as amitriptyline, fluoxetine, paroxetine).
* Tell your doctor if you are also using any of the following:
  1. St John's wort, digoxin, erythromycin, ketoconazole, linezolid, lithium, quinidine, rifampin, promethazine, carbamazepine, or cyclobenzaprine
  2. Blood thinner (such as warfarin), medicine for migraine headaches, or another narcotic medicine

Fort Washington Medical Center

# Patient Drug Information
Printed: 11/27/15 13:52   Page 2 of 3

| | |
|---|---|
| GATCHELL CYNTHIA L | AGE: 48 SEX: F |
| DIXON KAREN M | ROOM: EX02B |
| ALLERGIES: No Known All | M/R#: 961614 |

ULTRAM {traMADol} TAB: 50MG

* Tell your doctor if you use anything else that makes you sleepy. Some examples are allergy medicine, narcotic pain medicine, and alcohol.
* Do not drink alcohol while you are using this medicine.

Warnings While Using This Medicine:
* Tell your doctor if you are pregnant or breastfeeding, or if you have kidney disease, liver disease (including cirrhosis), or breathing problems. Tell your doctor if you have a history of head injury, seizures, drug addiction, or depression or similar emotional problems.
* This medicine may cause the following problems:
  1. High risk of overdose
  2. Serotonin syndrome

* This medicine may make you dizzy or drowsy. Do not drive or doing anything else that could be dangerous until you know how this medicine affects you.
* This medicine can be habit-forming. Do not use more than your prescribed dose. Call your doctor if you think your medicine is not working.
* Do not stop using this medicine suddenly. Your doctor will need to slowly decrease your dose before you stop it completely.
* Tell any doctor or dentist who treats you that you are using this medicine.
* Some forms of this medicine contain phenylalanine (aspartame).
* This medicine may cause constipation, especially with long-term use. Ask your doctor if you should use a laxative to prevent and treat constipation.
* Keep all medicine out of the reach of children. Never share your medicine with anyone.

Possible Side Effects While Using This Medicine:

Call your doctor right away if you notice any of these side effects:
* Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
* Anxiety, restlessness, fast heartbeat, fever, sweating, muscle spasms, nausea, vomiting, diarrhea, seeing or hearing things that are not there
* Blistering, peeling, or red skin rash
* Lightheadedness, dizziness, or fainting
* Seizures
* Severe sleepiness or unusual drowsiness
* Trouble breathing

If you notice these less serious side effects, talk with your doctor:
* Feeling nervous or shaky

| | | | | | |
|---|---|---|---|---|---|
| PATIENT: GATCHELL CYNTHIA L | NUMBER: 631945 | AGE: 48 | SEX: F | ROOM: EX02B | PAGE: 2 |

Fort Washington Medical Center

# Patient Drug Information
Printed: 11/27/15 13:52    Page 3 of 3

| GATCHELL CYNTHIA L | AGE: 48 SEX: F |
| DIXON KAREN M | ROOM: EX02B |
| ALLERGIES: No Known All | M/R#: 961614 |

ULTRAM {traMADol} TAB: 50MG

* Headache
* Mild itching
* Nausea, vomiting, constipation, loss of appetite
* Weakness

If you notice other side effects that you think are caused by this medicine, tell your doctor.

Call your doctor for medical advice about side effects.   You may report side effects to FDA at 1-800-FDA-1088

Copyright 2015 Truven Health Analytics Inc.
Database Volume dnoteen M1516, Created 09/09/2015, Expires 02/06/2016



FWMC

**FORT WASHINGTON MEDICAL CENTER**
11711 Livingston Road
Fort Washington, Maryland 20744
(301) 292-7000

Pati  631945   RM- LEY08 96161A    P/T-E/R
                              F  48 00 NNNNNN
GATCHELL CYNTHIA L      INDIAN HEAD , MD
100 CEDAR LANE
DIXON MARE        11/27/15   B/D 10/06/67
Date LUCAS DIXON        ____

_____ has been on:

Patient may · Return to work/school: (date) ___ 12/2/15

Signed: _____ M.D.

FWMC Form 6176 Rev 6/2010