December 7, 2015


James Farmer, ESQ
3475 Leonardtown Road
Suite 200
Waldorf, MD  20601


RE: Cynthia L. Gatchell
Date Of Accident: 11/25/15


Dear Mr. Farmer:

Ms. Gatchell originally presented herself in this office for consultation and examination on 11/30/2015. The following is a report of my initial evaluation as pertaining to this patient:


## HISTORY OF INJURY

Ms. Gatchell reports on 11/25/15 she was hit from behind by row of shopping carts as they were being pushed into the store by an employee.


## PATIENT COMPLAINTS

Ms. Gatchell's symptoms and complaints were as follows:

### Headaches / Head Pain

Dull pain was located bilaterally over the patient's temporal, parietal, and occipital areas.  The headaches began the day after the accident.  The patient reported that her pain was constant while awake.  On a visual analog scale of 0 to 10 (with 0 being the absence of pain and 10 being the worst pain possible), she rated the pain as a 6.  According to Ms. Gatchell, her head pain was present during all hours awake and occurred every day since they began.  When the headaches occurred, the patient reported that she would concomitantly suffer from dizziness.  NSAIDS medications helped to relieve her symptoms.

### Spine

**Neck (both sides):** There was severe, dull pain.  Symptoms occurred constantly and were worsening.

**Upper Back (both sides):** There was severe, dull pain.  Symptoms occurred constantly and were worsening.

Re: Ms. Cynthia L. Gatchell
Initial Evaluation - Page 2

**Mid Back (both sides):** There was severe, burning, dull pain. Symptoms occurred constantly and were worsening.

**Low Back (both sides):** There was severe, burning, dull pain. Symptoms occurred constantly and were worsening.

### Lower Extremities

**Hip, Buttock, Thigh, Knee, Leg/Calf, Ankle, and Foot (right side):** There was moderate, dull pain with numbness and tingling. Symptoms occurred intermittently and were worsening.

### Spine and Lower Extremities (related information)

Ms. Gatchell reported that her symptoms began suddenly and were consistent in severity throughout the day. Her spinal complaints began 11/25/15, while the lower extremity symptoms started several days after the accident occurred. The patient related that her complaints resulted from a personal injury in which she was involved. On a visual analog scale of 0 to 10 (with 0 being the absence of pain and 10 being the worst pain possible), the patient rated her pain as a 6. She stated that there was nothing she could do to help relieve her symptoms. Ms. Gatchell had received other treatment outside of this office for her conditions. The evaluation and treatment was performed by an urgent care clinic and the hospital emergency room. By the patient's own account, her symptoms and complaints had never before existed in her medical history. She denied any changes in bowel, bladder, or sexual functions.

## MEDICAL HISTORY

The patient reported that her past health care history was eventful and included the following occurrences: She was hospitalized at 16 years old after a car accident and for a tubal ligation in the 1990's. Additionally, she had an auto accident when she was 16 that was resolved and a personal injury where she fell off a horse that was resolved. In the past, she suffered from anemia. Her past pregnancies were normal. She has given birth to one child.

Ms. Gatchell's current medical history included sinus trouble, dizziness/fainting, and mental/emotional difficulty.

## MEDICATIONS

Ms. Gatchell did not use dietary supplements (vitamins, minerals, or herbs). At the time of her examination the patient was taking the following prescribed or over-the-counter medications: anti-inflammatories; pain medications/analgesics; anti-depressants; muscle relaxants; and Lidocaine Patches. In the past she indicated the use of birth control pills. No medication or drug allergies were reported.

## FAMILY HISTORY

Family history was significant for the following reasons: The patient's father was diagnosed with heart trouble. She indicated that her mother's medical history included headaches and osteoporosis. Her children's histories were noted to include scoliosis and back problems.

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatchell
Initial Evaluation - Page 3

## OCCUPATIONAL INFORMATION - ACTIVITIES OF DAILY LIVING

Ms. Gatchell reported that at the time of the examination, she was a part time employee and had worked for her employer for the past three years and ten months. She was working a six-hour day, five days per week. The number of hours the patient worked per day was adversely affected by her complaints.

Her job movements included bending, turning, twisting, stooping, walking, carrying, and repetitive hand use. The work she performed constantly required her to lift at least 50 pounds.

The patient characterized her work activity as moderate manual labor and functioning in a moderately stressful environment. She indicated that her complaints and symptoms were not aggravated by her work activities.

## REVIEW OF SYSTEMS

A review of systems was significant for the following reported conditions or problems:
- Continued loss of sleep.
- Headaches, anxiety, and depression.
- Bilateral ear tinnitus. Nose or sinus pain.
- Lumps in breasts.

At the time of this examination, the patient indicated that she was not pregnant.

## PHYSICAL EXAMINATION

**Demeanor:**            Coherent and relaxed.

## NEUROLOGICAL ASSESSMENT

Cerebrovascular function testing revealed the following: Craniocervical functional testing maneuver held in the hyperextended and rotated position for 10-15 seconds was found to be negative bilaterally.

Deep tendon reflex testing performed at the biceps, brachioradialis, triceps, patellar, medial hamstring, and achilles tendons sites all elicited grade 2 and bilaterally symmetric responses.

Dermatomal sensory testing of the cervical and lumbar dermatome levels revealed no sensory deficits.

Ms. Gatchell demonstrated the ability to perform both the heel walk and toe walk tests bilaterally.

## SPINAL EXAMINATION / ORTHOPEDIC ASSESSMENT

### Cervical Region

Cervical spine **range-of-motion** study results were noted as follows:
      **Flexion:**            40°/50°*, with dull pain.

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatchell
Initial Evaluation - Page 4

| | |
|---|---|
| **Extension:** | 50°/60°*, with dull pain. |
| **Left Lateral Flexion:** | 40°/45°*, with dull pain. |
| **Right Lateral Flexion:** | 40°/45°*, with dull pain. |
| **Left Rotation:** | 60°/80°*, with dull pain. |
| **Right Rotation:** | 60°/80°*, with dull pain. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Cervical compression tests** results were as follows: Neutral (straight superior to inferior) compression was evaluated as negative. Left lateral flexion compression was evaluated as positive with dull pain plus paresthesia of the left cervical region. Right lateral flexion compression was evaluated as positive with dull pain of the right cervical region. Left maximal compression was evaluated as positive with dull pain of the left cervical region. Right maximal compression was evaluated as positive with dull pain of the right cervical region.

The **shoulder depression test** produced a negative response bilaterally. **The Soto Hall test** was negative.

### Thoracic Region

Thoracic spine **range-of-motion** study results were noted as follows:

| | |
|---|---|
| **Flexion:** | 50°/60°*, with dull pain. |
| **Extension:** | 25°/25°*, normal with dull pain. |
| **Left Lateral Flexion:** | 20°/25°*, with dull pain. |
| **Right Lateral Flexion:** | 20°/25°*, with dull pain. |
| **Left Rotation:** | 40°/45°*, with dull pain. |
| **Right Rotation:** | 40°/45°*, with dull pain. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

### Lumbar Region

Lumbar spine **range-of-motion** study results were noted as follows:

| | |
|---|---|
| **True Lumbar Flexion:** | 60°/60°*, normal with dull pain. |
| **Extension:** | 20°/25°*, with dull pain. |
| **Left Lateral Flexion:** | 20°/25°*, with dull pain. |
| **Right Lateral Flexion:** | 20°/25°*, with dull pain. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Valsalva's maneuver** was negative. **Kemp's test** was negative and failed to reproduce or aggravate any of the patient's symptomatology either on the left or right sides.

**Gaenslen's test** was negative bilaterally. **Thomas test** was negative on both the patient's left and right sides. **Yeoman's test** failed to produce any symptomatology and was negative bilaterally. **Hibb's test** was negative bilaterally. **Goldwaith's test** was shown to be negative bilaterally.

The **Straight Leg Raise test** performed bilaterally resulted in a positive response of mild low back pain. Mild low back pain, which occurred upon bilateral leg extension, indicated a positive

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatchell
Initial Evaluation - Page 5

**Sitting Leg Raise test**. Upon approximation of the patient's feet to their respective contralateral buttocks followed by hyperextension of the hips, **Ely's test** induced a negative response. **Nachlas's test** affected a negative response upon flexion of the patient's legs followed by hip hyperextension.

Please see soap note dated this day for objective palpatory findings.

## ASSESSMENT

**Primary Diagnosis**

| | |
|---|---|
| G44.319 | Post Traumatic Headaches |
| S13.4xxA | Sprain of ligaments of cervical spine |
| S23.3xxA | Sprain of ligaments of thoracic spine, initial encounter |
| S33.5xxA | Sprain of ligaments of lumbar spine |

## CASE PLAN / MANAGEMENT

**Treatment Profile**

**Manual Therapies:**
  · Specific spinal adjustments to the cervical, thoracic, lumbar, sacral, and pelvic spinal regions

**Adjunctive Physical Modalities:**
  · Massage applied to the cervical, thoracic, and lumbar regions
  · Pulsed ultrasound applied to the cervical, thoracic, and lumbar regions
  · Low volt Galvanic current applied to the cervical, thoracic, and lumbar regions
  · Interferential stimulation applied to the cervical, thoracic, and lumbar regions
  · Therapeutic exercises will be utilized to develop strength, endurance, improve range of motion, and flexibility. Neuromuscular re-education will be utilized to promote movement, balance, coordination, kinesthetic sense, posture, and proprioception. Each technique typically requires 15 minutes per session applied to the cervical, thoracic, and lumbar regions
  · Exercise protocols designed to stretch and strengthen applied to the cervical, thoracic, and lumbar regions

**Prognosis**
A thorough evaluation of Ms. Gatchell's state of health concluded that her prognosis for recovery was fair.

**Case Description / Discussion**
The patient's treatment goals are to bring them to an asymptomatic state then to rehabilitate the spine and soft tissue to normal function. If there are any further questions regarding this patient or the treatment which is to be rendered in this office, please feel free to contact me at any time.

**General Measures and Potential Risks**

I will continue to keep you informed regarding the patient's status as I view it.

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatchell
Initial Evaluation - Page 6

Sincerely,

 

 

_____

**Frank Alfano, D.C.**

Re: Ms. Cynthia L. Gatchell          DOB: 10/06/1967
Daily Progress and Procedural Notes

## November 30, 2015 - Attending Physician: Frank Alfano, D.C.



### SUBJECTIVE

At today's session Ms. Gatchell says that the following are her principal complaints:  In her lower back on both sides the patient is troubled by a constant dull pain.  In her middle back on both sides she is aggravated by a frequent dull pain.  The patient is experiencing in both sides of her upper back and neck a constant dull pain.  She is suffering in the right foot, ankle, knee, hip from an intermittent dull pain with numbness and tingling.  The patient is having in both sides of her head an intermittent dull pain.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she reports her overall pain is a 6.  The patient relates that she has not had any new provocative incident.

### OBJECTIVE

My measurement of the leg length disparity verifies the right leg is 1/4 of an inch shorter than the left leg resulting from functional pelvic deficiency and postural compromise.  The findings from a palpatory evaluation of the spine and right lower extremity are as follows:  Tense muscles are evident overlying the entire upper cervical spine.  Spastic and tender deep paraspinal musculatures are present in the left middle cervical area.  Malalignment is identified with tense muscles specific to the right middle cervical range.  Myospasm and tenderness are apparent at the left lower cervical region.  The presence of malposition is detected together with myospasm located in the right lower cervical region.  Spastic and tender deep paraspinal musculatures are noted overlying the left upper thoracic range.  Evidence of myospasm is located overlying the left lower thoracic range.  Apparent misalignment is evident in the right middle thoracic spine.  Tense muscles are detected in the right lower thoracic region.  Spastic and tender deep paraspinal musculatures are located overlying the left upper lumbar range.  Malposition is apparent with associated spastic and tender deep paraspinal musculatures localized to the right upper lumbar region.  Spasm and pain to palpation are identified specific to the left middle lumbar area.  Malalignment is noted coupled with tense and tender muscles of the right middle lumbar area.  Signs of tense and tender muscles are located at the left lower lumbar range.  Signs of joint dysfunction are present plus spastic and tender musculatures localized to the right lower lumbar spine.  Evidence of misalignment is apparent in the right lower extremity.

### ASSESSMENT

The patient's original assessment has not changed.

### PLAN

The patient's appointment schedule calls for two times per week.  Her home care procedure is changed to moist heat.  Cynthia Gatchell has communicated her complete comprehension of all general measures.  Patient has been rerferred out for an orthopedic consultation.

Re: Ms. Cynthia L. Gatche.　　　　　　　　　DOB: 10/06/1967
Daily Progress and Procedural Notes

## TODAY'S TREATMENT

The therapy this appointment, as indicated by the examination conclusions, involves the manipulation and modalities listed below.  A manually assisted short lever adjustment is delivered to resolve joint dysfunction and improve range-of-motion in L2, L3, L5, T5, T6, C3, C5, and right patella.  The following modalities are applied to the middle/lower lumbosacral spine, upper thoracic spine, middle/lower cervical spine, and right lower extremity.  To alleviate pain, promote the reduction of muscular infiltration, and raise local metabolism, ultrasound is given for fifteen attended minutes.  Programmed interferential stimulation is used for fifteen minutes to lessen pain, enhance motor function, and stimulate local metabolism.  Low level laser therapy is performed for ten attended minutes to aid healing and promote pain relief.  Low back exercises were performed for fifteen attended minutes.  Ms. Gatchell tolerates the protocol satisfactorily.

Re: Ms. Cynthia L. Gatchell                    DOB: 10/06/1967
Daily Progress and Procedural Notes

**December 2, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Ms. Cynthia Gatchell says during her appointment today that the following are her principal complaints: In her lower back bilaterally the patient is afflicted by a constant dull pain. She is aggravated by a frequent dull pain in her middle back bilaterally. The patient is feeling in both sides of her upper back and neck a constant dull pain. She is suffering from an intermittent dull pain with numbness and tingling in the right foot, ankle, knee, hip. In her head on both sides the patient is troubled by an intermittent dull pain. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she notes her overall pain is a 6. The patient reports that her symptoms are worse Pait symptoms are worse when   walking when first waking up. She states that she has not had any new provocative incident.



## OBJECTIVE

The measurement of the difference in the length of the legs identifies the right leg to be 1/4 of an inch short due to postural compromise. The findings from my palpatory examination of the spine and right lower extremity are as follows: Signs of tense muscles are apparent overlying both sides of the upper cervical range. Spasm and pain to palpation are located in the left middle cervical range. Apparent joint dysfunction is noted with accompanying tense muscles localized to the right middle cervical region. Evidence of myospasm and pain to palpation are present at the left lower cervical area. Malposition is identified plus spastic musculatures specific to the right lower cervical spine. The presence of tense and tender muscles are detected overlying the left upper thoracic spine. Spasm is detected in the left lower thoracic area. Misalignment is detected at the right middle thoracic area. Spastic deep paraspinal musculatures are present in the right lower thoracic range. Evidence of myospasm and tenderness are identified overlying the left upper lumbar area. Signs of subluxation are noted with associated spastic and tender deep paraspinal musculatures located at the right upper lumbar region. Myospasm and pain to palpation are present specific to the left middle lumbar spine. Malalignment is identified plus spasm and tenderness located at the right middle lumbar spine. Muscular spasm and pain to palpation are noted at the left lower lumbar spine. Evidence of malposition is apparent together with myospasm and tenderness located at the right lower lumbar range. The presence of subluxation is evident in the right lower extremity.

## ASSESSMENT

The original assessment remains the same.

## PLAN

The patient's visit frequency is two sessions per week. Her home participation regimen is revised to moist heat. Ms. Gatchell has acknowledged her complete understanding of all general measures. Patient has been rerferred out for an orthopedic consultation.

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/1967
Daily Progress and Procedural Notes

## TODAY'S TREATMENT

This visit's regimen, as indicated by the examination findings, comprises the following. A specific low force adjustment is administered to enhance intersegmental/global range-of-motion and rectify malalignments in L2, L3, L5, T5, T6, C3, C5, and right patella. The following modalities are performed on the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity. To promote the reduction of muscular congestion, increase circulatory metabolism, and decrease pain, ultrasound is applied for fifteen attended minutes. To relieve inflammation and alleviate pain, programmed interferential stimulation is used for fifteen minutes. To aid healing and promote pain relief, low level laser therapy is given for ten attended minutes. Ms. Gatchell tolerates today's treatment well.

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/1967
Daily Progress and Procedural Notes

**December 7, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Cynthia Gatchell reports at her appointment today that her main complaints are as follows: The patient is aggravated in her lower back bilaterally by constant dull pain. She is troubled by frequent dull pain in both sides of her middle back. The patient is having constant dull pain in both sides of her upper back and neck. She has intermittent dull pain with numbness and tingling in the right foot, ankle, knee, hip. The patient is experiencing intermittent dull pain in both sides of her head. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she indicates her overall pain is a 6. The patient says that her symptoms are worse Patient is scheduled for a follow up with the orthopedist. She notes that she has not had any new provocative incident.



## OBJECTIVE

A leg length evaluation indicates the right leg is 1/4 of an inch shorter than the left leg resulting from functional pelvic deficiency and postural compromise. The results from the palpatory examination of the spine and right lower extremity are as follows: Spastic musculatures are evident specific to the upper cervical spine bilaterally. The presence of spasm and pain to palpation are identified overlying the left middle cervical range. Malalignment is detected together with spastic deep paraspinal musculatures of the right middle cervical region. Evidence of myospasm and pain to palpation are located at the left lower cervical region. Apparent malalignment is noted together with tense muscles located at the right lower cervical region. Spastic and tender deep paraspinal musculatures are present in the left upper thoracic spine. Signs of spasm are apparent at the left lower thoracic range. Apparent subluxation is noted in the right middle thoracic area. Myospasm is located in the right lower thoracic range. The presence of myospasm and pain to palpation are identified specific to the left upper lumbar range. Misalignment is evident plus myospasm and pain to palpation located in the right upper lumbar region. The presence of myospasm and tenderness are evident at the left middle lumbar range. Joint dysfunction is present together with muscular spasm and pain to palpation localized to the right middle lumbar area. The presence of spastic and tender deep paraspinal musculatures are detected specific to the left lower lumbar region. Apparent joint dysfunction is detected with spasm and pain to palpation located in the right lower lumbar range. Malalignment is detected at the right lower extremity.

## ASSESSMENT

The initial assessment remains the same.

## PLAN

The patient's visit schedule is two times per week. Her home participation recommendation is changed to moist heat. These and all general measures have been explained to Cynthia Gatchell and she has expressed her comprehension of them. Patient has been rerferred out for an orthopedic consultation.

Re: Ms. Cynthia L. Gatche.           DOB: 10/06/1967
Daily Progress and Procedural Notes

## TODAY'S TREATMENT

This session's regimen, as warranted by the examination findings, combines the manipulation and modalities reported below. A mechanical force adjustment is administered to lessen misalignments and restore intersegmental/global range-of-motion in L2, L3, L5, T5, T6, C3, C5, and right patella. The following modalities are utilized on the middle/lower lumbosacral range, upper thoracic range, middle/lower cervical range, and right lower extremity. To lessen pain and foster the reduction of muscular infiltration, ultrasound is delivered for fifteen attended minutes. Programmed interferential stimulation is used for fifteen minutes to improve local metabolism. Low level laser therapy is given for ten attended minutes to aid healing and promote pain relief. Low back exercises were performed for fifteen attended minutes. Ms. Gatchell tolerates today's treatment well.

Re: Ms. Cynthia L. Gatchell
Daily Progress and Procedural Notes

DOB: 10/06/1967

**December 8, 2015 – Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:     DATE:

Today Cynthia Gatchell indicates that the following are her principal complaints:   The patient is bothered in both sides of her lower back by dull pain which occurs constantly.   In both sides of her middle back she is feeling dull pain that occurs frequently. The patient is afflicted by dull pain occurring constantly in both sides of her upper back and neck.   She has dull pain with numbness and tingling which occurs intermittently in the right foot, ankle, knee, hip.   The patient is aggravated in her head bilaterally by dull pain which occurs intermittently.   She notes in both sides of her lower back, middle back, upper back, and neck the pain is unchanged.   The pain with numbness and tingling remains the same in the right foot, ankle, knee, hip.   The pain in her head on both sides has not changed.   On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient states her overall pain is a 5.   She says that she has not had any new provocative incident.

## OBJECTIVE

An evaluation of the leg length deficiency identifies the right leg is 1/4 of an inch shorter than the left leg due to postural compromise.   The following outcomes are indicated upon my examination of the spine and right lower extremity.   The presence of spasm is noted specific to the left and right upper cervical region.   Myospasm and tenderness are detected at the left middle cervical region.   Malposition is evident coupled with muscular spasm of the right middle cervical region.   Muscular spasm and tenderness are located overlying the left lower cervical area.   Apparent malposition is present with concomitant spasm in the right lower cervical range. Spasm and pain to palpation are apparent in the left upper thoracic area.   Evidence of tense muscles are identified overlying the left lower thoracic spine.   Signs of malalignment are noted in the right middle thoracic area.   The presence of tense muscles are located specific to the right lower thoracic spine.   Spastic and tender musculatures are identified specific to the left upper lumbar area.   Malalignment is present with accompanying myospasm and pain to palpation located at the right upper lumbar range.   Evidence of myospasm and tenderness are apparent at the left middle lumbar spine.   Signs of subluxation are present coupled with muscular spasm and pain to palpation located in the right middle lumbar spine.   Muscular spasm and pain to palpation are present overlying the left lower lumbar area.   Signs of malposition are noted with spastic and tender musculatures located at the right lower lumbar region.   Malalignment is identified at the right lower extremity.

## ASSESSMENT

The preliminary assessment has not changed.

## PLAN

Her visit schedule is three times per week.   Her home participation order now is moist heat. The patient has confirmed her complete knowledge of all general measures.

Frank Alfano, D.C.

Pg -7

Re: Ms. Cynthia L. Gatche.                          DOB: 10/06/1967
Daily Progress and Procedural Notes

## TODAY'S TREATMENT

The treatment this visit, as warranted by the examination conclusions, combines the subsequent manipulation and modalities.   A specific low force adjustment is employed to increase range-of-motion and reduce malalignments in L2, L3, L5, sacrum, T6, C3, C5, and right patella. The following modalities are utilized on the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity.   To foster the reduction of muscular infiltration, ultrasound is performed for fifteen attended minutes.   To decrease inflammation and increase local metabolism, programmed interferential stimulation is delivered for fifteen minutes. To aid healing and promote pain relief, low level laser therapy is used for ten attended minutes. Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.   Ms. Gatchell tolerates the program satisfactorily.

Re: Ms. Cynthia L. Gatch___.                    DOB: 10/06/1967
Daily Progress and Procedural Notes

**December 16, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Ms. Cynthia Gatchell says during her visit this day that her primary complaints are the following:  In her lower back on both sides the patient is feeling a constant dull pain.  She is suffering from a frequent dull pain in both sides of her middle back.  In both sides of her upper back and neck the patient is experiencing a constant dull pain.  She has an intermittent dull pain with numbness and tingling in the right foot, ankle, knee, hip.  The patient is troubled by an intermittent dull pain in both sides of her head.  She reports in both sides of her lower back, middle back, upper back, and neck there is no change in the pain.  In the right foot, ankle, knee, hip the pain with numbness and tingling has not changed.  In both sides of her head the pain remains the same. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient indicates her overall pain is a 4.   She states that she has not had any new provocative incident.



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:        DATE:

## OBJECTIVE

My measurement of the leg length deficiency verifies the right leg is 1/4 of an inch shorter than the left leg reflective of postural compromise.   The following conclusions are disclosed from an examination of the spine and right lower extremity:  Signs of muscular spasm are identified in both sides of the upper cervical range.  Apparent muscular spasm and pain to palpation are present specific to the left middle cervical area.   Misalignment is detected with muscular spasm overlying the right middle cervical area.   The presence of myospasm and tenderness are apparent at the left lower cervical region.  Misalignment is evident coupled with spastic deep paraspinal musculatures localized to the right lower cervical range.   Evidence of spasm and tenderness are noted overlying the left upper thoracic area.  Apparent myospasm is located specific to the left lower thoracic area.  Misalignment is detected in the right middle thoracic area.  Signs of spastic deep paraspinal musculatures are detected at the right lower thoracic range.   Myospasm and tenderness are located in the left upper lumbar region.   Evidence of malalignment is apparent with spastic and tender musculatures located at the right upper lumbar region.   Spasm and pain to palpation are evident at the left middle lumbar spine.   Apparent malalignment is evident together with spasm and tenderness located at the right middle lumbar region.   Evidence of muscular spasm and pain to palpation are located at the left lower lumbar range.   Misalignment is detected with associated spastic and tender deep paraspinal musculatures of the right lower lumbar range.   Malposition is located in the right lower extremity.

## ASSESSMENT

The preliminary assessment has not changed.

Frank Alfano, D.C.                                              Pg -9

Re: Ms. Cynthia L. Gatchell                    DOB: 10/06/1967
Daily Progress and Procedural Notes

## PLAN

The patient's visit schedule is determined to be two times per week. Her home participation regimen now is moist heat. All general measures have been gone over with Ms. Gatchell and she has acknowledged her understanding of them.

## TODAY'S TREATMENT

This appointment's regimen, as necessitated by the examination outcomes, consists of the manipulation and modalities as follows. A specific low force adjustment is performed to decrease joint dysfunction and extend intersegmental/segmental range-of-motion in L2, L3, L5, T5, T6, C3, C5, and right patella. The following modalities are applied to the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity. Ultrasound is used for fifteen attended minutes to separate muscular congestion and improve circulatory metabolism. To relieve inflammation and moderate pain, programmed interferential stimulation is given for fifteen minutes. Low level laser therapy is administered for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Cynthia Gatchell tolerates the program well.

Frank Alfano, D.C.                                    Pg -10

*Dr. Frank Alfano*

203 Centennial Street • Suite 105
P.O. Box 2741
La Plata, Maryland 20646

301-932-2100                                                    Fax: 301-392-9338

For __Cynthia Gatchell__

Date __12·16·15__

Rx MRI Lumbar spine
DX low back pain
post trauma

_____ D.C.

- ☐ Brachial plexus ☐ Right ☐ Left ☐ Bilateral
- ☐ Cervical spine ☐ Thoracic spine
  - ☐ Lumbar spine ☐ Sacrum & Coccyx
- ☐ MRCP
- ☐ Pelvis
- ☐ Extremity: Joint ☐ Right ☐ Left
  - *Specify Body Part* _____
- ☐ Extremity: Non-Joint ☐ Right ☐ Left
  - *Specify Body Part* _____
- ☐ Foot ☐ Hind ☐ Fore ☐ Mid
- ☐ MR Arthrogram _____

- ☐ Knee
- ☐ Ankle

- ☐ Hand

**Diagnostic X-Ray**

- ☐ _____
  - *Specify Body Part with Views*
  - ☐ Right ☐ Left ☐ Bilateral
- ☐ Other _____

*Comments*

Please call us today to schedule your appointment 410.298.0454 or request an appointment online
www.americanradiology.com.
We offer Pre-Authorization assistance.

Re: Ms. Cynthia L. Gatchell                    DOB: 10/06/1967
Daily Progress and Procedural Notes

**December 17, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

During today's session Ms. Gatchell reports that the following are
her principal complaints:  The patient is aggravated in her lower
back bilaterally by constant dull pain.  She is troubled in both
sides of her middle back by frequent dull pain.  The patient is
experiencing constant dull pain in both sides of her upper back
and neck.  In the right foot, ankle, knee, hip she is suffering from
intermittent dull pain with numbness and tingling.  In both sides
of her head the patient is having intermittent dull pain.  She
indicates the pain is unchanged in both sides of her lower back,
middle back, upper back, and neck.  The pain with numbness
and tingling is the same in the right foot, ankle, knee, hip.  The
pain in her head bilaterally remains unchanged.  On a visual
analog scale of 0 to 10 with 0 being no pain and 10 being the



worst pain possible, the patient states her overall pain is a 6.  She relates that she has not had
any new provocative incident.

## OBJECTIVE

A leg length analysis substantiates the right leg to be 1/4 of an inch short resulting from postural
compromise.  The following determinations are indicated from my clinical evaluation of the
spine and right lower extremity:  Evidence of myospasm is located overlying the upper cervical
area on both sides.  Signs of spasm and pain to palpation are present in the left middle cervical
range.  The presence of malalignment is noted coupled with spastic musculatures specific to the
right middle cervical spine.  Apparent myospasm and pain to palpation are evident at the left
lower cervical area.  Apparent joint dysfunction is identified with concomitant spasm located at
the right lower cervical region.  Spasm and pain to palpation are detected specific to the left
upper thoracic spine.  Spastic deep paraspinal musculatures are located in the left lower thoracic
spine.  Misalignment is detected in the right middle thoracic region.  Signs of spastic deep
paraspinal musculatures are apparent overlying the right lower thoracic spine.  Apparent spasm
and pain to palpation are detected in the left upper lumbar spine.  Subluxation is apparent with
accompanying tense and tender muscles located in the right upper lumbar area.  Apparent
muscular spasm and pain to palpation are present specific to the left middle lumbar spine.  The
presence of malalignment is apparent coupled with spasm and pain to palpation located in the
right middle lumbar range.  Evidence of spasm and pain to palpation are detected overlying the
left lower lumbar region.  Apparent malalignment is noted with concomitant myospasm and
tenderness of the right lower lumbar range.  Malalignment is detected at the right lower
extremity.

## ASSESSMENT

The initial assessment remains unchanged.

## PLAN

The patient's appointment schedule is determined to be two times per week.  Her home
participation plan is changed to moist heat.  Ms. Gatchell has confirmed her full knowledge of

Re: Ms. Cynthia L. Gatche...                    DOB: 10/06/1967
Daily Progress and Procedural Notes

all general measures. Patient has been referred for a lumbar MRI. Patient has been referred to pain management. Patient has been referred for an ortho follow up.

## TODAY'S TREATMENT

As noted by the supporting documentation, today's care calls for the manipulation and modalities listed below. A metered light force adjustment is performed to extend intersegmental/segmental joint biomechanics and alleviate malalignments in L2, L3, L5, T6, C3, C5, and right patella. The following modalities are administered to the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity. Ultrasound is applied for fifteen attended minutes to reduce pain, breakup connective tissue adhesions, and raise localized circulatory metabolism. To diminish inflammation, encourage motor function, and increase local metabolism, programmed interferential stimulation is given for fifteen minutes. Low level laser therapy is delivered for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Ms. Gatchell tolerates today's treatment well.

Frank Alfano, D.C.                                        Pg -12

Re: Ms. Cynthia L. Gatche..                      DOB: 10/06/1967
Daily Progress and Procedural Notes

**December 22, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Ms. Cynthia Gatchell states during her session today that the following are her primary complaints:   In her lower back bilaterally the patient has a constant dull pain.  She is suffering in her middle back bilaterally from a frequent dull pain.  In both sides of her upper back and neck the patient is having a constant dull pain.  In the right foot, ankle, knee, hip she is bothered by an intermittent dull pain with numbness and tingling.  The patient is experiencing an intermittent dull pain in her head bilaterally.   She reports that in both sides of her lower back, middle back, upper back, and neck there is no change in the pain. There is no change in the pain with numbness and tingling in the right foot, ankle, knee, hip.  In her head on both sides there is no change in the pain.  On a visual analog scale of 0 to 10 with 0



being no pain and 10 being the worst pain possible, the patient says her overall pain is a 4.  She indicates that she has not had any new provocative incident.

## OBJECTIVE

My analysis of the leg length disparity verifies the right leg is 1/4 of an inch shorter than the left leg due to functional pelvic deficiency and postural compromise.  The following findings are revealed by a clinical evaluation of the spine and right lower extremity:  Evidence of myospasm is detected at the upper cervical spine bilaterally.  Signs of spastic and tender musculatures are identified specific to the left middle cervical range.  Malposition is apparent plus spasm located at the right middle cervical spine.  Apparent muscular spasm and tenderness are noted overlying the left lower cervical area.  The presence of subluxation is evident together with spasm in the right lower cervical region.  Apparent myospasm and pain to palpation are located specific to the left upper thoracic spine.  Myospasm is identified at the left lower thoracic spine.  Apparent misalignment is located in the right middle thoracic area.  Evidence of muscular spasm is located in the right lower thoracic area.  Evidence of spastic and tender deep paraspinal musculatures are located overlying the left upper lumbar spine.  Misalignment is noted with spasm and tenderness of the right upper lumbar range.  Evidence of spastic and tender deep paraspinal musculatures are noted overlying the left middle lumbar range.  Subluxation is detected plus tense and tender muscles of the right middle lumbar area.  Apparent spasm and tenderness are identified overlying the left lower lumbar region.  Malposition is apparent with associated spasm and tenderness of the right lower lumbar range.  Malposition is apparent at the right lower extremity.

## ASSESSMENT

The patient's initial assessment has not changed.

## PLAN

The patient's appointment frequency is set at two sessions per week.  Her home participation direction now is made up of moist heat.  Cynthia has communicated her complete knowledge of all general measures.

Frank Alfano, D.C.                                             Pg -13

Re: Ms. Cynthia L. Gatchell                    DOB: 10/06/1967
Daily Progress and Procedural Notes

## TODAY'S TREATMENT

The following management, as indicated by the examination conclusions, are utilized on Ms. Cynthia Gatchell this appointment. A mechanical force adjustment is delivered to restore intersegmental/segmental mobility and alleviate segmental dysfunction in L2, L3, L5, T6, C4, C5, and right patella. The following modalities are given to the middle/lower lumbosacral region, upper thoracic region, middle/lower cervical region, and right lower extremity. Ultrasound is applied for fifteen attended minutes to elevate local metabolism, reduce muscular congestion, and relieve pain. Programmed interferential stimulation is administered for fifteen minutes to improve local metabolism and foster motor function. To aid healing and promote pain relief, low level laser therapy is used for ten attended minutes. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Cynthia tolerates the program satisfactorily.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19
Daily Progress and Procedural Notes

**December 29, 2015 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE



Ms. Cynthia Gatchell notes during her session today that her primary complaints are the following:  The patient is aggravated in her lower back bilaterally by a constant dull pain.  She is troubled by a frequent dull pain in her middle back on both sides.  The patient is suffering in both sides of her upper back and neck from a constant dull pain.  She is afflicted by an intermittent dull pain with numbness and tingling in the right foot, ankle, knee, hip.  In both sides of her head the patient has an intermittent dull pain.  She states that in both sides of her lower back, middle back, upper back, and neck the pain is the same.  The pain with numbness and tingling is unchanged in the right foot, ankle, knee, hip.  The pain in her head on both sides is unchanged.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient says her overall pain is a 4.  She reports that she has not had any new provocative incident.

## OBJECTIVE

An analysis of the leg length discrepancy substantiates the right leg is 1/4 of an inch shorter than the left leg resulting from pelvic deficiency, leg length inequality, or reactive misalignment. During my clinical evaluation of the spine and right lower extremity the following findings are indicated:  Signs of spastic musculatures are identified overlying the entire upper cervical range. Apparent spastic and tender musculatures are located at the left middle cervical range. Malalignment is present coupled with tense muscles of the right middle cervical region.  The presence of spastic and tender deep paraspinal musculatures are noted specific to the left lower cervical region.  Malalignment is apparent coupled with tense muscles located at the right lower cervical range.  Spastic and tender musculatures are detected in the left upper thoracic region. Spastic deep paraspinal musculatures are evident overlying the left lower thoracic spine. Evidence of malposition is present at the right middle thoracic area.  Signs of muscular spasm are identified at the right lower thoracic range,  Spasm and pain to palpation are noted in the left upper lumbar spine.  Apparent subluxation is noted with concomitant tense and tender muscles located in the right upper lumbar region.  Spastic and tender deep paraspinal musculatures are noted in the left middle lumbar spine.  Signs of joint dysfunction are noted coupled with spasm and tenderness located in the right middle lumbar spine.  The presence of spasm and pain to palpation are located at the left lower lumbar region.  Apparent misalignment is evident with associated spasm and pain to palpation located in the right lower lumbar spine.  Joint dysfunction is present in the right lower extremity.

## ASSESSMENT

The patient's preliminary assessment has not changed.

Frank Alfano, D.C.                                        Pg -15

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19u.
Daily Progress and Procedural Notes

## PLAN

The patient's appointment frequency is two times per week. Her home management recommendation now is moist heat. Cynthia has expressed her full comprehension of all general measures.

## TODAY'S TREATMENT

The ensuing therapy, as indicated by the examination findings, are applied to Ms. Cynthia Gatchell this session. A metered light force adjustment is administered to improve intersegmental/segmental range-of-motion and reduce segmental dysfunction in L2, L3, L5, T6, T7, C4, C5, and right patella. The following modalities are given to the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity. Ultrasound is delivered for fifteen attended minutes to diminish pain. Programmed interferential stimulation is used for fifteen minutes to promote motor function and relax tense muscles. Low level laser therapy is utilized for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Cynthia Gatchell tolerates the procedure satisfactorily.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19c.
Daily Progress and Procedural Notes

**January 5, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Cynthia Gatchell complains during her visit this day that the
following are her main complaints:  The patient is bothered in
both sides of her lower back by a constant dull pain.  She is
aggravated in both sides of her middle back by a frequent dull
pain.  The patient is troubled by a constant dull pain in both
sides of her upper back and neck.  She is experiencing an
intermittent dull pain with numbness and tingling in the right
foot, ankle, knee, hip.  In her head on both sides the patient is
afflicted by an intermittent dull pain.  She states that in both
sides of her lower back, middle back, upper back, and neck there
is no change in the pain.  The pain with numbness and tingling
in the right foot, ankle, knee, hip remains unchanged.  In her
head bilaterally there is no change in the pain.  On a visual



analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient
notes her overall pain is a 3.  She indicates that she has not had any new provocative incident.

## OBJECTIVE

The leg length analysis shows the right leg to be 1/4 of an inch short resulting from pelvic
deficiency, leg length inequality, or reactive misalignment.  The following outcomes are
revealed during a clinical assessment of the spine and right lower extremity:  Spastic deep
paraspinal musculatures are present at the entire upper cervical range.  Spastic and tender deep
paraspinal musculatures are apparent in the left middle cervical spine.  The presence of joint
dysfunction is evident coupled with spastic musculatures specific to the right middle cervical
region.  Evidence of myospasm and pain to palpation are detected overlying the left lower
cervical range.  Joint dysfunction is noted together with myospasm located at the right lower
cervical area.  Myospasm and pain to palpation are identified in the left upper thoracic range.
Signs of spastic deep paraspinal musculatures are located in the left lower thoracic area.
Misalignment is present at the right middle thoracic spine.  Tense muscles are apparent in the
right lower thoracic area.  Spastic and tender deep paraspinal musculatures are identified in the
left upper lumbar spine.  Apparent misalignment is identified with spastic and tender deep
paraspinal musculatures located in the right upper lumbar region.  The presence of myospasm
and pain to palpation are located in the left middle lumbar range.  Malalignment is present plus
spastic and tender musculatures of the right middle lumbar range.  Spasm and tenderness are
identified in the left lower lumbar area.  Apparent malalignment is noted with spastic and tender
musculatures of the right lower lumbar region.  Evidence of joint dysfunction is apparent at the
right lower extremity.

## ASSESSMENT

The patient's initial assessment remains unchanged.

Re: Ms. Cynthia L. Gatche_
Daily Progress and Procedural Notes                    DOB: 10/06/19c

## PLAN

The patient's appointment schedule calls for two times per week. Her home participation regimen now consists of moist heat. Cynthia Gatchell has acknowledged her complete comprehension of all general measures.

## TODAY'S TREATMENT

As noted by the objective findings, today's treatment comprises the manipulation and modalities described here. A light metered force adjustment is used to normalize intersegmental as well as global range-of-motion and reduce misalignments in L2, L3, L5, T7, C3, C6, and left patella. The following modalities are given to the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity. To alleviate pain, ultrasound is utilized for fifteen attended minutes. Programmed interferential stimulation is employed for fifteen minutes to diminish inflammation and alleviate pain. Low level laser therapy is delivered for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Cynthia Gatchell tolerates the protocol well.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19.
Daily Progress and Procedural Notes

## January 7, 2016 - Attending Physician: Frank Alfano, D.C.

### SUBJECTIVE

At today's session Ms. Cynthia Gatchell says that the following are her main complaints:   The patient is troubled in both sides of her lower back, middle back, upper back, and neck by dull pain occurring constantly.  She has in the right foot, ankle, knee, hip burning pain with numbness and tingling which occurs constantly.   The patient reports there is a worsening of the pain with numbness and tingling in the right foot, ankle, knee, hip. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she states her overall pain is a 3. The patient notes that she has not had any new provocative incident.



### OBJECTIVE

My assessment of the leg length deficiency substantiates the right leg is 1/4 of an inch shorter than the left leg due to postural compromise.  From a biomechanical evaluation of the spine and right lower extremity the following conclusions are revealed:  Spastic musculatures are noted in the left lower cervical range.  Subluxation is detected coupled with tense muscles at the right middle and lower cervical spine.  Signs of muscular spasm are evident specific to the right upper thoracic spine.  Joint dysfunction is identified in the right middle thoracic spine.  Spastic deep paraspinal musculatures are located overlying the left upper lumbar range.  Malposition is present with associated tense muscles located at the right upper lumbar region.  Apparent spasm is detected in the left middle lumbar area.  Malalignment is detected with concomitant spastic deep paraspinal musculatures located in the right middle lumbar region.  Myospasm is noted in the left lower lumbar area.  The presence of malalignment is apparent with associated spastic musculatures localized to the right lower lumbar region.  Misalignment is evident at the right lower extremity.

### ASSESSMENT

The patient's initial assessment has not changed.

### PLAN

The patient's visit schedule is set at two sessions per week.  Her home management plan now consists of moist heat.  All general measures have been gone over with Ms. Gatchell and she has conveyed her comprehension of them.

### TODAY'S TREATMENT

As indicated by the examination results, today's therapy combines the following.  A metered light force adjustment is used to enhance intersegmental as well as segmental joint mobility and relieve misalignments in L2, L3, L5, sacrum, T5, T6, C4, C5, and right patella.  The following modalities are given to the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity.  Ultrasound is employed for fifteen attended minutes to improve circulatory metabolism and lessen pain.  Programmed interferential stimulation is utilized for fifteen minutes to stimulate local metabolism, diminish spasm, and foster motor

Re: Ms. Cynthia L. Gatche.                      DOB: 10/06/19...
Daily Progress and Procedural Notes

function.   Low level laser therapy is performed for ten attended minutes to aid healing and promote pain relief.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.   The patient tolerates the program satisfactorily.

Re: Ms. Cynthia L. Gatche.                           DOB: 10/06/19..
Daily Progress and Procedural Notes

**January 12, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

At today's session Ms. Gatchell notes that the following are her principal complaints:  The patient is aggravated in both sides of her lower back, middle back, upper back, and neck by a constant dull pain.  She is feeling in the right foot, ankle, knee, hip a constant burning pain with numbness and tingling.  The patient states that in both sides of her lower back, middle back, upper back, and neck there is no change in the pain.  The pain with numbness and tingling remains the same in the right foot, ankle, knee, hip.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she says her overall pain is a 4.  The patient reports that she has not had any new provocative incident.



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:        DATE:

## OBJECTIVE

A leg length analysis substantiates the right leg to be 1/4 of an inch short due to pelvic deficiency, leg length inequality, or reactive misalignment.  The following outcomes are indicated upon the assessment of the spine and right lower extremity:  Signs of spastic musculatures are present in the left lower cervical region.  The presence of subluxation is noted coupled with spastic deep paraspinal musculatures overlying the right middle and lower cervical spine.  Myospasm is apparent at the right upper thoracic area.  Malposition is evident in the right middle thoracic region.  Apparent spastic deep paraspinal musculatures are identified specific to the left upper lumbar range.  Misalignment is detected with accompanying tense muscles located at the right upper lumbar region.  Evidence of tense muscles are located at the left middle lumbar region.  Signs of subluxation are evident coupled with myospasm located in the right middle lumbar area.  Muscular spasm is present overlying the left lower lumbar area.  Joint dysfunction is evident with accompanying spastic deep paraspinal musculatures localized to the right lower lumbar spine.  Apparent joint dysfunction is present in the right lower extremity.

## ASSESSMENT

There is no revision to the patient's initial assessment.

## PLAN

The patient's appointment schedule calls for two sessions per week.  Her home participation regimen now is made up of moist heat.  Cynthia has expressed her complete knowledge of all general measures.

## TODAY'S TREATMENT

The following manipulation and modalities, as indicated by the examination outcomes, are applied to Ms. Gatchell this session.  A low force specific adjustment is delivered to restore articular joint mobility and decrease segmental dysfunction in L2, L3, L5, T6, C4, C5, and right patella.  The following modalities are performed on the middle/lower lumbosacral spine, upper thoracic spine, middle/lower cervical spine, and right lower extremity.  Ultrasound is

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19ᴄ.
Daily Progress and Procedural Notes

administered for fifteen attended minutes to breakup muscular adhesions, normalize local metabolism, and alleviate pain.   Programmed interferential stimulation is used for fifteen minutes to improve motor function and increase local metabolism.   To aid healing and promote pain relief, low level laser therapy is given for ten attended minutes.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19c.
Daily Progress and Procedural Notes

**January 19, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Cynthia Gatchell states during her appointment this day that her chief complaints are as follows:  The patient is having a constant dull pain in both sides of her lower back, middle back, upper back, and neck.  In the right foot, ankle, knee, hip she is troubled by a constant burning pain with numbness and tingling.  The patient says the pain in both sides of her lower back, middle back, upper back, and neck remains unchanged.  In the right foot, ankle, knee, hip there is no change in the pain with numbness and tingling.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she indicates her overall pain is a 4.  The patient relates that she has not had any new provocative incident.



## OBJECTIVE

The leg length analysis shows the right leg to be 1/4 of an inch discrepant indicating postural compromise.  The following outcomes are revealed from a palpatory examination of the spine and right lower extremity:  Signs of tense muscles are evident at the left lower cervical region.  Malalignment is identified plus tense muscles in the right middle and lower cervical ranges.  Spastic musculatures are apparent specific to the right upper thoracic region.  Joint dysfunction is located in the right middle thoracic spine.  Apparent spastic musculatures are present overlying the left upper lumbar range.  Malalignment is detected coupled with spastic deep paraspinal musculatures of the right upper lumbar range.  Muscular spasm is noted overlying the left middle lumbar area.  Joint dysfunction is present coupled with tense muscles located at the right middle lumbar area.  The presence of myospasm is apparent in the left lower lumbar area.  Evidence of malposition is detected with accompanying tense muscles located in the right lower lumbar spine.  Joint dysfunction is detected in the right lower extremity.

## ASSESSMENT

The initial assessment remains unchanged.

## PLAN

The patient's appointment frequency is set at two sessions per week.  Her home participation direction is now moist heat.  These and all general measures have been reviewed with Cynthia and she has confirmed her comprehension of them.

## TODAY'S TREATMENT

As necessitated by the examination findings, this appointment's care includes the following.  A specific low force adjustment is delivered to enhance joint biomechanics and relieve joint dysfunction in L2, L3, L5, T7, C3, C6, and left patella.  The following modalities are administered to the middle/lower lumbosacral spine, upper thoracic spine, middle/lower cervical spine, and right lower extremity.  Ultrasound is given for fifteen attended minutes to promote the reduction of muscular adhesions.  To alleviate spasm and promote motor function, programmed interferential stimulation is employed for fifteen minutes.  To aid healing and

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19..
Daily Progress and Procedural Notes

promote pain relief, low level laser therapy is utilized for ten attended minutes.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.   Ms. Gatchell tolerates today's treatment well.

Frank Alfano, D.C.                    Pg -24

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19(
Daily Progress and Procedural Notes

**January 21, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE



At today's session Ms. Gatchell relates that her principal complaints are as follows:  The patient is aggravated in both sides of her lower back, middle back, upper back, and neck by a constant dull pain.  She is experiencing in the right foot, ankle, knee, hip a constant burning pain with numbness and tingling. The patient says there is no change in the pain in both sides of her lower back, middle back, upper back, and neck.  The pain with numbness and tingling in the right foot, ankle, knee, hip is unchanged.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she reports her overall pain is a 4.  The patient states that she has not had any new provocative incident.

## OBJECTIVE

The measurement of the deviation in the length of the legs confirms the right leg to be 1/4 of an inch short reflective of functional pelvic deficiency and postural compromise.  The following determinations are indicated during a biomechanical evaluation of the spine and right lower extremity:  Apparent spastic deep paraspinal musculatures are located at the left lower cervical spine.  Joint dysfunction is noted coupled with myospasm overlying the right middle and lower cervical ranges.  Spastic deep paraspinal musculatures are present in the right upper thoracic spine.  Malposition is apparent in the right middle thoracic region.  Spasm is evident specific to the left upper lumbar spine.  Malposition is identified coupled with muscular spasm of the right upper lumbar spine.  Tense muscles are detected overlying the left middle lumbar spine.  Joint dysfunction is identified plus muscular spasm located at the right middle lumbar area.  Evidence of tense muscles are present in the left lower lumbar region.  Signs of malposition are identified coupled with spastic musculatures located in the right lower lumbar spine.  Subluxation is identified at the right lower extremity.

## ASSESSMENT

The original assessment has not changed.

## PLAN

Her appointment schedule is set at two times per week.  Her home care instruction now is moist heat.  The patient has expressed her full knowledge of all general measures.

## TODAY'S TREATMENT

This day's therapy, as indicated by the examination determinations, comprises the subsequent manipulation and modalities.  A mechanical force adjustment is utilized to resolve malpositions and extend intersegmental/segmental mobility in the coccyx, L2, L3, L5, T7, C4, C7, right patella, and right foot.  The following modalities are delivered to the middle/lower lumbosacral spine, upper thoracic spine, middle/lower cervical spine, and right lower extremity.  Ultrasound is administered for fifteen attended minutes to increase local metabolism.  Programmed

Frank Alfano, D.C.                                    Pg -1

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19...
Daily Progress and Procedural Notes

interferential stimulation is used for fifteen minutes to activate local metabolism.   To aid healing and promote pain relief, low level laser therapy is performed for ten attended minutes.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19.
Daily Progress and Procedural Notes

**January 26, 2016 - Attending Physician: Frank Alfano, D.C.**

### SUBJECTIVE

During today's visit Ms. Gatchell indicates that the following are her main complaints: The patient is suffering in both sides of her lower back from frequent dull pain. In both sides of her middle back and upper back she has intermittent dull pain. The patient is feeling in her neck bilaterally frequent dull pain. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she says her overall pain is a 3. The patient notes that she has not had any new provocative incident.



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:        DATE:

### OBJECTIVE

An evaluation of the discrepancy in the length of the legs confirms the right leg to be 1/4 of an inch indicating pelvic deficiency, leg length inequality, or reactive misalignment. Upon my biomechanical examination of the spine the following determinations are identified: Malposition is apparent in the right middle and lower cervical areas. Subluxation is present in the right lower thoracic area. Apparent spasm is located in the left middle lumbar area. Malposition is evident with spastic musculatures at the right middle lumbar range. Spastic deep paraspinal musculatures are identified specific to the left lower lumbar spine. Evidence of misalignment is detected coupled with spasm overlying the right lower lumbar spine.

### ASSESSMENT

There is no difference in the preliminary assessment.

### PLAN

The patient's appointment frequency is set at two sessions per week. Her home management plan now consists of moist heat. Cynthia has communicated her complete knowledge of all general measures.

### TODAY'S TREATMENT

As noted by the examination determinations, the therapy today involves the manipulation and modalities as follows. A manually assisted short lever adjustment is administered to extend intersegmental as well as segmental joint biomechanics and reduce malalignments in the coccyx, psoas, L3, L5, T10, C4, C5, right patella, and right foot. The following modalities are delivered to the middle/lower lumbosacral spine, upper thoracic spine, middle/lower cervical spine, and right lower extremity. To reduce connective tissue fibrosis adhesions and improve circulatory metabolism, ultrasound is applied for fifteen attended minutes. Programmed interferential stimulation is performed for fifteen minutes to relieve inflammation, lessen pain, and promote motor function. To aid healing and promote pain relief, low level laser therapy is used for ten attended minutes. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Ms. Gatchell tolerates the program satisfactorily.

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19_._
Daily Progress and Procedural Notes

**January 28, 2016 - Attending Physician: Frank Alfano, D.C.**



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:      DATE:

### SUBJECTIVE

At today's session Cynthia Gatchell indicates that the following are her principal complaints:  The patient is experiencing in her lower back bilaterally dull pain which occurs frequently.  She is having in both sides of her middle back and upper back dull pain occurring intermittently.  The patient is bothered by dull pain which occurs frequently in both sides of her neck.  She notes the pain in both sides of her lower back, middle back, upper back, and neck is unchanged.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient states her overall pain is a 4.  She says that she has not had any new provocative incident.

### OBJECTIVE

My leg length evaluation reveals the right leg to be 1/4 of an inch discrepant reflective of pelvic deficiency, leg length inequality, or reactive misalignment.  An examination of the spine reveals the following outcomes:  Subluxation is present in the right middle and lower cervical regions.  Signs of misalignment are noted in the right lower thoracic region.  Myospasm is evident at the left middle lumbar region.  Malalignment is detected with spasm located at the right middle lumbar area.  Evidence of muscular spasm is located overlying the left lower lumbar area.  The presence of malalignment is identified coupled with spasm located in the right lower lumbar spine.

### ASSESSMENT

The patient's original assessment has not changed.

### PLAN

The patient's appointment schedule is two times per week.  Her home participation order now consists of moist heat.  All general measures have been gone over with Cynthia Gatchell and she has verified her understanding of them.

### TODAY'S TREATMENT

As warranted by the examination conclusions, the therapy today calls for the manipulation and modalities listed below.  A mechanical force adjustment is performed to lessen segmental dysfunction and improve intersegmental as well as global joint mobility in the coccyx, L1, L3, L5, T8, C3, C6, left patella, and left foot.  The following modalities are employed on the middle/lower lumbosacral area, upper thoracic area, middle/lower cervical area, and right lower extremity.  Ultrasound is administered for fifteen attended minutes to stimulate circulatory metabolism.  Programmed interferential stimulation is given for fifteen minutes to reduce inflammation.  Low level laser therapy is utilized for ten attended minutes to aid healing and promote pain relief.  Cervical exercises were performed for fifteen attended minutes.  Low back exercises were performed for fifteen attended minutes.

Frank Alfano, D.C.                                                    Pg -4

February 18, 2016

James Farmer, ESQ
3475 Leonardtown Road
Suite 200
Waldorf, MD  20601

RE: Cynthia L. Gatchell
Date Of Accident: 11/25/2015

Dear Mr. Farmer:

Ms. Gatchell presented herself in this office for re-examination on 02/02/2016.   The following represents a report of my findings at the time of this examination:

## PATIENT'S COMPLAINTS

Ms. Gatchell's current complaints were as follows:

**Left Side**
   ·**Upper Back** pain.  Pain described as dull.  Symptom occurs intermittently.
   ·**Mid Back** pain.  Pain described as dull.  Symptom occurs intermittently.
   ·**Low Back** pain.  Pain described as dull.  Symptom occurs intermittently.
**Left Lower Extremity**
   ·**Hip** pain.  Pain described as burning.  Symptom occurs constantly.
**Right Side**
   ·**Upper Back** pain.  Pain described as dull.  Symptom occurs intermittently.
   ·**Mid Back** pain.  Pain described as dull.  Symptom occurs intermittently.
   ·**Low Back** pain.  Pain described as dull.  Symptom occurs intermittently.
**Spine and Lower Extremities (related information)**
   On a visual analog scale of 0 to 10, with 0 being a state of no pain and 10 being the worst pain possible, the patient rated her pain on this exam as a 4.

## PHYSICAL EXAMINATION

**Demeanor:**                         Coherent and relaxed.

Re: Ms. Cynthia L. Gatche.
Re-assessment - Page 2

## NEUROLOGICAL ASSESSMENT

Cerebrovascular function testing revealed the following:  Craniocervical functional testing maneuver held in the hyperextended and rotated position for 10-15 seconds was found to be negative bilaterally.

Deep tendon reflex testing performed at the biceps, brachioradialis, and triceps sites all elicited grade 2 and bilaterally symmetric responses.

Dermatomal sensory testing of the cervical and lumbar dermatome levels revealed no sensory deficits.

Ms. Gatchell demonstrated the ability to perform both the heel walk and toe walk tests bilaterally.

## SPINAL EXAMINATION / ORTHOPEDIC ASSESSMENT

### Cervical Region

Cervical spine **range-of-motion** study results were noted as follows:

| | |
|---|---|
| **Flexion:** | 50°/50°*, normal with dull pain. |
| **Extension:** | 50°/60°*, with dull pain. |
| **Left Lateral Flexion:** | 45°/45°*, normal. |
| **Right Lateral Flexion:** | 40°/45°*, with dull pain. |
| **Left Rotation:** | 70°/80°*. |
| **Right Rotation:** | 70°/80°*. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Cervical compression tests** results were as follows:  Neutral (straight superior to inferior) compression, left lateral flexion compression, and right lateral flexion compression were evaluated as negative.  Left maximal compression was evaluated as positive with dull pain of the left cervical region.  Right maximal compression was evaluated as positive with dull pain of the right cervical region.

The **shoulder depression test** produced a negative response bilaterally.  **The Soto Hall test** was negative.

### Thoracic Region

Thoracic spine **range-of-motion** study results were noted as follows:

| | |
|---|---|
| **Flexion:** | 60°/60°*, normal with dull pain. |
| **Extension:** | 25°/25°*, normal with dull pain. |
| **Left Lateral Flexion:** | 25°/25°*, normal. |
| **Right Lateral Flexion:** | 20°/25°*, with dull pain. |
| **Left Rotation:** | 45°/45°*, normal. |
| **Right Rotation:** | 45°/45°*, normal. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatche..
Re-assessment - Page 3

## Lumbar Region

Lumbar spine **range-of-motion** study results were noted as follows:

**True Lumbar Flexion:**   60°/60°*, normal with dull pain.
**Extension:**   25°/25°*, normal.
**Left Lateral Flexion:**   20°/25°*, with dull pain.
**Right Lateral Flexion:**   20°/25°*, with dull pain.

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Valsalva's maneuver** was negative.  **Kemp's test** was negative and failed to reproduce or aggravate any of the patient's symptomatology either on the left or right sides.

**Thomas test** was negative on both the patient's left and right sides.  **Yeoman's test** failed to produce any symptomatology and was negative bilaterally.  **Hibb's test** was negative bilaterally. **Goldwaith's test** was shown to be negative bilaterally.

The **Straight Leg Raise test** performed bilaterally resulted in a positive response of mild low back pain.  Mild low back pain, which occurred upon bilateral leg extension, indicated a positive **Sitting Leg Raise test**.  Upon approximation of the patient's feet to their respective contralateral buttocks followed by hyperextension of the hips, **Ely's test** induced a negative response. **Nachlas's test** affected a negative response upon flexion of the patient's legs followed by hip hyperextension.

## CASE PLAN / MANAGEMENT

### Case Description / Discussion

Ms. Gatchell reports that progress recently has been improving at a satisfactory rate. The treatment will consist of low force specific technique adjustments to the cervical, thoracic, lumbar, sacral, and/or pelvic spinal regions. The treatment goal is to reduce her pain, inflammation, muscle spasms and trigger point activity as well as to increase the pain free range of motion.  The short term goal is improve her capability to perform normal activities of daily living.

I will continue to keep you informed regarding the patient's status as I view it.

Sincerely,

_____
**Frank Alfano, D.C.**

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatche⸛ ⸙ ⸑            DOB: 10/06/19⸑ ⸑
Daily Progress and Procedural Notes

**February 2, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

During today's session Ms. Gatchell indicates that the following are her principal complaints:   The patient is having in both sides of her lower back, middle back, and upper back intermittent dull pain.   She is troubled by constant burning pain in her left hip.   On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient notes her overall pain is a 4.



## OBJECTIVE

My analysis of the leg length disparity reveals the right leg is 1/4 of an inch shorter than the left leg indicating pelvic deficiency, leg length inequality, or reactive misalignment.   The outcomes from an examination of the spine are as follows:   The presence of malalignment is located in the right middle and lower cervical areas.   Evidence of misalignment is identified at the right lower thoracic spine.   Muscular spasm is noted overlying the left middle lumbar spine.   Subluxation is detected with accompanying tense muscles of the right middle lumbar range.   Tense muscles are present specific to the left lower lumbar range.   Signs of malalignment are apparent with accompanying spastic musculatures at the right lower lumbar spine.

## ASSESSMENT

There is no modification of the most recent assessment.

## PLAN

The patient's visit schedule is set at two times per week.   Her home care direction is changed to moist heat.   These and all general measures have been reviewed with Cynthia and she has communicated her understanding of them.

## TODAY'S TREATMENT

As called for by the examination results, the regimen this session consists of the following.   A specific low force adjustment is utilized to increase intersegmental as well as segmental joint biomechanics and relieve segmental dysfunction in the coccyx, L3, L5, T10, C3, C7, left patella, and left foot.   The following modalities are given to the middle/lower lumbosacral range, upper thoracic range, middle/lower cervical range, and right lower extremity.   To decrease pain, ultrasound is delivered for fifteen attended minutes.   To moderate pain and foster motor function, programmed interferential stimulation is performed for fifteen minutes.   To aid healing and promote pain relief, low level laser therapy is applied for ten attended minutes.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.   Cynthia Gatchell tolerates the procedure satisfactorily.

Frank Alfano, D.C.                                                      Pg -5

Re: Ms. Cynthia L. Gatche..                     DOB: 10/06/19〔
Daily Progress and Procedural Notes

## February 4, 2016 - Attending Physician: Frank Alfano, D.C.

### SUBJECTIVE

Today Ms. Cynthia Gatchell indicates that her primary complaints are the following: In her lower back on both sides the patient is having constant dull pain. In her middle back on both sides she is experiencing frequent dull pain. The patient is suffering from constant dull pain in both sides of her upper back and neck. In the right foot, ankle, knee, hip she has intermittent dull pain with numbness and tingling. The patient is feeling in both sides of her head intermittent dull pain. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she states her overall pain is a 6. The patient relates that she has not had any new provocative incident.



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:      DATE:

### OBJECTIVE

My leg length assessment substantiates the right leg to be 1/4 of an inch discrepant reflective of functional pelvic deficiency and postural compromise. The palpatory evaluation of the spine and right lower extremity indicates the following determinations: Spastic deep paraspinal musculatures are apparent overlying the upper cervical range bilaterally. Evidence of spasm and tenderness are present in the left middle cervical region. Malalignment is identified plus myospasm of the right middle cervical area. Apparent muscular spasm and pain to palpation are located specific to the left lower cervical region. Malalignment is noted with concomitant spastic musculatures localized to the right lower cervical region. Spastic and tender deep paraspinal musculatures are evident at the left upper thoracic area. Tense muscles are detected at the left lower thoracic region. Malalignment is located in the right middle thoracic region. Spasm is evident specific to the right lower thoracic region. Muscular spasm and pain to palpation are present at the left upper lumbar range. Misalignment is identified coupled with spasm and tenderness located at the right upper lumbar spine. The presence of spasm and pain to palpation are detected at the left middle lumbar range. Signs of misalignment are detected with concomitant spastic and tender deep paraspinal musculatures located in the right middle lumbar spine. Spasm and pain to palpation are noted specific to the left lower lumbar area. Apparent malalignment is detected with associated tense and tender muscles located at the right lower lumbar area. Misalignment is located in the right lower extremity.

### ASSESSMENT

The patient's most recent assessment is unchanged.

### PLAN

The patient's visit schedule calls for two times per week. Her home participation instruction is updated to moist heat. All general measures have been explained to Cynthia and she has acknowledged her comprehension of them. burning down posterior thigh on right side.

### TODAY'S TREATMENT

Today's care, as necessitated by the examination determinations, calls for the manipulation and modalities as follows. A low force specific adjustment is given to restore intersegmental/global

Re: Ms. Cynthia L. Gatche.                        DOB: 10/06/19.
Daily Progress and Procedural Notes

joint mobility and lessen malalignments in L2, L3, L5, T5, T6, C3, C5, and right patella.   The following modalities are employed on the middle/lower lumbosacral range, upper thoracic range, middle/lower cervical range, and right lower extremity.   To foster the reduction of muscular infiltration, diminish pain, and raise local metabolism, ultrasound is applied for fifteen attended minutes.   Programmed interferential stimulation is utilized for fifteen minutes to enhance motor function and improve local metabolism.   To aid healing and promote pain relief, low level laser therapy is used for ten attended minutes.   Low back exercises were performed for fifteen attended minutes.   Cynthia Gatchell tolerates the program well.

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19..
Daily Progress and Procedural Notes

## February 11, 2016 - Attending Physician: Frank Alfano, D.C.

### SUBJECTIVE

At today's session Ms. Cynthia Gatchell states that the following
are her principal complaints:   The patient is troubled in her lower
back bilaterally by a frequent dull pain.  She is experiencing in
both sides of her middle back, upper back, and neck an
intermittent dull pain.  On a visual analog scale of 0 to 10 with 0
being no pain and 10 being the worst pain possible, the patient
says her overall pain is a 2.  She relates that she has not had any
new provocative incident.



### OBJECTIVE

The leg length measurement shows the right leg is 1/4 of an inch
shorter than the left leg reflective of postural compromise. A
clinical evaluation of the spine and right lower extremity reveals the following conclusions:
Signs of spastic deep paraspinal musculatures are noted overlying the upper cervical range
bilaterally.  Tense and tender muscles are evident in the left middle cervical spine.  Subluxation
is identified with accompanying myospasm localized to the right middle cervical region.  Spasm
and pain to palpation are detected specific to the left lower cervical area.  Misalignment is
apparent coupled with tense muscles of the right lower cervical area.  Evidence of myospasm
and tenderness are located at the left upper thoracic range.  Apparent muscular spasm is present
at the left lower thoracic area.  The presence of misalignment is evident in the right middle
thoracic area.  Spasm is apparent in the right lower thoracic range.  Spasm and pain to palpation
are identified at the left upper lumbar region.  The presence of subluxation is evident coupled
with muscular spasm and tenderness located at the right upper lumbar spine.  Muscular spasm
and tenderness are present in the left middle lumbar region.  Malalignment is identified with
concomitant spastic and tender musculatures located at the right middle lumbar region.  The
presence of tense and tender muscles are located in the left lower lumbar range.  Misalignment
is detected with spastic and tender deep paraspinal musculatures located at the right lower
lumbar region.  Joint dysfunction is detected at the right lower extremity.

### ASSESSMENT

The patient's previous assessment remains the same.

### PLAN

Her appointment frequency is determined to be two sessions per week.  Her home participation
regimen is now moist heat.  All general measures have been explained to the patient and she has
confirmed her understanding of them.  Pastient reports she recieved injections from her medical
doctor which has been giving her relief.

### TODAY'S TREATMENT

The ensuing therapy, as noted by the supporting documentation, are employed on Ms. Gatchell
this day.  A specific low force adjustment is given to relieve misalignments and extend
intersegmental as well as segmental mobility in the coccyx, L3, L5, T12, C4, C5, left patella, and
left foot.  The following modalities are performed on the middle/lower lumbosacral spine, upper

Frank Alfano, D.C.                                      Pg -8

Re: Ms. Cynthia L. Gatche.                                    DOB: 10/06/19
Daily Progress and Procedural Notes

thoracic spine, middle/lower cervical spine, and right lower extremity. To reduce connective tissue adhesions, increase circulatory metabolism, and relieve pain, ultrasound is administered for fifteen attended minutes. To relieve inflammation and moderate pain, programmed interferential stimulation is delivered for fifteen minutes. Low level laser therapy is utilized for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. The patient tolerates the program well.

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19ᴜ
Daily Progress and Procedural Notes

**February 16, 2016 - Attending Physician: Frank Alfano, D.C.**



PAIN DIAGRAMS  Please Mark The
Location Of Your Pain On These Figures

PATIENT SIGNATURE:     DATE:

## SUBJECTIVE

Ms. Cynthia Gatchell notes on her visit this day that the
following are her primary complaints:    The patient is
experiencing a constant dull pain in both sides of her lower back.
She is having an intermittent dull pain in both sides of her middle
back, upper back, and neck.   The patient is afflicted in the right
hip by a frequent dull pain.   She indicates the pain is worsening
in both sides of her lower back and right hip.   On a visual analog
scale of 0 to 10 with 0 being no pain and 10 being the worst pain
possible, the patient states her overall pain is a 5.   She says that
she has not had any new provocative incident.

## OBJECTIVE

The assessment of the deviation in the length of the legs shows the right leg to be 1/4 of an inch
short reflective of functional pelvic deficiency and postural compromise.    My clinical
examination of the spine, sacral region, and left lower extremity identifies the following
conclusions:   Spastic musculatures are evident overlying the left lower cervical spine.
Evidence of subluxation is apparent at the right upper cervical region.  Malalignment is noted
plus myospasm specific to the right middle and lower cervical spine.   Spastic musculatures are
identified at the left upper thoracic range.   Subluxation is detected with spastic deep paraspinal
musculatures of the right upper thoracic range.   Muscular spasm and pain to palpation are
located in the left upper lumbar region.   Misalignment is present with accompanying spastic
deep paraspinal musculatures located at the right upper lumbar region.   The presence of spastic
and tender deep paraspinal musculatures are apparent in the left middle lumbar spine.   Signs of
misalignment are identified with concomitant spasm located in the right middle lumbar range.
Apparent spastic and tender deep paraspinal musculatures are detected at the left lower lumbar
spine.   The presence of joint dysfunction is noted together with muscular spasm localized to the
right lower lumbar area.   Joint dysfunction is noted in the right sacral range.   Subluxation is
detected with spastic musculatures localized to the left lower extremity.

## ASSESSMENT

The patient's previous assessment has not changed.

## PLAN

The patient's visit frequency is determined to be two sessions per week.

## TODAY'S TREATMENT

The following therapy, as necessitated by the objective findings, are employed on Ms. Gatchell
this appointment.    A manually assisted short lever adjustment is applied to rectify
malalignments and normalize intersegmental/global joint biomechanics in the coccyx, L2, L3,
L5, sacrum, T2, C4, C5, left patella, and left foot.   The following modalities are used on the
middle/lower lumbosacral area, lower thoracic area, middle/lower cervical area, and right lower
extremity.   Ultrasound is performed for fifteen attended minutes to promote the reduction of
muscular infiltration, normalize local metabolism, and alleviate pain.   Programmed interferential

Re: Ms. Cynthia L. Gatchel.                    DOB: 10/06/19(
Daily Progress and Procedural Notes

stimulation is utilized for fifteen minutes to enhance local metabolism and ease the musculature. Low level laser therapy is administered for ten attended minutes to aid healing and promote pain relief. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Ms. Gatchell tolerates the protocol satisfactorily.

Re: Ms. Cynthia L. Gatchel.                    DOB: 10/06/19c
Daily Progress and Procedural Notes

**February 18, 2016 - Attending Physician: Frank Alfano, D.C.**



PAIN DIAGRAMS  Please Mark The
Location Of Your Pain On These Figures

PATIENT SIGNATURE:        DATE:

## SUBJECTIVE

During today's appointment Cynthia Gatchell notes that her main complaint is an intermittent dull pain in both sides of her lower back, middle back, upper back, and neck. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient says her overall pain is a 3. She states that she has not had any new provocative incident.

## OBJECTIVE

My leg length analysis confirms the right leg to be 1/4 of an inch discrepant indicating functional pelvic deficiency and postural compromise. The following conclusions are identified upon a palpatory assessment of the spine: Malalignment is identified in the right middle cervical region. The presence of misalignment is detected at the right lower thoracic region. Tender musculatures are present specific to the left upper lumbar spine. Evidence of myospasm and tenderness are located in the left middle lumbar spine. Signs of tense muscles are evident overlying the right upper and middle lumbar regions. Misalignment is noted coupled with muscular spasm at the right lower lumbar region.

## ASSESSMENT

The previous assessment has not changed.

## TODAY'S TREATMENT

As warranted by the examination findings, this day's care combines the manipulation and modalities described here. A metered light force adjustment is used to resolve joint dysfunction and extend mobility in the coccyx, L5, T10, C4, left patella, and left foot. To the upper/middle lumbosacral spine, upper/lower thoracic spine, and whole cervical spine ultrasound is applied for fifteen attended minutes to raise localized circulatory metabolism and lessen pain. To the whole lumbosacral spine, upper/lower thoracic spine, and middle/lower cervical spine programmed interferential stimulation is administered for fifteen minutes to enhance motor function and reduce the hypertonicity of tense muscles. To aid healing and promote pain relief in the middle/lower lumbosacral spine, middle/lower thoracic spine, and whole cervical spine, low level laser therapy is given for ten attended minutes. Cervical exercises were performed for fifteen attended minutes. Low back exercises were performed for fifteen attended minutes. Cynthia tolerates the program satisfactorily.

Frank Alfano, D.C.                                    Pg -12

Re: Ms. Cynthia L. Gatchell                                        DOB: 10/06/19￼
Daily Progress and Procedural Notes

## February 23, 2016 - Attending Physician: Frank Alfano, D.C.

### SUBJECTIVE

On today's visit Ms. Cynthia Gatchell says that the following are her primary complaints:  The patient is experiencing in her lower back bilaterally dull pain occurring constantly.  In both sides of her middle back, upper back, and neck she is having dull pain which occurs intermittently.   The patient is feeling dull pain occurring frequently in the right hip and left hip.  She notes that the pain in both sides of her lower back, right hip, and left hip seems to be worsening.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient reports her overall pain is a 5.  She states that she has not had any new provocative incident.



### OBJECTIVE

A leg length assessment confirms the right leg is 1/4 of an inch shorter than the left leg reflective of pelvic deficiency, leg length inequality, or reactive misalignment.  My clinical evaluation of the spine, sacral region, and left lower extremity indicates the following results:  Tense muscles are present specific to the left lower cervical area.  Apparent malalignment is evident in the right upper cervical spine.  Malposition is identified coupled with tense muscles overlying the right middle and lower cervical spine.  Evidence of tense muscles are detected in the left upper thoracic spine.  Malalignment is noted plus spastic deep paraspinal musculatures located in the right upper thoracic area.  Myospasm and tenderness are located at the left upper lumbar range.  The presence of malposition is apparent with associated spastic deep paraspinal musculatures of the right upper lumbar region.  Tense and tender muscles are located in the left middle lumbar spine.  Signs of subluxation are identified with concomitant spasm located at the right middle lumbar range.  Muscular spasm and pain to palpation are detected at the left lower lumbar range.  Joint dysfunction is noted with concomitant spastic musculatures localized to the right lower lumbar region.  The presence of malposition is apparent at the right sacral area.  Signs of subluxation are apparent with muscular spasm localized to the left lower extremity.

### ASSESSMENT

There is no revision to the patient's most recent assessment.

### TODAY'S TREATMENT

The subsequent therapy, as warranted by the examination findings, are delivered to Ms. Gatchell today.  A mechanical force adjustment is applied to resolve joint dysfunction and restore intersegmental/segmental range-of-motion in the coccyx, L2 through L4, sacrum, T2, C4, C5, left patella, and left foot.  The following modalities are utilized on the middle/lower lumbosacral range, lower thoracic range, middle/lower cervical range, and right lower extremity.  Ultrasound is used for fifteen attended minutes to increase circulatory metabolism and decrease pain.  To decrease inflammation, programmed interferential stimulation is given for fifteen minutes.  Low level laser therapy is employed for ten attended minutes to aid healing and promote pain relief.  Cervical exercises were performed for fifteen attended minutes.  Low back exercises were performed for fifteen attended minutes.  The patient tolerates today's treatment well.

Frank Alfano, D.C.                                                        Pg -13

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19...
Daily Progress and Procedural Notes

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19..
Daily Progress and Procedural Notes

**February 25, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE



Ms. Gatchell reports at her session this day that her main complaints are as follows:  The patient is having an intermittent dull pain in both sides of her lower back and middle back.   In her upper back on both sides she is suffering from an occasional dull pain.   The patient is experiencing a frequent dull pain in the right hip and left hip.   On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she says her overall pain is a 3.   The patient states that she has not had any new provocative incident.

## OBJECTIVE

A leg length analysis identifies the right leg to be 1/4 of an inch discrepant reflective of pelvic deficiency, leg length inequality, or reactive misalignment.   The examination of the spine, sacral range, and left lower extremity discloses the following outcomes:  Evidence of spasm is present at the left lower cervical area.   Misalignment is identified in the right upper cervical region.   Misalignment is evident with concomitant spastic deep paraspinal musculatures located at the right middle and lower cervical ranges.   Muscular spasm is located overlying the left upper thoracic spine.   Apparent malalignment is detected with muscular spasm in the right upper thoracic range.   Signs of muscular spasm and pain to palpation are noted specific to the left upper lumbar region.   Malposition is detected with associated muscular spasm of the right upper lumbar range.   The presence of spasm and pain to palpation are located at the left middle lumbar area.   Malposition is detected together with tense muscles located in the right middle lumbar area.   Signs of muscular spasm and tenderness are apparent specific to the left lower lumbar region.   Evidence of subluxation is apparent plus myospasm localized to the right lower lumbar range.   Malalignment is identified in the right sacral range.   Apparent subluxation is noted with concomitant myospasm localized to the left lower extremity.

## ASSESSMENT

The most recent assessment has not changed.

## PLAN

The patient's visit frequency is determined to be two times per week.   Her home management order is changed to moist heat.   Cynthia has acknowledged her full understanding of all general measures.

## TODAY'S TREATMENT

As called for by the supporting documentation, the regimen this visit comprises the following. A manually assisted short lever adjustment is given to resolve segmental dysfunction and restore intersegmental as well as global joint biomechanics in L5, T10, C2, and C4.  Ultrasound is administered for fifteen attended minutes to decrease pain and stimulate local metabolism in the entire lumbosacral region, upper/middle thoracic region, left lower extremity, and right lower extremity.  Programmed interferential stimulation is utilized on the whole lumbosacral region,

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19..
Daily Progress and Procedural Notes

middle/lower thoracic region, left lower extremity, and right lower extremity for fifteen minutes to reduce pain, enhance local metabolism, and relieve inflammation.  Low level laser therapy is employed for ten attended minutes on the middle/lower lumbosacral region, thoracic region, left lower extremity, and right lower extremity to aid healing and promote pain relief.  Low back exercises were performed for fifteen attended minutes.  Cynthia tolerates the procedure well.

Frank Alfano, D.C.                              Pg -16

Re: Ms. Cynthia L. Gatche...                    DOB; 10/06/19...
Daily Progress and Procedural Notes

**March 3, 2016 - Attending Physician: Frank Alfano, D.C.**



## SUBJECTIVE

During today's visit Ms. Cynthia Gatchell indicates that the following are her primary complaints: The patient has dull pain that occurs intermittently in both sides of her lower back and middle back. In both sides of her upper back she is bothered by dull pain which occurs occasionally. In the right hip and left hip the patient is having dull pain that occurs frequently. She reports that there is no change in the pain in both sides of her lower back, both sides of her middle back, both sides of her upper back, right hip, and left hip. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient notes her overall pain is a 2. She says that she has not had any new provocative incident.

## OBJECTIVE

A leg length measurement verifies the right leg to be 1/4 of an inch short reflective of postural compromise. The following findings are revealed from my clinical assessment of the spine, sacral range, and left lower extremity: Tense muscles are apparent in the left lower cervical spine. Apparent subluxation is evident at the right upper cervical region. Subluxation is identified coupled with spastic deep paraspinal musculatures specific to the right middle and lower cervical ranges. The presence of muscular spasm is detected at the left upper thoracic area. Joint dysfunction is present plus myospasm located at the right upper thoracic spine. Spastic and tender deep paraspinal musculatures are located overlying the left upper lumbar region. Evidence of misalignment is noted with concomitant myospasm of the right upper lumbar range. Muscular spasm and pain to palpation are detected overlying the left middle lumbar area. Signs of subluxation are evident with associated myospasm located in the right middle lumbar region. Myospasm and pain to palpation are located specific to the left lower lumbar spine. Signs of malalignment are noted coupled with tense muscles localized to the right lower lumbar spine. Evidence of malalignment is apparent in the right sacral region. Signs of malposition are identified with accompanying spastic deep paraspinal musculatures localized to the left lower extremity.

## ASSESSMENT

The patient's most recent assessment has not changed.

## PLAN

The patient's visit schedule calls for two times per week. Her home participation direction now is made up of moist heat. All general measures have been gone over with Ms. Gatchell and she has verified her knowledge of them.

## TODAY'S TREATMENT

As indicated by the examination determinations, this session's care calls for the following. A mechanical force adjustment is utilized to reduce segmental dysfunction and extend intersegmental as well as global range-of-motion in L2, L3, L5, sacrum, T3, occiput, C4, and C7.

Frank Alfano, D.C.                                              Pg -17

Re: Ms. Cynthia L. Gatche..                    DOB: 10/06/19..
Daily Progress and Procedural Notes

Ultrasound is employed on the entire lumbosacral area, upper/middle thoracic area, left lower extremity, and right lower extremity for fifteen attended minutes to foster the reduction of muscular adhesions, lessen pain, and increase circulatory metabolism.    Programmed interferential stimulation is applied for fifteen minutes to the whole lumbosacral area, middle/lower thoracic area, left lower extremity, and right lower extremity to reduce myospasm, diminish inflammation, and modulate pain.   Low level laser therapy is performed for ten attended minutes to aid healing and promote pain relief in the middle/lower lumbosacral area, thoracic area, left lower extremity, and right lower extremity.   Low back exercises were performed for fifteen attended minutes.   Ms. Gatchell tolerates the procedure satisfactorily.

Re: Ms. Cynthia L. Gatche..               DOB: 10/06/19..
Daily Progress and Procedural Notes

**March 9, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

Cynthia Gatchell reports during her visit today that the following are her principal complaints:   The patient has in both sides of her lower back and middle back an intermittent dull pain.   In her upper back on both sides she is bothered by an occasional dull pain.   The patient is afflicted by a frequent dull pain in the right hip and left hip.   She indicates in both sides of her lower back, both sides of her middle back, both sides of her upper back, right hip, and left hip there is no change in the pain.   On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient says her overall pain is a 1.   She states that she has not had any new provocative incident.



## OBJECTIVE

The assessment of the deficiency in the length of the legs verifies the right leg to be 1/4 of an inch short resulting from postural compromise.   My evaluation of the spine, sacral area, and left lower extremity points to the following findings:   Muscular spasm is identified specific to the left lower cervical area.   Subluxation is noted at the right upper cervical spine.   Malalignment is detected coupled with spasm overlying the right middle and lower cervical areas.   Spastic musculatures are present in the left upper thoracic spine.   Signs of misalignment are evident with concomitant spastic musculatures at the right upper thoracic range.   The presence of spastic and tender musculatures are located at the left upper lumbar spine.   Malalignment is apparent together with spasm localized to the right upper lumbar area.   Muscular spasm and pain to palpation are located in the left middle lumbar range.   Apparent malposition is present with spastic deep paraspinal musculatures located at the right middle lumbar area.   Evidence of spastic and tender deep paraspinal musculatures are identified overlying the left lower lumbar area.   The presence of joint dysfunction is noted plus tense muscles located in the right lower lumbar range.   Misalignment is present in the right sacral region.   Apparent malposition is detected with concomitant tense muscles of the left lower extremity.

## ASSESSMENT

The previous assessment has not changed.

## PLAN

Her treatment schedule is two times per week.   Her home participation direction is changed to moist heat.   The patient has conveyed her full understanding of all general measures.

## TODAY'S TREATMENT

The subsequent treatment, as necessitated by the supporting documentation, are used on Ms. Gatchell this appointment.    A mechanical force adjustment is utilized to enhance range-of-motion and reduce segmental dysfunction in L2, L3, L5, T3, C2, C4, and C7.   To decrease pain, ultrasound is applied for fifteen attended minutes to the whole lumbosacral area, upper/middle thoracic area, left lower extremity, and right lower extremity.   To promote motor function in the whole lumbosacral area, middle/lower thoracic area, left lower extremity, and

Frank Alfano, D.C.                                    Pg -19

Re: Ms. Cynthia L. Gatche.                    DOB: 10/06/19.
Daily Progress and Procedural Notes

right lower extremity, programmed interferential stimulation is given for fifteen minutes.   To aid healing and promote pain relief, low level laser therapy is administered for ten attended minutes to the middle/lower lumbosacral area, thoracic area, left lower extremity, and right lower extremity.   Cervical exercises were performed for fifteen attended minutes.   Low back exercises were performed for fifteen attended minutes.   Ms. Gatchell tolerates the protocol satisfactorily.

Re: Ms. Cynthia L. Gatche...                              DOB: 10/06/19...
Daily Progress and Procedural Notes

**March 17, 2016 - Attending Physician: Frank Alfano, D.C.**



**SUBJECTIVE**

Cynthia Gatchell complains on her visit this day that her principal complaints are the following:   The patient has in her right lower back a frequent severe grade of dull pain.   In her left lower back she is aggravated by an intermittent mild grade of dull pain.   The patient is bothered in both sides of her upper back and neck by an occasional dull pain.   She is afflicted by a frequent severe degree of dull pain with numbness and tingling in the right knee, hip. The patient states that in her lower back on both sides there is a worsening of the pain.   On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she says her overall pain is a 5.   The patient indicates that she has not had any new provocative incident.

**OBJECTIVE**

My analysis of the leg length inequality verifies the right leg is 1/4 of an inch shorter than the left leg due to functional pelvic deficiency and postural compromise.   The evaluation of the spine, sacral range, and right lower extremity reveals the following findings:   Subluxation is noted in the right middle cervical range.   Signs of misalignment are located in the right middle thoracic area.   Apparent spasm and tenderness are present specific to the left middle and lower lumbar regions.   Spastic musculatures are identified at the right upper lumbar range.   Subluxation is apparent plus spasm and pain to palpation overlying the right middle and lower lumbar spine. Subluxation is evident in the right sacral range.   Misalignment is detected at the right lower extremity.

**ASSESSMENT**

The prior assessment has not changed.

**PLAN**

The patient's appointment schedule calls for two sessions per week.   Her home management order now consists of moist heat.   These and all general measures have been explained to Cynthia Gatchell and she has verified her understanding of them.

**TODAY'S TREATMENT**

Today's treatment, as indicated by the examination results, combines the manipulation and modalities as follows.   A manually assisted short lever adjustment is given to resolve malpositions and extend intersegmental as well as global range-of-motion in L3, L5, sacrum, T5, and C3.   To separate connective tissue adhesions in the entire lumbosacral region, upper/middle thoracic region, left lower extremity, and right lower extremity, ultrasound is used for fifteen attended minutes.   Programmed interferential stimulation is performed on the lumbosacral region, middle/lower thoracic region, left lower extremity, and right lower extremity for fifteen minutes to decrease inflammation, stimulate motor function, and moderate pain.   Low level laser therapy is utilized on the middle/lower lumbosacral region, whole thoracic region, left lower extremity, and right lower extremity for ten attended minutes to aid healing and promote

Re: Ms. Cynthia L. Gatchel                    DOB: 10/06/19b.
Daily Progress and Procedural Notes

pain relief.   Low back exercises were performed for fifteen attended minutes.   Cynthia tolerates today's treatment well.

Frank Alfano, D.C.                                    Pg -22

Re: Ms. Cynthia L. Gatchell                    DOB: 10/06/19..
Daily Progress and Procedural Notes

**March 22, 2016 - Attending Physician: Frank Alfano, D.C.**



PAIN DIAGRAMS  Please Mark The Location Of Your Pain On These Figures

PATIENT SIGNATURE:          DATE:

## SUBJECTIVE

Ms. Gatchell relates at her appointment this day that the following are her chief complaints: In both sides of her lower back the patient is having intermittent dull pain. She is feeling occasional dull pain in both sides of her middle back. The patient has in both sides of her neck intermittent dull pain. On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, she notes her overall pain is a 1. The patient states that she has not had any new provocative incident.

## OBJECTIVE

An analysis of the leg length deficiency reveals the right leg is 1/4 of an inch shorter than the left leg due to postural compromise. The following findings are identified by the palpatory assessment of the spine, sacral range, and right lower extremity: Malposition is noted in the right middle cervical range. Evidence of malalignment is detected at the right middle thoracic area. Apparent muscular spasm and tenderness are present at the left middle and lower lumbar regions. Myospasm is apparent in the right upper lumbar region. Signs of malalignment are identified with associated myospasm and pain to palpation located at the right middle and lower lumbar spine. Misalignment is located in the right sacral region. The presence of subluxation is identified in the right lower extremity.

## ASSESSMENT

The previous assessment has not changed.

## PLAN

The patient's appointment schedule is determined to be two times per week. Her home care direction now is moist heat. Cynthia Gatchell has confirmed her complete comprehension of all general measures.

## TODAY'S TREATMENT

As called for by the examination findings, the care this day includes the ensuing manipulation and modalities. A low force specific adjustment is used to increase articular joint biomechanics and alleviate segmental dysfunction in L3, L5, T5, and C4. Ultrasound is applied for fifteen attended minutes to the whole lumbosacral region, upper/middle thoracic region, left lower extremity, and right lower extremity to stimulate circulatory metabolism and reduce pain. Programmed interferential stimulation is administered for fifteen minutes to foster motor function and lessen pain in the whole lumbosacral region, middle/lower thoracic region, left lower extremity, and right lower extremity. To aid healing and promote pain relief, low level laser therapy is utilized for ten attended minutes on the middle/lower lumbosacral region, thoracic region, left lower extremity, and right lower extremity. Low back exercises were performed for fifteen attended minutes. Cynthia tolerates the protocol satisfactorily.

Frank Alfano, D.C.                                    Pg -23

Re: Ms. Cynthia L. Gatchell                     DOB: 10/06/19[ ]
Daily Progress and Procedural Notes

**March 24, 2016 - Attending Physician: Frank Alfano, D.C.**

## SUBJECTIVE

During today's session Ms. Gatchell says she mainly is experiencing occasional dull pain in both sides of her lower back, middle back, and neck.  On a visual analog scale of 0 to 10 with 0 being no pain and 10 being the worst pain possible, the patient notes her overall pain is a 1.  She reports that she has not had any new provocative incident.



## OBJECTIVE

A leg length measurement reveals the right leg is 1/4 of an inch shorter than the left leg due to pelvic deficiency, leg length inequality, or reactive misalignment.  The determinations from my biomechanical assessment of the spine, sacral range, and right lower extremity are as follows:  Subluxation is evident at the right middle cervical spine. Malalignment is identified in the right middle thoracic range.  Evidence of spastic and tender deep paraspinal musculatures are noted overlying the left middle and lower lumbar areas. Apparent muscular spasm is present in the right upper lumbar spine.  Joint dysfunction is detected plus myospasm and tenderness localized to the right middle and lower lumbar ranges. Malposition is located at the right sacral region.  Malposition is apparent in the right lower extremity.

## ASSESSMENT

There is no modification of the prior assessment.

## PLAN

These and all general measures have been gone over with the patient and she has confirmed her knowledge of them.

## TODAY'S TREATMENT

As called for by the examination findings, the therapy today consists of the manipulation and modalities reported here.  A mechanical force adjustment is administered to lessen malpositions and improve range-of-motion in L3, L5, T6, and C4.  Ultrasound is employed for fifteen attended minutes to reduce fibroblastic adhesions in the entire lumbosacral area, upper/middle thoracic area, left lower extremity, and right lower extremity.  Programmed interferential stimulation is applied for fifteen minutes to foster motor function, reduce inflammation, and relax tense muscles in the lumbosacral area, middle/lower thoracic area, left lower extremity, and right lower extremity.  On the middle/lower lumbosacral area, whole thoracic area, left lower extremity, and right lower extremity low level laser therapy is used for ten attended minutes to aid healing and promote pain relief.  Low back exercises were performed for fifteen attended minutes.  The patient tolerates the protocol satisfactorily.

April 3, 2016


James Farmer, ESQ
3475 Leonardtown Road
Suite 200
Waldorf, MD   20601


RE: Cynthia L. Gatchell
Date Of Accident: 11/25/1915


Dear Mr. Farmer:

Ms. Gatchell presented herself in this office for **re-examination/release** on 03/24/2016.   The following represents a report of my findings at the time of this examination:


## PATIENT'S COMPLAINTS

Ms. Gatchell's current complaints were as follows:

**Left Side**
 ·**Neck** pain.  Pain described as dull.  Symptom occurs occasionally.
 ·**Mid Back** pain.  Pain described as dull.  Symptom occurs occasionally.
 ·**Low Back** pain.  Pain described as dull.  Symptom occurs occasionally.
**Right Side**
 ·**Neck** pain.  Pain described as dull.  Symptom occurs occasionally.
 ·**Mid Back** pain.  Pain described as dull.  Symptom occurs occasionally.
 ·**Low Back** pain.  Pain described as dull.  Symptom occurs occasionally.
**Spine (related information)**
  On a visual analog scale of 0 to 10, with 0 being a state of no pain and 10 being the worst pain possible, the patient rated her pain on this exam as a 1.  As of this re-examination, the patient, Ms. Cynthia L. Gatchell reported that since her previous exam, she had no new injuries, accidents, or illnesses that could have aggravated her original complaints or caused any new complaints.  Ms. Gatchell additionally related that she had no treatments or examinations outside of this office for her condition.


## PHYSICAL EXAMINATION


**Demeanor:**                    Coherent and relaxed.

Re: Ms. Cynthia L. Gatchel
Re-assessment - Page 2

## NEUROLOGICAL ASSESSMENT

Cerebrovascular function testing revealed the following:   Craniocervical functional testing maneuver held in the hyperextended and rotated position for 10-15 seconds was found to be negative bilaterally.

Deep tendon reflex testing performed at the biceps, brachioradialis, triceps, patellar, medial hamstring, and achilles tendons sites all elicited grade 2 and bilaterally symmetric responses.

Dermatomal sensory testing of the cervical and lumbar dermatome levels revealed no sensory deficits.

Ms. Gatchell demonstrated the ability to perform both the heel walk and toe walk tests bilaterally.

## SPINAL EXAMINATION / ORTHOPEDIC ASSESSMENT

### Cervical Region

Cervical spine **range-of-motion** studies were normal in all positions.

| | |
|---|---|
| **Flexion:** | 50°/50°*, normal. |
| **Extension:** | 60°/60°*, normal. |
| **Left Lateral Flexion:** | 45°/45°*, normal. |
| **Right Lateral Flexion:** | 45°/45°*, normal. |
| **Left Rotation:** | 80°/80°*, normal. |
| **Right Rotation:** | 80°/80°*, normal. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Cervical compression tests** evaluated in the neutral (straight superior to inferior), left lateral flexion, right lateral flexion, left maximal compression, and right maximal compression positions were all assessed as negative, with the exception of a resultant positive finding from right maximal compression.   The positive finding was dull pain of the right cervical region.

The **shoulder depression test** produced a negative response bilaterally.

### Thoracic Region

Thoracic spine **range-of-motion** studies were normal in all positions with the exception of the following:

| | |
|---|---|
| **Flexion:** | 60°/60°*, normal. |
| **Extension:** | 25°/25°*, normal with dull pain. |
| **Left Lateral Flexion:** | 25°/25°*, normal. |
| **Right Lateral Flexion:** | 25°/25°*, normal. |
| **Left Rotation:** | 45°/45°*, normal. |
| **Right Rotation:** | 45°/45°*, normal. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

Frank Alfano, D.C.

Re: Ms. Cynthia L. Gatchel
Re-assessment - Page 3

## Lumbar Region

Lumbar spine **range-of-motion** study results were noted as follows:

| | | |
|---|---|---|
| **True Lumbar Flexion:** | 60°/60°*, | normal with dull pain. |
| **Extension:** | 25°/25°*, | normal. |
| **Left Lateral Flexion:** | 25°/25°*, | normal. |
| **Right Lateral Flexion:** | 25°/25°*, | normal. |

*Normal measurements were based on the AMA Guide to the Evaluation of Permanent Impairment, fifth edition.

**Valsalva's maneuver** was negative.   **Kemp's test** was negative and failed to reproduce or aggravate any of the patient's symptomatology either on the left or right sides.

**Thomas test** was negative on both the patient's left and right sides.   **Yeoman's test** failed to produce any symptomatology and was negative bilaterally.   **Hibb's test** was negative bilaterally. **Goldwaith's test** was shown to be negative bilaterally.

The **Straight Leg Raise test** performed bilaterally resulted in a negative response.   No reproduction of the patient's symptoms verified a negative **Sitting Leg Raise test** bilaterally. Upon approximation of the patient's feet to their respective contralateral buttocks followed by hyperextension of the hips, **Ely's test** induced a negative response.   **Nachlas's test** affected a negative response upon flexion of the patient's legs followed by hip hyperextension.

## CASE PLAN / MANAGEMENT

### Case Description / Discussion

In my opinion the patient has reached a plateau in their response to conservative treatment as such she will be released into the care of their   medical doctor for further pain management. She has been advised to return for symptomatic treatment on an as needed basis.

I will continue to keep you informed regarding the patient's status as I view it.

Sincerely,

_____

**Frank Alfano, D.C.**



## T○WER
R·A·D·I·O·L·O·G·Y

*4255 Altamont Place Suite 102 White Plains MD 20695*
*P: (301) 638-4606   F: (301) 638-4608*
*www.towerradiology.com*

PATIENT: CYNTHIA GATCHELL          DATE OF SERVICE: 11/30/2015
DOB:   10/06/1967
MRN:   140523
SEX:    FEMALE
REFERRED BY: DR. ALFANO

---

EXAMINATION: LUMBAR SPINE RADIOGRAPH

INDICATION: Lower back pain, history of trauma.

VIEWS: AP, lateral, bilateral oblique, spot

COMPARISON: None.

FINDINGS: Five non-rib-bearing lumbar type vertebral bodies are present. They appear normal in height and alignment. Intervertebral disc spaces appear relatively well-maintained. The surrounding soft tissues are unremarkable.

IMPRESSION:   No radiographic evidence of acute vertebral abnormality or significant degenerative change within the visualized lumbar spine.

Electronically signed by: Dalia Fadul, MD

DF/mb

ATTENTION! THIS REPORT HAS BEEN ELECTRONICALLY SIGNED. THE PROTECTED HEALTH INFORMATION CONTAINED IN THIS FAX IS HIGHLY CONFIDENTIAL. IT IS INTENDED FOR EXCLUSIVE USE BY THE REFERRING PHYSICIAN/INDIVIDUAL NAMED ABOVE AND THE DESIGNEES OF THE ASSOCIATED FACILITY. UNAUTHORIZED USE IS A VIOLATION OF FEDERAL LAW (HIPAA), AND WILL BE REPORTED AS SUCH.







**TOWER**
R A D I O L O G Y

4255 Altamont Place Suite 102 White Plains MD 20695
P: (301) 638-4606   F: (301) 638-4608
www.towerradiology.com

PATIENT: CYNTHIA GATCHELL
DOB:  10/06/1967                    DATE OF SERVICE: 11/30/2015
MRN:  140523
SEX:  FEMALE
REFERRED BY: DR. ALFANO

**EXAMINATION: CERVICAL SPINE RADIOGRAPH**

**INDICATION:** Neck pain, history of trauma.

**VIEWS:** AP, lateral, bilateral oblique, odontoid

**COMPARISON:** None.

**FINDINGS:** The prevertebral soft tissues appear normal. The cervical vertebral bodies appear normal in height and alignment. However, please note C7 is not well-visualized on the lateral view secondary to patient positioning. There is intervertebral disc space narrowing with mild endplate sclerosis at C5-C6 and C6-C7.

**IMPRESSION:**

1. No definitive radiographic evidence of acute vertebral abnormality within the visualized cervical spine, though please note that the lower cervical spine was not well visualized due to difficulty in patient positioning. If there is persistent clinical concern, further evaluation with CT or MRI would be useful.
2. Mild degenerative disc disease at C5-C6 and C6-C7.

Electronically signed by: Dalia Fadul, MD

DF/mb

ATTENTION THIS REPORT HAS BEEN ELECTRONICALLY SIGNED. THE PROTECTED HEALTH INFORMATION CONTAINED IN THIS FAX IS HIGHLY CONFIDENTIAL. IT IS INTENDED FOR EXCLUSIVE USE BY THE REFERRING PHYSICIAN/INDIVIDUAL NAMED ABOVE AND THE DESIGNEES OF THE ASSOCIATED FACILITY. UNAUTHORIZED USE IS A VIOLATION OF FEDERAL LAW (HIPAA) AND WILL BE REPORTED AS SUCH.





TOWER RADIOLOGY RECORDS    2