:ed above:

; to 02-11-2016

Signed : ______________________________

Office of SCOTT F. TUMINELLI D.C.

**LAPLATA FAMILY CHIROPRACTIC**
**FRANK ALFANO, D.C.**
**203 CENTENNIAL ST. ST105**
**LA PLATA, MD 20646-2741**
**301-932-2100 (Phone)**
**301-392-5789 (Fax)**

**Date 02-18-2016**

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient is allowed to return to work on 02-22-2016

The following restriction(s) will apply until further notice:

Regular Work, No Restrictions.

Signed : ______________________
Office of DAVID S. SPENCER MST

06/23/2017

To Whom It May Concern:

Cynthia Gatchell is currently under my medical care and may not return to work at this time.

Please excuse Cynthia for 3 day(s).

She may return to work on 06/23/2017.

Activity is restricted as follows: none.

If you require additional information please contact our office.

Sincerely,

**Provider: Daren O Harper PA 6/23/2017**

**Document generated by: Deborah Dandy 06/23/2017**

P.O Box 640
Hollywood MD, 20636