## WAGE AND SALARY VERIFICATION FORM

Employee's Name: Cynthia Gatchell

Job Title or Description: Custodian

Wage or Salary as of 7/12/18 : $ 17.09    (per hour)  per week   per month
(circle one)

Number of regular hours worked in a week: 30

Does employee routinely receive overtime? If so, average OT hours per week: n/A
Overtime rate of pay: $ n/A

Dates absent from work:                Number of Hours:

| Dates | Hours |
|---|---|
| 11/30/15 | 6 |
| 12/1/15 – 12/31/15 | 138 |
| 01/01/16 – 01/31/16 | 126 |
| 02/01/16 – 02/19/16 | 90 |
| 03/15/16 | 6 |
| 06/07/16 | 6 |
| 08/15/16 – 08/19/16 | 30 |
| 07/10/17 – 07/14/17 | 30 |

Supervisors Signature: Yesenia Valladares
Name (Please print): Yesenia Valladares
Title: Corporate Administrator/Manager
Company Name: Latin American Services, Inc.
Company Address: 16043 Comprint Circle
Gaithersburg, MD 20877
Company Phone Number: 301-977-2228
Date of Signature: 7/25/18



FORT WASHINGTON MEDICAL CENTER
11711 Livingston Road
Fort Washington, Maryland 20744
(301) 292-7000

```
Pati  631945    RM- LBY08 961614      P/T-E/R
      GATCHELL CYNTHIA L         F  48 00 NNNNNN
      100 CEDAR LANE         INDIAN HEAD , MD
      DIXON KARE
Date  LUCAS DION    11/27/15  B/D 10/06/67
```

_____ has been seen on:

Patient may:  Return to work/school: (date) __12/2/15__

Signed: _____ M.D.

FWMC Form 6176 Rev 6/2010

D/P

LOST WAGES   2

LAPLATA FAMILY CHIROPRACTIC
FRANK ALFANO, D.C.
203 CENTENNIAL ST. ST105
LA PLATA, MD 20646-2741
301-932-2100 (Phone)
301-392-5789 (Fax)

Date 11-30-2015

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 11-30-2015 to 12-11-2015

Signed : _____
Office of FRANK ALFANO DC

LAPLATA FAMILY CHIROPRACTIC
FRANK ALFANO, D.C.
203 CENTENNIAL ST. ST105
LA PLATA, MD 20646-2741
301-932-2100 (Phone)
301-392-5789 (Fax)

Date 12-10-2015

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 12-11-2015 to 12-18-2015

Signed : _____
Office of FRANK ALFANO DC

LOST WAGES  4

LAPLATA FAMILY CHIROPRACTIC
FRANK ALFANO, D.C.
203 CENTENNIAL ST. ST105
LA PLATA, MD 20646-2741
301-932-2100 (Phone)
301-392-5789 (Fax)

Date 12-17-2015

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 12-19-2015 to 01-02-2016

Signed : _____
Office of SCOTT F. TUMINELLI D.C.

LOST WAGES  5

LAPLATA FAMILY CHIROPRACTIC
FRANK ALFANO, D.C.
203 CENTENNIAL ST. ST105
LA PLATA, MD 20646-2741
301-932-2100 (Phone)
301-392-5789 (Fax)

Date 12-22-2015

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 01-04-2016 to 01-06-2016

Signed : _____
Office of SCOTT F. TUMINELLI D.C.

```
                    LAPLATA FAMILY CHIROPRACTIC
                    FRANK ALFANO, D.C.
                    203 CENTENNIAL ST. ST105          Date 01-05-2016
                    LA PLATA, MD 20646-2741
                    301-932-2100 (Phone)
                    301-392-5789 (Fax)
```

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 01-05-2016 to 01-17-2016

This patient is allowed to return to work on

Signed : _____
         Office of SCOTT F. TUMINELLI D.C.

```
                    LAPLATA FAMILY CHIROPRACTIC
                    FRANK ALFANO, D.C.
                    203 CENTENNIAL ST. ST105              Date 01-14-2016
                    LA PLATA, MD 20646-2741
                    301-932-2100 (Phone)
                    301-392-5789 (Fax)
```

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 01-14-2016 to 01-19-2016

Signed : _____
         Office of SCOTT F. TUMINELLI D.C.

LAPLATA FAMILY CHIROPRACTIC
FRANK ALFANO, D.C.
203 CENTENNIAL ST. ST105
LA PLATA, MD 20646-2741
301-932-2100 (Phone)
301-392-5789 (Fax)

Date 01-19-2016

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been UNABLE to return to work from 01-19-2016 to 02-11-2016

Signed : _____
Office of SCOTT F. TUMINELLI D.C.

```
                    LAPLATA FAMILY CHIROPRACTIC
                    FRANK ALFANO, D.C.
                    203 CENTENNIAL ST. ST105          Date 02-18-2016
                    LA PLATA, MD 20646-2741
                    301-932-2100 (Phone)
                    301-392-5789 (Fax)
```

Patient Information
CYNTHIA L GATCHELL
100 CEDAR LANE
INDIAN HEAD MD 20640

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient is allowed to return to work on 02-22-2016

The following restriction(s) will apply until further notice:

Regular Work, No Restrictions.

Signed : _____
         Office of DAVID S. SPENCER-MST

06/23/2017

To Whom It May Concern:

Cynthia Gatchell is currently under my medical care and may not return to work at this time.

Please excuse Cynthia for 3 day(s).

She may return to work on 06/23/2017.

Activity is restricted as follows: none.

If you require additional information please contact our office.

Sincerely,

Provider: Daren O Harper PA  6/23/2017

Document generated by: Deborah Dandy  06/23/2017

P.O Box 640
Hollywood MD, 20636

Gatchell, Cynthia L. 000000167555 10/06/1967 06/23/2017 02:56 PM Page: 1/1

LOST WAGES 11