# Exhibit 1

# In the Matter Of:

*Gatchell v.*
*John Doe*

---

*Cynthia Lynn Gatchell*
*March 19, 2019*

---



Page 1

1    IN THE CIRCUIT COURT OF MARYLAND FOR CHARLES COUNTY

2

3    CYNTHIA L. GATCHELL,    )

4          Plaintiff,    )

5          vs.         ) Case No. C-08-CV-18-001087

6    JOHN DOE, et al.,      )

7          Defendants.  )

8

9                    -   -   -   -   -

10

11         The deposition of CYNTHIA LYNN GATCHELL was

12   taken on Tuesday, March 19, 2019, commencing at 2:38

13   p.m., at the Law Office of James E. Farmer, LLC, 3475

14   Leonardtown Road, Suite 200, Waldorf, Maryland, before

15   MaryJo Legg, Registered Merit Reporter and Notary

16   Public.

17

18                    -   -   -   -   -

19

20

21

22

Page 2

1              A P P E A R A N C E S

2

3

4    ON BEHALF OF THE PLAINTIFF:

5         MICHAEL A. KLOPFER, ESQUIRE

6         Law Office of James E. Farmer, LLC

7         3475 Leonardtown Road

8         Suite 200

9         Waldorf, Maryland  20601

10        (301) 645-4990

11

12   ON BEHALF OF THE DEFENDANT WALMART, INC.:

13        JENNIFER M. ALEXANDER, ESQUIRE

14        Brassel Alexander, LLC

15        888 Bestgate Road

16        Suite 200

17        Annapolis, Maryland  21401

18        (443) 837-9800

19

20

21   (Index appears following the transcript.)

22

Page 3

1    P R O C E E D I N G S

2    -  -  -  -  -

3    Whereupon--

4      CYNTHIA LYNN GATCHELL,

5    the Plaintiff, called for examination, having been

6    first duly sworn, was examined and testified as

7    follows:

8      EXAMINATION

9    BY MS. ALEXANDER:

10   Q.  Hi.  Good morning, Ms. Gatchell.  My name is

11   Jennifer Alexander.  I'm the attorney who represents

12   Walmart in the litigation you brought against them.

13     Could you please state your name, spell your

14   first, middle, and last name, and your address for the

15   record.

16   A.  Cynthia Lynn Gatchell, C-Y-N-T-H-I-A L-Y-N-N

17   G-A-T-C-H-E-L-L, 6255 Rocky Creek Place, La Plata,

18   Maryland 20646.

19   Q.  And your date of birth, please?

20   A.  10/6/67.

21   Q.  Have you ever been deposed before,

22   Ms. Gatchell?

Page 4

1    A.  No.

2    Q.  Okay.  This is a deposition, and it's very

3    informal, as you can see.  Your lawyer's here

4    representing you, I am here on behalf of my client,

5    and the court reporter to your right is taking down

6    what everyone says so that everything is accurately

7    recorded.

8      For those reasons, there's some rules we

9    have to follow.  Even though it's very informal, we

10   still have to follow some rules.

11     First, we have to make sure that everything

12   we say can be recorded.  So we can't do "uh-uhs" and

13   "uh-huhs" because those aren't able to be accurately

14   recorded.

15     I'm going to assume you understand the

16   question that I'm asking you if you answer it.  If you

17   need me to rephrase my question or you simply just

18   don't understand the question as I've worded it, just

19   tell me, and I'll rephrase my question.

20   A.  Okay.

21   Q.  I don't expect we're going to be here too,

22   too terribly long, but if you need a break to use the

Page 5

1   restroom or get a cup of coffee or something, please
2   let me know and we can stop the proceedings and you
3   can get a cup of coffee.
4       Do you have any questions about any of that?
5   A.  No.
6   Q.  Okay.  It's also important that neither you
7   nor I speak over one another for the same reason, that
8   the court reporter's got to be able to accurately
9   record everything.  So it's sort of like a shortwave
10  radio where you have to let the other person finish
11  before you click the button and start talking and then
12  likewise.  Okay?
13  A.  Okay.
14      (Gatchell Deposition Exhibit 1 was marked
15  for identification and attached to transcript.)
16      BY MS. ALEXANDER:
17  Q.  I'm marking as Deposition Exhibit 1 an
18  amended notice of deposition duces tecum, which is
19  basically just your invitation to come here today with
20  the date and the time.
21      It also has attached to it, though, what we
22  call a document schedule.  It's like a list of

Page 6

1   documents that it was requested you bring to this
2   deposition.
3       It's possible that your attorney has already
4   produced some of those documents, in which case you
5   don't have to produce them a second time; but is there
6   anything you brought with you to today's deposition?
7   A.  No.
8       MS. ALEXANDER: Okay.  Can we go off the
9   record for one second?
10      (Discussion held off the record.)
11      BY MS. ALEXANDER:
12  Q.  Ms. Gatchell, there's nothing you brought
13  with you today?
14  A.  No.
15  Q.  Okay.  And your counsel and I just had a
16  brief conversation off the record.  We're going to
17  agree to hold this deposition open in the event when
18  additional documents that have been requested by
19  defense to the plaintiff are produced, I may have
20  additional questions of those documents, I may not;
21  but if I do, we're going to come back and we'll
22  reconvene this deposition at that time.  Okay?

Page 7

1   A.  Okay.
2   Q.  So referring to Deposition Exhibit 1, I know
3   you didn't bring anything, but just because I have to
4   be really thorough, you don't have in your possession
5   any medical records or X-rays or CDs of radiology,
6   anything like that?
7   A.  No.
8   Q.  Do you have in your possession any diaries
9   or journal entries or calendars, anything that would
10  reflect your feelings or emotions about the incident
11  at Walmart?
12  A.  No.
13  Q.  Do you have any statements or videos or
14  pictures other than -- I know you've produced a couple
15  of pictures, which we're going to talk about, but
16  anything you haven't already given to your lawyer?
17  A.  No.
18  Q.  Okay.  Nothing else related -- do you have
19  anything else, document or tangible evidence, in your
20  possession that you haven't already given to
21  Mr. Klopfer?
22  A.  No.

Page 8

1   Q.  Okay.  I'll take that back from you.
2       Okay.  Have you ever been known by any other
3   name?
4   A.  Yes.
5   Q.  What?
6   A.  Cyndi Gatchell, Cynthia Clark, Cynthia
7   Galloway.
8   Q.  What is your maiden name?
9   A.  Galloway.
10  Q.  And when did you go by the name Cynthia
11  Clark?
12  A.  1988.
13  Q.  Until when?
14  A.  2011.
15  Q.  And was that due to a marriage?
16  A.  Yes.
17  Q.  To whom were you married?
18  A.  William Clark.
19  Q.  And how did that marriage end?  And I don't
20  mean characterize it.  I mean legally, how did that
21  marriage end?
22  A.  He passed away.

Page 9

1 Q. Okay. And was that in 2011?
2 A. 2008.
3 Q. And when did you become Cynthia Gatchell?
4 A. 2011.
5 Q. What is your husband's name?
6 A. Jay.
7 Q. Do you have any children?
8 A. Yes.
9 Q. How many?
10 A. One.
11 Q. What's his name?
12 A. Justin Clark.
13 Q. And his date of birth?
14 A. 12/9/89.
15 Q. Does he live with you?
16 A. Yes.
17 Q. Is he 30 or 29?
18 A. 29.
19 Q. 29, okay. Is he employed?
20 A. No.
21 Q. So in other words, you don't -- he's not
22 your legal financial dependent?

Page 10

1 A. No.
2 Q. He's capable of working, he may not be
3 working right now; but you don't have any legal
4 responsibility for him at this age, 29 years old? Set
5 Mom aside.
6 A. I'm not sure. I take care of him.
7 Q. Okay. Is he physically or legally -- is he
8 physically or mentally disabled?
9 A. He is physically disabled but not on the
10 technical term as far as being -- by a doctor saying
11 that he is disabled; but he has issues with his back
12 from a car accident.
13     MS. ALEXANDER: Okay. We can go off the
14 record.
15     (Discussion held off the record.)
16     BY MS. ALEXANDER:
17 Q. So there's no claim legally being made in
18 this case about your son being financially or legally
19 dependent on you, so we'll move on from that.
20     MR. KLOPFER: That's right.
21 Q. Your current address --
22     MR. KLOPFER: You don't have to put your arm

Page 11

1 up. You've already been sworn in.
2 Q. Oh, did you have something to add?
3 A. I have a daughter, but she's -- she's been
4 given custody when she was eight months old.
5 She's 19.
6 Q. You mean you gave her up for adoption when
7 she was --
8 A. No, no, no.
9 Q. No.
10 A. She -- I was given custody of her at the age
11 of eight months old.
12 Q. Okay.
13 A. So she's not my biological.
14 Q. All right. So you have an adopted daughter?
15 A. But she's another child that I have.
16 Q. What is her name?
17 A. Alexis.
18 Q. And what is her last name?
19 A. Jamieson, J-A-M-I-E-S-O-N.
20 Q. Does she live with you?
21 A. Yes.
22 Q. She's 19 years old?

Page 12

1 A. Yes.
2 Q. What's her date of birth?
3 A. 12/9 -- that's his. 10/14/99.
4 Q. So she is 19 years old. Is she employed?
5 A. She is a student.
6     MS. ALEXANDER: Okay. So I assume again, no
7 claim related to Alexis?
8     MR. KLOPFER: That's right.
9     MS. ALEXANDER: Okay. Good.
10     BY MS. ALEXANDER:
11 Q. The address where you currently live, tell
12 me the street again.
13 A. 62 -- oh. Rocky Creek Place.
14 Q. How long have you lived on Rocky Creek
15 Place?
16 A. Probably eight months now.
17 Q. Do you own or rent?
18 A. I live with my parents.
19 Q. Who else lives with you at the home?
20 A. My parents.
21 Q. What are their names?
22 A. Dwight.

Page 13

1  Q.  Dwight Galloway?
2  A.  Uh-huh.
3  Q.  Yes?
4  A.  Yes.
5  Q.  And your mom?
6  A.  Gwenlyn.
7  Q.  How do you spell that?
8  A.  G-W-E-N-L-Y-N.
9  Q.  Galloway?
10  A.  Yes.
11  Q.  Who else lives at the home other than Dwight
12  and Gwenlyn?
13  A.  My nephew.
14  Q.  What's his name?
15  A.  Joel.
16  Q.  Last name?
17  A.  Galloway.
18  Q.  Who else?
19  A.  That's it.
20  Q.  So Justin doesn't live there?
21  A.  Justin lives at my husband's home currently.
22  Q.  Okay.  So your husband, Jay, does not live

Page 14

1  with you?
2  A.  No.
3  Q.  Are you two separated?
4  A.  Yes.
5  Q.  When were you separated?
6  A.  We are not separated on paper, but we were
7  separated as of August.
8  Q.  Of what year?
9  A.  2018.
10  Q.  So you're separated in the sense that you're
11  living separate and apart?
12  A.  Yes.
13  Q.  Are divorce proceedings pending or
14  anticipated?
15  A.  I don't know at this time.
16  Q.  Fair answer.
17     What is your date of marriage to Jay
18  Gatchell?
19  A.  March 4, 2011.
20     MS. ALEXANDER: We can go off the record.
21     (Discussion held off the record.)
22     BY MS. ALEXANDER:

Page 15

1  Q.  So again, thank you, Ms. Gatchell.
2     We had a brief conversation with your
3  counsel and you off the record; and after our
4  conversation, it's my understanding that you are not
5  making a claim that the dissolution or the separation
6  of your marriage to Jay Gatchell is as a result of the
7  incident at Walmart.
8     MS. ALEXANDER: Is that right, Counsel?
9     MR. KLOPFER: That's right.
10     And you agree with that; correct?
11     THE WITNESS: Yes.
12     BY MS. ALEXANDER:
13  Q.  Okay.  So because we've made that statement
14  on the record, I'm not going to get into the personal
15  matters related to the separation or your marriage.
16  But like your counsel said, you still can talk about
17  day-to-day impact once we get to that portion, the
18  impact on you.  But you're not making a legal claim
19  for loss of consortium.
20     MR. KLOPFER: That's right.
21  Q.  Okay.  And you're not making a claim that
22  the dissolution of your marriage was as a result of

Page 16

1  the incident at Walmart.
2     Okay.  Any other marriages other than to
3  Mr. Clark and Mr. Gatchell?
4  A.  No.
5  Q.  Any other children other than Justin and
6  Alexis?
7  A.  No.
8  Q.  What is your highest level of education?
9  A.  Tenth.
10  Q.  And where did you go to high school?
11  A.  McDonough High School, Independent Baptist
12  Academy.
13  Q.  Did you obtain your GED?
14  A.  No.
15  Q.  Do you have any other formal education?
16  Like trade school or college, anything like that?
17  A.  Just classes that I would take in -- while
18  employed.
19  Q.  That your employer would send you to?
20  A.  Yes.
21  Q.  For like certificates or just additional
22  training --

Page 17

1  A.  Yes.
2  Q.  -- something specific?
3  A.  Supervisory 101, gauges and measurements.
4  Q.  So like on-the-job-type training for --
5  A.  Yes.
6  Q.  -- those matters?
7     And why did you leave school in the tenth
8  grade?
9  A.  I was bored.
10  Q.  Okay.  Any military service?
11  A.  No.
12  Q.  Do you wear glasses or contacts?
13  A.  No.  I use reading glasses.
14  Q.  Only to read?
15  A.  Yes.
16  Q.  Are you right-handed or left-handed?
17  A.  Left.
18  Q.  Have you ever worked for Walmart?
19  A.  No.
20  Q.  Has anyone in your immediate family ever
21  worked for Walmart?
22  A.  No.

Page 18

1  Q.  Got a little sidetracked, but we were
2  talking about the Rocky Creek Place address.  You've
3  lived there about eight months.
4     Is that a single-family home?
5  A.  Yes.
6  Q.  Do you have any plans to leave that home?
7  Or for now, as far as you're concerned, that's where
8  you're going to reside?
9  A.  That's where I'm going to reside.
10  Q.  Do you recall your address prior to Rocky
11  Creek Place?
12  A.  Yes.
13  Q.  What was that?
14  A.  100 Cedar Lane.
15  Q.  Where is that located?
16  A.  Indian Head.
17  Q.  And how long did you live at the Cedar Lane
18  address?
19  A.  A year.
20  Q.  Was that a single-family home?
21  A.  Yes.
22  Q.  The address before Cedar Lane?

Page 19

1  A.  16 Pueblo Circle.
2  Q.  Where is that?
3  A.  Indian Head.
4  Q.  And how long did you live there?
5  A.  2011 and going forward until 2017.
6  Q.  Was that a single-family home?
7  A.  Yes.
8  Q.  Was it one-story or two-story?
9  A.  One-story.
10  Q.  How about the home on Cedar Lane, was that
11  one-story or two-story?
12  A.  Two-story.
13  Q.  And where was your bedroom in the Cedar Lane
14  house?  On the first floor or second floor?
15  A.  It was on the second floor.
16  Q.  How about the home where you live down on
17  Rocky Creek Place, is that a one-story or two-story?
18  A.  It's a one-story with a basement.
19  Q.  And where is your bedroom?
20  A.  On the main level.
21  Q.  How about prior to 2011, do you recall where
22  you lived?

Page 20

1  A.  Turkey Hill Road.
2  Q.  Do you recall the street number?
3  A.  9145.
4  Q.  And where is that?
5  A.  La Plata.
6  Q.  When did you live there?
7  A.  2007 until, I think, 2011.
8  Q.  Single-family home?
9  A.  Yes.
10  Q.  How many stories?
11  A.  One-story.
12  Q.  Are you currently employed?
13  A.  Yes.
14  Q.  Where are you employed?
15  A.  Latin American Services.
16  Q.  And how long have you been employed with
17  them?
18  A.  Since 2011.
19  Q.  What is your title?
20  A.  Custodial.
21  Q.  Has that been your title your entire career
22  with Latin American Services?

Page 21

1  A.   Yes.
2  Q.   Is that a federal government contractor?
3  A.   Yes.
4  Q.   So where do you physically report for work?
5  A.   I go directly to the base, which is an annex
6  of Indian Head Naval Ordnance.
7  Q.   So what is the name of the base where you
8  work?
9  A.   It's Indian Head Naval Ordnance.
10  Q.   And has that been where you have reported
11  for work since you began working there in 2011?
12  A.   I was working at the base itself in Indian
13  Head when I originally started; and then I was put at
14  the annex, which is an EOD division in Marbury.  It's
15  called Stump Neck.
16  Q.   Any particular reason why you changed
17  physical locations?
18  A.   We were -- it was during a sequester that we
19  were unemployed; and when we were called back, I just
20  was called back to a position that was there.
21  Q.   What are your job duties?
22  A.   Vacuuming, mopping, dusting.

Page 22

1  Q.   What did you say?
2  A.   Dusting, trash, bathrooms.
3  Q.   How many hours do you work per week?
4  A.   30.
5  Q.   Is that considered part-time?
6  A.   Yes.
7  Q.   And your entire employment with Latin
8  American Services, has your schedule been 30 hours per
9  week?
10  A.   Originally, I believe I was 25, and then I
11  was moved to 30.
12  Q.   And when do you think you moved to 30 hours
13  per week?
14  A.   I can't recall.
15  Q.   Was it before or after the incident at
16  Walmart?
17  A.   Before.
18  Q.   Okay.  So at the time of the incident at
19  Walmart, you were already working the 30-hour-per-week
20  schedule?
21  A.   Yes.
22  Q.   Do you work specific days?

Page 23

1  A.   Monday through Friday.
2  Q.   So is it -- watch me do math -- a six-hour
3  day --
4  A.   Yes.
5  Q.   -- five days a week.
6       And any reason to believe you won't continue
7  to be employed with them in the future?
8  A.   No.
9  Q.   Do you recall your -- what's your salary or
10  hourly rate at Latin American Services?
11  A.   Currently, I am not aware of what it is
12  because it is upped each October, and I have not
13  worked since August of last year.
14  Q.   Okay.  So you have not worked at all since
15  August of 2018?
16  A.   Correct.
17  Q.   What is your status at work?  What do they
18  consider you?
19  A.   Out on medical leave.
20  Q.   And what is the date that you went out on
21  medical leave?
22  A.   August 20, 2018.

Page 24

1  Q.   For what reason did you go out on medical
2  leave August 20, 2018?
3  A.   I was in a accident.
4  Q.   A motorcycle accident?
5  A.   Yes.
6  Q.   Is that the only reason you're out on
7  medical leave currently, from the motorcycle accident?
8  A.   Currently?
9  Q.   Yes.
10  A.   Yes.
11  Q.   Okay.  So what was your hourly rate at the
12  time that -- the last day that you worked?
13  A.   I believe it was 17.82, but...
14  Q.   Something about that?
15  A.   Something like that.
16  Q.   Okay.  Did you ever work overtime, or was it
17  pretty limited to the 30 hours per week?
18  A.   30 hours per week.
19  Q.   No overtime?
20  A.   (No verbal response.)
21  Q.   No?
22  A.   No.

1  Q.   And no comp time?
2  A.   No.
3  Q.   Okay.  What was the hourly rate that you
4  started at with Latin American Services in 2011, if
5  you remember?
6  A.   I do not remember.
7  Q.   Do you remember your job before Latin
8  American Services?
9  A.   I'm not sure in what order.
10  Q.   Okay.  Tell me the best of your
11  recollection.
12  A.   A Family Dollar in Indian Head.
13  Q.   Approximately when did you work there?
14  A.   I'm not sure.
15  Q.   Any kind of time frame?
16  A.   No.
17  Q.   Was it this decade?
18  A.   Yes.
19  Q.   Okay.  So it was -- well, in fairness, maybe
20  it was last decade.  Sometime between 2000 and 2010?
21  A.   Yes.
22  Q.   Okay.  And what did you -- what was your

1  title there?
2  A.   Store manager.
3  Q.   How long did you work there?
4  A.   One month.
5  Q.   Why did you leave?
6  A.   Because I did not agree with their practice.
7  Q.   How about another job you remember?  I know
8  you don't necessarily remember them in order, so
9  that's why I said that.
10  A.   Can you repeat it?
11  Q.   Sure.  Name another job you've had since
12  turning 18.
13  A.   Beretta USA.
14  Q.   And when did you work there?
15  A.   When I was 18.
16  Q.   What did you do for them?
17  A.   I was a machine operator.
18  Q.   How long did you work there?
19  A.   Three years.
20  Q.   When did you leave?
21  A.   '89.
22  Q.   And why did you leave?

1  A.   I was pregnant.
2  Q.   Was there a period of time that you didn't
3  work due to your pregnancy, or did you continue to
4  work?
5  A.   Was there a time?
6  Q.   Did you stop working after you had the baby,
7  or did you continue to work?
8  A.   I stopped working.
9  Q.   Okay.  For what years did you not work?
10  A.   I don't recall.
11  Q.   Okay.  Well, your son was born in 1989.
12  A.   Uh-huh.
13  Q.   And that's when you left Beretta?
14  A.   Uh-huh.
15  Q.   Do you recall how old he was about when you
16  went back to work?
17  A.   He started pre-K.
18  Q.   So maybe you were out with him for four to
19  five years?
20  A.   I believe.
21  Q.   Okay.  And then where did you go back to
22  work when you --

1  A.   Subway.
2  Q.   So maybe that was in about 1993 or 1994, if
3  your son was four or five years old?
4  A.   Maybe.
5  Q.   Which Subway location?
6  A.   In Bryans Road.
7  Q.   Is that in --
8  A.   Bryans Road, Maryland.
9  Q.   Oh, that's the name of the town, Bryans
10  Road?
11  A.   Uh-huh.
12  Q.   Oh, thought that was the name of the street.
13       What was your title there?
14  A.   When I first started, it was just a sandwich
15  artist.
16  Q.   And then what did you work up to?
17  A.   Manager.
18  Q.   And when did you leave Subway?
19  A.   I think -- let's see.  I'm not sure.  Maybe
20  '95.
21  Q.   Okay.  So you worked there about a year,
22  give or take?

1  A.   Maybe.
2  Q.   And why did you leave?
3  A.   Found a better job.
4  Q.   Which was what?
5  A.   Went to work for Crestar.
6  Q.   Crestar?
7  A.   Crestar Bank.
8  Q.   And what did you do for them?
9  A.   Teller.
10 Q.   And how long -- what years did you work
11 there?
12 A.   If the timing is correct and it was '95,
13 until 2011.
14 Q.   Okay.  So you worked with them --
15 A.   No.  Two thousand -- I'd have to look.
16 Q.   About how many years did you work for
17 Crestar Bank?
18 A.   13.
19 Q.   Okay.  So if it was 1995, then that would
20 be -- 2008 would be 13 years.
21 A.   Okay.
22 Q.   Does that sound right?

1  A.   That sounds right.
2  Q.   Okay.  And why did you leave Crestar Bank in
3  2008?
4  A.   A lot of reasons.
5  Q.   So was it just --
6  A.   I had a death, my husband died.
7  Q.   Personal reasons?
8  A.   Yes.
9  Q.   Okay.  And where did you begin working, if
10 you did, after Crestar Bank?
11 A.   I didn't work for a while because I was
12 going through my grieving.
13 Q.   Understand.
14    Was Latin American Services your next job
15 after Crestar Bank?
16 A.   Family Dollar, I believe.
17 Q.   The Indian Head location that we spoke
18 about?
19 A.   Uh-huh.
20 Q.   So you worked at Family Dollar --
21 A.   A month.
22 Q.   -- sometime between 2009 and 2011?

1  A.   Yeah.
2  Q.   Okay.
3  A.   Yes.
4  Q.   Any other job you can recall?
5  A.   Not that I can recall.
6  Q.   Was there a period of time where you were
7  unemployed after you left Family Dollar and before you
8  started Latin American Services?
9  A.   Yes, but I'm not -- I don't know the time.
10 Q.   Do you know approximately how long duration?
11 Was it a year before you got this new job?
12 A.   I don't know.
13 Q.   You don't know, okay.
14    Are you taking any medication today,
15 Ms. Gatchell?
16 A.   Today?  No.
17 Q.   Nothing?
18 A.   (No verbal response.)
19 Q.   It's not meant to be like a Spanish
20 inquisition; but, you know, a lot of people take
21 something every day.
22    But you took no medication today?

1  A.   I take Zoloft.
2  Q.   Okay.  And what dosage?
3  A.   200 milligrams.
4  Q.   How often do you take that?
5  A.   Every morning.
6  Q.   And did you take that today?
7  A.   Yes.
8  Q.   Does the fact that you took Zoloft today
9  affect your ability to understand me or know what
10 we're doing here today during this deposition?
11 A.   No.
12 Q.   Any other medication you take?
13 A.   I just was prescribed -- what do you mean?
14 Daily?
15 Q.   Yes.
16 A.   Yes.
17 Q.   What?
18 A.   Wellbutrin.
19 Q.   Okay.  And when did you start taking
20 Wellbutrin?
21 A.   A week ago.
22 Q.   And what's the dosage, if you know?

Page 33

1   A.   100 milligram.
2   Q.   And how often do you take that?
3   A.   One each morning.
4   Q.   Did you take that today?
5   A.   Yes.
6   Q.   Okay.  The Wellbutrin is an antidepressant?
7   A.   Yes.
8   Q.   That's a question.  Okay.
9        Is the Zoloft also considered an
10  antidepressant?
11  A.   Yes.
12  Q.   And you take them together as directed?
13  A.   Yes.
14  Q.   Okay.  Any other medication that you take on
15  a regular basis?
16  A.   Yes.
17  Q.   What?
18  A.   Ambien.
19  Q.   And how often do you take Ambien?
20  A.   One each evening at bedtime.
21  Q.   Every night?
22  A.   Yes.

Page 34

1   Q.   Do you know the dosage?
2   A.   12.5.
3   Q.   Anything else?
4   A.   Let me think about it.  Chlor -- I'm not
5   exactly sure of how you pronounce it.  Like
6   chlorpromazine.
7   Q.   Okay.  What do you take that for?
8   A.   It's along the same family of
9   antidepressant.
10  Q.   And you're supposed to take that in
11  connection with the Zoloft and the Wellbutrin?
12  A.   Yes.  This is at night.
13  Q.   Okay.  And what dosage is that?
14  A.   25 milligram.
15  Q.   When did you start taking that medication?
16  A.   Three months ago.
17  Q.   Anything else?
18  A.   Yes, but I cannot remember because I didn't
19  bring a list of medications.
20  Q.   What is the medication for that you can't
21  remember?
22  A.   I take an acid reflux medication, I take

Page 35

1   buspirone.
2   Q.   What's that for?
3   A.   It's all within the same -- like
4   antidepressants.
5   Q.   And you take that with the three other
6   antidepressants daily?
7   A.   I take it at night.
8   Q.   Every night?
9   A.   Yes.
10  Q.   Do you know the dosage?
11  A.   Not offhand.
12  Q.   Anything else?
13  A.   That's all I can think of.
14  Q.   Okay.  I'm going to show you your answers to
15  interrogatories.  That is just a fancy word for
16  questions that you answered.
17  A.   Okay.
18       (Gatchell Deposition Exhibit 2 was marked
19  for identification and attached to transcript.)
20       BY MS. ALEXANDER:
21  Q.   I'm going to mark this as Deposition
22  Exhibit 2, and ask you to take a look at this.

Page 36

1        MS. ALEXANDER: Counsel, I have a copy if
2   you need any copies.
3   Q.   Take a look at Deposition Exhibit 2, and
4   tell me on the second to last page, is that your
5   signature?
6   A.   Yes.
7   Q.   These were pretty recently provided.  Do you
8   have any changes, edits, supplementations to the
9   answers to the questions you've already provided that
10  you are aware of as you sit here today?
11  A.   I have to read over it again just to
12  familiarize myself.
13       MR. KLOPFER: Well, we did supplement it
14  with the tax records, we did mention that there was a
15  2014 dirt bike -- or four-wheeler situation.
16       MS. ALEXANDER: Yes.  And I did receive that
17  yesterday.
18       MR. KLOPFER: So that's not in those, but we
19  did inform you.
20       MS. ALEXANDER: I will consider that as
21  supplementation.  The 2014 four-wheeler incident that
22  was disclosed yesterday, I did receive that.

Page 37

1    BY MS. ALEXANDER:
2  Q.   These -- I'm sure you participated and your
3  lawyer probably put them in the proper legal format,
4  so they might look a little different -- Exhibit 2
5  might look a little different than it originally did
6  to you; but review it, and tell me if there is
7  anything that you can think of that you would change
8  or need to change.
9     For example, have you seen any new treatment
10  providers since these were answered in February?  Have
11  you had any new accidents since these were answered in
12  February?  Have you found any new witnesses or
13  evidence since these were answered in February?  Those
14  would --
15  A.   Any new doctor?  I went for a sleep study.
16  Q.   Since February?
17  A.   Uh-huh.
18  Q.   Yes?
19  A.   Yes.
20  Q.   And are you claiming the sleep study is
21  related to the incident at Walmart?
22  A.   No.

Page 38

1  Q.   Okay.  Fair enough.
2     Any other doctors that you've seen since
3  February that aren't already disclosed?
4  A.   Only the ones for the sleep study.
5  Q.   Okay.  Any other new evidence you found?
6  Witnesses?  Documents?
7  A.   No.
8  Q.   Okay.  And feel free to take your time to
9  look at those, but that's generally the gist of my
10  question.
11  A.   Okay.
12  Q.   So now having had time to review Deposition
13  Exhibit 2, is there anything you would change, edit,
14  or supplement?
15  A.   Just the medications that I take.
16  Q.   Okay.  The medication list you and I just
17  went over is your current medication list?
18  A.   I may be missing something, I'm not sure.
19  Q.   Okay.  Anything other than that?
20  A.   I don't think so.
21  Q.   Okay.  And if you do think of something, let
22  me know.  If it's after today, let Mr. Klopfer know,

Page 39

1  and he'll let me know.
2  A.   Okay.
3  Q.   Okay.  So now I'd like to talk about the
4  incident at Walmart on November 25, 2015.
5  A.   Okay.
6  Q.   Do you recall what day of the week that was?
7  A.   Wednesday.
8  Q.   And had you ever been to that Walmart
9  before?
10  A.   Yes.
11  Q.   Which Walmart location was it?
12  A.   La Plata.
13  Q.   Do you remember the street address?
14  A.   I do not remember the street address, but...
15  Q.   Do you remember the street name?  And it's
16  okay, if you don't.
17  A.   I don't.
18  Q.   Okay.  How many times had you been to that
19  Walmart location before?
20  A.   Numerous.  Too many to count.
21  Q.   So how about this:  How many months or years
22  had you been shopping at Walmart -- at that Walmart

Page 40

1  location?
2  A.   Since they opened.
3  Q.   Which was when?
4  A.   I don't know when they opened.
5  Q.   Okay.  Was it 5 years?  10 years?  20 years?
6  A.   I don't know when they opened, so I don't --
7  I'm not sure.
8  Q.   But in your mind, think about it.  How many
9  years were you shopping at that Walmart store?
10     These aren't trick questions.  I really
11  don't know the answer to any of these questions.
12  A.   10.
13  Q.   Okay.  So approximately 10 years you've been
14  going to that Walmart fairly regularly?
15  A.   I don't know how regularly I go.
16  Q.   Well, tell me how often would you go
17  typically?
18  A.   Maybe -- maybe once a month, maybe not.  I
19  don't know.
20  Q.   Okay.  So your average would be -- if you
21  had to average out the times you went to that Walmart
22  store, would it be an average of once a month?

Page 41

1 Because sometimes you went more than once a month but
2 sometimes you went less.  Or would it be something
3 different?
4 A.  Maybe once a month.
5 Q.  For approximately 10 years?
6 A.  Yes.
7    MR. KLOPFER: That's about 120 times.
8    BY MS. ALEXANDER:
9 Q.  On this day, November 25, 2015, were you
10 shopping alone, or did you go to the Walmart with
11 someone?
12 A.  I was alone.
13 Q.  Approximately what time did you arrive at
14 the Walmart?
15 A.  Somewhere between 2:30 and 3:00 o'clock.
16 Q.  P.M.?
17 A.  Yes.
18 Q.  And for what reason did you go there?
19 A.  Yams and green beans.
20 Q.  For Thanksgiving?
21 A.  Yes.
22 Q.  Do you remember the weather conditions that

Page 42

1 day?
2 A.  Nice.
3 Q.  No rain, no snow?
4 A.  No.
5 Q.  Do you remember the shoes you were wearing?
6 A.  I do not, but I generally wear tennis shoes.
7 Q.  But on this day, you don't specifically
8 remember the shoes?
9 A.  No.
10 Q.  How about the clothes you were wearing, do
11 you remember if they were pants?  Jeans?  Something
12 else?  Sweater?  Coat?
13 A.  Jeans.
14 Q.  Do you remember what kind of top you might
15 have been wearing -- well, that you were wearing, I'm
16 sure?
17 A.  Regular shirt.
18 Q.  Okay.  Do you remember if you had a coat?
19 A.  No, I don't remember.
20 Q.  Okay.  On that day, had you taken any
21 medication before arriving at Walmart?  And I'll --
22 A.  No.

Page 43

1 Q.  Okay.  Before you answer, I'm going to let
2 you amend your answer because in -- and I was trying
3 to give this to you before you said no.
4    In your answer to interrogatory -- well,
5 fair enough, you might be right.
6    In your answer to interrogatory number 24, I
7 asked you if you had consumed any medication within 72
8 hours.  And you answered that you believe you took
9 Ambien and Zoloft the night before the occurrence.
10 A.  Yes.
11 Q.  Okay.
12 A.  My medication changed.
13 Q.  Okay.  So let's just talk about right now
14 about November 25th.
15    That day, had you taken any medication?
16 A.  No.
17 Q.  The night before on November the 24th, you
18 had taken some medication; is that right?
19 A.  Yes.
20 Q.  And was that the Ambien and Zoloft?
21 A.  Yes.
22 Q.  Had you taken any other medication the day

Page 44

1 before?
2 A.  Not that I can recall.
3 Q.  And the Ambien and Zoloft you took the day
4 before, was that your normal prescribed dosage?
5 A.  Yes.
6 Q.  Where do you get your prescriptions filled?
7 A.  CVS, Bryans Road.
8 Q.  And how long have you gotten your
9 prescriptions filled at the Bryans Road CVS?
10 A.  Years.
11 Q.  More than five years?
12 A.  Yes.
13 Q.  Any other prescriptions -- any other
14 pharmacies where you get your prescriptions filled?
15 A.  Sometimes La Plata CVS.
16 Q.  La Plata.  Anywhere else?
17 A.  Recent?  Recent would be La Plata pharmacy.
18 Q.  Your medical records that I've had the
19 opportunity to review indicate that you may have been
20 also taking Xanax in that time frame in November of
21 2015.
22    Does that help refresh your recollection?

Page 45

1  A.  I would take that for anxiety.
2  Q.  Okay.  So do you remember having a
3  prescription for Xanax in November of 2015?
4  A.  I don't remember.
5  Q.  Do you remember having a prescription for
6  Xanax in 2015?
7  A.  I don't know what year.
8  Q.  Okay.  When is the first time you remember
9  taking Xanax?
10  A.  I don't remember when was the first time.
11  Q.  Okay.  Had you been prescribed Xanax before
12  the incident at Walmart?  Because your medical records
13  indicate that, but I'm asking your recollection.
14  A.  I don't remember.
15  Q.  Okay.  Did you take Xanax on the day of this
16  incident?
17  A.  No.
18  Q.  Did you take Xanax the day before this
19  incident?
20  A.  No.
21  Q.  Who prescribes you Xanax?
22  A.  At the time, it was a psychiatrist.

Page 46

1  Q.  What is his or her name?
2  A.  Peter Mendelis.
3  Q.  How do you spell his last name?
4  A.  M-E-N-D-E-L-I-S.
5  Q.  And where does he work?
6  A.  He is no longer in practice.
7  Q.  Where did he work?
8  A.  Pembrooke Square, Waldorf.
9  Q.  And how do you know he's no longer in
10  practice?
11  A.  He retired.
12  Q.  Do you know when?
13  A.  I think within the last two years.
14  Q.  And for what time period did you see
15  Dr. Mendelis?
16  A.  I'm not sure.  A few years.
17  Q.  Do you know the approximate time frame?
18  A.  (No verbal response.)
19  Q.  No?
20  A.  (No verbal response.)
21  Q.  You have to say no.
22  A.  No.  Sorry.

Page 47

1  Q.  That's okay.
2      What entrance did you go in on the day you
3  arrived at the Walmart?
4  A.  Main entrance.
5  Q.  Did you have any alcohol, drugs, illegal or
6  otherwise, that we haven't already talked about on the
7  day of the incident?
8  A.  No.
9  Q.  How about within 72 hours of the date of the
10  incident, any alcohol or drugs?
11  A.  No.
12  Q.  When you went in the main entrance, where
13  were you headed?
14  A.  To get my sweet potatoes and green beans.
15  Q.  In fairness, I think it was yams.
16  A.  Yams.  I don't eat them, so it doesn't
17  matter to me.
18  Q.  You were headed to the grocery?
19  A.  Yes.
20  Q.  Okay.  And what did you do when you walked
21  in?
22  A.  I went to get a cart.

Page 48

1  Q.  And then what happened?
2  A.  I was struck by a row of carts.
3  Q.  Where were you standing when that happened?
4  A.  At the -- in front of the women's
5  department.
6  Q.  Okay.  How were you struck by a row of
7  carts?
8  A.  I got a shopping cart, I was putting my sale
9  paper in the cart, and then I was struck from behind.
10  Q.  Were you holding anything?
11  A.  I may have had my sweet tea in my hand, if I
12  hadn't already put it in the cart.
13  Q.  Anything else?
14  A.  No.
15  Q.  Did you have a purse?
16  A.  No.
17  Q.  And where specifically were you standing
18  when you were struck by the carts as you allege?
19  A.  At the front of the carts in front of the
20  women's department.
21  Q.  All right.  You had already selected a
22  shopping cart when this incident occurred; is that

Page 49

1  right?
2  A.  Yes.
3  Q.  And how much time passed from the time you
4  took your shopping cart until the time that you were
5  struck by the carts?
6  A.  Maybe a second or two.
7  Q.  So it was pretty quickly after you got
8  the -- your shopping cart?
9  A.  Yes.
10 Q.  Only one or two seconds?
11 A.  Yes.
12 Q.  And were you -- what position was your body
13 facing when you were struck by the carts?
14 A.  I was facing away from the shopping carts.
15 Q.  What did you do when you were struck by the
16 carts as you alleged?
17 A.  I screamed very loudly.  I turned around.
18 Q.  And then what?
19 A.  I looked at the man who hit me.
20 Q.  And then what?
21 A.  I looked at him, he looked at me, and then
22 he turned around and he walked back outside.

Page 50

1  Q.  Did you say anything to him?
2  A.  No.
3  Q.  Did you -- when you screamed loudly, did you
4  scream a word or you just uttered a scream?
5  A.  I screamed, What the...
6  Q.  You can say it.  I've heard it before.  I've
7  probably heard it --
8  A.  What the fuck.
9  Q.  -- within the two hours I've --
10 A.  Okay.
11 Q.  You screamed, What the fuck?
12 A.  Yes.
13 Q.  And to whom did you yell that?
14 A.  Just in the air.
15 Q.  And were you facing anyone when you said
16 that, or you just said that before you turned around?
17 A.  I just said it and turned around.
18 Q.  Did you say anything else?
19 A.  I don't believe so.
20 Q.  To your knowledge, were there any witnesses
21 to what you just described of that incident of you
22 being struck?

Page 51

1  A.  Yes.
2  Q.  Who?
3  A.  There was an employee, Alethea Gaines, who
4  approached me and said that she had seen what happened
5  and asked if I was okay.
6  Q.  How do you know she was an employee?
7  A.  She had the Walmart vest on.
8  Q.  Any other reason you think she was an
9  employee?
10 A.  She was at the store working.
11 Q.  But what makes you say she was at the store
12 working?
13 A.  She assisted me.  I asked for a manager, she
14 got a manager.
15 Q.  Okay.  Anyone else other than Alethea Gaines
16 who you think witnessed the incident?
17 A.  There were customers, but I did not get
18 names; they just asked me if I was okay.
19 Q.  Any other witnesses of which you are aware,
20 other than what we have talked about?
21 A.  Not that I'm aware.
22 Q.  Where did the carts make contact -- or the

Page 52

1  cart, whatever -- the cart, where did it make contact
2  with your body?
3  A.  The carts row hit me in my lower back, butt,
4  and in my legs.
5  Q.  In your lower back, your bottom, and your
6  legs?
7  A.  Yes.
8  Q.  What part of your legs?
9  A.  The area above your feet, across like the
10 back of your ankles and above.
11 Q.  Okay.  So your Achilles tendon area?
12 A.  Yes.
13 Q.  Okay.  So did they --
14    MR. KLOPFER: Well, you said above the
15 ankle; right?
16 A.  It was -- you know when you get run up on a
17 cart?
18 Q.  We're just going to call it like your heel,
19 your calf, and your thigh, which is, of course, the
20 back of your thigh, your back of your calf, the back
21 of your knee, I guess would be another area, and the
22 back of your foot.

---

1  A.  It's questionable how you would...
2      MR. KLOPFER: So just be descriptive,
3  whatever you say it is.
4  A.  It's between the bottom of the calf and
5  above the foot.  It's this section.  I can --
6  Q.  What -- in my mind, what I'm envisioning is
7  you're saying the foot area, the back of your ankle or
8  back of your heel.  Is that what you're envisioning?
9  A.  The cart raises up so high, so it would be
10  above the back of my ankle.
11  Q.  Why don't you stand up and show me where the
12  cart hit you.  If you can.  Is that problematic?
13  A.  Like this area right here.
14  Q.  Okay.  So the back of your lower leg?
15  A.  Yes.
16  Q.  Okay.  On your leg, did it strike you
17  anywhere else other than the back of your lower leg?
18  A.  The back of my thighs, my butt.
19  Q.  Now, the -- only one cart physically made
20  contact with you; correct?  Even if -- I understand
21  you're saying it was connected to a row, but it was
22  just one cart that made contact with you; is that

---

1  correct?
2  A.  Yes.
3  Q.  Okay.  And what part of the cart made
4  contact with the back of your body?
5  A.  I would think the front of the cart.  Since
6  I was facing the other direction, that's just
7  reasonable.
8  Q.  Okay.  And how would you describe that
9  contact that the cart made with your body?
10  A.  A jolt.
11  Q.  Any other way you would describe it?
12  A.  Crashing to my body.
13  Q.  The person that you say was pushing the
14  carts, do you know that person's name?
15  A.  No.
16  Q.  Can you describe him by what he looked like?
17  A.  He was a white male, like dirty blondish
18  hair, scraggly looking.
19  Q.  Can you identify him by age or body type?
20  A.  Average build.
21  Q.  About how old?
22  A.  I'm not sure.

---

1  Q.  Any facial hair?  Any other identifying
2  features?
3  A.  I'm not sure.
4  Q.  And when you screamed the expletive, did he
5  respond at all?
6  A.  No.  He just looked at me.
7  Q.  And then what did he do?
8  A.  He turned around and walked outside.
9  Q.  Did he look like he was an employee of
10  Walmart?
11  A.  Yes.
12  Q.  Why?
13  A.  He had the vest on.
14  Q.  Any other reason?
15  A.  That's enough.
16  Q.  You said that Alethea Gaines got you a
17  manager.  Do you know the name of that manager?
18  A.  I do not.
19  Q.  Was it a man or a woman?
20  A.  A man.
21  Q.  Do you know what he -- do you remember what
22  he looked like?

---

1  A.  Tall, brown hair.  That's all.
2  Q.  Do you remember his race?
3  A.  White.
4  Q.  Do you remember his age?
5  A.  No.
6  Q.  And you don't know his name?
7  A.  (No verbal response.)
8  Q.  No?
9  A.  No.
10  Q.  What did he say or do?
11  A.  I asked to fill out an incident report, and
12  he provided one.
13  Q.  Why did you ask to fill out an incident
14  report?
15  A.  Because I had been injured in their store.
16  Q.  Why did you think you were injured?
17  A.  Because I was struck by a row of shopping
18  carts.
19  Q.  Okay.  But what made you think you were
20  injured?
21  A.  Because I was in pain.
22  Q.  What was in pain?

---

Page 57

1  A.  My back and above my feet, the lower part of
2  my legs.
3  Q.  And did he get you the paperwork you asked
4  for?
5  A.  Yes.
6  Q.  And then what happened?
7  A.  I filled it out.
8  Q.  Then what?
9  A.  After I had filled it out, the employee who
10  had struck me walked back in and approached me.
11  Q.  And was he with anyone when he approached
12  you?
13  A.  No.
14  Q.  And then what happened?
15  A.  He said, I'm sorry.  It's all my fault.
16  I'll pay for the damages.
17  Q.  Was there a witness to that other than you?
18  A.  The manager.
19  Q.  The male manager?
20  A.  Yes.
21  Q.  And you don't remember his name?
22  A.  No.

Page 58

1  Q.  How much time had elapsed from the time of
2  the incident until when the cart pusher came back in
3  and made these statements?
4  A.  I'm not sure.  I had been sitting there.  I
5  was just a mess.  I'm not sure how long.
6  Q.  Can you approximate how much time?
7  A.  Maybe 15 to 30 minutes.  I'm not sure.
8  Q.  You said you had been sitting there.  Where
9  were you sitting?
10  A.  At the Subway inside of their store.
11  Q.  And how long were you sitting at the Subway?
12  A.  Like I said, maybe anywhere from 15 to 30
13  minutes.
14  Q.  For what reason were you sitting at the
15  Subway?
16  A.  Because I was in pain, and I was filling out
17  an incident report.
18  Q.  And then what did you do?
19  A.  I went to get the yams and the green beans
20  to take home.
21  Q.  So you finished your shopping?
22  A.  I went to get those two items.  I wasn't

Page 59

1  feeling up to it, so I got those and left.
2  Q.  Those were the two items you came for?
3  A.  Yeah.
4  Q.  And did you use a shopping cart when you
5  went to get the yams and green beans?
6  A.  Yes.
7  Q.  Just a regular push shopping cart?
8  A.  Yes.
9  Q.  And did you check out in a cashier line with
10  a human cashier --
11  A.  Yes.
12  Q.  -- or did you check out in self-checkout?
13  A.  With a cashier.
14  Q.  And had you driven yourself to Walmart?
15  A.  I had.
16  Q.  And did you drive yourself home?
17  A.  Yes.
18  Q.  What kind of car did you drive at the time?
19  A.  A Jeep Grand Cherokee.
20  Q.  Where did you go when you left Walmart on
21  that day?
22  A.  I went home.

Page 60

1      (Gatchell Deposition Exhibit 3 was marked
2  for identification and attached to transcript.)
3      BY MS. ALEXANDER:
4  Q.  I'm going to show you what I've marked as
5  Deposition Exhibit 3, and ask you to take a look at
6  that; and tell me, is that the statement that you
7  filled out on November the 25th, 2015?
8  A.  Yes.
9  Q.  Is that your signature at the bottom of
10  that --
11  A.  Yes.
12  Q.  -- page?
13      Did you write everything on Deposition
14  Exhibit 3, or is there someone else's handwriting on
15  Deposition Exhibit 3?
16  A.  In the "List name, address and phone number"
17  of Alethea Gaines, that's not my handwriting.  Name of
18  associate who reported the incident is not my
19  handwriting, or the manager's signature and his date.
20  Q.  Okay.  Under the customer statement starting
21  at the top, all of that identifying information, like
22  name, address, date of birth, is that all your

---

Page 61

1  handwriting?
2  A.  Yes.
3  Q.  And the "describe in your own words" this
4  incident, is that all your handwriting?
5  A.  Yes.
6  Q.  And "Identify and describe location of the
7  incident," that's your handwriting?
8  A.  Yes.
9  Q.  And then that's your signature, printed
10  name, and date?
11  A.  Yes.
12  Q.  Okay.  And the rest is someone else?
13  A.  Yes.
14  Q.  Okay.  Do you know how many carts were in
15  the row of carts that you claim struck you?
16  A.  The whole row.
17  Q.  Right.  But do you know how many carts were
18  in that row?
19  A.  No.
20  Q.  Did you ever see this cart pusher before
21  this incident?
22  A.  No.

---

Page 62

1  Q.  Did you see him in the parking lot when you
2  came in?
3  A.  I don't think so.
4  Q.  Where did you park, if you recall --
5  A.  I don't recall.
6  Q.  -- on that date?
7      Any reason to believe the cart pusher was
8  angry with you?
9  A.  No.
10  Q.  Any reason to believe he intentionally made
11  contact with your body with the carts?
12  A.  No.
13  Q.  Any reason to believe he was trying to
14  assault you or trying to do anything on purpose?
15  A.  No.
16  Q.  Any reason to believe he was trying
17  intentionally to hurt you?
18  A.  No.
19  Q.  Were there any other Walmart associates in
20  the area when this happened?
21  A.  I'm not sure.
22  Q.  Had you met or known Alethea Gaines before

---

Page 63

1  this incident?
2  A.  No.
3      (Gatchell Deposition Exhibits 4 and 5 were
4  marked for identification and attached to transcript.)
5  BY MS. ALEXANDER:
6  Q.  I'm going to show you what I'm going to mark
7  as Deposition Exhibit 4.
8      MS. ALEXANDER: And these are photographs
9  produced in discovery, but I have a copy if you need
10  it, Mr. Klopfer.
11      MR. KLOPFER: Okay.
12      BY MS. ALEXANDER:
13  Q.  And Deposition Exhibit 5.
14      And tell me on Deposition Exhibit 4 or 5, do
15  you see the area where the incident occurred on either
16  Deposition Exhibit 4 or 5?
17  A.  Yes.
18  Q.  Use this red marker, if you wouldn't mind,
19  please, and draw an X where you're saying the incident
20  occurred, please.
21  A.  (Indicating.)
22  Q.  So you drew a red X on Deposition Exhibit 5.

---

Page 64

1  A.  In that general area.
2  Q.  Do you see the area on Deposition Exhibit 4?
3  A.  (Indicating.)
4  Q.  I see.  So do -- from your times of being at
5  the La Plata Walmart in the past, do you recognize
6  Deposition Exhibit 4 and 5 as the La Plata Walmart?
7  A.  Yes.
8  Q.  The entrance, if you will, of the La Plata
9  Walmart?
10  A.  Uh-huh.  Yes.
11  Q.  Okay.  Do these photos fairly and accurately
12  depict the way the La Plata Walmart -- we call it a
13  cart corral -- looked at the time of the incident in
14  2015?
15  A.  I think so.
16  Q.  In other words, does it look like it's been
17  remodeled or totally different than when you went
18  there in 2015, or is this consistent with how it
19  looked in 2015?
20  A.  No, it looks the same.
21      MR. KLOPFER: Are you asking in regards to
22  the way the shopping carts were lined up in there and

---

Page 65

1 the surrounding merchandise, or just the general
2 layout of it?
3     MS. ALEXANDER: Just the general layout, you
4 know, the entrance, say, the doors and the main
5 structure of the building, does it look the same.
6 Not, you know, were the Lay's still 2.99.
7     (Gatchell Deposition Exhibit 6 was marked
8 for identification and attached to transcript.)
9     BY MS. ALEXANDER:
10 Q.  I'm now going to show you Deposition
11 Exhibit 6.
12     Tell me if you see on Deposition
13 Exhibit 6 -- first, do you recognize Deposition
14 Exhibit 6 as the --
15 A.  Yes.
16 Q.  -- cart corral area of the La Plata Walmart?
17 A.  Uh-huh.
18 Q.  Yes?
19 A.  Yes.
20 Q.  And do you see the area of the incident on
21 Deposition Exhibit 6?
22 A.  Yes.

Page 66

1 Q.  Would you please use that red marker and
2 show me with an X where it happened.
3 A.  (Indicating.)
4 Q.  Okay.  Great.  Thanks.
5     (Gatchell Deposition Exhibit 7 was marked
6 for identification and attached to transcript.)
7     BY MS. ALEXANDER:
8 Q.  I'm now going to show you Deposition
9 Exhibit 7, which I will represent to you is a screen
10 shot from the video, which has been produced to your
11 counsel in discovery.
12     And tell me if you see yourself in
13 Deposition Exhibit 7.
14 A.  Yes.
15 Q.  Where are you?
16 A.  Right here.
17 Q.  So you're pointing to the woman in the pink
18 shirt, short-sleeve, with a shopping cart?
19 A.  Yes.
20     (Gatchell Deposition Exhibit 8 was marked
21 for identification and attached to transcript.)
22     BY MS. ALEXANDER:

Page 67

1 Q.  I'm now going to show you what I've marked
2 as Deposition Exhibit 8, and ask you if you see
3 yourself in Deposition Exhibit 8?
4 A.  Yes.
5 Q.  And where are you?
6 A.  In the bottom right corner.
7 Q.  So is it the woman in the pink shirt, looks
8 like hair in a ponytail maybe, with a visor on?
9 A.  Yes.
10 Q.  Okay.  In the lower right-hand corner?
11 A.  Yes.
12 Q.  Thank you.
13     (Gatchell Deposition Exhibit 9 was marked
14 for identification and attached to transcript.)
15     BY MS. ALEXANDER:
16 Q.  I'm now going to show you Deposition
17 Exhibit 9, which are photographs your attorney
18 produced in discovery of this case.  There's two
19 photographs photocopied.
20     First, do you have the color copies --
21 either one of you -- of these photographs?
22     MR. KLOPFER: Yeah.  These are the ones.  I

Page 68

1 do.
2     MS. ALEXANDER: Okay.  If you wouldn't mind,
3 can you scan those and electronically send them to us?
4 So that way, we have a color copy.
5     MR. KLOPFER: Yes.
6     MS. ALEXANDER: Great.  Thanks.
7     BY MS. ALEXANDER:
8 Q.  So showing you Exhibit 9, when were these
9 photographs taken?
10 A.  I'm not sure when they were taken.
11 Q.  Well, was it before or after the incident?
12 A.  It was after the incident.
13 Q.  Okay.  Approximately when?
14 A.  I don't know exactly.
15 Q.  Approximately.  I mean, were they taken
16 three days ago?  Were they taken two years ago?
17 A.  They were taken after the incident, probably
18 within that -- within a year.
19 Q.  Okay.  I see you're wearing pants and a
20 jacket, does that help --
21 A.  No.
22 Q.  -- refresh -- well, let me finish.

Gatchell vs.
John Doe

Cynthia Lynn Gatchell
March 19, 2019

---

Page 69

1  Does that help refresh your recollection as
2  to the time of the year when these pictures might have
3  been taken?
4  A.  No.
5  Q.  So you have no idea when this picture was
6  taken, other than maybe within a year of the incident?
7  A.  Yes.
8  Q.  Okay.  Who took these pictures?
9  A.  My husband.
10 Q.  Why?
11 A.  Because he wanted to show where I was
12 standing when the incident happened.
13 Q.  Why?
14 A.  So that I would have it for record.
15 Q.  For the lawsuit?
16 A.  Yes.
17 Q.  And the top photo shows you facing the
18 camera with your back to the carts.
19    Is that how you were positioned when the
20 incident occurred?
21 A.  Yes.
22 Q.  It also shows that you, in this picture, are

---

Page 70

1  holding onto a shopping cart.
2     Is that how you were positioned when the
3  incident occurred, that you were holding a shopping
4  cart?
5  A.  Yes.
6  Q.  When the incident occurred, you did not
7  fall; is that correct?
8  A.  That's correct.
9  Q.  And you did not fall forward; is that
10 correct?
11 A.  I did not fall forward.  I was jolted
12 forward.
13 Q.  Okay.  How far were you jolted forward?
14 A.  A step or two.
15 Q.  You did not drop anything you were holding;
16 correct?
17 A.  I believe my items were already in the cart.
18 Q.  Well, if they weren't, did you drop anything
19 that you were holding?
20 A.  No.
21    (Gatchell Deposition Exhibit 10 was marked
22 for identification and attached to transcript.)

---

Page 71

1     BY MS. ALEXANDER:
2  Q.  I'm now showing you what I have marked as
3  Deposition Exhibit 10.
4     MS. ALEXANDER: And, again, I'd ask for
5  color copies of Deposition Exhibit 10, if you have
6  them, please.
7     MR. KLOPFER: Yes.
8     MS. ALEXANDER: Thank you.
9     BY MS. ALEXANDER:
10 Q.  Showing you Deposition Exhibit 10, what am I
11 looking at here?
12 A.  That would be my lower back.
13 Q.  Which one?
14 A.  This is my lower back on the bottom, and
15 this is my lower and the top of my buttocks in the top
16 picture.
17 Q.  Okay.  So --
18    MS. ALEXANDER: Do you have the color?
19    MR. KLOPFER: I do.
20 Q.  So the lower picture on Deposition
21 Exhibit 10, which is of your lower back, who took this
22 picture?

---

Page 72

1  A.  I did.
2  Q.  When?
3  A.  After the incident, within a few days.
4  Q.  Do you know how many days?
5  A.  No.  Within a few.
6  Q.  And what is -- what are you trying to show
7  on --
8  A.  There was swelling.
9  Q.  Hold on.
10 A.  I'm sorry.
11 Q.  Because we've got to make sure the question
12 is complete on the record.
13    What are you attempting to show on the
14 picture that shows your lower back, which is on
15 Deposition Exhibit 10?
16 A.  My swelling.
17 Q.  Where was there swelling?
18 A.  In the muscles above my butt.
19 Q.  Okay.  Anything else that's depicted in this
20 photograph?
21 A.  There is some light bruising.
22 Q.  Where?

---

Page 73

1  A.   On this side.
2  Q.   So you're saying on the left side there was
3  light bruising?
4  A.   Uh-huh.
5  Q.   Yes?
6  A.   Yes.
7  Q.   And how long did that bruising last?
8  A.   Probably a week or so.
9  Q.   And when you say light bruising, why are you
10 calling it light bruising?
11 A.   Because it was not severe.
12 Q.   Are you saying it was discolored in some
13 way?
14 A.   Yes.  It was lightly bruised.
15 Q.   What color?
16 A.   Like a light grayish look.
17 Q.   Did it ever turn any other color other than
18 light grayish?
19 A.   Yellowy.
20 Q.   Was it gray first and then yellow, or yellow
21 first and then gray?
22 A.   I don't remember.

Page 74

1  Q.   Okay.  Anything else?
2  A.   No.
3  Q.   How large or small was the bruise?  The
4  light bruise.
5  A.   About so big.
6  Q.   So for the record, you would describe
7  that -- in inches, how would you describe that?
8  A.   The palm of my hand.
9  Q.   Okay.  The palm of your hand without the
10 fingers and thumb?
11 A.   Yes.
12 Q.   So just the actual palm of your hand, which
13 I would say is maybe --
14     MR. KLOPFER: 2 1/2 by 2 1/2, 3 inches by --
15 Q.   3 by 3?  We'll give you the benefit of the
16 doubt.  Is that fair enough?
17 A.   Okay.  Yes.
18 Q.   And was it -- was the bruise in some
19 particular shape or pattern?
20 A.   No.
21 Q.   Was there any cut or any other mark other
22 than the light bruise?

Page 75

1  A.   On the other picture.
2  Q.   So the top picture in Deposition Exhibit 10?
3  A.   Uh-huh.  The blood vessels were broken in
4  the top of my rear end.
5  Q.   Okay.  Where do you see that?
6  A.   Right -- right here and right here.
7  Q.   And why do you think that was from this
8  incident?
9  A.   Because I was hit from behind, and it caused
10 these marks.
11 Q.   Did any doctor tell you that was from this
12 incident or that there was documentation of that
13 anywhere?
14 A.   When I went to patient -- the Charles
15 Regional Urgent Care, I was told that it was swollen
16 and there was light bruising.
17 Q.   Okay.  But did any doctor diagnose you with
18 having burst blood vessels on your rear end?
19 A.   No.
20 Q.   On the photograph of your lower back, this
21 brown mark, that's a --
22 A.   Birthmark.

Page 76

1  Q.   -- birthmark; that's not related to this
2  incident.  Correct?
3  A.   Correct.
4  Q.   Okay.  Anything else on either of these two
5  photographs that we haven't already discussed that
6  you're saying indicates any kind of visible injury?
7  A.   No.
8  Q.   Okay.  Was the area where the incident
9  occurred well lit?
10 A.   Yes.
11 Q.   I honestly cannot remember whether you
12 answered this question.
13     How many carts were in the row of carts that
14 hit you?
15 A.   I do not know.  It was just the full row.
16 Q.   Okay.  So you do not know the quantity of
17 carts?
18 A.   No.
19 Q.   Did you give a statement about this incident
20 to anyone else other than the statement we already
21 reviewed, your written statement?
22 A.   No.

1  Q.  Okay.  Did anyone offer you medical
2  assistance on the day of the incident?
3  A.  They asked if I needed an ambulance.
4  Q.  And what was your answer?
5  A.  That I did not think so.
6  Q.  In the documents that you produced to me
7  through your lawyer, you produced this customer
8  statement.  And I stapled this, so it wasn't
9  physically attached; but behind it was this piece of
10  paper.  And I'm not sure what this piece of paper is.
11      Can you tell me what this piece of paper is
12  that -- maybe it's not even supposed to be attached to
13  this, and that was my error.
14      Do you know what this is?
15  A.  Yes.
16  Q.  What is it?
17  A.  When I was home, I was experiencing pain and
18  not able to stand it, so I went to -- I wanted to go
19  get medical treatment.  So I called the store to let
20  them know that I was going to get medical treatment.
21  And that was the person that I spoke with, and she
22  said to go ahead.

1      (Gatchell Deposition Exhibit 11 was marked
2  for identification and attached to transcript.)
3      BY MS. ALEXANDER:
4  Q.  Okay.  So I've marked it now as Deposition
5  Exhibit 11.
6      So it's not related to your witness
7  statement that you gave; is that true?
8  A.  That's correct.
9  Q.  Okay.  And why did you call the store to
10  tell them you were going to get medical treatment?
11  A.  I wanted them to be aware in case they
12  needed to document it.
13  Q.  Do you know -- this woman Sheila, do you
14  know her last name?
15  A.  No.
16  Q.  And then this is all your handwriting on
17  Deposition Exhibit 11?
18  A.  Yes.
19  Q.  So you wrote "Saw PA Joann."  You mean
20  physician assistant?
21  A.  Uh-huh.
22  Q.  Yes?

1  A.  Yes.
2  Q.  And then "Report taken on 11/25/15 by" -- is
3  it Don or Dan?  If you know.
4  A.  Either one.
5  Q.  Okay.  Is that the manager that came over
6  after Alethea first came over?
7  A.  Yes, that would have been.
8  Q.  So his name was either Dan or Don?
9  A.  Yes.
10  Q.  But do you know his last name?
11  A.  No.
12  Q.  So you said that you checked out with a
13  cashier, and you drove yourself home; is that correct?
14  A.  Yes.
15  Q.  And then what did you do once you arrived
16  home?
17      How long of a drive is it, by the way, to
18  get to your house from Walmart?
19  A.  20 minutes.
20  Q.  Did you make any other stops?
21  A.  No.
22  Q.  And then what did you do when you got home?

1  A.  Went in the house.
2  Q.  And then what?
3  A.  Just relaxed trying to get comfortable.
4  Q.  And what happened after that?
5  A.  I was in pain and thought that I should go
6  get treated.
7  Q.  So what did you do?
8  A.  I went to the Charles Regional Urgent Care.
9  Q.  And you went to Charles Regional Urgent Care
10  at what time?
11  A.  I'm not sure what the time was.
12  Q.  Do you know approximately what time?
13  A.  Probably within a couple hours of the
14  incident.
15  Q.  And how did you get there?
16  A.  Drove.
17  Q.  Who drove you?
18  A.  Myself.
19  Q.  And it was an urgent care facility, or was
20  it the actual emergency room?
21  A.  Urgent care.
22  Q.  When did you hire an attorney?  And I don't

---

Page 81

1 want to know anything that attorney said, I just want
2 to know when you first went and saw an attorney.
3    MR. KLOPFER: I would object to relevance.
4    But you can answer.
5 A.  I don't know.  I spoke with someone on
6 Monday.
7 Q.  The Monday after the incident?
8 A.  Yes.
9 Q.  Okay.  Do you know when you actually hired
10 an attorney, or you don't know?
11    MR. KLOPFER: Just for the record, same
12 objection, relevance, as well as privileged.  So it's
13 an ongoing objection as it pertains to that.
14    But you can answer.
15 Q.  And I don't want to know what any attorney
16 said to you.  I'm just looking for a date or time
17 frame.
18 A.  I spoke with them on Monday.
19 Q.  Okay.  So the incident happened on Wednesday
20 afternoon.  Thanksgiving was the next day,
21 November 26th; is that right?
22 A.  Yes.

---

Page 82

1 Q.  What did you do for Thanksgiving?
2 A.  I did not cook.  I ended up going to my
3 mother's.
4 Q.  And where does your mother live?
5 A.  6255 Rocky Creek Place, La Plata, Maryland.
6 Q.  And with whom did you go to Thanksgiving at
7 your mom's?
8 A.  With my husband.
9 Q.  And were other family members there?
10 A.  Yes.
11 Q.  Was that your plan prior to this incident?
12 A.  No.
13 Q.  What was the plan prior to this?
14 A.  That I was going to cook dinner at my house.
15 Q.  And then you shifted it to your mother's
16 house?
17 A.  Yes.
18 Q.  And what -- how did you get to your mother's
19 house?
20 A.  I rode in the vehicle.
21 Q.  And then what did you do at your mother's
22 house?

---

Page 83

1 A.  Sat on the couch.
2 Q.  Were you already scheduled to be off on
3 Thanksgiving?
4 A.  Yes.
5 Q.  And how about the day after Thanksgiving,
6 what did you do?
7 A.  I was scheduled to be at work, so I went.
8 Q.  So you went to work on Friday,
9 November 27th?
10 A.  Yes.
11 Q.  And what time did you go to work?
12 A.  7:00.
13 Q.  7:00 a.m.?
14 A.  Yes.
15 Q.  Until when?
16 A.  I was supposed to leave at -- I'm supposed
17 to leave at 1:00.  So in that area.
18 Q.  So you got off around 1:00 p.m.?
19 A.  Uh-huh.
20 Q.  Yes?
21 A.  Yes.
22 Q.  And what did you do after you got off work

---

Page 84

1 at 1:00 p.m. on Friday, November 27th?
2 A.  At some point, I went to Fort Washington
3 Hospital's emergency room.
4 Q.  How did you get there?
5 A.  Drove.
6 Q.  Who drove you?
7 A.  Myself.
8 Q.  And why did you go to Fort Washington
9 Hospital?
10 A.  Because I was in pain and I needed help.
11 Q.  Why did you go there versus Charles
12 Regional?
13 A.  It's closer to my home.
14 Q.  So why did you go to Charles Regional to
15 begin with?
16 A.  Because I knew they had an urgent care, and
17 I didn't know if I needed to go to the hospital.
18 Q.  So Fort Washington Hospital Center is an
19 actual emergency room?
20 A.  Yes.
21 Q.  Okay.  And then what -- did you work
22 Saturday or Sunday?

Page 85

1 A. No.
2 Q. What did you do Saturday and Sunday?
3 A. Nothing.
4 Q. And then on Monday, you called an attorney
5 or spoke with an attorney?
6 A. I spoke with one after I had called the
7 doctor.
8 Q. Okay. Are you claiming -- I know you had
9 this subsequent motorcycle incident, and we're going
10 to talk about that; and you've had, you know, a couple
11 other matters we're going to talk about.
12    But as you sit here today, are you claiming
13 any current symptoms from the incident at Walmart?
14 A. Yes.
15 Q. Or have all your symptoms resolved?
16 A. No, they have not.
17 Q. Okay. What are you claiming are your
18 current symptoms?
19 A. I still have pain in my mid and lower back,
20 and it goes into my rear and in my hip.
21 Q. Which hip?
22 A. My right hip.

Page 86

1 Q. Okay. Any other current symptoms of which
2 you're complaining?
3 A. No.
4 Q. How often do you have mid and low back pain?
5 A. I feel it every day.
6 Q. And how would you quantify it on a scale of
7 0 to 10, 0 being no pain whatsoever and 10 being the
8 worst pain you've ever felt in your life?
9 A. About 2 on an average.
10 Q. And how often does it radiate to your rear
11 and right hip?
12 A. I feel it all the time.
13 Q. So constantly?
14 A. Yes. More so when I'm walking, when I have
15 to stand for long periods of time or sit for long
16 periods of time.
17 Q. Okay. Any other current symptoms?
18 A. No.
19 Q. You told me on the day of the incident your
20 symptoms were pain in your -- the back of your legs,
21 as you already showed me, and your back and your
22 buttocks.

Page 87

1 A. Uh-huh.
2 Q. Any other symptoms that we haven't already
3 discussed, either that occurred then or occurred now
4 or any time in between?
5 A. Well, Friday, when I went to the hospital,
6 it was because I was having pain in my neck and I was
7 having bad headaches --
8 Q. Okay.
9 A. -- that I had over the weekend.
10 Q. And for what period of time did you have
11 neck pain or -- and headaches?
12 A. For some months. Not the headaches so much.
13 Maybe within the first month, the headaches.
14 Q. The headaches went away within the first
15 month?
16 A. Yes.
17 Q. And when did the neck pain go away?
18 A. It was sometime. It was within the first --
19 I don't know -- maybe six months.
20 Q. The neck pain went away within the first six
21 months?
22 A. Yes. I believe so.

Page 88

1 Q. Okay. Has any medical professional told you
2 that you have any permanent injuries from the incident
3 at Walmart?
4 A. Yes.
5 Q. Who?
6 A. Dr. Barletta.
7 Q. Barletta, B-A-R-L-E-T-T-A?
8 A. Yes. Dr. Alfano.
9 Q. Alfano, A-L-F-A-N-O?
10 A. Uh-huh. Yes.
11 Q. Anyone else?
12 A. Pain management.
13 Q. What did Dr. Barletta say is permanent?
14 A. That I would be experiencing pain in my mid
15 and lower back and in the hip area for the rest of my
16 life. I would just have to get accustomed to, if I
17 didn't want to be on pain medications.
18 Q. And what did Dr. Alfano say?
19 A. Same thing.
20 Q. Back pain?
21 A. Uh-huh.
22 Q. Yes?

Page 89

1  A.  Yes.  I'm sorry.
2  Q.  That's okay.
3      Now, you identify some folks in your answers
4  to interrogatories that you say may be witnesses for
5  you as to your claim for damages.  And you identify
6  them specifically in answer to interrogatory number 4
7  and, I think, number 8.
8      MS. ALEXANDER: I know, Counsel, we've asked
9  for the deposition of those folks, and I think you're
10  working with Kelly from my office to get those
11  scheduled.
12      MR. KLOPFER: That is right.
13      BY MS. ALEXANDER:
14  Q.  So I'm going to try to go through them as
15  quickly as possible, but Constance Dixon, she's a
16  co-worker of yours?
17  A.  Yes.
18  Q.  And what do you think she's able to testify
19  to?
20  A.  I think that she can attest to my not being
21  able to do my job the way that I would normally.
22  Q.  Okay.  Anything else?

Page 90

1  A.  That's a big part of it.
2  Q.  Darlene Johnson, what will she be able to
3  testify to?
4  A.  She would be able to verify the time off
5  from work and my lost wages, lost time.
6  Q.  Anything else?
7  A.  That I'm employed there.
8  Q.  Okay.  Anything else related to your
9  damages?
10  A.  No.
11  Q.  What about Gwenlyn Galloway, your mother?
12  A.  Just my quality of life before and after.
13  Q.  Do you still intend to call your husband,
14  Jay Gatchell?
15  A.  No.
16  Q.  So you are not calling him as a witness?
17      MR. KLOPFER: He's listed, he may be called,
18  he may be subpoenaed.
19      MS. ALEXANDER: Okay.  So we'll
20  definitely --
21      MR. KLOPFER: Given their current
22  situation --

Page 91

1      MS. ALEXANDER: Understood.  So we will
2  still need to take his deposition.
3      We didn't get it in the ATIs.  When you
4  supplement your discovery, Mr. Klopfer, could you
5  please give us the addresses of these folks so that we
6  can properly get them under subpoena?
7      MR. KLOPFER: Yes.
8      BY MS. ALEXANDER:
9  Q.  Is Mr. Gatchell still living at this Cedar
10  Lane address?
11  A.  Yes.
12  Q.  And if called to testify, do you know what
13  Mr. Gatchell would say about -- you know, you put him
14  on here in February as a witness for your damages.  So
15  do you have an expectation as to what he might be able
16  to testify to?
17  A.  My quality of life.
18  Q.  Okay.  Your son, Justin, what is he expected
19  to testify to?
20  A.  He could just tell you what I was able to do
21  before and what I'm not enjoying since.
22  Q.  And what is Justin's address?

Page 92

1  A.  He's staying at the 100 Cedar Lane.
2  Q.  Okay.  So your son is still living with
3  Mr. Gatchell?
4  A.  Uh-huh.
5  Q.  Yes?
6  A.  Yes.
7  Q.  And Alexis, what is she able to testify to?
8  A.  The same.
9  Q.  And what is her address?
10  A.  She lives at the 100 Cedar Lane, but she's
11  moving.
12  Q.  Do you know her -- where she's moving or --
13  A.  She does not have the address yet.  I think
14  it's supposed to be on April 1st.
15  Q.  Okay.  But both of your kids are still
16  living with your husband at the Cedar Lane address?
17  A.  Yes.
18  Q.  And Caitlyn Anno, what will she be able to
19  say?
20  A.  She has been a witness to the pain that I'm
21  in, that I suffer from.
22  Q.  And Jaime Galloway, your sister?

Page 93

1  A.  The same.
2  Q.  Are there any other witnesses that we
3  haven't just gone over that you think you might call
4  at trial related to the incident at Walmart?
5  A.  I don't think so.
6     MR. KLOPFER: In regards to damages?
7     MS. ALEXANDER: Yes.  No?  No others that I
8  haven't mentioned?
9     MR. KLOPFER: No.
10    MS. ALEXANDER: Are you okay to keep going,
11 because I can --
12    THE WITNESS: I'd like to go to the
13 bathroom.
14    MS. ALEXANDER: Of course.  Please.  We can
15 go off the record.
16    (Recess taken -- 4:08 p.m.)
17    (After recess -- 4:16 p.m.)
18    BY MS. ALEXANDER:
19 Q.  Are you okay to continue, Ms. Gatchell, now
20 that we took a five-minute break?
21 A.  Yes.
22 Q.  Okay.  Great.  So I'm going to talk to you

Page 94

1  now about the medical treatment you received.
2     You told me that you went to Charles
3  Regional Medical Center on Wednesday, November 25,
4  2015.  You drove yourself.
5     There were no X-rays done that I could tell.
6  Is that correct?
7  A.  Correct.
8  Q.  Okay.  And what I'm doing here is I'm not
9  trying to put words in your mouth.  I'm trying to
10 summarize hundreds and hundreds and hundreds of pages
11 of medical records that have been obtained in this
12 case.  So if at any time I'm saying anything
13 inaccurate or you want to discuss it any more, just
14 stop me and tell me; otherwise, I'm just trying to
15 make sure I have the gist of it.  Okay?
16 A.  Okay.
17 Q.  So there were no X-rays done at Charles
18 Regional Medical Center.  The records show you were
19 diagnosed with low back pain; is that right?
20 A.  Yes.
21 Q.  Did they give you any kind of prescription?
22 A.  They gave me a prescription, I believe, for

Page 95

1  naproxen, lidocaine patches, and they gave me
2  lidocaine shots.
3  Q.  And where did you receive the lidocaine
4  shot?  In your spine?
5  A.  No.  In my back muscles.
6  Q.  Okay.  So they -- in the ER, they don't go
7  into the spine, they just --
8  A.  This was urgent care.
9  Q.  Oh, the urgent care, they definitely don't.
10    So they gave you a pain shot into your
11 muscles of your back?
12 A.  Yes.
13 Q.  And then they gave you a prescription for
14 some pain medication and anti-inflammatory; is that
15 right?
16 A.  Yes.
17 Q.  And you left there that day -- same day?
18 They didn't refer you to another facility; you left
19 the urgent care facility and drove yourself home?
20 A.  I left there and my husband met me in
21 La Plata.
22 Q.  And for what reason did you meet your

Page 96

1  husband in La Plata?
2  A.  Because the lidocaine patches that they
3  prescribed were not covered by my insurance, and it
4  was too expensive.
5  Q.  Okay.  So you had driven from the urgent
6  care facility to a pharmacy?
7  A.  It's right there in La Plata.  Yes.
8  Q.  Okay.  So you drove from the urgent care
9  facility, you drove yourself then to which pharmacy?
10 A.  To -- is it Walgreens?  Or Rite Aid?
11 Walgreens.
12 Q.  Okay.  You drove to the Walgreens in
13 La Plata?
14 A.  Yes.
15 Q.  And when -- did you indicate to the pharmacy
16 at Walgreens you were going to wait for the
17 prescription?
18 A.  It was a drive-through.
19 Q.  Okay.  So how did you find out, if you went
20 through the drive-through, that they didn't cover your
21 insurance --
22 A.  They told me.

Page 97

1 Q.  As you waited in the drive-through, they
2 told you your insurance didn't cover the --
3 A.  They asked me -- when I was giving them the
4 prescriptions, they looked at it and said, Your
5 insurance is not going to cover this.  Are you going
6 to pay out of pocket?
7     And I said, How much is it?
8     And they told me it was 200-and-some
9 dollars.  And I said, I don't have that.
10     So I called my husband, who wanted to take
11 it to Walmart pharmacy, because he said this happened
12 there, they should be able to take care of it.  And
13 they did not.
14 Q.  So why did your husband come meet you at the
15 La Plata Walgreens?
16 A.  Because he -- I thought he was going to come
17 up there and bring me cash.  And he said, I don't have
18 cash.  I don't have anything.  So you need to take
19 this to Walmart.
20     And I said, I'm not going back into the
21 Walmart.  I'm in pain, I got shots, and I'm done.  I
22 just want to go home.

Page 98

1     So he proceeded to go to Walmart to see if
2 they would fill it.
3 Q.  So you then drove home?
4 A.  No.  He wanted me to come with him.
5 Q.  Okay.  So you and Mr. Gatchell together --
6 A.  Walked inside.
7 Q.  Hold on.  You and Mr. Gatchell together
8 drove in the same car or separate cars to the Walmart?
9 A.  Separate.
10 Q.  So you and Mr. Gatchell drove in separate
11 cars to the Walmart where this incident happened
12 earlier that afternoon?
13 A.  Yes.
14 Q.  And you both get out and go inside the
15 Walmart?
16 A.  Yes.
17 Q.  And where did you both go?
18 A.  To the front counter.
19 Q.  To the customer service desk?
20 A.  Yes.
21 Q.  And what -- who did you speak with?
22 A.  He asked to speak with the manager that took

Page 99

1 the incident report.
2 Q.  What happened next?
3 A.  He came, and my husband asked him if they
4 would be able to cover the prescription since the
5 injury was from their store.  And he said, No.  I've
6 already turned it over to corporate, it's out of my
7 hands.
8 Q.  Was this manager the same manager that you
9 referred to as Don or Dan?
10 A.  Yes.
11 Q.  So it was the same gentleman you had been
12 speaking with after the incident?
13 A.  Yes.
14 Q.  And then what happened next?
15 A.  My husband said, You mean to tell me that
16 you can't fill this prescription and you caused the
17 injury?
18     And he said, I looked at the video.  It
19 didn't look like she got hit that hard.
20     And we were insulted, and I was in pain, and
21 I just left.
22 Q.  How long were you at the Walmart?

Page 100

1 A.  Just a few minutes.
2 Q.  And how long of a drive was it for you from
3 the Walgreens pharmacy to Walmart?
4 A.  Like two minutes.
5 Q.  10 minutes?
6 A.  Two.
7 Q.  Two minutes.  And then you and your husband
8 drove in your separate cars from the Walmart to your
9 house?
10 A.  Yes.
11 Q.  Which is about a 20-minute drive?
12 A.  Yes.
13 Q.  So that was all on the day of the incident;
14 is that right?
15 A.  Yes.
16 Q.  Then the next day was Thanksgiving?
17 A.  Yes.
18 Q.  And on that Friday then, you worked.
19 Saturday and Sunday you stayed home; is that right?
20 A.  Yes.
21 Q.  And then you didn't go anywhere on Saturday
22 or Sunday?

Page 101

1  A.  No.
2  Q.  And then on Monday, November the 27th -- no.
3  I'm wrong.
4      You -- you worked on Friday, November the
5  27th; and after you got off on Friday, you went to
6  Fort Washington Medical Center?
7  A.  Yes.
8  Q.  And there, the records say you were
9  complaining of back pain, neck pain, and headaches.
10  Does that sound right?
11  A.  Yes.
12  Q.  And they diagnosed you with -- same as
13  Charles Regional -- a back strain, back pain?
14  A.  Yes.
15  Q.  Is that what you recall?
16  A.  Yes.
17  Q.  And did they give you prescriptions at Fort
18  Washington Medical Center?
19  A.  They did.
20  Q.  What did they prescribe?
21  A.  Naproxen.
22  Q.  Pardon?

Page 102

1  A.  Naproxen.
2  Q.  Okay.  Did they prescribe anything else?
3  A.  No.
4  Q.  The records say that they prescribed you
5  Tramadol, which is like a narcotic pain medication.
6  A.  I don't remember; but if they say they did,
7  then they did.
8  Q.  Did you fill the Tramadol prescription?
9  A.  Yes.
10  Q.  Okay.  Did you end up filling the lidocaine
11  patch prescriptions?
12  A.  Yes.
13  Q.  You paid for them out-of-pocket?
14  A.  Yes.
15  Q.  Did you fill all the prescriptions that were
16  given to you?
17  A.  Yes.
18  Q.  Were you ever prescribed hydrocodone or any
19  other opiate?
20  A.  I may have been, I'm not sure.  I'd have to
21  look at medical records.
22  Q.  Okay.  The Fort Washington Medical Center is

Page 103

1  the first time that I see that you were given a slip
2  to get out of work.  Is that correct?
3  A.  I don't remember.  I guess if I looked at my
4  records.
5  Q.  Well, Charles Regional, when you went on the
6  day of the incident, you didn't get a slip to miss
7  work the next day -- or the Friday after; correct?
8  A.  Correct.
9  Q.  Okay.  So how did it come to be that on that
10  Friday when you went to a different hospital at Fort
11  Washington Medical Center that you got a slip to get
12  out of work?
13  A.  Well, I went to work on Friday, was not able
14  to do my job the way that I should be able to, and I
15  sat a lot that day, and knew I was in pain and that I
16  couldn't do it.  So that's why I went to the hospital.
17      And then I talked to the hospital, told them
18  this is the kind of work I do; and they said you need
19  to take, you know, some time off and rest, let your
20  body rest.
21  Q.  Okay.
22  A.  Which is what I did.

Page 104

1  Q.  So did you ask them for the work slip to get
2  out of work?
3  A.  I believe I would have told them that this
4  is the type of work, and I don't know if I can do it,
5  can I get a doctor's note.  And they told me to stay
6  off a few days.
7      (Gatchell Deposition Exhibit 12 was marked
8  for identification and attached to transcript.)
9      BY MS. ALEXANDER:
10  Q.  Okay.  So I'm showing you what I will mark,
11  which was produced in discovery, as Deposition
12  Exhibit 12.
13      And can we agree that this get-out-of-work
14  slip that is documented in Deposition Exhibit 12 says
15  that you may return to work on December the 2nd, 2015?
16  A.  Yes.
17  Q.  Thank you.
18      So the Fort Washington Medical Center, as I
19  understand it, told you that you should go follow up
20  with your primary care physician within five days.
21      Is that what you recall?
22  A.  I don't recall.

---

Page 105

1  Q.  Who was your primary care physician at the
2  time of the incident?
3  A.  Shah Associates.
4  Q.  Shah Associates?
5  A.  Yes.
6  Q.  Was there a specific doctor there --
7  A.  No.
8  Q.  -- that you saw?
9      And is Shah Associates still your primary
10  care physician?
11  A.  Yes.
12  Q.  Did you go see anyone from Shah Associates
13  when you were referred to do so by Fort Washington
14  Medical Center?
15  A.  I went to Dr. Alfano.
16  Q.  Yes.  That, I know.  But did you go see your
17  primary care physician, as you were instructed?
18      MR. KLOPFER: I object to the form of the
19  question.  She says she doesn't recall if she was
20  instructed to follow up with the primary care per se.
21  Q.  Fair enough.  Your lawyer makes a good
22  point.

---

Page 106

1      If the medical records say you were told to
2  follow up with your primary care physician within five
3  days, which I'm representing to you they do -- and I'm
4  happy to show it to you if you want -- did you, in
5  fact, follow up with your primary care physician?
6  A.  I don't recall.
7  Q.  Okay.  If there's no records that show that
8  you did, would you agree with me that you did not see
9  your primary care physician at Shah Associates for
10  this incident at Walmart?
11  A.  If the records show that I didn't, then yes.
12  Q.  Okay.  So why did you not go follow up with
13  your primary care physician?
14  A.  I thought that Dr. Alfano would be able to
15  make an adjustment and that that may help me.  But it
16  did not.
17  Q.  How did you get referred to Dr. Alfano?
18  A.  I have seen him in the past.
19  Q.  For what?
20  A.  For an injury from a horse.
21  Q.  What year was that?
22  A.  It was like 15 years ago or more.

---

Page 107

1  Q.  So did you independently make the decision
2  to go see Dr. Alfano, or did someone else refer you to
3  Dr. Alfano?
4  A.  No.  I made the decision.
5  Q.  Okay.  And so why did you decide to see
6  Dr. Alfano instead of your primary care physician?
7  A.  Because he had helped me in the past.
8  Q.  Okay.
9  A.  So...
10  Q.  So my records show that you saw him on
11  November the 30th, 2015.  And then you treated with
12  him until like -- the last date I have is April 3,
13  2016.  So about four months.  Does that sound right?
14  A.  Yes.
15  Q.  Okay.  Is there any reason why Dr. Alfano's
16  records -- is there any reason of which you're aware
17  of why Dr. Alfano's records were going to your
18  attorney's firm?
19  A.  No.
20  Q.  So your attorney's -- well -- and during
21  those four months of treatment -- I mean, I can read
22  his records, you don't have to tell me in great detail

---

Page 108

1  what he did, but he was essentially doing exercises
2  and different back techniques and things of that
3  nature.
4      Is there anything else specific that you can
5  think of that he was doing?
6  A.  They would put like a electrical thingy on
7  me, and -- I don't know what the technical term.
8  Q.  Like electrical stimulation?
9  A.  Yes.
10  Q.  Yes.  Okay.  Anything else -- did he do
11  anything invasive?  He's a chiropractor, so I don't
12  think he would, but --
13  A.  No.
14  Q.  -- there were no injections or he didn't
15  refer you for physical therapy during those four
16  months?
17  A.  He referred me to an orthopedic.
18  Q.  Right.  After the four months.  He then --
19  after those four months is the first time you were
20  then referred to an orthopedic; is that right?
21  A.  I believe.  If that's what my records show.
22  Q.  Okay.  Because I have -- no, I take it back.

---

Page 109

1   I take it back.  My apologies.
2       MR. KLOPFER: December 1st.
3   Q.  Yes.  You saw Dr. Arango December the 1st of
4   2015.  So the day after you saw Dr. Alfano.
5       So how did you -- who referred you to
6   Dr. Arango?
7   A.  That would have been Dr. Alfano.
8   Q.  Okay.  So why did Dr. Alfano refer you to
9   Dr. Arango?  Why couldn't Dr. --
10      MR. KLOPFER: I'll object.
11      If you know, you can answer the question;
12  but if --
13  A.  I don't know.
14  Q.  Okay.  So you went to Dr. Arango.  And my
15  records show you treated with him for about four
16  months, sort of the same amount of time that you were
17  seeing Dr. Alfano.  Is that right?
18  A.  If that's what the records show.
19  Q.  Okay.  And Dr. Alfano diagnosed you with a
20  lumbar spine contusion.
21      Do you recall any other diagnosis?
22  A.  I remember that they had told me I had a

Page 110

1   bulging disc and some type of a tear.
2   Q.  Okay.  Because you were sent for some
3   radiology; right?
4   A.  Right.
5   Q.  And then the radiology, you had a diagnosis
6   of a degenerative disc disease, like -- you know,
7   degenerative comes with time and aging.
8       MR. KLOPFER: I'll object to any questions
9   and answers as it pertains to specific medical
10  conditions in her -- in regards to her speaking and
11  specifically diagnosing what her specific injuries
12  were.
13  Q.  Sure.  And I'm not asking you all of a
14  sudden to become a doctor.  I'm just trying to get
15  what your personal knowledge is from what your health
16  care providers were telling you and what you recall.
17  If you don't recall, as you know, you can simply say
18  you don't know or you don't recall; but if you know
19  the answer, then please, you know, tell me the answer.
20      So you started with some radiology on
21  November 30th, I think, was the first time you got
22  some radiology.  And what I mean radiology, I mean you

Page 111

1   had an X-ray of your lumbar spine on November 30th and
2   of your cervical spine on November the 30th.
3       Do you recall what Dr. Alfano told you the
4   results of those X-rays were?
5   A.  No.  I'd have to look at the records.
6   Q.  Okay.  The records that I'm looking at show
7   that the November 30th cervical spine X-ray shows that
8   you had degenerative disc disease.
9       Did you ever discuss that with your
10  physicians?
11  A.  I don't know if -- I don't remember.
12  Q.  Okay.  Do you recall --
13  A.  I've heard the term.
14  Q.  All right.  And from where did you hear the
15  term?
16  A.  From Dr. Alfano.
17  Q.  And what do you remember him saying about
18  that?
19  A.  Just what you said, that there was some
20  degenerative disc disease.
21  Q.  Okay.
22  A.  I don't remember the whole conversation.  I

Page 112

1   don't remember.
2   Q.  Did he tell you that -- how you -- how you
3   get degenerative disc disease?  Do you remember?
4   A.  I don't remember.
5   Q.  Okay.  Did he tell you whether that was --
6   his opinion was that was the cause of your pain, the
7   degenerative disc disease?
8   A.  No.  I don't remember him saying that.
9   Q.  Okay.  And then you subsequently went for
10  more radiology, I think in February of -- excuse me,
11  in December of 2015.  And that was the first time
12  where there was any indication of what is listed as --
13  again, degenerative disc changes were noted in your
14  December 23, 2015, MRI of your spine.
15      Do you remember going for an MRI of your
16  back?
17  A.  I do.
18  Q.  And that was also requested by Dr. Alfano.
19  Do you remember discussing that with him?  The results
20  of the MRI with him?
21  A.  The MRI, I believe, was when they said I had
22  some bulging disc and some type of tear.

Page 113

1 Q. Okay. They did also say that you had
2 degenerative disc changes. So my question was, do you
3 remember discussing the degenerative disc change
4 diagnosis with Dr. Alfano after the December MRI?
5 A. I don't remember.
6 Q. Okay. All right. And then you were
7 ultimately referred to Dr. Barletta, who is, I
8 believe, a pain management doctor; is that right?
9 A. Yes.
10 Q. And was it Dr. Arango that referred you to
11 pain management?
12 A. Yes.
13 Q. Why did he refer you to pain management, if
14 you know?
15 A. Because the treatment plan that they were
16 doing was not enough.
17 Q. Okay. You were still reporting to them that
18 you were having pain?
19 A. Yes.
20 Q. And Dr. Barletta diagnosed you with
21 spondylosis. Does that word sound familiar to you?
22 A. Yes.

Page 114

1 Q. And what is your memory of --
2 A. I don't remember what it means.
3 Q. Okay. What do you remember Dr. Barletta
4 telling you about the back pain you were complaining
5 of?
6 A. I don't remember the conversation.
7 Q. You don't remember anything Dr. Barletta
8 said?
9 A. Yes. He told me -- I discussed with him the
10 pain that I was in; he gave me some treatment options.
11 And I told him that I had been taking the naproxen.
12 He said, If it's not working, then don't take it
13 because it can cause other issues.
14 Q. Okay. And what else do you remember about
15 your treatment with Dr. Barletta?
16 A. That we could do facet injections, which
17 would hopefully help. And so I did that.
18 Q. And those were done at Southern Maryland
19 Hospital Center; is that right?
20 A. Yes.
21 Q. I think you had done that twice; is that
22 right?

Page 115

1 A. No. I had it done three times.
2 Q. Okay. Was it all by Dr. Barletta?
3 A. Yes.
4 Q. And it was all at Southern Maryland Hospital
5 Center?
6 A. Yes.
7 Q. And those are done under local anesthesia
8 where you're in and out the same day; is that correct?
9 A. Yes.
10 Q. And were there any complications with that
11 procedure, that outpatient procedure?
12 A. No.
13 Q. You then went to Dr. Kerry Thompson for one
14 visit on August 15, 2016.
15    Do you remember seeing Dr. Thompson?
16 A. I saw Dr. Thompson for a rhizotomy.
17 Q. Okay. So you do recall seeing him?
18 A. I saw him for a rhizotomy.
19 Q. Right. So you do recall?
20 A. Yes.
21 Q. Okay. I'm going to out-lawyer you.
22    And you saw him one time; is that right?

Page 116

1 A. Yes.
2 Q. All right. Any reason why you did not go
3 back to Dr. Thompson?
4 A. I was to follow up with Dr. Barletta.
5 Q. Okay. So Dr. Barletta referred you to
6 Dr. Thompson?
7 A. Yes.
8 Q. And that procedure, the rhizotomy, was done
9 at Anne Arundel Medical Center?
10 A. Yes.
11 Q. Did you have that procedure done twice?
12 A. Yes. About a year apart.
13 Q. And what was your understanding of why you
14 were having a rhizotomy?
15 A. It would kill the nerves so that hopefully I
16 wouldn't feel the pain anymore, like the -- the
17 connect would be broken.
18 Q. And those are outpatient procedures as well?
19 A. Yes.
20 Q. Okay. Did you get any relief from either
21 rhizotomy?
22 A. Yes.

Page 117

1  Q.   Both gave you relief?
2  A.   The first one gave me about maybe a year,
3  and the second one was not as long.
4  Q.   How long did the second one last?
5  A.   I'm thinking maybe six or eight months,
6  maybe.
7  Q.   So after the first rhizotomy, which I have
8  was done August 15, 2016, you -- were you pain-free in
9  your back for a year?
10  A.   It was not like it was.  It was, like,
11  minimal, if anything.
12  Q.   So it wasn't everyday pain?
13  A.   No.
14  Q.   And it was minimal, if at all?
15  A.   It was minimal -- it was just dependent upon
16  what activities I was doing whether I would feel
17  anything.  But nothing like I had been.
18  Q.   Okay.  And then you had the second rhizotomy
19  on July 10, 2017, according to my records; and you say
20  that gave you pain relief for about --
21  A.   Maybe six, eight months.
22  Q.   -- six to eight months.

Page 118

1      Have you done any treatment related to the
2  incident at Walmart after July of 2017, which was your
3  second rhizotomy?
4  A.   Not -- not like that type of treatment.
5  Q.   I mean any treatment.
6  A.   Just going to my regular primary care.
7  Q.   Well, I don't mean any treatment for
8  anything.  I mean any treatment related to your
9  complaint of the injuries of the incident at Walmart.
10  A.   I believe I did go and talk to my primary
11  care doctor once about pain that was back.
12  Q.   But you never saw your primary care doctor
13  in the two years you were treating that we --
14  A.   I've seen them numerous times.  I just --
15  Q.   Okay.  Let me finish my question.
16  A.   Okay.
17  Q.   In the two years -- approximate two years
18  that we just went through of your treatment after the
19  incident at Walmart, in all the medical procedures and
20  providers that you saw, I thought I was under the
21  understanding that at no time did you see your primary
22  care physician at Shah Associates during that

Page 119

1  treatment time, from the date of the incident through
2  your second rhizotomy.
3  A.   I have been to my primary care doctor.  I
4  don't know for what -- what was -- what was my ailment
5  at the time.
6  Q.   I'm sure you have been to your primary care
7  physician; and that, I don't need to necessarily get
8  into at this moment.
9      I'm asking you, since your second
10  rhizotomy -- and this is just my job to come here and
11  try to figure this stuff out.  There's no trick
12  questions that I'm asking you -- at least I'm not
13  meaning to.
14      Since your second rhizotomy, have you
15  received any treatment related to the condition for
16  the incident at Walmart?  Not any treatment
17  whatsoever, but just any treatment related to the
18  allegation of injury at Walmart.
19      MR. KLOPFER: From a medical doctor.
20  A.   I'm confused.
21  Q.   So your rhizotomy was -- your second
22  rhizotomy was July 2017?

Page 120

1  A.   Uh-huh.
2  Q.   Have you gone back to any doctor complaining
3  about the incident at Walmart?
4  A.   I did go once.
5  Q.   To?
6  A.   To my primary care doctor.
7  Q.   When?
8  A.   To complain.  I have to look -- probably
9  within the last year.
10      MR. KLOPFER: I'll get the records and
11  supplement them.
12      MS. ALEXANDER: Yeah.  Because I don't have
13  anything.
14      MR. KLOPFER: I know we haven't disclosed
15  it, if so.  I was -- I didn't have it listed, so...
16      BY MS. ALEXANDER:
17  Q.   Okay.  So what made you go to your primary
18  care doctor after two years of not going to him or
19  her --
20  A.   I have to have a referral.
21  Q.   Hold on.  Let me finish.
22      After two years of not going to your primary

---

**Page 121**

1 care doctor for this incident -- or more than two
2 years, that all of a sudden you decided to go to your
3 primary care doctor?
4 A. Because I would need a referral in order to
5 go.
6 Q. Referral for?
7 A. If I was trying to go back to Barletta or
8 the Premier Orthopedics, I would have to have a
9 referral.
10 Q. Okay. So you went to your primary care
11 physician because your insurance contract requires you
12 to do so before you go see a specialist?
13 A. Yes.
14 Q. The primary care physician has to give you a
15 referral?
16 A. Yes.
17 Q. And did your primary care physician give you
18 a referral?
19 A. I don't remember.
20 Q. Well, you said this was in the last year?
21 A. I know. I don't remember.
22 Q. Okay. Well, did you ever go back and see

---

**Page 122**

1 any of these specialists?
2 A. No.
3 Q. Okay. So other than that one time of going
4 to your primary care physician to try to get a
5 referral, have you gotten any other treatment since
6 your second rhizotomy for the injuries you're
7 complaining of --
8 A. No.
9 Q. -- related to the Walmart incident?
10    You've had no further treatment?
11 A. No.
12 Q. Do you have any scheduled treatment related
13 to the injuries you're complaining of from Walmart?
14 A. Not as of yet.
15 Q. Have we now discussed all the treatment
16 providers you've seen related to your incident at
17 Walmart?
18 A. I think so.
19 Q. Is there anyone else that you saw for
20 medical treatment, including chiropractic, massage
21 therapy, acupuncture, anything of that nature?
22 A. No.

---

**Page 123**

1    MR. KLOPFER: She did have another MRI. You
2 have that in your records; right? It was June 28,
3 2017.
4    MS. ALEXANDER: Yes, I do.
5    MR. KLOPFER: All right. So you got the
6 December 23rd and the June 28th?
7    MS. ALEXANDER: Yes, I do.
8    MR. KLOPFER: All right.
9    MS. ALEXANDER: From American Radiology.
10    MR. KLOPFER: That's right.
11    MS. ALEXANDER: Yes, I do.
12    BY MS. ALEXANDER:
13 Q. Do you have Medicare or Medicaid?
14 A. Medicare? Medicaid? I don't know that --
15 Q. Medicare's usually based on your age
16 being --
17 A. Oh, Medicaid.
18 Q. -- 60-something or above.
19    MR. KLOPFER: If I can interject again?
20    MS. ALEXANDER: Sure.
21    MR. KLOPFER: We did send records for Shah
22 Medical Group, January 15, 2016, to June 18, 2018.

---

**Page 124**

1    MS. ALEXANDER: I don't have those. You
2 sent them to me?
3    MR. KLOPFER: We did.
4    MS. ALEXANDER: We can go off the record.
5    (Discussion held off the record.)
6    BY MS. ALEXANDER:
7 Q. So, Ms. Gatchell, you do not have Medicare,
8 is that correct, because you are not age eligible?
9 A. Right.
10 Q. Do you have Medicaid?
11 A. Yes.
12 Q. And that's state -- insurance that the state
13 offers you?
14 A. Yes.
15 Q. And for what reason do you get Medicaid?
16 A. Because I do not make enough money.
17 Q. Okay. And how long have you had Medicaid?
18 A. A few years. I'm not exactly sure when.
19 Q. Did you have Medicaid at the time of this
20 incident in 2015?
21 A. Yes.
22 Q. So the -- so the bills that you've incurred,

---

Page 125

1  at least some of them, have been submitted to
2  Medicaid?  Or you've used your Medicaid insurance when
3  you go to the doctor for some of these procedures and
4  things; is that true?
5  A.  I have submitted like for the rhizotomy, but
6  I was denied, so I paid out-of-pocket.
7  Q.  Why were you denied?
8  A.  They just said it's some big process that
9  you go through, and they just denied; so I paid
10  out-of-pocket.
11  Q.  And how much was that?
12  A.  $800 each time.
13  Q.  Do you have the letter from Medicaid denying
14  your rhizotomy procedure?
15  A.  It should be in my records.
16  Q.  I don't know that that would be part of your
17  medical records.  I haven't seen any such letter, and
18  I see Mr. Klopfer shaking his head no indicating maybe
19  he hasn't seen any such letter.
20      So do you have the letter?
21  A.  I don't know if I have the letter.
22  Q.  Will you check at home?  And if you have it,

Page 126

1  will you please provide it to Mr. Klopfer -- or
2  anything you got from Medicaid about your medical
3  bills, will you please provide it to him, so he can
4  review it and send it to me?
5  A.  Yes.
6  Q.  Has any insurance company or Medicaid told
7  you that they're pursuing a lien against you for these
8  medical bills?
9      MR. KLOPFER: We have been notified of a
10  lien.
11      MS. ALEXANDER: You have been?
12      MR. KLOPFER: Yeah.
13      MS. ALEXANDER: From whom?
14      MR. KLOPFER: From Eugene Seidel, PA.
15      MS. ALEXANDER: And is he saying on behalf
16  of whom?  Or can you send me that lien notice?
17      MR. KLOPFER: I can send you the lien
18  notice, yeah.
19      This is from -- the letter is also
20  December 11, 2018, so it should be pretty up-to-date.
21      MS. ALEXANDER: What does he say the lien
22  amount is there?

Page 127

1      MR. KLOPFER: At that time, $6,648.30.
2      MS. ALEXANDER: If you wouldn't mind sending
3  that to me.
4      MR. KLOPFER: Yeah.  I'll make a copy for
5  you.
6      MS. ALEXANDER: Sure.  That will be great.
7      MR. KLOPFER: It's easier.
8      MS. ALEXANDER: Please and thank you.
9  BY MS. ALEXANDER:
10  Q.  Do you have any other private or
11  supplemental insurance other than the state-offered
12  Medicaid?
13  A.  No.
14      MR. KLOPFER: Want me to go make it real
15  quick or --
16      MS. ALEXANDER: Sure.
17      (Pause.)
18      MR. KLOPFER: So just for the record, we are
19  turning over the lien information as it pertains to
20  this case; however, we still maintain our objection
21  that it's not relevant.
22      MS. ALEXANDER: Sure.  And your objection is

Page 128

1  duly noted.
2      MR. KLOPFER: Got you.
3  BY MS. ALEXANDER:
4  Q.  Do you know who Brian Bach, B-A-C-H, is?
5  A.  No.
6  Q.  I don't know who that is, either.
7      Ms. Gatchell, do you receive any other
8  government benefits other than Medicaid?
9  A.  No.
10  Q.  Have you ever applied for social security
11  disability?
12  A.  I did a few months ago.
13  Q.  When?
14  A.  A few months ago.
15  Q.  Okay.  Some people say that's February, some
16  people say that's August of last year.
17      So when do you think you did?
18  A.  Within the last six months, maybe.
19  Q.  Have you gotten a response?
20  A.  Yes.
21  Q.  And what was the response?
22  A.  I was denied because I'm still working

Page 129

1 officially, even though I haven't.

2 Q. Because you're still technically employed?

3 A. Yes.

4 Q. Even though you're not physically going to

5 work?

6 A. Yes.

7 Q. Do you have an attorney for your social

8 security disability case?

9 A. No.

10 Q. And what was the basis of you saying you are

11 disabled and unable to work within the last six

12 months?

13 A. My mental state.

14 Q. Anything else?

15 A. No.

16 Q. There was no physical basis to your claim,

17 it was exclusively related to your mental state?

18 A. At this time.

19 Q. Well, I mean what you applied for?

20 A. Uh-huh.

21 Q. Yes?

22 A. Yes.

Page 130

1 Q. And were you diagnosed with something within

2 the past six months that led you to apply for

3 disability?

4 A. PTSD.

5 Q. PTSD related to your motorcycle accident?

6 A. No.

7 Q. PTSD related to what?

8 A. My life.

9 Q. Okay. So like the totality of experiences

10 in your life?

11 A. I guess.

12 Q. Okay.

13     MR. KLOPFER: We're not claiming PTSD as a

14 result of this incident.

15     We've discussed that, Ms. Gatchell. Is that

16 right?

17     THE WITNESS: Right. That's correct.

18     BY MS. ALEXANDER:

19 Q. Okay. So maybe your counsel's put it a

20 better way than I did.

21     Of the mental health issues you're claiming

22 in your disability application, are you claiming any

Page 131

1 of those are as a result of the incident at Walmart?

2 A. No.

3 Q. Okay. So other than PTSD, were you given

4 any other diagnosis that was the basis of your

5 disability claim?

6 A. Anxiety, depression.

7 Q. And the records reflect -- correct me,

8 please, if I'm wrong -- that you were diagnosed with

9 anxiety and depression before the incident at Walmart;

10 is that correct?

11 A. Yes.

12 Q. Anything else related to your social

13 security disability application that's the basis for

14 your claim?

15 A. No.

16 Q. Now, in your -- in the discovery you've sent

17 me, in those answers to interrogatories, there's a

18 claim that you may have future medical bills of 50,000

19 to $100,000.

20     What is the basis for that claim?

21 A. It's because of the mid and lower back pain

22 and the pain in my hip that I just may have to endure

Page 132

1 the rest of my life and go for treatments.

2 Q. Okay. But you haven't had any treatment

3 since your second rhizotomy in 2017; is that right?

4     Other than seeing --

5 A. No.

6 Q. -- your primary care physician for the

7 referral, you haven't actually had any treatment since

8 July 10, 2017; is that right?

9 A. That's correct.

10 Q. And you don't currently have anything

11 scheduled; is that correct?

12 A. That's correct.

13 Q. Has any health care provider told you you

14 need to schedule something?

15 A. No. They have not told me that I need to

16 schedule something.

17 Q. Has any health care provider told you that

18 you need surgery?

19 A. No.

20 Q. Has any health care provider told you that

21 you need any procedure or any specific treatment

22 related to the injuries you're claiming from the

Page 133

1 incident at Walmart?
2 A. Not at this time.
3 Q. Okay. So the claim for future medical bills
4 of 50 to $100,000 is just based on the possibility
5 that you may need to go to the doctor in the future?
6 A. Yes.
7 Q. You don't have any, like, quotes or
8 estimates or anything you can tell me about here today
9 that has helped you come up with that number?
10 A. No.
11 Q. Are you a smoker?
12 A. No.
13 Q. Have you ever been to a -- other than what
14 you've told me about already with Dr. Alfano, have you
15 ever been to a chiropractor before?
16 A. Before Dr. Alfano?
17 Q. Or since Dr. Alfano. Any other
18 chiropractor?
19 A. No.
20 Q. Have you ever been to an acupuncturist?
21 A. No.
22 Q. Have you ever been to a massage therapist?

Page 134

1 A. Yes.
2 Q. Where?
3 A. At his office, Dr. Alfano.
4 Q. Anyone other than at Dr. Alfano's office?
5 A. No.
6 Q. Have you ever been to a physical therapist?
7 A. Yes.
8 Q. Who?
9 A. Capital Area Orthopedics.
10 Q. And what was that for?
11 A. I'm currently in treatment.
12 Q. So that's for your ankle injury?
13 A. Uh-huh. Yes.
14 Q. Your foot injury?
15 A. Yes.
16 Q. From the motorcycle accident?
17 A. Yes.
18 Q. Okay. Have you ever been to a physical
19 therapist for anything else?
20 A. For my thumb.
21 Q. When you injured it in a work-related
22 incident?

Page 135

1 A. Yes.
2 Q. Okay. And who did you see for that?
3 A. The same -- same physical therapist that I'm
4 currently going to.
5 Q. Capital Area Ortho?
6 A. Well, that's the orthopedics. The physical
7 therapy is -- they're part of Civista Hospital --
8 Charles Regional, their physical therapy. It's an
9 outpatient.
10 Q. Okay. So your physical therapy was at
11 Charles Regional physical therapy?
12 A. Yes.
13 Q. That's the name of it?
14 A. I'm not sure exactly what they're called.
15 They're an outpatient of Charles Regional. They're
16 located by Dr. Ferrero's office on the back road in
17 La Plata.
18 Q. But then you've seen the orthopedists at
19 Capital Area Orthopedics for the motorcycle incident?
20 A. Yes.
21 Q. Okay. Any other physical therapists you've
22 ever been to?

Page 136

1 A. Not that I can think of.
2 Q. Any other orthopedists that you've ever been
3 to for any reason that we haven't discussed already
4 today?
5 A. Not that I can think.
6 Q. For this incident at Walmart, you did not
7 seek any mental health counseling specific to this
8 incident at Walmart; is that correct?
9 A. No.
10 Q. No, you didn't?
11 A. No, I did not.
12 Q. Okay. And your counsel and I talked off the
13 record, just to put it on the record, you're not
14 making a specific claim of a mental health diagnosis
15 or mental health exacerbation as a result of the
16 incident at Walmart; is that correct?
17 A. That's correct.
18 Q. Okay. You are, however, making a claim for
19 lost wages, which I believe totals $7,383.
20     Does that sound right?
21 A. Yes.
22 Q. And the breakdown of that is you're claiming

**Page 137**

1 that you missed 432 hours of work at Latin American
2 Services related to this incident at Walmart; is that
3 true?
4 A. Yes.
5 Q. Your wage form says that your wage at the
6 time of the incident was $17.09 an hour, just slightly
7 different than what we talked about earlier today.
8     Does that sound correct to you, that it's
9 $17.09?
10 A. Yes.
11     (Gatchell Deposition Exhibit 13 was marked
12 for identification and attached to transcript.)
13     BY MS. ALEXANDER:
14 Q. I'm going to mark as Deposition Exhibit 13
15 this wage and salary verification form that you
16 produced in discovery.
17     Whose handwriting is on that form?
18 A. I do not know.
19 Q. Is any of your handwriting on that form?
20 A. No.
21 Q. Did you provide this form to someone? How
22 did you get this form?

**Page 138**

1 A. I believe I provided this form.
2 Q. To whom?
3 A. To my supervisor, Darlene.
4 Q. And is it your testimony here today that of
5 all of these dates listed on Exhibit 13, you did not
6 work any of those days?
7 A. That's correct.
8 Q. So we've talked about the fact that you were
9 off -- that you did not go into work November 30,
10 2015. And this shows all the way through February 19,
11 2016. Is that correct?
12 A. Yes.
13 Q. So you returned to work, from my records, on
14 February the -- I believe it was February the 22nd is
15 my recollection -- yes. February 22, 2016.
16     Does that sound right?
17 A. That sounds right.
18 Q. Okay. Then you did not go into work March
19 the 15th, 2016?
20 A. That's correct.
21 Q. Why not?
22 A. I don't know. I would have to look and see

**Page 139**

1 if I have any appointments.
2 Q. Okay. But if you had an appointment, you
3 would take off the entire day from work?
4 A. It depends. I only work 7:00 to 1:00.
5 Q. Right. But you would still take off one
6 entire day from work?
7 A. I don't know if I was not feeling up to it,
8 I don't know if I had a doctor's appointment. I don't
9 recall.
10     MR. KLOPFER: March 15, '16, looks like a
11 date at Southern Maryland Hospital, one of the
12 injection dates.
13 Q. So I appreciate that. And I'm going to give
14 you one phone-a-friend, and you've just used it.
15 Okay.
16     MS. ALEXANDER: So I appreciate that,
17 Counsel.
18     MR. KLOPFER: It's no problem.
19 Q. But now you're out of phone-a-friends.
20     Then it shows June 7, 2016, you took off,
21 you did not go into work.
22     Why didn't you go into work on that day?

**Page 140**

1 A. I may have had another injection scheduled.
2 Q. How about August 15, 2016, through
3 August 19, 2016, why didn't you work that week?
4 A. I believe that was after the rhizotomy, and
5 I needed to rest and take it easy.
6 Q. And then July 10, 2017, to July 14, 2017,
7 why didn't you go into work that week?
8 A. The same reason.
9 Q. Now, in the work slips that you did provide
10 to me, there was no work slip for any time authorizing
11 you medically to be off from work. I have the slip
12 through the February 19, 2016. And then I have the
13 slip for June -- I don't have anything verifying you
14 were -- a medical doctor allowed you to be off work
15 the March 15th date, the June 7th date, the
16 August 2016 dates, or the July 17, 2017, dates.
17     Do you have any out-of-work slips for those
18 four time periods?
19 A. I'm not sure.
20 Q. Okay. Well, if you do, can you please
21 produce them to your attorney? Because they were
22 requested, and they haven't been produced. If they

Page 141

1  exist.  I haven't seen them in your medical records,
2  either.  So if you have them, would you please produce
3  them to your attorney.
4  A.  Yes.
5     MR. KLOPFER: The slips you're looking for
6  are after 3/15/16?  Is that right?
7     MS. ALEXANDER: After 2/22/16, and there's
8  one random one; but then I don't have any for the four
9  dates on the Exhibit 13, the last four dates.
10    MR. KLOPFER: Got you.
11    (Gatchell Deposition Exhibit 14 was marked
12  for identification and attached to transcript.)
13    BY MS. ALEXANDER:
14  Q.  Now I'm going to mark as Deposition
15  Exhibit 14 this lost income form that you produced
16  with your discovery.
17    What is this form?
18  A.  This is a lost income form.
19  Q.  Whose handwriting is on this form?
20  A.  That is my handwriting.
21  Q.  Okay.  And is -- I only received one page of
22  this form for the dates indicated on this Deposition

Page 142

1  Exhibit 14.
2     Are there other pages of this form?
3  A.  There should be.
4  Q.  Are you aware of whether there are other
5  pages?
6  A.  I'm not aware.
7  Q.  You don't know whether there's more pages?
8  A.  I think there was.
9  Q.  Did you bring that with you here today?
10  A.  No, I did not.
11  Q.  Okay.  I would ask you to please provide
12  that to your attorney, because all I have is what is
13  in front of you on Exhibit 14.
14    And who -- why did you keep this record?
15  A.  To keep track of my time off from work.
16  Q.  Okay.  And where did you get this form to do
17  that?
18  A.  I got it as a part of a packet.
19    MR. KLOPFER: We gave it to her.
20    MS. ALEXANDER: Okay.
21  A.  The lawyers.
22  Q.  That's all right.  So the Deposition

Page 143

1  Exhibit 14 shows that your hourly rate at the time of
2  the incident was $16.28 an hour; is that correct?
3  A.  If that's what I wrote.
4  Q.  Well, you look at it and tell me --
5  A.  That's what I wrote.
6  Q.  Okay.  So the figure of $17.09 an hour, that
7  was not the rate of pay you were receiving in November
8  or December or January after this incident according
9  to Deposition Exhibit 14; is that correct?
10  A.  I did not fill out that form.
11  Q.  Oh, I didn't ask you that.
12    I'm asking you, the rate of $17.09 an hour
13  is not the rate of pay that you were receiving in
14  November and December of 2015 or January of 2016
15  according to Deposition Exhibit 14; is that correct?
16  A.  That's correct.
17  Q.  Okay.  So when did your rate of pay change
18  from $16.28 an hour to something else?
19  A.  We receive increases each October.
20  Q.  All right.  So would it be reasonable then
21  for me to assume that the rate of $16.28 an hour was
22  your rate until at least October of 2016?

Page 144

1  A.  I guess.
2  Q.  Okay.  So you would not have been paid
3  $17.09 per hour for all of the time that you missed
4  from work according to your records?
5  A.  This is my records.
6  Q.  Right.
7  A.  Yes.
8  Q.  You're referring to Deposition Exhibit 14?
9  A.  Yes.
10  Q.  Okay.  So you had your rhizotomy, the second
11  one, on July the 10th, I think, 2017.  And you have --
12  did you -- you returned to work after -- not
13  immediately in those few days, but you ultimately did
14  return to work that next week from your rhizotomy;
15  correct?
16  A.  Yes.
17  Q.  So you were working fine at your job at
18  Latin American Services until the motorcycle accident;
19  is that correct?
20  A.  No.
21  Q.  Okay.  What is incorrect about what I just
22  said?

Page 145

```
 1   A.  I was not working fine.
 2   Q.  Okay.  Let me strike my characterization.
 3       You were going into work as scheduled until
 4   the motorcycle accident?
 5   A.  I was going to work as scheduled.
 6   Q.  Okay.  And you then had the motorcycle
 7   accident on what date?
 8   A.  August 19, 2018.
 9   Q.  August 19, 2018?
10   A.  Yes.
11   Q.  All right.  We're going to come back to that
12   in a second.
13       I did receive your eight years of tax
14   records yesterday, maybe about 5:00 o'clock.  So I
15   have not reviewed these.  And so I'm going to leave
16   this as one of the categories of what I'll leave open
17   if I have more questions.
18       MR. KLOPFER:  Like I said, also, I
19   subpoenaed her records from Latin American Services,
20   so we should have specific detailed information.  As
21   soon as I get the response, I'll send it over to you.
22       MS. ALEXANDER:  Thank you.
```

Page 146

```
 1       MR. KLOPFER:  You're welcome.
 2       MS. ALEXANDER:  Did we confirm you're not
 3   making a loss of consortium claim?
 4       MR. KLOPFER:  That is correct.  She's going
 5   to talk about, you know, the impact the accident had
 6   on her, but she's not specifically saying, you know,
 7   it was the cause of the dissolution of the marriage or
 8   anything like that.
 9       MS. ALEXANDER:  Great.
10       We can go off the record.
11       (Discussion held off the record.)
12       BY MS. ALEXANDER:
13   Q.  Sorry, Ms. Gatchell.  So your attorney and I
14   have had a conversation, and we are going to draft up
15   a stipulation -- in fact, Mr. Klopfer is going to
16   draft up a stipulation that, in essence, is going to
17   clean up or narrow the claim to the negligence claim
18   against Walmart.
19       As you've heard, that I'm stipulating that
20   your lawyer has, in fact, sued the proper entity and
21   that he's going to put some more detail in that
22   stipulation, including that since he has sued the
```

Page 147

```
 1   proper entity and that the cart pusher, I'm
 2   stipulating, was an employee of my client at the time
 3   of the incident and that he was acting in the scope of
 4   his employment at the time of the incident, your
 5   attorney then is going to dismiss the individuals,
 6   Mr. Teeter and Mr. Doe.  He's not going to sue
 7   Mr. Welch personally since he has the vicarious
 8   liability theory; and he's going to dismiss the
 9   negligent hiring, negligent retention, and negligent
10   training claims.  And we're going to work all that out
11   in writing.
12       MR. KLOPFER:  Yes.
13       MS. ALEXANDER:  If that somehow gets
14   derailed -- and I don't think it will, but if it does,
15   then I'm reserving the right to come back and ask you
16   questions about all of those issues.  For today's
17   purposes, I'm not going to ask you those questions
18   because I think your attorney and I are going to
19   resolve it amongst ourselves.
20       Does that -- doesn't matter if that makes
21   sense.
22       Do you understand what I'm --
```

Page 148

```
 1       MR. KLOPFER:  That's correct.
 2   Q.  -- saying to you?
 3   A.  I understand what you're saying.
 4       MS. ALEXANDER:  And, Mr. Klopfer?
 5       MR. KLOPFER:  That's correct.
 6       MS. ALEXANDER:  Okay.  Great.
 7       BY MS. ALEXANDER:
 8   Q.  We are now going to talk about your prior
 9   incidents of -- that are of a serious or semi-serious
10   nature.
11       So you had this motorcycle accident on
12   August 19, 2018.
13       Where did that occur?
14   A.  In Newburg.
15   Q.  Where is that?
16   A.  Maryland.
17   Q.  What county?
18   A.  Charles.
19       MR. KLOPFER:  Are we talking about prior or
20   subsequent?
21       MS. ALEXANDER:  The motorcycle accident on
22   August 18, 2018.
```

---

Page 149

1   MR. KLOPFER: All right.

2   MS. ALEXANDER: In Newburg, Maryland, in

3   Charles County.

4   BY MS. ALEXANDER:

5   Q.   What road, if you know?

6   A.   I don't know.

7   Q.   Who was driving the motorcycle?

8   A.   My husband.

9   Q.   And where were you seated?  There's only one

10  option, I guess.

11  A.   On the back.

12  Q.   Okay.  And what kind of motorcycle was it?

13  A.   Harley-Davidson.

14  Q.   Do you know what model?

15  A.   No.

16  Q.   And what happened in the accident?

17  A.   We were on a back road that we were not

18  familiar with, came around a turn, and there was a

19  90-degree turn, a gravel driveway, and there was

20  gravel in the road.

21  Q.   So he laid the bike down?

22  A.   Yes.

---

Page 150

1   Q.   No other vehicle or motorcycle was involved?

2   A.   No.

3   Q.   And as a result of him laying the bike down,

4   did you separate from the motorcycle?

5   A.   Yes.

6   Q.   Were you wearing a helmet?

7   A.   Yes.

8   Q.   Was any alcohol or drugs involved?

9   A.   No.

10  Q.   What time of the day was this?

11  A.   In the afternoon.

12  Q.   Do you know who called the police?

13  A.   No.

14  Q.   Were you unconscious?

15  A.   No.

16  Q.   What were your injuries?

17  A.   I had road rash and I had something wrong

18  with my foot, so I waited for an ambulance.

19  Q.   Which foot?

20  A.   My right.

21  Q.   And ultimately, what were you diagnosed

22  with?

---

Page 151

1   A.   A broken ankle and a shattered heel.

2   Q.   Did you require surgery for any reason?

3   A.   Yes.

4   Q.   For what?

5   A.   For the broken ankle.

6   Q.   Where did you have that surgery?

7   A.   At Greater Wash -- Greater -- what is it?

8   Charles Regional.  It's changed names so many times.

9   Q.   And did you suffer any other injuries in

10  that accident other than the right foot, heel, ankle,

11  and road rash?

12  A.   I was just bruised and bumped and...

13  Q.   Where were you bruised and bumped?

14  A.   Elbows, shoulder, left shoulder.

15  Q.   Any other injuries?

16  A.   No.

17  Q.   Are you making a claim in that case for

18  personal injury?

19  A.   I have the insurance company that is -- I'm

20  just sending my information to.

21  Q.   To your husband's insurance company?

22  A.   Yes.

---

Page 152

1   Q.   Which insurance company is that?

2   A.   I think it's AIC.

3   Q.   Okay.  And are you still treating for

4   injuries from the motorcycle accident?

5   A.   Yes.

6   Q.   Do you have future treatment plans?

7   A.   Physical therapy.

8   Q.   You're currently in physical therapy?

9   A.   Yes.

10  Q.   And do you have an end date to that, or you

11  don't know?

12  A.   Not at this time.

13  Q.   Now, I can't help but notice that the

14  accident date was August 19, 2018, and that you

15  separated from your husband in August of 2018.

16  A.   Uh-huh.

17  Q.   So what was the date that you separated from

18  your husband?

19  A.   We were separated like at the beginning of

20  the month.  We went for a ride to try to think -- you

21  know, maybe think, and it didn't work out.

22  Q.   Okay.  Did you have any back or neck

---

Page 153

1   injuries from this motorcycle accident?
2   A.   I was sore everywhere, really.
3   Q.   Including your back and neck?
4   A.   More in my shoulder and my neck, you know,
5   just from twisting and turning.
6   Q.   How about your back?
7   A.   Not so much.
8   Q.   Well, did you have back pain or soreness as
9   a result of the motorcycle accident?
10  A.   I may have in my upper back and my neck
11  area.
12  Q.   Now, two months after that motorcycle
13  accident, you fell; is that correct?
14  A.   Yes.
15  Q.   So would that have been in October of 2018?
16  A.   I guess.
17  Q.   Well, I'm asking you.
18  A.   I can't remember the date.  I know it was a
19  couple months after.
20  Q.   Okay.  And you injured your right hand; is
21  that correct?
22  A.   Yes.  My ring finger.

Page 154

1   Q.   And where did you fall?
2   A.   I fell in the kitchen.
3   Q.   At your parents' house?
4   A.   Yes.
5   Q.   Is there any claim related to that fall?
6   A.   No.
7   Q.   Was alcohol or drugs involved in that?
8   A.   No.
9   Q.   I also have that in 2018, you fell on a
10  broken chair at work; is that right?
11  A.   Yes.
12  Q.   What month was that?
13  A.   I don't know.  I'd have to look.
14  Q.   Okay.  Well, do you have a season?  An
15  approximation?  It was just last year.
16  A.   I know.  I don't -- I don't know.
17  Q.   Okay.  And did you make a workers'
18  compensation claim for that?
19  A.   Yes.
20  Q.   And what is the status of that workers'
21  compensation claim?
22  A.   It's resolved.

Page 155

1   Q.   What does that mean?
2   A.   I'm not seeking any further treatment.
3   Q.   So you settled?
4   A.   I'm done with treatment.
5   Q.   Okay.  Did you get any money from workers'
6   compensation?
7   A.   No.
8   Q.   So when you're saying it's resolved, you
9   mean you finished your treatment?
10  A.   Yes.
11  Q.   What was your injury in that fall from the
12  chair?
13  A.   I fell backwards from the chair.  Arm was
14  broken, so when I went to sit down, the chair shot out
15  from underneath me, I caught myself with my right
16  hand, and it jammed my thumb and caused pain, so I had
17  to go for treatment.
18  Q.   So you're seeking compensation from your
19  employer for the jammed thumb from this incident?
20  A.   No.
21  Q.   Okay.  So you're not seeking compensation,
22  you just got your treatment covered through them --

Page 156

1   A.   Yes.
2   Q.   -- because it occurred on your work --
3   A.   Right.
4   Q.   -- at your workplace?
5   A.   That's correct.
6   Q.   Okay.  So as far as you're concerned, it's
7   closed?  You're not doing anything further --
8   A.   No.
9   Q.   -- with it?
10  A.   No.
11  Q.   Did you hire an attorney for that?
12  A.   No.
13  Q.   Okay.  You had another work-related incident
14  in 2015 that you made a worker's compensation claim
15  where you hit your head on a shelf at work.
16      Do you recall that?
17  A.   Yes.
18  Q.   What were your injuries from that?
19  A.   A concussion.
20  Q.   And did you pursue any settlement with
21  workers' compensation?
22  A.   No.

Page 157

1  Q.  They paid for your medical treatment and
2  your time off work, and then you didn't do anything
3  further; is that right?
4  A.  That's correct.
5  Q.  Do you have any records at home or do you
6  know of any records that document those two workers'
7  compensation matters?
8  A.  No, I do not.
9  Q.  In 2014, you had a four-wheeler accident; is
10  that right?
11  A.  Yes.
12  Q.  What happened in that four-wheeler accident?
13  A.  I was on the back with my husband, and he
14  went to go up like a 2-foot hill and had stopped, and
15  it just rolled backwards.
16  Q.  Okay.  So it flipped backwards?
17  A.  Yeah.
18  Q.  And what were your injuries?
19  A.  I had fractured a rib.
20  Q.  On what side?
21  A.  On the left.
22  Q.  Do you know which rib?

Page 158

1  A.  No.
2  Q.  Did you have any other injuries?
3  A.  No.
4  Q.  Did you land on your back?
5  A.  I landed on my left side.
6  Q.  Did you have any back complaints from that
7  incident?
8  A.  Just the area where the rib was fractured.
9  Q.  So where was that on your back?  Like your
10  midback?
11  A.  Mid.
12  Q.  And where did you seek treatment?
13  A.  Fort Washington.
14      MR. KLOPFER: And for the record, she was
15  pointing to the back left side, sort of near where you
16  put your arm down at.
17      Just want to describe where she was pointing
18  at.
19  Q.  But it was your back that you had injury?
20  A.  It was the -- I don't know how to describe
21  it.
22  Q.  Well, just tell me where you had pain.

Page 159

1  A.  Right here.
2  Q.  Okay.  "Right here" can't be recorded.  So
3  "right here" means what?  Where on your body?  Use
4  words.
5  A.  Left side, the -- on the left -- the back of
6  my left side.
7  Q.  Okay.  So your left back.  It's okay to say.
8  A.  But it's my side.
9  Q.  Okay.  When this four-wheeler flipped
10  backwards, did your husband land on you?
11  A.  He went -- no.  He went more -- I went to
12  the left and he came straight back.
13  Q.  And did the four-wheeler land on you?
14  A.  It did not land on us because I put my feet
15  up.
16  Q.  I know that you also have a prior injury
17  when a -- you fell from a horse; is that right?
18  A.  I didn't fall from a horse.
19  Q.  I wasn't disparaging you.  But a horse
20  created an injury to you?
21  A.  Yes.
22  Q.  Okay.  What happened?

Page 160

1  A.  I was leading it out into the paddock, it
2  reared and banged into me, and I fell backwards.
3  Q.  Okay.  You fell backwards and landed on
4  what?
5  A.  On my butt and my back.
6  Q.  What year was that?
7  A.  I have no idea.  This was like 15 or 20
8  years ago.
9  Q.  Did you receive treatment?
10  A.  Yes.
11  Q.  Where?
12  A.  At Civista Hospital at the time.
13  Q.  And what was your diagnosis?
14  A.  I don't remember what the diagnosis was.  I
15  just had to take it easy.
16  Q.  Okay.  Did you have to do physical therapy
17  or see an orthopedist?
18  A.  I saw Dr. Alfano.
19  Q.  The chiropractor?
20  A.  Yes.  For -- I don't remember for how long.
21  Q.  For -- you saw Dr. Alfano for back pain?
22  A.  Uh-huh.

Page 161

1 Q. Yes?
2 A. Yes.
3 Q. Do you remember what Dr. Alfano said to you
4 about your injuries from that horse-related fall?
5 A. No.
6 Q. I also see that you've had a couple of car
7 accidents. What were the years that you remember?
8 A. When I was 16.
9 Q. Okay. Anything else?
10 A. No.
11 Q. So when you were 16 years old, you had a car
12 accident.
13     What were your injuries?
14 A. Head. Head injury. I've had two accidents
15 with head injuries.
16 Q. Two car accidents?
17 A. Yes.
18 Q. Okay. One was when you were 16 years old.
19 A. Both.
20 Q. When was the other one?
21 A. Both when I was 16.
22 Q. So in the same year --

Page 162

1 A. 16.
2 Q. -- but different incidents --
3 A. Yes.
4 Q. -- you had two car accidents, both
5 related -- both caused you head injuries?
6 A. Yes.
7 Q. Did either one cause neck or back injuries?
8 A. I cannot remember.
9 Q. Do you recall where you got treatment?
10 A. The one was at Civista, the other was at
11 Shock Trauma.
12 Q. Have you had any other slip-and-falls,
13 trip-and-falls, or personal injury claims that we
14 haven't discussed?
15 A. I don't think so.
16 Q. Have you had any other workers' compensation
17 or work-related accidents that we haven't discussed?
18 A. I don't think so.
19 Q. Have you had any other accidents of any
20 kind, horses, four-wheelers, motorcycles, that we
21 haven't discussed?
22 A. I don't think so.

Page 163

1 Q. Okay. Do you have any other -- have you
2 ever filed a lawsuit before?
3 A. No.
4 Q. What is your intention with your social
5 security disability denial? Are you intending to
6 appeal that?
7 A. Not at this time.
8 Q. Have you ever applied for long- or
9 short-term disability?
10 A. No.
11 Q. Do you use social media?
12 A. Yes.
13 Q. What social media do you use?
14 A. Facebook.
15 Q. Anything else?
16 A. No.
17 Q. What is the name that you use on Facebook?
18 A. Cyndi Gatchell.
19 Q. Have you posted anything on social media
20 about this incident at Walmart?
21 A. No.
22 Q. Have you posted anything about Walmart on

Page 164

1 social media at all?
2 A. No.
3 Q. Do you use Instagram or Twitter?
4 A. No.
5 Q. Have today we discussed all of your medical
6 health care providers?
7 A. Yes.
8 Q. From the incident at Walmart?
9 A. Yes.
10 Q. Have you taken any vacations or trips in the
11 last 10 years?
12 A. Yes. In the last 10 years?
13 Q. Yeah. So let's start with the most recent.
14     When was the most recent vacation or trip?
15 A. I went to Hawaii.
16 Q. When?
17 A. October of 2017, I think.
18 Q. With whom?
19 A. With my husband, two kids, my parents, and
20 my nephew.
21 Q. And did you -- well, I assume you didn't
22 drive, so you -- did you fly to Hawaii?

Page 165

1  A.  Yes.
2  Q.  Some people might have taken a cruise, I
3  guess; but did you fly?
4  A.  Yes.
5  Q.  And from where did you fly?
6  A.  From Reagan.
7  Q.  So you flew from Reagan to where?
8  A.  I don't know if it was -- I don't remember
9  the layover place.  It might have been Chicago.
10  Q.  I don't care about the layover, but I mean,
11  did you fly to California?  Did you fly straight to
12  Honolulu?
13  A.  No.  It was not a -- it was a layover in the
14  middle and then a layover in California and then on to
15  Hawaii.
16  Q.  Okay.  Did you stay in California, or did
17  your trip just have those multiple legs?  Like, did
18  you stop in California and get a hotel --
19  A.  No.
20  Q.  -- and fly the next day?
21  A.  No.
22  Q.  Okay.  So you flew from Reagan to Honolulu

Page 166

1  with stops in between?
2  A.  Yes.  No, it wasn't Honolulu.
3  Q.  Where?
4  A.  Lihue.
5  Q.  Okay.  And which island is that on?
6  A.  Kauai.
7  Q.  And why did you go to Hawaii in
8  October 2017?
9  A.  Because I wanted to.  It was my 50th
10  birthday.
11  Q.  Okay.  So it was part of your 50th birthday
12  celebration?
13  A.  Yes.
14  Q.  And what kind of things did you do in
15  Hawaii?
16  A.  A lot of relaxing.  I rode on a catamaran.
17  Q.  Okay.  What else?
18  A.  And I rode in a helicopter.
19  Q.  What else?
20  A.  Did a luau.
21  Q.  Okay.
22  A.  Sightseeing.

Page 167

1  Q.  Where did you go?
2  A.  Just around the island.  There's only one
3  road that goes around the whole island.
4  Q.  Did you stay in Kauai the whole time?
5  A.  Yes.
6  Q.  Okay.  Did you go to volcanos?
7  A.  No.  There's -- no.  There's no volcano on
8  that island.
9  Q.  Okay.  What else did you do?  Did you go to
10  the beach?
11  A.  Yeah.  I went to the beach in the morning to
12  watch the sunrise, and in the evening.
13  Q.  Did you go swimming?
14  A.  No.
15  Q.  Okay.  What else?
16  A.  Eat.
17  Q.  Yeah.  Shopping maybe?
18  A.  No, it's too expensive.  Went in a cave.
19  Q.  Spelunking?
20  A.  Huh?
21  Q.  That's what cave exploring is called.
22  A.  I just went in.

Page 168

1  Q.  What did you do in the cave?
2  A.  Looked at -- why am I in the cave?
3  Q.  Were there stalagmites and stalactites?
4  A.  No.  It's just on the side of the road, and
5  it was just like a -- kind of a crevice, and people
6  were walking in, and so we went in.
7  Q.  Oh.  So it wasn't like an organized trip, it
8  was -- you just were driving --
9  A.  And saw something.
10  Q.  -- and saw something interesting to explore.
11  And so you went into this crevice that turned out to
12  be some kind of cave?
13  A.  Yes.
14  Q.  Okay.
15  A.  Just walk in, look around, walk back out.
16  Q.  What else?
17  A.  Went on different little beaches just to
18  see -- sightseeing.
19  Q.  Uh-huh.  How long were you there?
20  A.  We were there from Sunday to Saturday, I
21  think.
22  Q.  So about six days?

Page 169

1 A.  Yeah.

2 Q.  Okay.  And how you did pay for that trip?

3 A.  I sold my house.

4 Q.  Which house?

5 A.  Pueblo Circle.

6 Q.  Oh, Pueblo circle.

7     Oh, in 2017 you sold Pueblo Circle, and then

8 you moved into Cedar Lane?

9 A.  Uh-huh.

10 Q.  Okay.  What was the trip or vacation before

11 that?

12 A.  Orlando.

13 Q.  When did you go to Orlando?

14 A.  Like maybe six years ago.

15 Q.  So no trips between 2013 and 2019 other than

16 Hawaii?

17 A.  Williamsburg.

18 Q.  Okay.  When did you go to Williamsburg?

19 A.  I don't know.  A few years ago.  Maybe

20 three.  Maybe three or four years ago.  I don't know.

21 Q.  Well, I don't know, either.

22 A.  I don't know.

Page 170

1 Q.  Was it after this incident at Walmart?

2 A.  It was before.

3 Q.  Okay.  Was it -- what season was it?

4 A.  It was cooler.  It was maybe October.  I

5 don't know.  I'm not sure.

6 Q.  Okay.  Was it maybe the October before the

7 incident, like just a couple months before this -- or

8 a month before this incident, or you don't know?

9 A.  I'm not sure.

10 Q.  Okay.  And then you said you went to

11 Orlando, Florida, in what year?

12 A.  I think that was six years ago, but I'm not

13 sure.

14 Q.  Before the incident at Walmart?

15 A.  Yes.

16 Q.  Approximately 2013?

17 A.  It was about six years ago.  Yeah.  I think

18 so.

19 Q.  Any other trips or vacations?

20 A.  In the last 10 years?  Yes.  I've been to

21 Vermont and New Hampshire.

22 Q.  When was that?

Page 171

1 A.  I don't know the dates, but it's been within

2 the last 10 years.

3 Q.  Was it before or after the incident at

4 Walmart?

5 A.  Before.

6 Q.  Okay.  Anything else?

7 A.  No.

8 Q.  Do you have any trips or vacations planned?

9 A.  No.

10 Q.  Is there anything that you can't do now that

11 you could do before the incident -- well, this is kind

12 of a funny question because you had this traumatic

13 accident with the motorcycle that obviously you're

14 still in treatment for.

15     So if you could kind of, I guess, put that

16 aside, for lack of a better term, for a minute.  Is

17 there anything that you can't do now because of the

18 accident at Walmart?

19     I know there's probably plenty of things you

20 can't do now because of the motorcycle accident; but

21 is there anything that you can't do now -- or take it

22 up to the time of the motorcycle accident, right

Page 172

1 before it happened, was there anything you couldn't do

2 because of the allegation of the injuries at Walmart?

3 Does that make sense?

4 A.  Yeah.  I would not do a lot of walking

5 because my foot would start to burn and swell.  I

6 didn't do a lot of lifting because my back would hurt.

7 I didn't do a lot of long-distance walking, I didn't

8 do a lot of sitting.

9 Q.  Were you still able to enjoy recreational

10 activities?

11 A.  It depends on the activity.  I mean, my

12 family likes to horseback ride and ride four-wheelers

13 and such, and I -- I don't go with them anymore

14 because it's just -- even shopping is traumatic

15 because I always feel like someone's going to hit me

16 with a shopping cart.  If I hear people close to me,

17 I'm facing them because I don't want my back turned

18 anymore.

19 Q.  Do you still go shopping?

20 A.  Yes.

21 Q.  Do you go grocery shopping?

22 A.  Yes.  I ride in a cart.

Page 173

1 Q. Because of the motorcycle incident?
2 A. Yes.
3 Q. So --
4 A. But I did ride in the cart before that. If
5 it was going to be a lot of shopping, then I am in a
6 cart.
7 Q. When is the last time you went horseback
8 riding?
9 A. Maybe -- maybe six -- maybe six years ago.
10 Q. So approximately 2013?
11 A. I think so. Not for sure.
12 Q. Would it have been before 2013? Like 2012,
13 2011, or you don't know?
14 A. I don't know.
15 Q. When is the last time you went
16 four-wheeling?
17 A. The last time I went four-wheeling was maybe
18 six months or so after the incident where I hurt my
19 rib.
20 Q. That was in 2014?
21 A. Uh-huh.
22 Q. So the last time you went four-wheeling was

Page 174

1 in 2014?
2 A. Maybe 2015. I'm not sure.
3 Q. Have you -- are you -- for the incident --
4 for the injuries you complained about at Walmart, are
5 you on any restrictions from your doctors currently?
6 A. No.
7 Q. When was the last time you were on a
8 motorcycle?
9 A. August 19, 2018.
10 Q. How about before that, how often did you do
11 that recreationally before the accident?
12 A. Before the accident? If the weather was
13 nice, then we might go for a ride. It just depends on
14 how I felt.
15 Q. Sure. But I mean, were you riding -- and I
16 get it, my husband has a motorcycle.
17    Were you riding, you know, on the weekends
18 during spring, summer months? I mean, how often were
19 you riding?
20 A. I don't know. It depends on how I feel,
21 really, because if I'm in pain, I'm not going. So I
22 can't say. It's just -- be like today, I feel pretty

Page 175

1 good. Do you want to go for a ride? Yeah. Let's go
2 for a ride. If I don't feel good, no, I'm not going
3 for a ride.
4 Q. I get that.
5 A. And if you take me for a ride, you're not
6 going very far.
7 Q. And I get that, but I need to discover the
8 frequency with which you would ride. I understand
9 there's some times where you wouldn't ride; but with
10 what frequency were you riding a motorcycle, say, in
11 2016?
12 A. I don't -- I think I might have only been on
13 that a couple of times.
14 Q. How about in 2017?
15 A. Maybe a couple times.
16 Q. And then in 2018?
17 A. Once.
18 Q. So when you say a couple of times, what does
19 that mean to you? Does that mean two or three, or
20 five or six?
21 A. Maybe two or three, but be like maybe from
22 home to my parents' house, which is a 15-minute ride.

Page 176

1 Q. And in all of these times when you were
2 riding in 2016, 2017, 2018, you were the passenger not
3 the driver; is that right?
4 A. I have been the driver on occasion.
5 Q. In these years?
6 A. Once -- once I was a driver.
7 Q. When?
8 A. When it was in a parking lot.
9 Q. When was that?
10 A. I don't remember the date.
11 Q. What year was it? You seem to remember --
12 A. Two thousand -- I'm not sure. I'm not going
13 to give a date because I'm not sure.
14 Q. Okay. What approximately was the date?
15 A. Maybe 2016, if not 2015. I don't remember.
16 Q. Okay. And do you have your motorcycle
17 license?
18 A. Yes.
19 Q. Okay. Do you own your own motorcycle?
20 A. I used to, but I do not anymore.
21 Q. When did you get rid of your motorcycle?
22 A. Years ago. Maybe -- maybe four or five

Page 177

1  years ago.
2  Q.  Like in 2015?  What year?  Before the
3  incident at Walmart you got rid of it?
4  A.  It was before.
5  Q.  And why did you get rid of it?
6  A.  Because I didn't need it.  I needed a Tahoe,
7  and there was a person who was willing to even swap,
8  so I took it.
9  Q.  Okay.  And that was before the incident at
10 Walmart?
11 A.  Yes.
12 Q.  Okay.  This is -- I'm really winding down.
13 Super, super close.
14     Was there any incident at Walmart -- no, no.
15     Were there hobbies that you used to do
16 before the accident at Walmart that you couldn't do
17 after because of the incident at Walmart, not because
18 of the motorcycle accident?
19 A.  I liked to go for walks.  We lived -- well,
20 at my husband's, the beach, the water -- the bay is
21 right there, and it's kind of a walk to go down those
22 steps and go down to the water; and I -- I don't do

Page 178

1  that anymore, it's too much of a walk, it's too much
2  of an incline to get back up.
3  Q.  When was the last time you did that?
4  A.  I don't even know.  Because it hurts my
5  back, I can't do it.
6  Q.  So you haven't done -- you didn't do it at
7  all in 2016, 2017, 2018?
8  A.  No.  I don't remember ever going down there.
9  It would have killed me.
10 Q.  When was the last time you did go down
11 there?
12 A.  Maybe -- I don't know.  It's too many dates
13 to try to remember.  I can't.
14 Q.  Anything else?
15 A.  No.  Oh, I was stuck on that.
16     I like to go shopping, but I don't do a lot
17 of walking.
18 Q.  But you still go shopping?
19 A.  Yeah.  I go for whatever I need.  I don't
20 just -- my mother would like to go on day trips; I
21 don't do that because it's too much.  She likes to be
22 on her feet the whole day, and I don't.

Page 179

1  Like to go -- I used to love every year to
2  go to Williamsburg and to walk around.  I don't do
3  that.  It's a lot of...
4  Q.  You hadn't been to Williamsburg since --
5  A.  We went --
6  Q.  -- 2014?
7  A.  That's for vacation.  But every year in
8  November, for Black Friday shopping, that's where we
9  would go in order to buy for Christmas.  And after
10 that, I was not able to do that anymore because I
11 wasn't going to be out doing Black Friday shopping
12 with my back hurting the way it was or the pain in my
13 butt hurting the way that it was and in my hip.  So we
14 just didn't do that anymore.  I do online shopping.
15 Q.  Have you gone Black Friday shopping in the
16 past three years?
17 A.  Uh-uh.
18 Q.  No?
19 A.  Uh-uh.  I've been online shopping.
20 Q.  Okay.  Anything else?
21 A.  I mean, sex, but that's out of the question
22 now.

Page 180

1  Q.  Well, it's not out of the question.
2  A.  It's out of the question because the last
3  time that we tried, it just hurt.
4  Q.  Okay.  All right.  And we already agreed we
5  weren't going to get into any of that, so I will
6  continue to honor that agreement.
7     MS. ALEXANDER: Those are all the questions
8  that I have, Ms. Gatchell.
9     Is there -- your attorney may have questions
10 for you.  Other than that, that's all I have.
11    MR. KLOPFER: I do have just a few.
12    EXAMINATION
13    BY MR. KLOPFER:
14 Q.  When the shopping cart hit you in your back
15 and the leg area that we had spoken about, what --
16 what happened to your body?  What movements did your
17 body make?
18 A.  I was kind of thrust forward and my -- like
19 you get hit in the back and you go forward and then
20 you kind of like snap back.
21 Q.  Making a motion with your head.
22 A.  Well, my back, neck, and head kind of just

Page 181

1 went backwards with the jolt. And I had excruciating
2 pain from where I got hit and across -- I don't know
3 if you've ever been run up on with a cart and somebody
4 gets you at the back of your ankles?
5 Q. Okay.
6 A. But to have as many carts hit me the way
7 that they did, it was -- it was a lot.
8 Q. Okay. And when you had the rhizotomies
9 done, did the doctors ever discuss anything with you
10 about if the pain -- you know, if the relief from the
11 rhizotomies stopped giving the relief, for you to come
12 back for further treatment?
13 A. They said that it would normally last maybe
14 a year, and that nerves do grow back.
15 Q. Okay.
16 A. And so that's why I had the second one done.
17 And then I had to pay out-of-pocket both times, so I
18 have not gone -- I've been focusing more on my current
19 injury than on my back right now.
20 Q. If it weren't for your current injury, would
21 you have continued to focus on your back?
22 A. Yes.

Page 182

1     MS. ALEXANDER: Objection. Form.
2     But you can answer.
3     BY MR. KLOPFER:
4 Q. Did anybody discuss whether or not you could
5 have another rhizotomy?
6 A. I did not discuss with anybody. I know that
7 I can. It's just paying for it.
8 Q. Okay. If it were to be recommended again
9 for you, would you want to have another rhizotomy?
10 A. Yes.
11     MR. KLOPFER: That was all.
12     MS. ALEXANDER: Okay. We can go off the
13 record.
14     (Discussion held off the record.)
15     THE WITNESS: I would like to review it.
16     MS. ALEXANDER: I'd like an Etran with a
17 mini and a full.
18     THE REPORTER: Are you ordering also?
19     MR. KLOPFER: I absolutely need a copy.
20     (Off the record at 6:04 p.m.)
21
22

Page 183

1     CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3     I, MaryJo Legg, the officer before whom the
4 foregoing deposition was taken, do hereby certify that
5 the foregoing transcript is a true and correct record
6 of the testimony given; that said testimony
7 was taken by me stenographically and thereafter
8 reduced to typewriting under my direction; that
9 reading and signing was requested; and that I am
10 neither counsel for, related to, nor employed by any
11 of the parties to this case and have no interest,
12 financial or otherwise, in its outcome.
13     IN WITNESS WHEREOF, I have hereunto set my hand
14 and affixed my notarial seal this 28th day of March,
15 2019.
16
17
18
19                          Notary Public in and for
                           the State of Maryland
20
21 My Commission expires:
   September 30, 2021
22

Page 184

1                   I N D E X
2        DEPOSITION OF CYNTHIA LYNN GATCHELL
3              MARCH 19, 2019
4
5 EXAMINATION BY:          PAGE
6 Ms. Alexander            3
7 Mr. Klopfer             180
8 GATCHELL DEPOSITION:                    PAGE
9 Exhibit  1  Notice of Deposition           5
10 Exhibit  2  Answers to Interrogatories    35
11 Exhibit  3  Customer Statement            60
12 Exhibit  4  Photograph                    63
13 Exhibit  5  Photograph                    63
14 Exhibit  6  Photograph                    65
15 Exhibit  7  Photograph                    66
16 Exhibit  8  Photograph                    66
17 Exhibit  9  Photograph                    67
18 Exhibit 10  Photograph                    70
19 Exhibit 11  Handwritten Notes             78
20 Exhibit 12  Off-Work Slip                104
21 Exhibit 13  Wage and Salary Verification Form  137
22 Exhibit 14  Lost Income Form             141

Page 185

```
 1              CERTIFICATE OF DEPONENT

 2

 3          I hereby certify that I have read and
     examined the foregoing transcript, and the same is a
 4   true and accurate record of the testimony given by me.

 5          Any additions or corrections that I feel are
     necessary, I will attach on a separate sheet of paper
 6   to the original transcript.

 7

 8

 9          _____

10              CYNTHIA LYNN GATCHELL

11

12          I hereby certify that the individual
     representing himself/herself to be the above-named
13   individual, appeared before me this _____ day of
     _____, 2019, and executed the above
14   certificate in my presence.

15

16

17          _____

18              NOTARY PUBLIC IN AND FOR

19          _____

20

21   MY COMMISSION EXPIRES:

22   _____
```

Page 186

```
 1   WITNESS:  CYNTHIA LYNN GATCHELL

 2   DATE:  MARCH 19, 2019

 3   CASE:  CYNTHIA L. GATCHELL vs. JOHN DOE, et al.

 4   Please note any errors and the corrections thereof on
     this errata sheet.  The rules require a reason for any
 5   change or correction.  It may be general, as "To
     correct stenographic error," or  "To clarify the
 6   record," or "To conform with the facts."

 7   PAGE LINE        CORRECTION        REASON FOR CHANGE

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____
```

## $

**$100,000 (2)**
131:19;133:4

**$16.28 (3)**
143:2,18,21

**$17.09 (5)**
137:6,9;143:6,12;144:3

**$6,648.30 (1)**
127:1

**$7,383 (1)**
136:19

**$800 (1)**
125:12

## A

**ability (1)**
32:9

**able (18)**
4:13;5:8;77:18;89:18,21;
90:2,4;91:15,20;92:7,18;
97:12;99:4;103:13,14;106:14;
172:9;179:10

**about (73)**
5:4;7:10,15;10:18;15:16;
18:2,3;19:10,16,21;24:14;
26:7;27:15;28:2,21;29:16;
30:18;34:4;39:3,21;40:8;
41:7;42:10;43:13,14;47:6,9;
51:20;54:21;74:5;76:19;83:5;
85:10,11;86:9;90:11;91:13;
94:1;100:11;107:13;109:15;
111:17;114:4,14;116:12;
117:2,20;118:11;120:3;126:2;
133:8,14;137:7;138:8;140:2;
144:21;145:14;146:5;147:16;
148:8,19;153:6;161:4;163:20,
22;165:10;168:22;170:17;

174:4,10;175:14;180:15;
181:10

**above (8)**
52:9,10,14;53:5,10;57:1;
72:18;123:18

**absolutely (1)**
182:19

**Academy (1)**
16:12

**accident (30)**
10:12;24:3,4,7;130:5;
134:16;144:18;145:4,7;146:5;
148:11,21;149:16;151:10;
152:4,14;153:1,9,13;157:9,
12;161:12;171:13,18,20,22;
174:11,12;177:16,18

**accidents (7)**
37:11;161:7,14,16;162:4,
17,19

**according (4)**
117:19;143:8,15;144:4

**accurately (4)**
4:6,13;5:8;64:11

**accustomed (1)**
88:16

**Achilles (1)**
52:11

**acid (1)**
34:22

**across (2)**
52:9;181:2

**acting (1)**
147:3

**activities (2)**
117:16;172:10

**activity (1)**
172:11

**actual (3)**
74:12;80:20;84:19

**actually (2)**

**acupuncture (1)**
81:9;132:7

**acupuncture (1)**
122:21

**acupuncturist (1)**
133:20

**add (1)**
11:2

**additional (3)**
6:18,20;16:21

**address (16)**
3:14;10:21;12:11;18:2,10,
18,22;39:13,14;60:16,22;
91:10,22;92:9,13,16

**addresses (1)**
91:5

**adjustment (1)**
106:15

**adopted (1)**
11:14

**adoption (1)**
11:6

**affect (1)**
32:9

**after (45)**
15:3;22:15;27:6;30:10,15;
31:7;38:22;49:7;57:9;68:11,
12,17;72:3;79:6;80:4;81:7;
83:5,22;85:6;90:12;93:17;
99:12;101:5;103:7;108:18,19;
109:4;113:4;117:7;118:2,18;
120:18,22;140:4;141:6,7;
143:8;144:12;153:12,19;
170:1;171:3;173:18;177:17;
179:9

**afternoon (3)**
81:20;98:12;150:11

**again (8)**
12:6,12;15:1;36:11;71:4;
112:13;123:19;182:8

**against (3)**

**3:12;126:7;146:18**

**age (6)**
10:4;11:10;54:19;56:4;
123:15;124:8

**aging (1)**
110:7

**ago (16)**
32:21;34:16;68:16,16;
106:22;128:12,14;160:8;
169:14,19,20;170:12,17;
173:9;176:22;177:1

**agree (5)**
6:17;15:10;26:6;104:13;
106:8

**agreed (1)**
180:4

**agreement (1)**
180:6

**ahead (1)**
77:22

**AIC (1)**
152:2

**Aid (1)**
96:10

**ailment (1)**
119:4

**air (1)**
50:14

**alcohol (4)**
47:5,10;150:8;154:7

**Alethea (6)**
51:3,15;55:16;60:17;62:22;
79:6

**ALEXANDER (91)**
3:9,11;5:16;6:8,11;10:13,
16;12:6,9,10;14:20,22;15:8,
12;35:20;36:1,16,20;37:1;
41:8;60:3;63:5,8,12;65:3,9;
66:7,22;67:15;68:2,6,7;71:1,
4,8,9,18;78:3;89:8,13;90:19;

91:1,8;93:7,10,14,18;104:9;
120:12,16;123:4,7,9,11,12,20;
124:1,4,6;126:11,13,15,21;
127:2,6,8,9,16,22;128:3;
130:18;137:13;139:16;141:7,
13;142:20;145:22;146:2,9,12;
147:13;148:4,6,7,21;149:2,4;
180:7;182:1,12,16

**Alexis (4)**
11:17;12:7;16:6;92:7

**Alfano (25)**
88:8,9,18;105:15;106:14,
17;107:2,3,6;109:4,7,8,17,19;
111:3,16;112:18;113:4;
133:14,16,17;134:3;160:18,
21;161:3

**A-L-F-A-N-O (1)**
88:9

**Alfano's (3)**
107:15,17;134:4

**allegation (2)**
119:18;172:2

**allege (1)**
48:18

**alleged (1)**
49:16

**allowed (1)**
140:14

**alone (2)**
41:10,12

**along (1)**
34:8

**already (20)**
6:3;7:16,20;11:1;22:19;
36:9;38:3;47:6;48:12,21;
70:17;76:5,20;83:2;86:21;
87:2;99:6;133:14;136:3;
180:4

**also (13)**
5:6,21;33:9;44:20;69:22;

112:18;113:1;126:19;145:18;
154:9;159:16;161:6;182:18

**always (1)**
172:15

**Ambien (5)**
33:18,19;43:9,20;44:3

**ambulance (2)**
77:3;150:18

**amend (1)**
43:2

**amended (1)**
5:18

**American (12)**
20:15,22;22:8;23:10;25:4,
8;30:14;31:8;123:9;137:1;
144:18;145:19

**amongst (1)**
147:19

**amount (2)**
109:16;126:22

**anesthesia (1)**
115:7

**angry (1)**
62:8

**ankle (7)**
52:15;53:7,10;134:12;
151:1,5,10

**ankles (2)**
52:10;181:4

**Anne (1)**
116:9

**annex (2)**
21:5,14

**Anno (1)**
92:18

**another (11)**
5:7;11:15;26:7,11;52:21;
95:18;123:1;140:1;156:13;
182:5,9

**answer (15)**

4:16;14:16;40:11;43:1,2,4,
6;77:4;81:4,14;89:6;109:11;
110:19,19;182:2

**answered (6)**
35:16;37:10,11,13;43:8;
76:12

**answers (5)**
35:14;36:9;89:3;110:9;
131:17

**anticipated (1)**
14:14

**antidepressant (3)**
33:6,10;34:9

**antidepressants (2)**
35:4,6

**anti-inflammatory (1)**
95:14

**anxiety (3)**
45:1;131:6,9

**anybody (2)**
182:4,6

**anymore (7)**
116:16;172:13,18;176:20;
178:1;179:10,14

**anyone (10)**
17:20;50:15;51:15;57:11;
76:20;77:1;88:11;105:12;
122:19;134:4

**anything (61)**
6:6;7:3,6,9,16,19;16:16;
34:3,17;35:12;37:7;38:13,19;
48:10,13;50:1,18;62:14;
70:15,18;72:19;74:1;76:4;
81:1;89:22;90:6,8;94:12;
97:18;102:2;108:4,10,11;
114:7;117:11,17;118:8;
120:13;122:21;126:2;129:14;
131:12;132:10;133:8;134:19;
140:13;146:8;156:7;157:2;
161:9;163:15,19,22;171:6,10,

17,21;172:1;178:14;179:20;
181:9

**Anywhere (5)**
44:16;53:17;58:12;75:13;
100:21

**apart (2)**
14:11;116:12

**apologies (1)**
109:1

**appeal (1)**
163:6

**application (2)**
130:22;131:13

**applied (3)**
128:10;129:19;163:8

**apply (1)**
130:2

**appointment (2)**
139:2,8

**appointments (1)**
139:1

**appreciate (2)**
139:13,16

**approached (3)**
51:4;57:10,11

**approximate (3)**
46:17;58:6;118:17

**Approximately (11)**
25:13;31:10;40:13;41:5,13;
68:13,15;80:12;170:16;
173:10;176:14

**approximation (1)**
154:15

**April (2)**
92:14;107:12

**Arango (5)**
109:3,6,9,14;113:10

**area (20)**
52:9,11,21;53:7,13;62:20;
63:15;64:1,2;65:16,20;76:8;

83:17;88:15;134:9;135:5,19;
153:11;158:8;180:15

**aren't (3)**
4:13;38:3;40:10

**arm (3)**
10:22;155:13;158:16

**around (11)**
49:17,22;50:16,17;55:8;
83:18;149:18;167:2,3;168:15;
179:2

**arrive (1)**
41:13

**arrived (2)**
47:3;79:15

**arriving (1)**
42:21

**artist (1)**
28:15

**Arundel (1)**
116:9

**aside (2)**
10:5;171:16

**asked (11)**
43:7;51:5,13,18;56:11;
57:3;77:3;89:8;97:3;98:22;
99:3

**asking (8)**
4:16;45:13;64:21;110:13;
119:9,12;143:12;153:17

**assault (1)**
62:14

**assistance (1)**
77:2

**assistant (1)**
78:20

**assisted (1)**
51:13

**associate (1)**
60:18

**associates (7)**

62:19;105:3,4,9,12;106:9;
118:22

**assume (4)**
4:15;12:6;143:21;164:21

**ATIs (1)**
91:3

**attached (16)**
5:15,21;35:19;60:2;63:4;
65:8;66:6,21;67:14;70:22;
77:9,12;78:2;104:8;137:12;
141:12

**attempting (1)**
72:13

**attest (1)**
89:20

**attorney (19)**
3:11;6:3;67:17;80:22;81:1,
2,10,15;85:4,5;129:7;140:21;
141:3;142:12;146:13;147:5,
18;156:11;180:9

**attorney's (2)**
107:18,20

**August (18)**
14:7;23:13,15,22;24:2;
115:14;117:8;128:16;140:2,3,
16;145:8,9;148:12,22;152:14,
15;174:9

**authorizing (1)**
140:10

**average (5)**
40:20,21,22;54:20;86:9

**aware (8)**
23:11;36:10;51:19,21;
78:11;107:16;142:4,6

**away (5)**
8:22;49:14;87:14,17,20

**B**

**baby (1)**

27:6

**Bach (1)**
128:4

**B-A-C-H (1)**
128:4

**back (93)**
6:21;8:1;10:11;21:19,20;
27:16,21;49:22;52:3,5,10,20,
20,20,22;53:7,8,10,14,17,18;
54:4;57:1,10;58:2;69:18;
71:12,14,21;72:14;75:20;
85:19;86:4,20,21;88:15,20;
94:19;95:5,11;97:20;101:9,
13,13;108:2,22;109:1;112:16;
114:4;116:3;117:9;118:11;
120:2;121:7,22;131:21;
135:16;145:11;147:15;
149:11,17;152:22;153:3,6,8,
10;157:13;158:4,6,9,15,19;
159:5,7,12;160:5,21;162:7;
168:15;172:6,17;178:2,5;
179:12;180:14,19,20,22;
181:4,12,14,19,21

**backwards (7)**
155:13;157:15,16;159:10;
160:2,3;181:1

**bad (1)**
87:7

**banged (1)**
160:2

**Bank (5)**
29:7,17;30:2,10,15

**Baptist (1)**
16:11

**Barletta (12)**
88:6,7,13;113:7,20;114:3,7,
15;115:2;116:4,5;121:7

**B-A-R-L-E-T-T-A (1)**
88:7

**base (3)**

21:5,7,12

**based (2)**
123:15;133:4

**basement (1)**
19:18

**basically (1)**
5:19

**basis (6)**
33:15;129:10,16;131:4,13,
20

**bathroom (1)**
93:13

**bathrooms (1)**
22:2

**bay (1)**
177:20

**beach (3)**
167:10,11;177:20

**beaches (1)**
168:17

**beans (4)**
41:19;47:14;58:19;59:5

**because (63)**
4:13;7:3;15:13;23:12;26:6;
30:11;34:18;41:1;43:2;45:12;
56:15,17,21;58:16;69:11;
72:11;73:11;75:9;84:10,16;
87:6;93:11;96:2;97:11,16;
107:7;108:22;110:2;113:15;
114:13;120:12;121:4,11;
124:8,16;128:22;129:2;
131:21;140:21;142:12;
147:18;156:2;159:14;166:9;
171:12,17,20;172:2,5,6,14,15,
17;173:1;174:21;176:13;
177:6,17,17;178:4,21;179:10;
180:2

**become (2)**
9:3;110:14

**bedroom (2)**

19:13,19

**bedtime (1)**
33:20

**been (57)**
3:5,21;6:18;8:2;11:1,3;
20:16,21;21:10;22:8;39:8,18,
22;40:13;42:15;44:19;45:11;
56:15;58:4,8;64:16;66:10;
69:3;79:7;92:20;94:11;99:11;
102:20;109:7;114:11;117:17;
119:3,6;125:1;126:9,11;
133:13,15,20,22;134:6,18;
135:22;136:2;140:22;144:2;
153:15;165:9;170:20;171:1;
173:12;175:12;176:4;179:4,
19;181:3,18

**before (50)**
3:21;5:11;18:22;22:15,17;
25:7;31:7,11;39:9,19;42:21;
43:1,3,9,17;44:1,4;45:11,18;
50:6,16;61:20;62:22;68:11;
90:12;91:21;121:12;131:9;
133:15,16;163:2;169:10;
170:2,6,7,8,14;171:3,5,11;
172:1;173:4,12;174:10,11,12;
177:2,4,9,16

**began (1)**
21:11

**begin (2)**
30:9;84:15

**beginning (1)**
152:19

**behalf (2)**
4:4;126:15

**behind (3)**
48:9;75:9;77:9

**being (9)**
10:10,17,18;50:22;64:4;
86:7,7;89:20;123:16

**believe (23)**

22:10;23:6;24:13;27:20;
30:16;43:8;50:19;62:7,10,13,
16;70:17;87:22;94:22;104:3;
108:21;112:21;113:8;118:10;
136:19;138:1,14;140:4

**benefit (1)**
74:15

**benefits (1)**
128:8

**Beretta (2)**
26:13;27:13

**best (1)**
25:10

**better (3)**
29:3;130:20;171:16

**between (7)**
25:20;30:22;41:15;53:4;
87:4;166:1;169:15

**big (3)**
74:5;90:1;125:8

**bike (3)**
36:15;149:21;150:3

**bills (5)**
124:22;126:3,8;131:18;
133:3

**biological (1)**
11:13

**birth (4)**
3:19;9:13;12:2;60:22

**birthday (2)**
166:10,11

**Birthmark (2)**
75:22;76:1

**Black (3)**
179:8,11,15

**blondish (1)**
54:17

**blood (2)**
75:3,18

**body (11)**

49:12;52:2;54:4,9,12,19;
62:11;103:20;159:3;180:16,
17

**bored (1)**
17:9

**born (1)**
27:11

**both (9)**
92:15;98:14,17;117:1;
161:19,21;162:4,5;181:17

**bottom (5)**
52:5;53:4;60:9;67:6;71:14

**break (2)**
4:22;93:20

**breakdown (1)**
136:22

**Brian (1)**
128:4

**brief (2)**
6:16;15:2

**bring (5)**
6:1;7:3;34:19;97:17;142:9

**broken (6)**
75:3;116:17;151:1,5;
154:10;155:14

**brought (3)**
3:12;6:6,12

**brown (2)**
56:1;75:21

**bruise (4)**
74:3,4,18,22

**bruised (3)**
73:14;151:12,13

**bruising (6)**
72:21;73:3,7,9,10;75:16

**Bryans (5)**
28:6,8,9;44:7,9

**build (1)**
54:20

**building (1)**

65:5

**bulging (2)**
110:1;112:22

**bumped (2)**
151:12,13

**burn (1)**
172:5

**burst (1)**
75:18

**buspirone (1)**
35:1

**butt (5)**
52:3;53:18;72:18;160:5;
179:13

**buttocks (2)**
71:15;86:22

**button (1)**
5:11

**buy (1)**
179:9

**C**

**Caitlyn (1)**
92:18

**calendars (1)**
7:9

**calf (3)**
52:19,20;53:4

**California (4)**
165:11,14,16,18

**call (6)**
5:22;52:18;64:12;78:9;
90:13;93:3

**called (13)**
3:5;21:15,19,20;77:19;85:4,
6;90:17;91:12;97:10;135:14;
150:12;167:21

**calling (2)**
73:10;90:16

**came (8)**
58:2;59:2;62:2;79:5,6;99:3;
149:18;159:12

**camera (1)**
69:18

**can (49)**
4:3,12;5:2,3;6:8;10:13;
14:20;15:16;26:10;31:4,5;
35:13;37:7;44:2;50:6;53:5,
12;54:16,19;58:6;68:3;77:11;
81:4,14;89:20;91:6;93:11,14;
104:4,5,13;107:21;108:4;
109:11;110:17;114:13;
123:19;124:4;126:3,16,17;
133:8;136:1,5;140:20;146:10;
182:2,7,12

**cannot (3)**
34:18;76:11;162:8

**can't (14)**
4:12;22:14;34:20;99:16;
152:13;153:18;159:2;171:10,
17,20,21;174:22;178:5,13

**capable (1)**
10:2

**Capital (3)**
134:9;135:5,19

**car (7)**
10:12;59:18;98:8;161:6,11,
16;162:4

**care (44)**
10:6;75:15;80:8,9,19,21;
84:16;95:8,9,19;96:6,8;97:12;
104:20;105:1,10,17,20;106:2,
5,9,13;107:6;110:16;118:6,
11,12,22;119:3,6;120:6,18;
121:1,3,10,14,17;122:4;132:6,
13,17,20;164:6;165:10

**career (1)**
20:21

**cars (3)**

**cart (35)**
98:8,11;100:8
47:22;48:8,9,12,22;49:4,8;
52:1,1,17;53:9,12,19,22;54:3,
5,9;58:2;59:4,7;61:20;62:7;
64:13;65:16;66:18;70:1,4,17;
147:1;172:16,22;173:4,6;
180:14;181:3

**carts (22)**
48:2,7,18,19;49:5,13,14,16;
51:22;52:3;54:14;56:18;
61:14,15,17;62:11;64:22;
69:18;76:13,13,17;181:6

**case (8)**
6:4;10:18;67:18;78:11;
94:12;127:20;129:8;151:17

**cash (2)**
97:17,18

**cashier (4)**
59:9,10,13;79:13

**catamaran (1)**
166:16

**categories (1)**
145:16

**caught (1)**
155:15

**cause (4)**
112:6;114:13;146:7;162:7

**caused (4)**
75:9;99:16;155:16;162:5

**cave (5)**
167:18,21;168:1,2,12

**CDs (1)**
7:5

**Cedar (10)**
18:14,17,22;19:10,13;91:9;
92:1,10,16;169:8

**celebration (1)**
166:12

**Center (12)**

**certificates (1)**
84:18;94:3,18;101:6,18;
102:22;103:11;104:18;
105:14;114:19;115:5;116:9

**cervical (2)**
16:21

**chair (4)**
111:2,7

**change (5)**
154:10;155:12,13,14

**changed (3)**
37:7,8;38:13;113:3;143:17

**changes (3)**
21:16;43:12;151:8

**characterization (1)**
36:8;112:13;113:2

**characterize (1)**
145:2

**Charles (15)**
8:20

**check (3)**
75:14;80:8,9;84:11,14;94:2,
17;101:13;103:5;135:8,11,15;
148:18;149:3;151:8

**checked (1)**
59:9,12;125:22

**Cherokee (1)**
79:12

**Chicago (1)**
59:19

**child (1)**
165:9

**children (2)**
11:15

**chiropractic (1)**
9:7;16:5

**chiropractor (4)**
122:20

**Chlor (1)**
108:11;133:15,18;160:19

**chlorpromazine (1)**
34:4

**Christmas (1)**
34:6

**Circle (4)**
179:9

**Civista (3)**
19:1;169:5,6,7

**claim (23)**
135:7;160:12;162:10

**claiming (9)**
10:17;12:7;15:5,18,21;
61:15;89:5;129:16;131:5,14,
18,20;133:3;136:14,18;146:3,
17,17;151:17;154:5,18,21;
156:14

**claims (2)**
37:20;85:8,12,17;130:13,
21,22;132:22;136:22

**Clark (5)**
147:10;162:13

**classes (1)**
8:6,11,18;9:12;16:3

**clean (1)**
16:17

**click (1)**
146:17

**client (2)**
5:11

**close (2)**
4:4;147:2

**closed (1)**
172:16;177:13

**closer (1)**
156:7

**clothes (1)**
84:13

**Coat (2)**
42:10

**Coat (2)**
42:12,18

**coffee (2)**
5:1,3
**college (1)**
16:16
**color (6)**
67:20;68:4;71:5,18;73:15,
17
**come (11)**
5:19;6:21;97:14,16;98:4;
103:9;119:10;133:9;145:11;
147:15;181:11
**comes (1)**
110:7
**comfortable (1)**
80:3
**comp (1)**
25:1
**company (4)**
126:6;151:19,21;152:1
**compensation (9)**
154:18,21;155:6,18,21;
156:14,21;157:7;162:16
**complain (1)**
120:8
**complained (1)**
174:4
**complaining (6)**
86:2;101:9;114:4;120:2;
122:7,13
**complaint (1)**
118:9
**complaints (1)**
158:6
**complete (1)**
72:12
**complications (1)**
115:10
**concerned (2)**
18:7;156:6
**concussion (1)**

**156:19**
**condition (1)**
119:15
**conditions (2)**
41:22;110:10
**confirm (1)**
146:2
**confused (1)**
119:20
**connect (1)**
116:17
**connected (1)**
53:21
**connection (1)**
34:11
**consider (2)**
23:18;36:20
**considered (2)**
22:5;33:9
**consistent (1)**
64:18
**consortium (2)**
15:19;146:3
**Constance (1)**
89:15
**constantly (1)**
86:13
**consumed (1)**
43:7
**contact (7)**
51:22;52:1;53:20,22;54:4,
9;62:11
**contacts (1)**
17:12
**continue (5)**
23:6;27:3,7;93:19;180:6
**continued (1)**
181:21
**contract (1)**
121:11

**contractor (1)**
21:2
**contusion (1)**
109:20
**conversation (6)**
6:16;15:2,4;111:22;114:6;
146:14
**cook (2)**
82:2,14
**cooler (1)**
170:4
**copies (3)**
36:2;67:20;71:5
**copy (5)**
36:1;63:9;68:4;127:4;
182:19
**corner (2)**
67:6,10
**corporate (1)**
99:6
**corral (2)**
64:13;65:16
**correct (46)**
15:10;23:16;29:12;53:20;
54:1;70:7,8,10,16;76:2,3;
78:8;79:13;94:6,7;103:2,7,8;
115:8;124:8;130:17;131:7,10;
132:9,11,12;136:8,16,17;
137:8;138:7,11,20;143:2,9,15,
16;144:15,19;146:4;148:1,5;
153:13,21;156:5;157:4
**couch (1)**
83:1
**Could (8)**
3:13;91:4,20;94:5;114:16;
171:11,15;182:4
**couldn't (4)**
103:16;109:9;172:1;177:16
**counsel (9)**
6:15;15:3,8,16;36:1;66:11;

89:8;136:12;139:17
**counseling (1)**
136:7
**counsel's (1)**
130:19
**count (1)**
39:20
**counter (1)**
98:18
**county (2)**
148:17;149:3
**couple (9)**
7:14;80:13;85:10;153:19;
161:6;170:7;175:13,15,18
**course (2)**
52:19;93:14
**court (2)**
4:5;5:8
**cover (4)**
96:20;97:2,5;99:4
**covered (2)**
96:3;155:22
**co-worker (1)**
89:16
**Crashing (1)**
54:12
**created (1)**
159:20
**Creek (7)**
3:17;12:13,14;18:2,11;
19:17;82:5
**Crestar (7)**
29:5,6,7,17;30:2,10,15
**crevice (2)**
168:5,11
**cruise (1)**
165:2
**cup (2)**
5:1,3
**current (9)**

10:21;38:17;85:13,18;86:1,
17;90:21;181:18,20

**currently (11)**
12:11;13:21;20:12;23:11;
24:7,8;132:10;134:11;135:4;
152:8;174:5

**Custodial (1)**
20:20

**custody (2)**
11:4,10

**customer (3)**
60:20;77:7;98:19

**customers (1)**
51:17

**cut (1)**
74:21

**CVS (3)**
44:7,9,15

**Cyndi (2)**
8:6;163:18

**CYNTHIA (6)**
3:4,16;8:6,6,10;9:3

**C-Y-N-T-H-I-A (1)**
3:16

---

**D**

**Daily (2)**
32:14;35:6

**damages (5)**
57:16;89:5;90:9;91:14;93:6

**Dan (3)**
79:3,8;99:9

**Darlene (2)**
90:2;138:3

**date (25)**
3:19;5:20;9:13;12:2;14:17;
23:20;47:9;60:19,22;61:10;
62:6;81:16;107:12;119:1;
139:11;140:15,15;145:7;

152:10,14,17;153:18;176:10,
13,14

**dates (9)**
138:5;139:12;140:16,16;
141:9,9,22;171:1;178:12

**daughter (2)**
11:3,14

**day (37)**
23:3;24:12;31:21;39:6;
41:9;42:1,7,20;43:15,22;44:3;
45:15,18;47:2,7;59:21;77:2;
81:20;83:5;86:5,19;95:17,17;
100:13,16;103:6,7,15;109:4;
115:8;139:3,6,22;150:10;
165:20;178:20,22

**days (11)**
22:22;23:5;68:16;72:3,4;
104:6,20;106:3;138:6;144:13;
168:22

**day-to-day (1)**
15:17

**death (1)**
30:6

**decade (2)**
25:17,20

**December (10)**
104:15;109:2,3;112:11,14;
113:4;123:6;126:20;143:8,14

**decide (1)**
107:5

**decided (1)**
121:2

**decision (2)**
107:1,4

**defense (1)**
6:19

**definitely (2)**
90:20;95:9

**degenerative (9)**
110:6,7;111:8,20;112:3,7,

13;113:2,3

**denial (1)**
163:5

**denied (4)**
125:6,7,9;128:22

**denying (1)**
125:13

**department (2)**
48:5,20

**dependent (3)**
9:22;10:19;117:15

**depends (4)**
139:4;172:11;174:13,20

**depict (1)**
64:12

**depicted (1)**
72:19

**deposed (1)**
3:21

**deposition (63)**
4:2;5:14,17,18;6:2,6,17,22;
7:2;32:10;35:18,21;36:3;
38:12;60:1,5,13,15;63:3,7,13,
14,16,22;64:2,6;65:7,10,12,
13,21;66:5,8,13,20;67:2,3,13,
16;70:21;71:3,5,10,20;72:15;
75:2;78:1,4,17;89:9;91:2;
104:7,11,14;137:11,14;
141:11,14,22;142:22;143:9,
15;144:8

**depression (2)**
131:6,9

**derailed (1)**
147:14

**describe (9)**
54:8,11,16;61:3,6;74:6,7;
158:17,20

**described (1)**
50:21

**descriptive (1)**

53:2

**desk (1)**
98:19

**detail (2)**
107:22;146:21

**detailed (1)**
145:20

**diagnose (1)**
75:17

**diagnosed (7)**
94:19;101:12;109:19;
113:20;130:1;131:8;150:21

**diagnosing (1)**
110:11

**diagnosis (7)**
109:21;110:5;113:4;131:4;
136:14;160:13,14

**diaries (1)**
7:8

**didn't (31)**
7:3;27:2;30:11;34:18;
84:17;88:17;91:3;95:18;
96:20;97:2;99:19;100:21;
103:6;106:11;108:14;120:15;
136:10;139:22;140:3,7;
143:11;152:21;157:2;159:18;
164:21;172:6,7,7;177:6;
178:6;179:14

**died (1)**
30:6

**different (9)**
37:4,5;41:3;64:17;103:10;
108:2;137:7;162:2;168:17

**dinner (1)**
82:14

**directed (1)**
33:12

**direction (1)**
54:6

**directly (1)**

21:5

**dirt (1)**
36:15

**dirty (1)**
54:17

**disability (8)**
128:11;129:8;130:3,22;
131:5,13;163:5,9

**disabled (4)**
10:8,9,11;129:11

**disc (10)**
110:1,6;111:8,20;112:3,7,
13,22;113:2,3

**disclosed (3)**
36:22;38:3;120:14

**discolored (1)**
73:12

**discover (1)**
175:7

**discovery (8)**
63:9;66:11;67:18;91:4;
104:11;131:16;137:16;141:16

**discuss (5)**
94:13;111:9;181:9;182:4,6

**discussed (10)**
76:5;87:3;114:9;122:15;
130:15;136:3;162:14,17,21;
164:5

**discussing (2)**
112:19;113:3

**Discussion (6)**
6:10;10:15;14:21;124:5;
146:11;182:14

**disease (5)**
110:6;111:8,20;112:3,7

**dismiss (2)**
147:5,8

**disparaging (1)**
159:19

**dissolution (3)**

15:5,22;146:7

**division (1)**
21:14

**divorce (1)**
14:13

**Dixon (1)**
89:15

**doctor (20)**
10:10;37:15;75:11,17;85:7;
105:6;110:14;113:8;118:11,
12;119:3,19;120:2,6,18;
121:1,3;125:3;133:5;140:14

**doctors (3)**
38:2;174:5;181:9

**doctor's (2)**
104:5;139:8

**document (4)**
5:22;7:19;78:12;157:6

**documentation (1)**
75:12

**documented (1)**
104:14

**documents (6)**
6:1,4,18,20;38:6;77:6

**Doe (1)**
147:6

**doesn't (4)**
13:20;47:16;105:19;147:20

**doing (8)**
32:10;94:8;108:1,5;113:16;
117:16;156:7;179:11

**Dollar (4)**
25:12;30:16,20;31:7

**dollars (1)**
97:9

**Don (3)**
79:3,8;99:9

**done (15)**
94:5,17;97:21;114:18,21;
115:1,7;116:8,11;117:8;

118:1;155:4;178:6;181:9,16

**don't (133)**
4:18,21;6:5;7:4;8:19;9:21;
10:3,22;14:15;26:8;27:10;
31:9,12,13;38:20;39:16,17;
40:4,6,6,11,15,19;42:7,19;
45:4,7,10,14;47:16;50:19;
53:11;56:6;57:21;62:3,5;
68:14;73:22;80:22;81:5,10,
15;87:19;93:5;95:6,9;97:9,17,
18;102:6;103:3;104:4,22;
106:6;107:22;108:7,11;
109:13;110:17,18,18;111:11,
11,22;112:1,4,8;113:5;114:2,
6,7,12;118:7;119:4,7;120:12;
121:19,21;123:14;124:1;
125:16,21;128:6;132:10;
133:7;138:22;139:7,8,8;
140:13;141:8;142:7;147:14;
149:6;152:11;154:13,16,16;
158:20;160:14,20;162:15,18,
22;165:8,8,10;169:19,20,21,
22;170:5,8;171:1;172:13,17;
173:13,14;174:20;175:2,12;
176:10,15;177:22;178:4,8,12,
16,19,21,22;179:2;181:2

**doors (1)**
65:4

**dosage (6)**
32:2,22;34:1,13;35:10;44:4

**doubt (1)**
74:16

**down (11)**
4:5;19:16;149:21;150:3;
155:14;158:16;177:12,21,22;
178:8,10

**Dr (50)**
46:15;88:6,8,13,18;105:15;
106:14,17;107:2,3,6,15,17;
109:3,4,6,7,8,9,9,14,17,19;

111:3,16;112:18;113:4,7,10,
20;114:3,7,15;115:2,13,15,16;
116:3,4,5,6;133:14,16,17;
134:3,4;135:16;160:18,21;
161:3

**draft (2)**
146:14,16

**draw (1)**
63:19

**drew (1)**
63:22

**drive (6)**
59:16,18;79:17;100:2,11;
164:22

**driven (2)**
59:14;96:5

**driver (3)**
176:3,4,6

**drive-through (3)**
96:18,20;97:1

**driveway (1)**
149:19

**driving (2)**
149:7;168:8

**drop (2)**
70:15,18

**drove (14)**
79:13;80:16,17;84:5,6;
94:4;95:19;96:8,9,12;98:3,8,
10;100:8

**drugs (4)**
47:5,10;150:8;154:7

**duces (1)**
5:18

**due (2)**
8:15;27:3

**duly (2)**
3:6;128:1

**duration (1)**
31:10

**during (6)**
  21:18;32:10;107:20;
  108:15;118:22;174:18
**dusting (2)**
  21:22;22:2
**duties (1)**
  21:21
**Dwight (3)**
  12:22;13:1,11

## E

**each (5)**
  23:12;33:3,20;125:12;
  143:19
**earlier (2)**
  98:12;137:7
**easier (1)**
  127:7
**easy (2)**
  140:5;160:15
**eat (2)**
  47:16;167:16
**edit (1)**
  38:13
**edits (1)**
  36:8
**education (2)**
  16:8,15
**eight (8)**
  11:4,11;12:16;18:3;117:5,
  21,22;145:13
**either (11)**
  63:15;67:21;76:4;79:4,8;
  87:3;116:20;128:6;141:2;
  162:7;169:21
**elapsed (1)**
  58:1
**Elbows (1)**
  151:14

**electrical (2)**
  108:6,8
**electronically (1)**
  68:3
**eligible (1)**
  124:8
**else (43)**
  7:18,19;12:19;13:11,18;
  34:3,17;35:12;42:12;44:16;
  48:13;50:18;51:15;53:17;
  61:12;72:19;74:1;76:4,20;
  88:11;89:22;90:6,8;102:2;
  107:2;108:4,10;114:14;
  122:19;129:14;131:12;
  134:19;143:18;161:9;163:15;
  166:17,19;167:9,15;168:16;
  171:6;178:14;179:20
**else's (1)**
  60:14
**emergency (3)**
  80:20;84:3,19
**emotions (1)**
  7:10
**employed (9)**
  9:19;12:4;16:18;20:12,14,
  16;23:7;90:7;129:2
**employee (6)**
  51:3,6,9;55:9;57:9;147:2
**employer (2)**
  16:19;155:19
**employment (2)**
  22:7;147:4
**end (6)**
  8:19,21;75:4,18;102:10;
  152:10
**ended (1)**
  82:2
**endure (1)**
  131:22
**enjoy (1)**

  172:9
**enjoying (1)**
  91:21
**enough (7)**
  38:1;43:5;55:15;74:16;
  105:21;113:16;124:16
**entire (4)**
  20:21;22:7;139:3,6
**entity (2)**
  146:20;147:1
**entrance (5)**
  47:2,4,12;64:8;65:4
**entries (1)**
  7:9
**envisioning (2)**
  53:6,8
**EOD (1)**
  21:14
**ER (1)**
  95:6
**error (1)**
  77:13
**essence (1)**
  146:16
**essentially (1)**
  108:1
**estimates (1)**
  133:8
**Etran (1)**
  182:16
**Eugene (1)**
  126:14
**Even (8)**
  4:9;53:20;77:12;129:1,4;
  172:14;177:7;178:4
**evening (2)**
  33:20;167:12
**event (1)**
  6:17
**ever (26)**

  3:21;8:2;17:18,20;24:16;
  39:8;61:20;73:17;86:8;
  102:18;111:9;121:22;128:10;
  133:13,15,20,22;134:6,18;
  135:22;136:2;163:2,8;178:8;
  181:3,9
**every (7)**
  31:21;32:5;33:21;35:8;
  86:5;179:1,7
**everyday (1)**
  117:12
**everyone (1)**
  4:6
**everything (4)**
  4:6,11;5:9;60:13
**everywhere (1)**
  153:2
**evidence (3)**
  7:19;37:13;38:5
**exacerbation (1)**
  136:15
**exactly (4)**
  34:5;68:14;124:18;135:14
**examination (3)**
  3:5,8;180:12
**examined (1)**
  3:6
**example (1)**
  37:9
**exclusively (1)**
  129:17
**excruciating (1)**
  181:1
**excuse (1)**
  112:10
**exercises (1)**
  108:1
**Exhibit (58)**
  5:14,17;7:2;35:18,22;36:3;
  37:4;38:13;60:1,5,14,15;63:7,

13,14,16,22;64:2,6;65:7,11,
13,14,21;66:5,9,13,20;67:2,3,
13,17;68:8;70:21;71:3,5,10,
21;72:15;75:2;78:1,5,17;
104:7,12,14;137:11,14;138:5;
141:9,11,15;142:1,13;143:1,9,
15;144:8

**Exhibits (1)**
63:3

**exist (1)**
141:1

**expect (1)**
4:21

**expectation (1)**
91:15

**expected (1)**
91:18

**expensive (2)**
96:4;167:18

**experiences (1)**
130:9

**experiencing (2)**
77:17;88:14

**expletive (1)**
55:4

**explore (1)**
168:10

**exploring (1)**
167:21

## F

**Facebook (2)**
163:14,17

**facet (1)**
114:16

**facial (1)**
55:1

**facility (5)**
80:19;95:18,19;96:6,9

**facing (6)**
49:13,14;50:15;54:6;69:17;
172:17

**fact (5)**
32:8;106:5;138:8;146:15,
20

**Fair (5)**
14:16;38:1;43:5;74:16;
105:21

**fairly (2)**
40:14;64:11

**fairness (2)**
25:19;47:15

**fall (8)**
70:7,9,11;154:1,5;155:11;
159:18;161:4

**familiar (2)**
113:21;149:18

**familiarize (1)**
36:12

**family (8)**
17:20;25:12;30:16,20;31:7;
34:8;82:9;172:12

**fancy (1)**
35:15

**far (5)**
10:10;18:7;70:13;156:6;
175:6

**fault (1)**
57:15

**features (1)**
55:2

**February (13)**
37:10,12,13,16;38:3;91:14;
112:10;128:15;138:10,14,14,
15;140:12

**federal (1)**
21:2

**feel (9)**
38:8;86:5,12;116:16;

117:16;172:15;174:20,22;
175:2

**feeling (2)**
59:1;139:7

**feelings (1)**
7:10

**feet (4)**
52:9;57:1;159:14;178:22

**fell (7)**
153:13;154:2,9;155:13;
159:17;160:2,3

**felt (2)**
86:8;174:14

**Ferrero's (1)**
135:16

**few (11)**
46:16;72:3,5;100:1;104:6;
124:18;128:12,14;144:13;
169:19;180:11

**figure (2)**
119:11;143:6

**filed (1)**
163:2

**fill (7)**
56:11,13;98:2;99:16;102:8,
15;143:10

**filled (6)**
44:6,9,14;57:7,9;60:7

**filling (2)**
58:16;102:10

**financial (1)**
9:22

**financially (1)**
10:18

**find (1)**
96:19

**fine (2)**
144:17;145:1

**finger (1)**
153:22

**fingers (1)**
74:10

**finish (4)**
5:10;68:22;118:15;120:21

**finished (2)**
58:21;155:9

**firm (1)**
107:18

**first (23)**
3:6,14;4:11;19:14;28:14;
45:8,10;65:13;67:20;73:20,
21;79:6;81:2;87:13,14,18,20;
103:1;108:19;110:21;112:11;
117:2,7

**five (8)**
23:5;27:19;28:3;44:11;
104:20;106:2;175:20;176:22

**five-minute (1)**
93:20

**flew (2)**
165:7,22

**flipped (2)**
157:16;159:9

**floor (3)**
19:14,14,15

**Florida (1)**
170:11

**fly (6)**
164:22;165:3,5,11,11,20

**focus (1)**
181:21

**focusing (1)**
181:18

**folks (3)**
89:3,9;91:5

**follow (8)**
4:9,10;104:19;105:20;
106:2,5,12;116:4

**follows (1)**
3:7

**foot (8)**
52:22;53:5,7;134:14;
150:18,19;151:10;172:5

**form (17)**
105:18;137:5,15,17,19,21,
22;138:1;141:15,17,18,19,22;
142:2,16;143:10;182:1

**formal (1)**
16:15

**format (1)**
37:3

**Fort (10)**
84:2,8,18;101:6,17;102:22;
103:10;104:18;105:13;158:13

**forward (7)**
19:5;70:9,11,12,13;180:18,
19

**Found (3)**
29:3;37:12;38:5

**four (13)**
27:18;28:3;107:13,21;
108:15,18,19;109:15;140:18;
141:8,9;169:20;176:22

**four-wheeler (6)**
36:15,21;157:9,12;159:9,13

**four-wheelers (2)**
162:20;172:12

**four-wheeling (3)**
173:16,17,22

**fractured (2)**
157:19;158:8

**frame (4)**
25:15;44:20;46:17;81:17

**free (1)**
38:8

**frequency (2)**
175:8,10

**Friday (13)**
23:1;83:8;84:1;87:5;
100:18;101:4,5;103:7,10,13;

179:8,11,15

**from (78)**
8:1;10:12,19;24:7;48:9;
49:3,14;58:1,12;64:4;66:10;
75:7,9,11;79:18;85:13;88:2;
89:10;90:5;92:21;96:5,8;
99:5;100:2,8;105:12;106:20;
110:15;111:14,16;116:20;
119:1,19;122:13;123:9;
125:13;126:2,13,14,19;
132:22;134:16;138:13;139:3,
6;140:11;142:15;143:18;
144:4,14;145:19;150:4;152:4,
15,17;153:1,5;155:5,11,13,15,
18,19;156:18;158:6;159:17,
18;161:4;164:8;165:5,6,7,22;
168:20;174:5;175:21;181:2,
10

**front (6)**
48:4,19,19;54:5;98:18;
142:13

**fuck (2)**
50:8,11

**full (2)**
76:15;182:17

**funny (1)**
171:12

**further (5)**
122:10;155:2;156:7;157:3;
181:12

**future (5)**
23:7;131:18;133:3,5;152:6

## G

**Gaines (5)**
51:3,15;55:16;60:17;62:22

**Galloway (7)**
8:7,9;13:1,9,17;90:11;92:22

**GATCHELL (39)**

3:4,10,16,22;5:14;6:12;8:6;
9:3;14:18;15:1,6;16:3;31:15;
35:18;60:1;63:3;65:7;66:5,
20;67:13;70:21;78:1;90:14;
91:9,13;92:3;93:19;98:5,7,10;
104:7;124:7;128:7;130:15;
137:11;141:11;146:13;
163:18;180:8

**G-A-T-C-H-E-L-L (1)**
3:17

**gauges (1)**
17:3

**gave (11)**
11:6;78:7;94:22;95:1,10,
13;114:10;117:1,2,20;142:19

**GED (1)**
16:13

**general (3)**
64:1;65:1,3

**generally (2)**
38:9;42:6

**gentleman (1)**
99:11

**get-out-of-work (1)**
104:13

**gets (2)**
147:13;181:4

**gist (2)**
38:9;94:15

**give (11)**
28:22;43:3;74:15;76:19;
91:5;94:21;101:17;121:14,17;
139:13;176:13

**given (8)**
7:16,20;11:4,10;90:21;
102:16;103:1;131:3

**giving (2)**
97:3;181:11

**glasses (2)**
17:12,13

**goes (2)**
85:20;167:3

**going (73)**
4:15,21;6:16,21;7:15;
15:14;18:8,9;19:5;30:12;
35:14,21;40:14;43:1;52:18;
60:4;63:6,6;65:10;66:8;67:1,
16;77:20;78:10;82:2,14;85:9,
11;89:14;93:10,22;96:16;
97:5,5,16,20;107:17;112:15;
115:21;118:6;120:18,22;
122:3;129:4;135:4;137:14;
139:13;141:14;145:3,5,11,15;
146:4,14,15,16,21;147:5,6,8,
10,17,18;148:8;172:15;173:5;
174:21;175:2,6;176:12;178:8;
179:11;180:5

**gone (4)**
93:3;120:2;179:15;181:18

**Good (5)**
3:10;12:9;105:21;175:1,2

**gotten (3)**
44:8;122:5;128:19

**government (2)**
21:2;128:8

**grade (1)**
17:8

**Grand (1)**
59:19

**gravel (2)**
149:19,20

**gray (2)**
73:20,21

**grayish (2)**
73:16,18

**Great (7)**
66:4;68:6;93:22;107:22;
127:6;146:9;148:6

**Greater (2)**
151:7,7

**green (4)**
41:19;47:14;58:19;59:5

**grieving (1)**
30:12

**grocery (2)**
47:18;172:21

**Group (1)**
123:22

**grow (1)**
181:14

**guess (8)**
52:21;103:3;130:11;144:1;
149:10;153:16;165:3;171:15

**Gwenlyn (3)**
13:6,12;90:11

**G-W-E-N-L-Y-N (1)**
13:8

## H

**hair (4)**
54:18;55:1;56:1;67:8

**Hampshire (1)**
170:21

**hand (6)**
48:11;74:8,9,12;153:20;
155:16

**hands (1)**
99:7

**handwriting (11)**
60:14,17,19;61:1,4,7;78:16;
137:17,19;141:19,20

**happened (19)**
48:1,3;51:4;57:6,14;62:20;
66:2;69:12;80:4;81:19;97:11;
98:11;99:2,14;149:16;157:12;
159:22;172:1;180:16

**happy (1)**
106:4

**hard (1)**

**99:19**

**Harley-Davidson (1)**
149:13

**having (9)**
3:5;38:12;45:2,5;75:18;
87:6,7;113:18;116:14

**Hawaii (6)**
164:15,22;165:15;166:7,15;
169:16

**Head (15)**
18:16;19:3;21:6,9,13;
25:12;30:17;125:18;156:15;
161:14,14,15;162:5;180:21,
22

**headaches (6)**
87:7,11,12,13,14;101:9

**headed (2)**
47:13,18

**health (9)**
110:15;130:21;132:13,17,
20;136:7,14,15;164:6

**hear (2)**
111:14;172:16

**heard (4)**
50:6,7;111:13;146:19

**heel (4)**
52:18;53:8;151:1,10

**held (6)**
6:10;10:15;14:21;124:5;
146:11;182:14

**helicopter (1)**
166:18

**helmet (1)**
150:6

**help (7)**
44:22;68:20;69:1;84:10;
106:15;114:17;152:13

**helped (2)**
107:7;133:9

**Hi (1)**

**3:10**

**high (3)**
16:10,11;53:9

**highest (1)**
16:8

**Hill (2)**
20:1;157:14

**hip (7)**
85:20,21,22;86:11;88:15;
131:22;179:13

**hire (2)**
80:22;156:11

**hired (1)**
81:9

**hiring (1)**
147:9

**hit (12)**
49:19;52:3;53:12;75:9;
76:14;99:19;156:15;172:15;
180:14,19;181:2,6

**hobbies (1)**
177:15

**hold (4)**
6:17;72:9;98:7;120:21

**holding (5)**
48:10;70:1,3,15,19

**home (25)**
12:19;13:11,21;18:4,6,20;
19:6,10,16;20:8;58:20;59:16,
22;77:17;79:13,16,22;84:13;
95:19;97:22;98:3;100:19;
125:22;157:5;175:22

**honestly (1)**
76:11

**Honolulu (3)**
165:12,22;166:2

**honor (1)**
180:6

**hopefully (2)**
114:17;116:15

**horse (4)**
106:20;159:17,18,19

**horseback (2)**
172:12;173:7

**horse-related (1)**
161:4

**horses (1)**
162:20

**Hospital (12)**
84:9,17,18;87:5;103:10,16,
17;114:19;115:4;135:7;
139:11;160:12

**Hospital's (1)**
84:3

**hotel (1)**
165:18

**hour (7)**
137:6;143:2,6,12,18,21;
144:3

**hourly (4)**
23:10;24:11;25:3;143:1

**hours (10)**
22:3,8,12;24:17,18;43:8;
47:9;50:9;80:13;137:1

**house (12)**
19:14;79:18;80:1;82:14,16,
19,22;100:9;154:3;169:3,4;
175:22

**however (2)**
127:20;136:18

**Huh (1)**
167:20

**human (1)**
59:10

**hundreds (3)**
94:10,10,10

**hurt (4)**
62:17;172:6;173:18;180:3

**hurting (2)**
179:12,13

**hurts (1)**
  178:4

**husband (20)**
  13:22;30:6;69:9;82:8;
  90:13;92:16;95:20;96:1;
  97:10,14;99:3,15;100:7;
  149:8;152:15,18;157:13;
  159:10;164:19;174:16

**husband's (4)**
  9:5;13:21;151:21;177:20

**hydrocodone (1)**
  102:18

## I

**idea (2)**
  69:5;160:7

**identification (13)**
  5:15;35:19;60:2;63:4;65:8;
  66:6,21;67:14;70:22;78:2;
  104:8;137:12;141:12

**identify (4)**
  54:19;61:6;89:3,5

**identifying (2)**
  55:1;60:21

**illegal (1)**
  47:5

**immediate (1)**
  17:20

**immediately (1)**
  144:13

**impact (3)**
  15:17,18;146:5

**important (1)**
  5:6

**inaccurate (1)**
  94:13

**inches (2)**
  74:7,14

**incident (103)**

  7:10;15:7;16:1;22:15,18;
  36:21;37:21;39:4;45:12,16,
  19;47:7,10;48:22;50:21;
  51:16;56:11,13;58:2,17;
  60:18;61:4,7,21;63:1,15,19;
  64:13;65:20;68:11,12,17;
  69:6,12,20;70:3,6;72:3;75:8,
  12;76:2,8,19;77:2;80:14;81:7,
  19;82:11;85:9,13;86:19;88:2;
  93:4;98:11;99:1,12;100:13;
  103:6;105:2;106:10;118:2,9,
  19;119:1,16;120:3;121:1;
  122:9,16;124:20;130:14;
  131:1,9;133:1;134:22;135:19;
  136:6,8,16;137:2,6;143:2,8;
  147:3,4;155:19;156:13;158:7;
  163:20;164:8;170:1,7,8,14;
  171:3,11;173:1,18;174:3;
  177:3,9,14,17

**incidents (2)**
  148:9;162:2

**incline (1)**
  178:2

**including (3)**
  122:20;146:22;153:3

**income (2)**
  141:15,18

**incorrect (1)**
  144:21

**increases (1)**
  143:19

**incurred (1)**
  124:22

**Independent (1)**
  16:11

**independently (1)**
  107:1

**Indian (7)**
  18:16;19:3;21:6,9,12;
  25:12;30:17

**indicate (3)**
  44:19;45:13;96:15

**indicated (1)**
  141:22

**indicates (1)**
  76:6

**Indicating (4)**
  63:21;64:3;66:3;125:18

**indication (1)**
  112:12

**individuals (1)**
  147:5

**inform (1)**
  36:19

**informal (2)**
  4:3,9

**information (4)**
  60:21;127:19;145:20;
  151:20

**injection (2)**
  139:12;140:1

**injections (2)**
  108:14;114:16

**injured (5)**
  56:15,16,20;134:21;153:20

**injuries (21)**
  88:2;110:11;118:9;122:6,
  13;132:22;150:16;151:9,15;
  152:4;153:1;156:18;157:18;
  158:2;161:4,13,15;162:5,7;
  172:2;174:4

**injury (16)**
  76:6;99:5,17;106:20;
  119:18;134:12,14;151:18;
  155:11;158:19;159:16,20;
  161:14;162:13;181:19,20

**inquisition (1)**
  31:20

**inside (3)**
  58:10;98:6,14

**Instagram (1)**
  164:3

**instead (1)**
  107:6

**instructed (2)**
  105:17,20

**insulted (1)**
  99:20

**insurance (12)**
  96:3,21;97:2,5;121:11;
  124:12;125:2;126:6;127:11;
  151:19,21;152:1

**intend (1)**
  90:13

**intending (1)**
  163:5

**intention (1)**
  163:4

**intentionally (2)**
  62:10,17

**interesting (1)**
  168:10

**interject (1)**
  123:19

**interrogatories (3)**
  35:15;89:4;131:17

**interrogatory (3)**
  43:4,6;89:6

**into (17)**
  15:14;85:20;95:7,10;97:20;
  119:8;138:9,18;139:21,22;
  140:7;145:3;160:1,2;168:11;
  169:8;180:5

**invasive (1)**
  108:11

**invitation (1)**
  5:19

**involved (3)**
  150:1,8;154:7

**island (4)**

166:5;167:2,3,8

**issues (4)**
10:11;114:13;130:21;
147:16

**items (3)**
58:22;59:2;70:17

**itself (1)**
21:12

**J**

**jacket (1)**
68:20

**Jaime (1)**
92:22

**Jamieson (1)**
11:19

**J-A-M-I-E-S-O-N (1)**
11:19

**jammed (2)**
155:16,19

**January (3)**
123:22;143:8,14

**Jay (5)**
9:6;13:22;14:17;15:6;90:14

**Jeans (2)**
42:11,13

**Jeep (1)**
59:19

**Jennifer (1)**
3:11

**Joann (1)**
78:19

**job (12)**
21:21;25:7;26:7,11;29:3;
30:14;31:4,11;89:21;103:14;
119:10;144:17

**Joel (1)**
13:15

**Johnson (1)**

90:2

**jolt (2)**
54:10;181:1

**jolted (2)**
70:11,13

**journal (1)**
7:9

**July (8)**
117:19;118:2;119:22;
132:8;140:6,6,16;144:11

**June (6)**
123:2,6,22;139:20;140:13,
15

**just (92)**
4:17,18;5:19;6:15;7:3;
16:17,21;21:19;28:14;30:5;
32:13;35:15;36:11;38:15,16;
43:13;50:4,14,16,17,21;
51:18;52:18;53:2,22;54:6;
55:6;58:5;59:7;65:1,3;74:12;
76:15;80:3;81:1,11,16;88:16;
90:12;91:20;93:3;94:13,14;
95:7;97:22;99:21;100:1;
110:14;111:19;117:15;118:6,
14,18;119:10,17;125:8,9;
127:18;131:22;133:4;136:13;
137:6;139:14;144:21;151:12,
20;153:5;154:15;155:22;
157:15;158:8,17,22;160:15;
165:17;167:2,22;168:4,5,8,15,
17;170:7;172:14;174:13,22;
178:20;179:14;180:3,11,22;
182:7

**Justin (5)**
9:12;13:20,21;16:5;91:18

**Justin's (1)**
91:22

**K**

**Kauai (2)**
166:6;167:4

**keep (3)**
93:10;142:14,15

**Kelly (1)**
89:10

**Kerry (1)**
115:13

**kids (2)**
92:15;164:19

**kill (1)**
116:15

**killed (1)**
178:9

**kind (17)**
25:15;42:14;59:18;76:6;
94:21;103:18;149:12;162:20;
166:14;168:5,12;171:11,15;
177:21;180:18,20,22

**kitchen (1)**
154:2

**Klopfer (77)**
7:21;10:20,22;12:8;15:9,
20;36:13,18;38:22;41:7;
52:14;53:2;63:10,11;64:21;
67:22;68:5;71:7,19;74:14;
81:3,11;89:12;90:17,21;91:4,
7;93:6,9;105:18;109:2,10;
110:8;119:19;120:10,14;
123:1,5,8,10,19,21;124:3;
125:18;126:1,9,12,14,17;
127:1,4,7,14,18;128:2;
130:13;139:10,18;141:5,10;
142:19;145:18;146:1,4,15;
147:12;148:1,4,5,19;149:1;
158:14;180:11,13;182:3,11,
19

**knee (1)**
52:21

**knew (2)**

84:16;103:15

**know (122)**
5:2;7:2,14;14:15;26:7;31:9,
10,12,13,20;32:9,22;34:1;
35:10;38:22,22;39:1;40:4,6,
11,15,19;45:7;46:9,12,17;
51:6;52:16;54:14;55:17,21;
56:6;61:14,17;65:4,6;68:14;
72:4;76:15,16;77:14,20;
78:13,14;79:3,10;80:12;81:1,
2,5,9,10,15;84:17;85:8,10;
87:19;89:8;91:12,13;92:12;
103:19;104:4;105:16;108:7;
109:11,13;110:6,17,18,18,19;
111:11;113:14;119:4;120:14;
121:21;123:14;125:16,21;
128:4,6;137:18;138:22;139:7,
8;142:7;146:5,6;149:5,6,14;
150:12;152:11,21;153:4,18;
154:13,16,16;157:6,22;
158:20;159:16;165:8;169:19,
20,21,22;170:5,8;171:1,19;
173:13,14;174:17,20;178:4,
12;181:2,10;182:6

**knowledge (2)**
50:20;110:15

**known (2)**
8:2;62:22

**L**

**La (18)**
3:17;20:5;39:12;44:15,16,
17;64:5,6,8,12;65:16;82:5;
95:21;96:1,7,13;97:15;135:17

**lack (1)**
171:16

**laid (1)**
149:21

**land (4)**

**158:**4;**159:**10,13,14

**landed (2)**
  158:5;160:3

**Lane (10)**
  18:14,17,22;19:10,13;
  91:10;92:1,10,16;169:8

**large (1)**
  74:3

**last (34)**
  3:14;11:18;13:16;23:13;
  24:12;25:20;36:4;46:3,13;
  73:7;78:14;79:10;107:12;
  117:4;120:9;121:20;128:16,
  18;129:11;141:9;154:15;
  164:11,12;170:20;171:2;
  173:7,15,17,22;174:7;178:3,
  10;180:2;181:13

**Latin (11)**
  20:15,22;22:7;23:10;25:4,
  7;30:14;31:8;137:1;144:18;
  145:19

**lawsuit (2)**
  69:15;163:2

**lawyer (5)**
  7:16;37:3;77:7;105:21;
  146:20

**lawyers (1)**
  142:21

**lawyer's (1)**
  4:3

**laying (1)**
  150:3

**layout (2)**
  65:2,3

**layover (4)**
  165:9,10,13,14

**Lay's (1)**
  65:6

**leading (1)**
  160:1

**least (3)**
  119:12;125:1;143:22

**leave (16)**
  17:7;18:6;23:19,21;24:2,7;
  26:5,20,22;28:18;29:2;30:2;
  83:16,17;145:15,16

**led (1)**
  130:2

**Left (19)**
  17:17;27:13;31:7;59:1,20;
  73:2;95:17,18,20;99:21;
  151:14;157:21;158:5,15;
  159:5,5,6,7,12

**left-handed (1)**
  17:16

**leg (4)**
  53:14,16,17;180:15

**legal (4)**
  9:22;10:3;15:18;37:3

**legally (4)**
  8:20;10:7,17,18

**legs (6)**
  52:4,6,8;57:2;86:20;165:17

**less (1)**
  41:2

**letter (6)**
  125:13,17,19,20,21;126:19

**level (2)**
  16:8;19:20

**liability (1)**
  147:8

**license (1)**
  176:17

**lidocaine (5)**
  95:1,2,3;96:2;102:10

**lien (6)**
  126:7,10,16,17,21;127:19

**life (7)**
  86:8;88:16;90:12;91:17;
  130:8,10;132:1

**lifting (1)**
  172:6

**light (9)**
  72:21;73:3,9,10,16,18;74:4,
  22;75:16

**lightly (1)**
  73:14

**Lihue (1)**
  166:4

**liked (1)**
  177:19

**likes (2)**
  172:12;178:21

**likewise (1)**
  5:12

**limited (1)**
  24:17

**line (1)**
  59:9

**lined (1)**
  64:22

**list (5)**
  5:22;34:19;38:16,17;60:16

**listed (4)**
  90:17;112:12;120:15;138:5

**lit (1)**
  76:9

**litigation (1)**
  3:12

**little (4)**
  18:1;37:4,5;168:17

**live (11)**
  9:15;11:20;12:11,18;13:20,
  22;18:17;19:4,16;20:6;82:4

**lived (4)**
  12:14;18:3;19:22;177:19

**lives (4)**
  12:19;13:11,21;92:10

**living (4)**
  14:11;91:9;92:2,16

**local (1)**
  115:7

**located (2)**
  18:15;135:16

**location (6)**
  28:5;30:17;39:11,19;40:1;
  61:6

**locations (1)**
  21:17

**long (23)**
  4:22;12:14;18:17;19:4;
  20:16;26:3,18;29:10;31:10;
  44:8;58:5,11;73:7;79:17;
  86:15,15;99:22;100:2;117:3,
  4;124:17;160:20;168:19

**long- (1)**
  163:8

**long-distance (1)**
  172:7

**longer (2)**
  46:6,9

**look (19)**
  29:15;35:22;36:3;37:4,5;
  38:9;55:9;60:5;64:16;65:5;
  73:16;99:19;102:21;111:5;
  120:8;138:22;143:4;154:13;
  168:15

**looked (12)**
  49:19,21,21;54:16;55:6,22;
  64:13,19;97:4;99:18;103:3;
  168:2

**looking (5)**
  54:18;71:11;81:16;111:6;
  141:5

**looks (3)**
  64:20;67:7;139:10

**loss (2)**
  15:19;146:3

**lost (5)**
  90:5,5;136:19;141:15,18

**lot (16)**
30:4;31:20;62:1;103:15;
166:16;172:4,6,7,8;173:5;
176:8;178:16;179:3;181:7

**loudly (2)**
49:17;50:3

**love (1)**
179:1

**low (2)**
86:4;94:19

**lower (16)**
52:3,5;53:14,17;57:1;
67:10;71:12,14,15,20,21;
72:14;75:20;85:19;88:15;
131:21

**luau (1)**
166:20

**lumbar (2)**
109:20;111:1

**LYNN (2)**
3:4,16

**L-Y-N-N (1)**
3:16

## M

**machine (1)**
26:17

**made (12)**
10:17;15:13;53:19,22;54:3,
9;56:19;58:3;62:10;107:4;
120:17;156:14

**maiden (1)**
8:8

**main (4)**
19:20;47:4,12;65:4

**maintain (1)**
127:20

**make (14)**
4:11;51:22;52:1;72:11;

**makes (3)**
51:11;105:21;147:20

**making (8)**
15:5,18,21;136:14,18;
146:3;151:17;180:21

**male (2)**
54:17;57:19

**man (3)**
49:19;55:19,20

**management (4)**
88:12;113:8,11,13

**manager (12)**
26:2;28:17;51:13,14;55:17,
17;57:18,19;79:5;98:22;99:8,
8

**manager's (1)**
60:19

**many (15)**
9:9;20:10;22:3;29:16;
39:18,20,21;40:8;61:14,17;
72:4;76:13;151:8;178:12;
181:6

**Marbury (1)**
21:14

**March (4)**
14:19;138:18;139:10;
140:15

**mark (7)**
35:21;63:6;74:21;75:21;
104:10;137:14;141:14

**marked (17)**
5:14;35:18;60:1,4;63:4;
65:7;66:5,20;67:1,13;70:21;
71:2;78:1,4;104:7;137:11;
141:11

**marker (2)**
63:18;66:1

**marking (1)**
5:17

**marks (1)**
75:10

**marriage (8)**
8:15,19,21;14:17;15:6,15,
22;146:7

**marriages (1)**
16:2

**married (1)**
8:17

**Maryland (8)**
3:18;28:8;82:5;114:18;
115:4;139:11;148:16;149:2

**massage (2)**
122:20;133:22

**math (1)**
23:2

**matter (2)**
47:17;147:20

**matters (4)**
15:15;17:6;85:11;157:7

**may (18)**
6:19,20;10:2;38:18;44:19;
48:11;89:4;90:17,18;102:20;
104:15;106:15;131:18,22;
133:5;140:1;153:10;180:9

**maybe (47)**
25:19;27:18;28:2,4,19;
29:1;40:18,18,18;41:4;49:6;
58:7,12;67:8;69:6;74:13;
77:12;87:13,19;117:2,5,6,21;
125:18;128:18;130:19;
145:14;152:21;167:17;
169:14,19,20;170:4,6;173:9,9,
9,17;174:2;175:15,21,21;
176:15,22,22;178:12;181:13

**McDonough (1)**
16:11

**mean (23)**

**meaning (1)**
119:13

**means (2)**
114:2;159:3

**meant (1)**
31:19

**measurements (1)**
17:3

**media (4)**
163:11,13,19;164:1

**Medicaid (14)**
123:13,14,17;124:10,15,17,
19;125:2,2,13;126:2,6;
127:12;128:8

**medical (39)**
7:5;23:19,21;24:1,7;44:18;
45:12;77:1,19,20;78:10;88:1;
94:1,3,11,18;101:6,18;102:21,
22;103:11;104:18;105:14;
106:1;110:9;116:9;118:19;
119:19;122:20;123:22;
125:17;126:2,8;131:18;133:3;
140:14;141:1;157:1;164:5

**medically (1)**
140:11

**Medicare (3)**
123:13,14;124:7

**Medicare's (1)**
123:15

**medication (17)**
31:14,22;32:12;33:14;
34:15,20,22;38:16,17;42:21;
43:7,12,15,18,22;95:14;102:5

**medications (3)**
34:19;38:15;88:17

**8:**20,20;11:6;32:13;68:15;
78:19;99:15;107:21;110:22,
22;118:5,7,8;129:19;155:1,9;
165:10;172:11;174:15,18;
175:19,19;179:21

**meet (2)**
95:22;97:14

**members (1)**
82:9

**memory (1)**
114:1

**Mendelis (2)**
46:2,15

**M-E-N-D-E-L-I-S (1)**
46:4

**mental (6)**
129:13,17;130:21;136:7,14,
15

**mentally (1)**
10:8

**mention (1)**
36:14

**mentioned (1)**
93:8

**merchandise (1)**
65:1

**mess (1)**
58:5

**met (2)**
62:22;95:20

**mid (5)**
85:19;86:4;88:14;131:21;
158:11

**midback (1)**
158:10

**middle (2)**
3:14;165:14

**might (11)**
37:4,5;42:14;43:5;69:2;
91:15;93:3;165:2,9;174:13;
175:12

**military (1)**
17:10

**milligram (2)**
33:1;34:14

**milligrams (1)**
32:3

**mind (5)**
40:8;53:6;63:18;68:2;127:2

**mini (1)**
182:17

**minimal (3)**
117:11,14,15

**minute (1)**
171:16

**minutes (7)**
58:7,13;79:19;100:1,4,5,7

**miss (1)**
103:6

**missed (2)**
137:1;144:3

**missing (1)**
38:18

**model (1)**
149:14

**Mom (2)**
10:5;13:5

**moment (1)**
119:8

**mom's (1)**
82:7

**Monday (6)**
23:1;81:6,7,18;85:4;101:2

**money (2)**
124:16;155:5

**month (11)**
26:4;30:21;40:18,22;41:1,
4;87:13,15;152:20;154:12;
170:8

**months (28)**
11:4,11;12:16;18:3;34:16;
39:21;87:12,19,21;107:13,21;
108:16,18,19;109:16;117:5,
21,22;128:12,14,18;129:12;
130:2;153:12,19;170:7;

173:18;174:18

**mopping (1)**
21:22

**more (13)**
41:1;44:11;86:14;94:13;
106:22;112:10;121:1;142:7;
145:17;146:21;153:4;159:11;
181:18

**morning (4)**
3:10;32:5;33:3;167:11

**most (2)**
164:13,14

**mother (3)**
82:4;90:11;178:20

**mother's (4)**
82:3,15,18,21

**motion (1)**
180:21

**motorcycle (30)**
24:4,7;85:9;130:5;134:16;
135:19;144:18;145:4,6;
148:11,21;149:7,12;150:1,4;
152:4;153:1,9,12;171:13,20,
22;173:1;174:8,16;175:10;
176:16,19,21;177:18

**motorcycles (1)**
162:20

**mouth (1)**
94:9

**move (1)**
10:19

**moved (3)**
22:11,12;169:8

**movements (1)**
180:16

**moving (2)**
92:11,12

**MRI (6)**
112:14,15,20,21;113:4;
123:1

**much (10)**
49:3;58:1,6;87:12;97:7;
125:11;153:7;178:1,1,21

**multiple (1)**
165:17

**muscles (3)**
72:18;95:5,11

**myself (4)**
36:12;80:18;84:7;155:15

## N

**name (32)**
3:10,13,14;8:3,8,10;9:5,11;
11:16,18;13:14,16;21:7;
26:11;28:9,12;39:15;46:1,3;
54:14;55:17;56:6;57:21;
60:16,17,22;61:10;78:14;
79:8,10;135:13;163:17

**names (3)**
12:21;51:18;151:8

**naproxen (4)**
95:1;101:21;102:1;114:11

**narcotic (1)**
102:5

**narrow (1)**
146:17

**nature (3)**
108:3;122:21;148:10

**Naval (2)**
21:6,9

**near (1)**
158:15

**necessarily (2)**
26:8;119:7

**Neck (12)**
21:15;87:6,11,17,20;101:9;
152:22;153:3,4,10;162:7;
180:22

**need (19)**

4:17,22;36:2;37:8;63:9;
91:2;97:18;103:18;119:7;
121:4;132:14,15,18,21;133:5;
175:7;177:6;178:19;182:19

**needed (6)**
77:3;78:12;84:10,17;140:5;
177:6

**negligence (1)**
146:17

**negligent (3)**
147:9,9,9

**neither (1)**
5:6

**nephew (2)**
13:13;164:20

**nerves (2)**
116:15;181:14

**never (1)**
118:12

**new (7)**
31:11;37:9,11,12,15;38:5;
170:21

**Newburg (2)**
148:14;149:2

**next (8)**
30:14;81:20;99:2,14;
100:16;103:7;144:14;165:20

**Nice (2)**
42:2;174:13

**night (6)**
33:21;34:12;35:7,8;43:9,17

**nor (1)**
5:7

**normal (1)**
44:4

**normally (2)**
89:21;181:13

**note (1)**
104:5

**noted (2)**

112:13;128:1

**nothing (5)**
6:12;7:18;31:17;85:3;
117:17

**notice (4)**
5:18;126:16,18;152:13

**notified (1)**
126:9

**November (22)**
39:4;41:9;43:14,17;44:20;
45:3;60:7;81:21;83:9;84:1;
94:3;101:2,4;107:11;110:21;
111:1,2,7;138:9;143:7,14;
179:8

**number (6)**
20:2;43:6;60:16;89:6,7;
133:9

**Numerous (2)**
39:20;118:14

# O

**object (4)**
81:3;105:18;109:10;110:8

**objection (5)**
81:12,13;127:20,22;182:1

**obtain (1)**
16:13

**obtained (1)**
94:11

**obviously (1)**
171:13

**occasion (1)**
176:4

**occur (1)**
148:13

**occurred (10)**
48:22;63:15,20;69:20;70:3,
6;76:9;87:3,3;156:2

**occurrence (1)**

43:9

**o'clock (2)**
41:15;145:14

**October (8)**
23:12;143:19,22;153:15;
164:17;166:8;170:4,6

**off (32)**
6:8,10,16;10:13,15;14:20,
21;15:3;83:2,18,22;90:4;
93:15;101:5;103:19;104:6;
124:4,5;136:12;138:9;139:3,
5,20;140:11,14;142:15;
146:10,11;157:2;182:12,14,
20

**offer (1)**
77:1

**offers (1)**
124:13

**offhand (1)**
35:11

**office (4)**
89:10;134:3,4;135:16

**officially (1)**
129:1

**often (8)**
32:4;33:2,19;40:16;86:4,
10;174:10,18

**Oh (11)**
11:2;12:13;28:9,12;95:9;
123:17;143:11;168:7;169:6,7;
178:15

**Okay (263)**
4:2,20;5:6,12,13;6:8,15,22;
7:1,18;8:1,2;9:1,19;10:7,13;
11:12;12:6,9;13:22;15:13,21;
16:2;17:10;22:18;23:14;
24:11,16;25:3,10,19,22;27:9,
11,21;28:21;29:14,19,21;
30:2,9;31:2,13;32:2,19;33:6,
8,14;34:7,13;35:14,17;38:1,5,

8,11,16,19,21;39:2,3,5,16,18;
40:5,13,20;42:18,20;43:1,11,
13;45:2,8,11,15;47:1,20;48:6;
50:10;51:5,15,18;52:11,13;
53:14,16;54:3,8;56:19;60:20;
61:12,14;63:11;64:11;66:4;
67:10;68:2,13,19;69:8;70:13;
71:17;72:19;74:1,9,17;75:5,
17;76:4,8,16;77:1;78:4,9;
79:5;81:9,19;84:21;85:8,17;
86:1,17;87:8;88:1;89:2,22;
90:8,19;91:18;92:2,15;93:10,
19,22;94:8,15,16;95:6;96:5,8,
12,19;98:5;102:2,10,22;
103:9,21;104:10;106:7,12;
107:5,8,15;108:10,22;109:8,
14,19;110:2;111:6,12,21;
112:5,9;113:1,6,17;114:3,14;
115:2,17,21;116:5,20;117:18;
118:15,16;120:17;121:10,22;
122:3;124:17;128:15;130:9,
12,19;131:3;132:2;133:3;
134:18;135:2,10,21;136:12,
18;138:18;139:2,15;140:20;
141:21;142:11,16,20;143:6,
17;144:2,10,21;145:2,6;
148:6;149:12;152:3,22;
153:20;154:14,17;155:5,21;
156:6,13;157:16;159:2,7,7,9,
22;160:3,16;161:9,18;163:1;
165:16,22;166:5,11,17,21;
167:6,9,15;168:14;169:2,10,
18;170:3,6,10;171:6;176:14,
16,19;177:9,12;179:20;180:4;
181:5,8,15;182:8,12

**old (10)**
10:4;11:4,11,22;12:4;
27:15;28:3;54:21;161:11,18

**on (155)**
4:4;10:9,19,19;12:14;14:6;

15:14,18;19:10,14,15,16,20;
23:19,20;24:1,6;33:14;36:4;
39:4;41:9;42:7,20;43:17;
45:15;47:2,6;51:7;52:16;
53:16;55:13;59:20;60:7,13,
14;62:6,14;63:14,15,22;64:2;
65:12,20;67:8;71:14,20;72:7,
9,12,13,14;73:1,2;75:1,18,20;
76:4;77:2;78:16;79:2;81:5,18,
19;83:1,2,8;84:1;85:4;86:6,9,
19;88:17;91:14;92:14;94:3;
98:7;100:13,18,21;101:2,4,5;
103:5,9,13;104:15;107:10;
108:6;110:20;111:1,2;115:14;
117:19;120:21;123:15;
126:15;133:4;135:16;136:13;
137:17,19;138:5,13;139:22;
141:9,19,22;142:13;144:11;
145:7;146:6;148:11,21;
149:11,17;154:9;156:2,15;
157:13,20,21;158:4,5,9;159:3,
5,10,13,14;160:3,5;163:17,19,
22;165:14;166:5,16;167:7;
168:4,17;172:11;174:5,7,13,
17,20;175:12;176:4;178:15,
20,22;181:3,18,19,21

**once (11)**
15:17;40:18,22;41:1,4;
79:15;118:11;120:4;175:17;
176:6,6

**one (35)**
5:7;6:9;9:10;26:4;33:3,20;
49:10;53:19,22;56:12;67:21;
71:13;79:4;85:6;115:13,22;
117:2,3,4;122:3;139:5,11,14;
141:8,8,21;144:11;145:16;
149:9;161:18,20;162:7,10;
167:2;181:16

**ones (2)**
38:4;67:22

**one-story (6)**
19:8,9,11,17,18;20:11

**ongoing (1)**
81:13

**online (2)**
179:14,19

**Only (10)**
17:14;24:6;38:4;49:10;
53:19;139:4;141:21;149:9;
167:2;175:12

**on-the-job-type (1)**
17:4

**onto (1)**
70:1

**open (2)**
6:17;145:16

**opened (3)**
40:2,4,6

**operator (1)**
26:17

**opiate (1)**
102:19

**opinion (1)**
112:6

**opportunity (1)**
44:19

**option (1)**
149:10

**options (1)**
114:10

**order (4)**
25:9;26:8;121:4;179:9

**ordering (1)**
182:18

**Ordnance (2)**
21:6,9

**organized (1)**
168:7

**originally (3)**
21:13;22:10;37:5

**Orlando (3)**
169:12,13;170:11

**Ortho (1)**
135:5

**orthopedic (2)**
108:17,20

**Orthopedics (4)**
121:8;134:9;135:6,19

**orthopedist (1)**
160:17

**orthopedists (2)**
135:18;136:2

**other (79)**
5:10;7:14;8:2;9:21;13:11;
16:2,2,5,5,15;31:4;32:12;
33:14;35:5;38:2,5,19;43:22;
44:13,13;51:8,15,19,20;
53:17;54:6,11;55:1,14;57:17;
62:19;64:16;69:6;73:17,17;
74:21,21;75:1;76:20;79:20;
82:9;85:11;86:1,17;87:2;
93:2;102:19;109:21;114:13;
122:3,5;127:10,11;128:7,8;
131:3,4;132:4;133:13,17;
134:4;135:21;136:2;142:2,4;
150:1;151:9,10,15;158:2;
161:20;162:10,12,16,19;
163:1;169:15;170:19;180:10

**others (1)**
93:7

**otherwise (2)**
47:6;94:14

**ourselves (1)**
147:19

**Out (36)**
23:19,20;24:1,6;27:18;
40:21;56:11,13;57:7,9;58:16;
59:9,12;60:7;79:12;96:19;
97:6;98:14;99:6;103:2,12;
104:2;115:8;119:11;139:19;

143:10;147:10;152:21;
155:14;160:1;168:11,15;
179:11,21;180:1,2

**out-lawyer (1)**
115:21

**out-of-pocket (4)**
102:13;125:6,10;181:17

**out-of-work (1)**
140:17

**outpatient (4)**
115:11;116:18;135:9,15

**outside (2)**
49:22;55:8

**over (10)**
5:7;36:11;38:17;79:5,6;
87:9;93:3;99:6;127:19;
145:21

**overtime (2)**
24:16,19

**own (4)**
12:17;61:3;176:19,19

## P

**PA (2)**
78:19;126:14

**packet (1)**
142:18

**paddock (1)**
160:1

**page (3)**
36:4;60:12;141:21

**pages (4)**
94:10;142:2,5,7

**paid (5)**
102:13;125:6,9;144:2;
157:1

**pain (51)**
56:21,22;58:16;77:17;80:5;
84:10;85:19;86:4,7,8,20;87:6,

11,17,20;88:12,14,17,20;
92:20;94:19;95:10,14;97:21;
99:20;101:9,9,13;102:5;
103:15;112:6;113:8,11,13,18;
114:4,10;116:16;117:12,20;
118:11;131:21,22;153:8;
155:16;158:22;160:21;
174:21;179:12;181:2,10

**pain-free (1)**
117:8

**palm (3)**
74:8,9,12

**pants (2)**
42:11;68:19

**paper (5)**
14:6;48:9;77:10,10,11

**paperwork (1)**
57:3

**Pardon (1)**
101:22

**parents (3)**
12:18,20;164:19

**parents' (2)**
154:3;175:22

**park (1)**
62:4

**parking (2)**
62:1;176:8

**part (8)**
52:8;54:3;57:1;90:1;
125:16;135:7;142:18;166:11

**participated (1)**
37:2

**particular (2)**
21:16;74:19

**part-time (1)**
22:5

**passed (2)**
8:22;49:3

**passenger (1)**

176:2

**past (5)**
64:5;106:18;107:7;130:2;
179:16

**patch (1)**
102:11

**patches (2)**
95:1;96:2

**patient (1)**
75:14

**pattern (1)**
74:19

**Pause (1)**
127:17

**pay (7)**
57:16;97:6;143:7,13,17;
169:2;181:17

**paying (1)**
182:7

**Pembrooke (1)**
46:8

**pending (1)**
14:13

**people (6)**
31:20;128:15,16;165:2;
168:5;172:16

**per (7)**
22:3,8,13;24:17,18;105:20;
144:3

**period (4)**
27:2;31:6;46:14;87:10

**periods (3)**
86:15,16;140:18

**permanent (2)**
88:2,13

**person (4)**
5:10;54:13;77:21;177:7

**personal (5)**
15:14;30:7;110:15;151:18;
162:13

**personally (1)**
147:7

**person's (1)**
54:14

**pertains (3)**
81:13;110:9;127:19

**Peter (1)**
46:2

**pharmacies (1)**
44:14

**pharmacy (6)**
44:17;96:6,9,15;97:11;
100:3

**phone (1)**
60:16

**phone-a-friend (1)**
139:14

**phone-a-friends (1)**
139:19

**photo (1)**
69:17

**photocopied (1)**
67:19

**photograph (2)**
72:20;75:20

**photographs (6)**
63:8;67:17,19,21;68:9;76:5

**photos (1)**
64:11

**physical (14)**
21:17;108:15;129:16;
134:6,18;135:3,6,8,10,11,21;
152:7,8;160:16

**physically (7)**
10:7,8,9;21:4;53:19;77:9;
129:4

**physician (17)**
78:20;104:20;105:1,10,17;
106:2,5,9,13;107:6;118:22;
119:7;121:11,14,17;122:4;

**physicians (1)**
111:10

**picture (8)**
69:5,22;71:16,20,22;72:14;
75:1,2

**pictures (4)**
7:14,15;69:2,8

**piece (3)**
77:9,10,11

**pink (2)**
66:17;67:7

**Place (8)**
3:17;12:13,15;18:2,11;
19:17;82:5;165:9

**Plaintiff (2)**
3:5;6:19

**plan (3)**
82:11,13;113:15

**planned (1)**
171:8

**plans (2)**
18:6;152:6

**Plata (18)**
3:17;20:5;39:12;44:15,16,
17;64:5,6,8,12;65:16;82:5;
95:21;96:1,7,13;97:15;135:17

**please (17)**
3:13,19;5:1;63:19,20;66:1;
71:6;91:5;93:14;110:19;
126:1,3;127:8;131:8;140:20;
141:2;142:11

**plenty (1)**
171:19

**PM (6)**
41:16;83:18;84:1;93:16,17;
182:20

**pocket (1)**
97:6

**point (2)**

84:2;105:22

**pointing (3)**
66:17;158:15,17

**police (1)**
150:12

**ponytail (1)**
67:8

**portion (1)**
15:17

**position (2)**
21:20;49:12

**positioned (2)**
69:19;70:2

**possession (3)**
7:4,8,20

**possibility (1)**
133:4

**possible (2)**
6:3;89:15

**posted (2)**
163:19,22

**potatoes (1)**
47:14

**practice (3)**
26:6;46:6,10

**pregnancy (1)**
27:3

**pregnant (1)**
27:1

**pre-K (1)**
27:17

**Premier (1)**
121:8

**prescribe (2)**
101:20;102:2

**prescribed (6)**
32:13;44:4;45:11;96:3;
102:4,18

**prescribes (1)**
45:21

**prescription (9)**
45:3,5;94:21,22;95:13;
96:17;99:4,16;102:8

**prescriptions (8)**
44:6,9,13,14;97:4;101:17;
102:11,15

**pretty (5)**
24:17;36:7;49:7;126:20;
174:22

**primary (25)**
104:20;105:1,9,17,20;
106:2,5,9,13;107:6;118:6,10,
12,21;119:3,6;120:6,17,22;
121:3,10,14,17;122:4;132:6

**printed (1)**
61:9

**prior (7)**
18:10;19:21;82:11,13;
148:8,19;159:16

**private (1)**
127:10

**privileged (1)**
81:12

**Probably (8)**
12:16;37:3;50:7;68:17;
73:8;80:13;120:8;171:19

**problem (1)**
139:18

**problematic (1)**
53:12

**procedure (6)**
115:11,11;116:8,11;125:14;
132:21

**procedures (3)**
116:18;118:19;125:3

**proceeded (1)**
98:1

**proceedings (2)**
5:2;14:13

**process (1)**

125:8

**produce (3)**
6:5;140:21;141:2

**produced (12)**
6:4,19;7:14;63:9;66:10;
67:18;77:6,7;104:11;137:16;
140:22;141:15

**professional (1)**
88:1

**pronounce (1)**
34:5

**proper (3)**
37:3;146:20;147:1

**properly (1)**
91:6

**provide (5)**
126:1,3;137:21;140:9;
142:11

**provided (4)**
36:7,9;56:12;138:1

**provider (3)**
132:13,17,20

**providers (5)**
37:10;110:16;118:20;
122:16;164:6

**psychiatrist (1)**
45:22

**PTSD (5)**
130:4,5,7,13;131:3

**Pueblo (4)**
19:1;169:5,6,7

**purpose (1)**
62:14

**purposes (1)**
147:17

**purse (1)**
48:15

**pursue (1)**
156:20

**pursuing (1)**

126:7

**push (1)**
59:7

**pusher (4)**
58:2;61:20;62:7;147:1

**pushing (1)**
54:13

**put (13)**
10:22;21:13;37:3;48:12;
91:13;94:9;108:6;130:19;
136:13;146:21;158:16;
159:14;171:15

**putting (1)**
48:8

# Q

**quality (2)**
90:12;91:17

**quantify (1)**
86:6

**quantity (1)**
76:16

**question (16)**
4:16,17,18,19;33:8;38:10;
72:11;76:12;105:19;109:11;
113:2;118:15;171:12;179:21;
180:1,2

**questionable (1)**
53:1

**questions (13)**
5:4;6:20;35:16;36:9;40:10,
11;110:8;119:12;145:17;
147:16,17;180:7,9

**quick (1)**
127:15

**quickly (2)**
49:7;89:15

**quotes (1)**
133:7

# R

**race (1)**
   56:2
**radiate (1)**
   86:10
**radio (1)**
   5:10
**radiology (8)**
   7:5;110:3,5,20,22,22;
   112:10;123:9
**rain (1)**
   42:3
**raises (1)**
   53:9
**random (1)**
   141:8
**rash (2)**
   150:17;151:11
**rate (10)**
   23:10;24:11;25:3;143:1,7,
   12,13,17,21,22
**read (3)**
   17:14;36:11;107:21
**reading (1)**
   17:13
**Reagan (3)**
   165:6,7,22
**real (1)**
   127:14
**really (5)**
   7:4;40:10;153:2;174:21;
   177:12
**rear (4)**
   75:4,18;85:20;86:10
**reared (1)**
   160:2
**reason (21)**
   5:7;21:16;23:6;24:1,6;

41:18;51:8;55:14;58:14;62:7,
10,13,16;95:22;107:15,16;
116:2;124:15;136:3;140:8;
151:2
**reasonable (2)**
   54:7;143:20
**reasons (3)**
   4:8;30:4,7
**recall (29)**
   18:10;19:21;20:2;22:14;
   23:9;27:10,15;31:4,5;39:6;
   44:2;62:4,5;101:15;104:21,
   22;105:19;106:6;109:21;
   110:16,17,18;111:3,12;
   115:17,19;139:9;156:16;
   162:9
**receive (7)**
   36:16,22;95:3;128:7;
   143:19;145:13;160:9
**received (3)**
   94:1;119:15;141:21
**receiving (2)**
   143:7,13
**Recent (4)**
   44:17,17;164:13,14
**recently (1)**
   36:7
**Recess (2)**
   93:16,17
**recognize (2)**
   64:5;65:13
**recollection (5)**
   25:11;44:22;45:13;69:1;
   138:15
**recommended (1)**
   182:8
**reconvene (1)**
   6:22
**record (28)**
   3:15;5:9;6:9,10,16;10:14,

15;14:20,21;15:3,14;69:14;
72:12;74:6;81:11;93:15;
124:4,5;127:18;136:13,13;
142:14;146:10,11;158:14;
182:13,14,20
**recorded (4)**
   4:7,12,14;159:2
**records (37)**
   7:5;36:14;44:18;45:12;
   94:11,18;101:8;102:4,21;
   103:4;106:1,7,11;107:10,16,
   17,22;108:21;109:15,18;
   111:5,6;117:19;120:10;123:2,
   21;125:15,17;131:7;138:13;
   141:1;144:4,5;145:14,19;
   157:5,6
**recreational (1)**
   172:9
**recreationally (1)**
   174:11
**red (3)**
   63:18,22;66:1
**refer (5)**
   95:18;107:2;108:15;109:8;
   113:13
**referral (8)**
   120:20;121:4,6,9,15,18;
   122:5;132:7
**referred (9)**
   99:9;105:13;106:17;
   108:17,20;109:5;113:7,10;
   116:5
**referring (2)**
   7:2;144:8
**reflect (2)**
   7:10;131:7
**reflux (1)**
   34:22
**refresh (3)**
   44:22;68:22;69:1

**regards (3)**
   64:21;93:6;110:10
**Regional (13)**
   75:15;80:8,9;84:12,14;94:3,
   18;101:13;103:5;135:8,11,15;
   151:8
**regular (4)**
   33:15;42:17;59:7;118:6
**regularly (2)**
   40:14,15
**related (23)**
   7:18;12:7;15:15;37:21;
   76:1;78:6;90:8;93:4;118:1,8;
   119:15,17;122:9,12,16;
   129:17;130:5,7;131:12;
   132:22;137:2;154:5;162:5
**relaxed (1)**
   80:3
**relaxing (1)**
   166:16
**relevance (2)**
   81:3,12
**relevant (1)**
   127:21
**relief (5)**
   116:20;117:1,20;181:10,11
**remember (63)**
   25:5,6,7;26:7,8;34:18,21;
   39:13,14,15;41:22;42:5,8,11,
   14,18,19;45:2,4,5,8,10,14;
   55:21;56:2,4;57:21;73:22;
   76:11;102:6;103:3;109:22;
   111:11,17,22;112:1,3,4,8,15,
   19;113:3,5;114:2,3,6,7,14;
   115:15;121:19,21;153:18;
   160:14,20;161:3,7;162:8;
   165:8;176:10,11,15;178:8,13
**remodeled (1)**
   64:17
**rent (1)**

12:17

**repeat (1)**
26:10

**rephrase (2)**
4:17,19

**report (6)**
21:4;56:11,14;58:17;79:2;
99:1

**reported (2)**
21:10;60:18

**reporter (2)**
4:5;182:18

**reporter's (1)**
5:8

**reporting (1)**
113:17

**represent (1)**
66:9

**representing (2)**
4:4;106:3

**represents (1)**
3:11

**requested (4)**
6:1,18;112:18;140:22

**require (1)**
151:2

**requires (1)**
121:11

**reserving (1)**
147:15

**reside (2)**
18:8,9

**resolve (1)**
147:19

**resolved (3)**
85:15;154:22;155:8

**respond (1)**
55:5

**response (8)**
24:20;31:18;46:18,20;56:7;

128:19,21;145:21

**responsibility (1)**
10:4

**rest (6)**
61:12;88:15;103:19,20;
132:1;140:5

**restrictions (1)**
174:5

**restroom (1)**
5:1

**result (7)**
15:6,22;130:14;131:1;
136:15;150:3;153:9

**results (2)**
111:4;112:19

**retention (1)**
147:9

**retired (1)**
46:11

**return (2)**
104:15;144:14

**returned (2)**
138:13;144:12

**review (5)**
37:6;38:12;44:19;126:4;
182:15

**reviewed (2)**
76:21;145:15

**rhizotomies (2)**
181:8,11

**rhizotomy (22)**
115:16,18;116:8,14,21;
117:7,18;118:3;119:2,10,14,
21,22;122:6;125:5,14;132:3;
140:4;144:10,14;182:5,9

**rib (4)**
157:19,22;158:8;173:19

**rid (3)**
176:21;177:3,5

**ride (13)**

152:20;172:12,12,22;173:4;
174:13;175:1,2,3,5,8,9,22

**riding (6)**
173:8;174:15,17,19;175:10;
176:2

**right (84)**
4:5;10:3,20;11:14;12:8;
15:8,9,20;29:22;30:1;43:5,13,
18;48:21;49:1;52:15;53:13;
61:17;66:16;67:6;75:6,6,6;
81:21;85:22;86:11;89:12;
94:19;95:15;96:7;100:14,19;
101:10;107:13;108:18,20;
109:17;110:3,4;111:14;113:6,
8;114:19,22;115:19,22;116:2;
123:2,5,8,10;124:9;130:16,
17;132:3,8;136:20;138:16,17;
139:5;141:6;142:22;143:20;
144:6;145:11;147:15;149:1;
150:20;151:10;153:20;
154:10;155:15;156:3;157:3,
10;159:1,2,3,17;171:22;
176:3;177:21;180:4;181:19

**right-hand (1)**
67:10

**right-handed (1)**
17:16

**ring (1)**
153:22

**Rite (1)**
96:10

**Road (14)**
20:1;28:6,8,10;44:7,9;
135:16;149:5,17,20;150:17;
151:11;167:3;168:4

**Rocky (7)**
3:17;12:13,14;18:2,10;
19:17;82:5

**rode (3)**
82:20;166:16,18

**rolled (1)**
157:15

**room (3)**
80:20;84:3,19

**row (10)**
48:2,6;52:3;53:21;56:17;
61:15,16,18;76:13,15

**rules (2)**
4:8,10

**run (2)**
52:16;181:3

# S

**salary (2)**
23:9;137:15

**sale (1)**
48:8

**same (20)**
5:7;34:8;35:3;64:20;65:5;
81:11;88:19;92:8;93:1;95:17;
98:8;99:8,11;101:12;109:16;
115:8;135:3,3;140:8;161:22

**sandwich (1)**
28:14

**Sat (2)**
83:1;103:15

**Saturday (5)**
84:22;85:2;100:19,21;
168:20

**Saw (16)**
78:19;81:2;105:8;107:10;
109:3,4;115:16,18,22;118:12,
20;122:19;160:18,21;168:9,
10

**saying (16)**
10:10;53:7,21;63:19;73:2,
12;76:6;94:12;111:17;112:8;
126:15;129:10;146:6;148:2,3;
155:8

**scale (1)**
86:6

**scan (1)**
68:3

**schedule (5)**
5:22;22:8,20;132:14,16

**scheduled (8)**
83:2,7;89:11;122:12;
132:11;140:1;145:3,5

**school (4)**
16:10,11,16;17:7

**scope (1)**
147:3

**scraggly (1)**
54:18

**scream (2)**
50:4,4

**screamed (5)**
49:17;50:3,5,11;55:4

**screen (1)**
66:9

**se (1)**
105:20

**season (2)**
154:14;170:3

**seated (1)**
149:9

**second (19)**
6:5,9;19:14,15;36:4;49:6;
117:3,4,18;118:3;119:2,9,14,
21;122:6;132:3;144:10;
145:12;181:16

**seconds (1)**
49:10

**section (1)**
53:5

**security (4)**
128:10;129:8;131:13;163:5

**seeing (4)**
109:17;115:15,17;132:4

**seek (2)**
136:7;158:12

**seeking (3)**
155:2,18,21

**seem (1)**
176:11

**Seidel (1)**
126:14

**selected (1)**
48:21

**self-checkout (1)**
59:12

**semi-serious (1)**
148:9

**send (7)**
16:19;68:3;123:21;126:4,
16,17;145:21

**sending (2)**
127:2;151:20

**sense (3)**
14:10;147:21;172:3

**sent (3)**
110:2;124:2;131:16

**separate (6)**
14:11;98:8,9,10;100:8;
150:4

**separated (8)**
14:3,5,6,7,10;152:15,17,19

**separation (2)**
15:5,15

**sequester (1)**
21:18

**serious (1)**
148:9

**service (2)**
17:10;98:19

**Services (11)**
20:15,22;22:8;23:10;25:4,
8;30:14;31:8;137:2;144:18;
145:19

**Set (1)**
10:4

**settled (1)**
155:3

**settlement (1)**
156:20

**severe (1)**
73:11

**sex (1)**
179:21

**Shah (7)**
105:3,4,9,12;106:9;118:22;
123:21

**shaking (1)**
125:18

**shape (1)**
74:19

**shattered (1)**
151:1

**Sheila (1)**
78:13

**shelf (1)**
156:15

**shifted (1)**
82:15

**shirt (3)**
42:17;66:18;67:7

**Shock (1)**
162:11

**shoes (3)**
42:5,6,8

**shopping (30)**
39:22;40:9;41:10;48:8,22;
49:4,8,14;56:17;58:21;59:4,7;
64:22;66:18;70:1,3;167:17;
172:14,16,19,21;173:5;
178:16,18;179:8,11,14,15,19;
180:14

**short-sleeve (1)**
66:18

**short-term (1)**
163:9

**shortwave (1)**
5:9

**shot (4)**
66:10;95:4,10;155:14

**shots (2)**
95:2;97:21

**shoulder (3)**
151:14,14;153:4

**show (21)**
35:14;53:11;60:4;63:6;
65:10;66:2,8;67:1,16;69:11;
72:6,13;94:18;106:4,7,11;
107:10;108:21;109:15,18;
111:6

**showed (1)**
86:21

**showing (4)**
68:8;71:2,10;104:10

**shows (7)**
69:17,22;72:14;111:7;
138:10;139:20;143:1

**side (9)**
73:1,2;157:20;158:5,15;
159:5,6,8;168:4

**sidetracked (1)**
18:1

**Sightseeing (2)**
166:22;168:18

**signature (4)**
36:5;60:9,19;61:9

**simply (2)**
4:17;110:17

**single-family (4)**
18:4,20;19:6;20:8

**sister (1)**
92:22

**sit (4)**
36:10;85:12;86:15;155:14

**sitting (6)**
58:4,8,9,11,14;172:8

**situation (2)**
36:15;90:22

**six (16)**
87:19,20;117:5,21,22;
128:18;129:11;130:2;168:22;
169:14;170:12,17;173:9,9,18;
175:20

**six-hour (1)**
23:2

**sleep (3)**
37:15,20;38:4

**slightly (1)**
137:6

**slip (8)**
103:1,6,11;104:1,14;
140:10,11,13

**slip-and-falls (1)**
162:12

**slips (3)**
140:9,17;141:5

**small (1)**
74:3

**smoker (1)**
133:11

**snap (1)**
180:20

**snow (1)**
42:3

**social (8)**
128:10;129:7;131:12;
163:4,11,13,19;164:1

**sold (2)**
169:3,7

**somebody (1)**
181:3

**somehow (1)**
147:13

**someone (6)**
41:11;60:14;61:12;81:5;
107:2;137:21

**someone's (1)**
172:15

**something (17)**
5:1;11:2;17:2;24:14,15;
31:21;38:18,21;41:2;42:11;
130:1;132:14,16;143:18;
150:17;168:9,10

**Sometime (3)**
25:20;30:22;87:18

**sometimes (3)**
41:1,2;44:15

**Somewhere (1)**
41:15

**son (5)**
10:18;27:11;28:3;91:18;
92:2

**soon (1)**
145:21

**sore (1)**
153:2

**soreness (1)**
153:8

**Sorry (5)**
46:22;57:15;72:10;89:1;
146:13

**sort (3)**
5:9;109:16;158:15

**sound (7)**
29:22;101:10;107:13;
113:21;136:20;137:8;138:16

**sounds (2)**
30:1;138:17

**Southern (3)**
114:18;115:4;139:11

**Spanish (1)**
31:19

**speak (3)**
5:7;98:21,22

**speaking (2)**
99:12;110:10

**specialist (1)**
121:12

**specialists (1)**
122:1

**specific (10)**
17:2;22:22;105:6;108:4;
110:9,11;132:21;136:7,14;
145:20

**specifically (5)**
42:7;48:17;89:6;110:11;
146:6

**spell (3)**
3:13;13:7;46:3

**Spelunking (1)**
167:19

**spine (7)**
95:4,7;109:20;111:1,2,7;
112:14

**spoke (6)**
30:17;77:21;81:5,18;85:5,6

**spoken (1)**
180:15

**spondylosis (1)**
113:21

**spring (1)**
174:18

**Square (1)**
46:8

**stalactites (1)**
168:3

**stalagmites (1)**
168:3

**stand (3)**
53:11;77:18;86:15

**standing (3)**
48:3,17;69:12

**stapled (1)**
77:8

**start (5)**
5:11;32:19;34:15;164:13;
172:5

**started (6)**
21:13;25:4;27:17;28:14;
31:8;110:20

**starting (1)**
60:20

**state (5)**
3:13;124:12,12;129:13,17

**statement (8)**
15:13;60:6,20;76:19,20,21;
77:8;78:7

**statements (2)**
7:13;58:3

**state-offered (1)**
127:11

**status (2)**
23:17;154:20

**stay (3)**
104:5;165:16;167:4

**stayed (1)**
100:19

**staying (1)**
92:1

**step (1)**
70:14

**steps (1)**
177:22

**still (20)**
4:10;15:16;65:6;85:19;
90:13;91:2,9;92:2,15;105:9;
113:17;127:20;128:22;129:2;
139:5;152:3;171:14;172:9,19;
178:18

**stimulation (1)**
108:8

**stipulating (2)**
146:19;147:2

**stipulation (3)**

146:15,16,22

**stop (4)**
5:2;27:6;94:14;165:18

**stopped (3)**
27:8;157:14;181:11

**stops (2)**
79:20;166:1

**Store (10)**
26:2;40:9,22;51:10,11;
56:15;58:10;77:19;78:9;99:5

**stories (1)**
20:10

**straight (2)**
159:12;165:11

**strain (1)**
101:13

**street (6)**
12:12;20:2;28:12;39:13,14,
15

**strike (2)**
53:16;145:2

**struck (11)**
48:2,6,9,18;49:5,13,15;
50:22;56:17;57:10;61:15

**structure (1)**
65:5

**stuck (1)**
178:15

**student (1)**
12:5

**study (3)**
37:15,20;38:4

**stuff (1)**
119:11

**Stump (1)**
21:15

**submitted (2)**
125:1,5

**subpoena (1)**
91:6

**subpoenaed (2)**
90:18;145:19

**subsequent (2)**
85:9;148:20

**subsequently (1)**
112:9

**Subway (6)**
28:1,5,18;58:10,11,15

**sudden (2)**
110:14;121:2

**sue (1)**
147:6

**sued (2)**
146:20,22

**suffer (2)**
92:21;151:9

**summarize (1)**
94:10

**summer (1)**
174:18

**Sunday (5)**
84:22;85:2;100:19,22;
168:20

**sunrise (1)**
167:12

**super (2)**
177:13,13

**supervisor (1)**
138:3

**Supervisory (1)**
17:3

**supplement (4)**
36:13;38:14;91:4;120:11

**supplemental (1)**
127:11

**supplementation (1)**
36:21

**supplementations (1)**
36:8

**supposed (5)**

34:10;77:12;83:16,16;
92:14

**sure (41)**
4:11;10:6;25:9,14;26:11;
28:19;34:5;37:2;38:18;40:7;
42:16;46:16;54:22;55:3;58:4,
5,7;62:21;68:10;72:11;77:10;
80:11;94:15;102:20;110:13;
119:6;123:20;124:18;127:6,
16,22;135:14;140:19;170:5,9,
13;173:11;174:2,15;176:12,
13

**surgery (3)**
132:18;151:2,6

**surrounding (1)**
65:1

**swap (1)**
177:7

**Sweater (1)**
42:12

**sweet (2)**
47:14;48:11

**swell (1)**
172:5

**swelling (3)**
72:8,16,17

**swimming (1)**
167:13

**swollen (1)**
75:15

**sworn (2)**
3:6;11:1

**symptoms (7)**
85:13,15,18;86:1,17,20;
87:2

**T**

**Tahoe (1)**
177:6

**taking (7)**
4:5;31:14;32:19;34:15;
44:20;45:9;114:11

**talk (10)**
7:15;15:16;39:3;43:13;
85:10,11;93:22;118:10;146:5;
148:8

**talked (6)**
47:6;51:20;103:17;136:12;
137:7;138:8

**talking (3)**
5:11;18:2;148:19

**Tall (1)**
56:1

**tangible (1)**
7:19

**tax (2)**
36:14;145:13

**tea (1)**
48:11

**tear (2)**
110:1;112:22

**technical (2)**
10:10;108:7

**technically (1)**
129:2

**techniques (1)**
108:2

**tecum (1)**
5:18

**Teeter (1)**
147:6

**Teller (1)**
29:9

**telling (2)**
110:16;114:4

**tendon (1)**
52:11

**tennis (1)**
42:6

**Tenth (2)**
16:9;17:7
**term (5)**
10:10;108:7;111:13,15;
171:16
**terribly (1)**
4:22
**testified (1)**
3:6
**testify (6)**
89:18;90:3;91:12,16,19;
92:7
**testimony (1)**
138:4
**Thanks (2)**
66:4;68:6
**Thanksgiving (7)**
41:20;81:20;82:1,6;83:3,5;
100:16
**theory (1)**
147:8
**therapist (4)**
133:22;134:6,19;135:3
**therapists (1)**
135:21
**therapy (9)**
108:15;122:21;135:7,8,10,
11;152:7,8;160:16
**thigh (2)**
52:19,20
**thighs (1)**
53:18
**thing (1)**
88:19
**things (4)**
108:2;125:4;166:14;171:19
**thingy (1)**
108:6
**think (52)**
20:7;22:12;28:19;34:4;

35:13;37:7;38:20,21;40:8;
46:13;47:15;51:8,16;54:5;
56:16,19;62:3;64:15;75:7;
77:5;89:7,9,18,20;92:13;93:3,
5;108:5,12;110:21;112:10;
114:21;122:18;128:17;136:1,
5;142:8;144:11;147:14,18;
152:2,20,21;162:15,18,22;
164:17;168:21;170:12,17;
173:11;175:12
**thinking (1)**
117:5
**Thompson (5)**
115:13,15,16;116:3,6
**thorough (1)**
7:4
**those (33)**
4:8,13;6:4,20;17:6;36:18;
37:13;38:9;58:22;59:1,2;
68:3;89:9,10;107:21;108:15,
19;111:4;114:18;115:7;
116:18;124:1;131:1,17;138:6;
140:17;144:13;147:16,17;
157:6;165:17;177:21;180:7
**though (4)**
4:9;5:21;129:1,4
**thought (5)**
28:12;80:5;97:16;106:14;
118:20
**thousand (2)**
29:15;176:12
**Three (10)**
26:19;34:16;35:5;68:16;
115:1;169:20,20;175:19,21;
179:16
**through (12)**
23:1;30:12;77:7;89:14;
96:20;118:18;119:1;125:9;
138:10;140:2,12;155:22
**thrust (1)**

180:18
**thumb (4)**
74:10;134:20;155:16,19
**times (13)**
39:18;40:21;41:7;64:4;
115:1;118:14;151:8;175:9,13,
15,18;176:1;181:17
**timing (1)**
29:12
**title (4)**
20:19,21;26:1;28:13
**today (19)**
5:19;6:13;31:14,16,22;32:6,
8,10;33:4;36:10;38:22;85:12;
133:8;136:4;137:7;138:4;
142:9;164:5;174:22
**today's (2)**
6:6;147:16
**together (3)**
33:12;98:5,7
**told (22)**
75:15;86:19;88:1;94:2;
96:22;97:2,8;103:17;104:3,5,
19;106:1;109:22;111:3;114:9,
11;126:6;132:13,15,17,20;
133:14
**took (11)**
31:22;32:8;43:8;44:3;49:4;
69:8;71:21;93:20;98:22;
139:20;177:8
**top (7)**
42:14;60:21;69:17;71:15,
15;75:2,4
**totality (1)**
130:9
**totally (1)**
64:17
**totals (1)**
136:19
**town (1)**

28:9
**track (1)**
142:15
**trade (1)**
16:16
**training (3)**
16:22;17:4;147:10
**Tramadol (2)**
102:5,8
**transcript (13)**
5:15;35:19;60:2;63:4;65:8;
66:6,21;67:14;70:22;78:2;
104:8;137:12;141:12
**trash (1)**
22:2
**Trauma (1)**
162:11
**traumatic (2)**
171:12;172:14
**treated (3)**
80:6;107:11;109:15
**treating (2)**
118:13;152:3
**treatment (40)**
37:9;77:19,20;78:10;94:1;
107:21;113:15;114:10,15;
118:1,4,5,7,8,18;119:1,15,16,
17;122:5,10,12,15,20;132:2,7,
21;134:11;152:6;155:2,4,9,
17,22;157:1;158:12;160:9;
162:9;171:14;181:12
**treatments (1)**
132:1
**trial (1)**
93:4
**trick (2)**
40:10;119:11
**tried (1)**
180:3
**trip (5)**

164:14;165:17;168:7;
169:2,10

**trip-and-falls (1)**
162:13

**trips (5)**
164:10;169:15;170:19;
171:8;178:20

**true (3)**
78:7;125:4;137:3

**try (5)**
89:14;119:11;122:4;
152:20;178:13

**trying (11)**
43:2;62:13,14,16;72:6;
80:3;94:9,9,14;110:14;121:7

**Turkey (1)**
20:1

**turn (3)**
73:17;149:18,19

**turned (8)**
49:17,22;50:16,17;55:8;
99:6;168:11;172:17

**turning (3)**
26:12;127:19;153:5

**twice (2)**
114:21;116:11

**twisting (1)**
153:5

**Twitter (1)**
164:3

**two (30)**
14:3;29:15;46:13;49:6,10;
50:9;58:22;59:2;67:18;68:16;
70:14;76:4;100:4,6,7;118:13,
17,17;120:18,22;121:1;
153:12;157:6;161:14,16;
162:4;164:19;175:19,21;
176:12

**two-story (4)**
19:8,11,12,17

**type (5)**
54:19;104:4;110:1;112:22;
118:4

**typically (1)**
40:17

## U

**uh-huhs (1)**
4:13

**Uh-uh (2)**
179:17,19

**uh-uhs (1)**
4:12

**ultimately (3)**
113:7;144:13;150:21

**unable (1)**
129:11

**unconscious (1)**
150:14

**Under (4)**
60:20;91:6;115:7;118:20

**underneath (1)**
155:15

**understand (9)**
4:15,18;30:13;32:9;53:20;
104:19;147:22;148:3;175:8

**understanding (3)**
15:4;116:13;118:21

**Understood (1)**
91:1

**unemployed (2)**
21:19;31:7

**Until (11)**
8:13;19:5;20:7;29:13;49:4;
58:2;83:15;107:12;143:22;
144:18;145:3

**up (27)**
11:1,6;28:16;52:16;53:9,
11;59:1;64:22;82:2;97:17;

102:10;104:19;105:20;106:2,
5,12;116:4;133:9;139:7;
146:14,16,17;157:14;159:15;
171:22;178:2;181:3

**upon (1)**
117:15

**upped (1)**
23:12

**upper (1)**
153:10

**up-to-date (1)**
126:20

**Urgent (11)**
75:15;80:8,9,19,21;84:16;
95:8,9,19;96:5,8

**USA (1)**
26:13

**use (10)**
4:22;17:13;59:4;63:18;
66:1;159:3;163:11,13,17;
164:3

**used (5)**
125:2;139:14;176:20;
177:15;179:1

**usually (1)**
123:15

**uttered (1)**
50:4

## V

**vacation (3)**
164:14;169:10;179:7

**vacations (3)**
164:10;170:19;171:8

**Vacuuming (1)**
21:22

**vehicle (2)**
82:20;150:1

**verbal (5)**

24:20;31:18;46:18,20;56:7

**verification (1)**
137:15

**verify (1)**
90:4

**verifying (1)**
140:13

**Vermont (1)**
170:21

**versus (1)**
84:11

**vessels (2)**
75:3,18

**vest (2)**
51:7;55:13

**vicarious (1)**
147:7

**video (2)**
66:10;99:18

**videos (1)**
7:13

**visible (1)**
76:6

**visit (1)**
115:14

**visor (1)**
67:8

**volcano (1)**
167:7

**volcanos (1)**
167:6

## W

**wage (3)**
137:5,5,15

**wages (2)**
90:5;136:19

**wait (1)**
96:16

**waited (2)**
97:1;150:18

**Waldorf (1)**
46:8

**Walgreens (6)**
96:10,11,12,16;97:15;100:3

**walk (5)**
168:15,15;177:21;178:1;
179:2

**walked (5)**
47:20;49:22;55:8;57:10;
98:6

**walking (5)**
86:14;168:6;172:4,7;
178:17

**walks (1)**
177:19

**Walmart (79)**
3:12;7:11;15:7;16:1;17:18,
21;22:16,19;37:21;39:4,8,11,
19,22,22;40:9,14,21;41:10,14;
42:21;45:12;47:3;51:7;55:10;
59:14,20;62:19;64:5,6,9,12;
65:16;79:18;85:13;88:3;93:4;
97:11,19,21;98:1,8,11,15;
99:22;100:3,8;106:10;118:2,
9,19;119:16,18;120:3;122:9,
13,17;131:1,9;133:1;136:6,8,
16;137:2;146:18;163:20,22;
164:8;170:1,14;171:4,18;
172:2;174:4;177:3,10,14,16,
17

**wanted (6)**
69:11;77:18;78:11;97:10;
98:4;166:9

**Wash (1)**
151:7

**Washington (10)**
84:2,8,18;101:6,18;102:22;
103:11;104:18;105:13;158:13

**watch (2)**
23:2;167:12

**water (2)**
177:20,22

**way (13)**
54:11;64:12,22;68:4;73:13;
79:17;89:21;103:14;130:20;
138:10;179:12,13;181:6

**wear (2)**
17:12;42:6

**wearing (6)**
42:5,10,15,15;68:19;150:6

**weather (2)**
41:22;174:12

**Wednesday (3)**
39:7;81:19;94:3

**week (12)**
22:3,9,13;23:5;24:17,18;
32:21;39:6;73:8;140:3,7;
144:14

**weekend (1)**
87:9

**weekends (1)**
174:17

**Welch (1)**
147:7

**welcome (1)**
146:1

**Wellbutrin (4)**
32:18,20;33:6;34:11

**weren't (3)**
70:18;180:5;181:20

**whatever (3)**
52:1;53:3;178:19

**What's (6)**
9:11;12:2;13:14;23:9;
32:22;35:2

**whatsoever (2)**
86:7;119:17

**Whereupon- (1)**

3:3

**whether (6)**
76:11;112:5;117:16;142:4,
7;182:4

**white (2)**
54:17;56:3

**whole (5)**
61:16;111:22;167:3,4;
178:22

**Whose (2)**
137:17;141:19

**William (1)**
8:18

**Williamsburg (4)**
169:17,18;179:2,4

**willing (1)**
177:7

**winding (1)**
177:12

**within (22)**
35:3;43:7;46:13;47:9;50:9;
68:18,18;69:6;72:3,5;80:13;
87:13,14,18,20;104:20;106:2;
120:9;128:18;129:11;130:1;
171:1

**without (1)**
74:9

**WITNESS (9)**
15:11;57:17;78:6;90:16;
91:14;92:20;93:12;130:17;
182:15

**witnessed (1)**
51:16

**witnesses (6)**
37:12;38:6;50:20;51:19;
89:4;93:2

**woman (4)**
55:19;66:17;67:7;78:13

**women's (2)**
48:4,20

**word (3)**
35:15;50:4;113:21

**worded (1)**
4:18

**words (5)**
9:21;61:3;64:16;94:9;159:4

**work (69)**
21:4,8,11;22:3,22;23:17;
24:16;25:13;26:3,14,18;27:3,
4,7,9,16,22;28:16;29:5,10,16;
30:11;46:5,7;83:7,8,11,22;
84:21;90:5;103:2,7,12,13,18;
104:1,2,4,15;129:5,11;137:1;
138:6,9,13,18;139:3,4,6,21,
22;140:3,7,9,10,11,14;142:15;
144:4,12,14;145:3,5;147:10;
152:21;154:10;156:2,15;
157:2

**worked (10)**
17:18,21;23:13,14;24:12;
28:21;29:14;30:20;100:18;
101:4

**workers' (6)**
154:17,20;155:5;156:21;
157:6;162:16

**worker's (1)**
156:14

**working (15)**
10:2,3;21:11,12;22:19;27:6,
8;30:9;51:10,12;89:10;
114:12;128:22;144:17;145:1

**workplace (1)**
156:4

**work-related (3)**
134:21;156:13;162:17

**worst (1)**
86:8

**write (1)**
60:13

**writing (1)**

147:11

**written (1)**
76:21

**wrong (3)**
101:3;131:8;150:17

**wrote (3)**
78:19;143:3,5

---

## X

**Xanax (8)**
44:20;45:3,6,9,11,15,18,21

**X-ray (2)**
111:1,7

**X-rays (4)**
7:5;94:5,17;111:4

---

## Y

**Yams (5)**
41:19;47:15,16;58:19;59:5

**year (25)**
14:8;18:19;23:13;28:21;
31:11;45:7;68:18;69:2,6;
106:21;116:12;117:2,9;120:9;
121:20;128:16;154:15;160:6;
161:22;170:11;176:11;177:2;
179:1,7;181:14

**years (49)**
10:4;11:22;12:4;26:19;
27:9,19;28:3;29:10,16,20;
39:21;40:5,5,5,9,13;41:5;
44:10,11;46:13,16;68:16;
106:22;118:13,17,17;120:18,
22;121:2;124:18;145:13;
160:8;161:7,11,18;164:11,12;
169:14,19,20;170:12,17,20;
171:2;173:9;176:5,22;177:1;
179:16

**yell (1)**

---

50:13

**yellow (2)**
73:20,20

**Yellowy (1)**
73:19

**yesterday (3)**
36:17,22;145:14

**yourself (8)**
59:14,16;66:12;67:3;79:13;
94:4;95:19;96:9

---

## Z

**Zoloft (7)**
32:1,8;33:9;34:11;43:9,20;
44:3

---

## 0

**0 (2)**
86:7,7

---

## 1

**1 (3)**
5:14,17;7:2

**1/2 (2)**
74:14,14

**1:00 (4)**
83:17,18;84:1;139:4

**10 (21)**
40:5,12,13;41:5;70:21;71:3,
5,10,21;72:15;75:2;86:7,7;
100:5;117:19;132:8;140:6;
164:11,12;170:20;171:2

**10/14/99 (1)**
12:3

**10/6/67 (1)**
3:20

**100 (4)**

---

18:14;33:1;92:1,10

**101 (1)**
17:3

**10th (1)**
144:11

**11 (4)**
78:1,5,17;126:20

**11/25/15 (1)**
79:2

**12 (3)**
104:7,12,14

**12.5 (1)**
34:2

**12/9 (1)**
12:3

**12/9/89 (1)**
9:14

**120 (1)**
41:7

**13 (6)**
29:18,20;137:11,14;138:5;
141:9

**14 (9)**
140:6;141:11,15;142:1,13;
143:1,9,15;144:8

**15 (9)**
58:7,12;106:22;115:14;
117:8;123:22;139:10;140:2;
160:7

**15-minute (1)**
175:22

**15th (2)**
138:19;140:15

**16 (7)**
19:1;139:10;161:8,11,18,
21;162:1

**17 (1)**
140:16

**17.82 (1)**
24:13

---

**18 (4)**
26:12,15;123:22;148:22

**19 (11)**
11:5,22;12:4;138:10;140:3,
12;145:8,9;148:12;152:14;
174:9

**1988 (1)**
8:12

**1989 (1)**
27:11

**1993 (1)**
28:2

**1994 (1)**
28:2

**1995 (1)**
29:19

**1st (3)**
92:14;109:2,3

---

## 2

**2 (8)**
35:18,22;36:3;37:4;38:13;
74:14,14;86:9

**2.99 (1)**
65:6

**2/22/16 (1)**
141:7

**2:30 (1)**
41:15

**20 (5)**
23:22;24:2;40:5;79:19;
160:7

**200 (1)**
32:3

**2000 (1)**
25:20

**2007 (1)**
20:7

**2008 (3)**

---

9:2;29:20;30:3

**2009 (1)**
30:22

**200-and-some (1)**
97:8

**2010 (1)**
25:20

**2011 (13)**
8:14;9:1,4;14:19;19:5,21;
20:7,18;21:11;25:4;29:13;
30:22;173:13

**2012 (1)**
173:12

**2013 (4)**
169:15;170:16;173:10,12

**2014 (6)**
36:15,21;157:9;173:20;
174:1;179:6

**2015 (22)**
39:4;41:9;44:21;45:3,6;
60:7;64:14,18,19;94:4;
104:15;107:11;109:4;112:11,
14;124:20;138:10;143:14;
156:14;174:2;176:15;177:2

**2016 (18)**
107:13;115:14;117:8;
123:22;138:11,15,19;139:20;
140:2,3,12,16;143:14,22;
175:11;176:2,15;178:7

**2017 (17)**
19:5;117:19;118:2;119:22;
123:3;132:3,8;140:6,6,16;
144:11;164:17;166:8;169:7;
175:14;176:2;178:7

**2018 (18)**
14:9;23:15,22;24:2;123:22;
126:20;145:8,9;148:12,22;
152:14,15;153:15;154:9;
174:9;175:16;176:2;178:7

**2019 (1)**

169:15

**20646 (1)**
3:18

**20-minute (1)**
100:11

**22 (1)**
138:15

**22nd (1)**
138:14

**23 (1)**
112:14

**23rd (1)**
123:6

**24 (1)**
43:6

**24th (1)**
43:17

**25 (5)**
22:10;34:14;39:4;41:9;94:3

**25th (2)**
43:14;60:7

**26th (1)**
81:21

**27th (4)**
83:9;84:1;101:2,5

**28 (1)**
123:2

**28th (1)**
123:6

**29 (4)**
9:17,18,19;10:4

**2-foot (1)**
157:14

**2nd (1)**
104:15

**3**

**3 (8)**
60:1,5,14,15;74:14,15,15;

107:12

**3/15/16 (1)**
141:6

**3:00 (1)**
41:15

**30 (10)**
9:17;22:4,8,11,12;24:17,18;
58:7,12;138:9

**30-hour-per-week (1)**
22:19

**30th (5)**
107:11;110:21;111:1,2,7

**4**

**4 (8)**
14:19;63:3,7,14,16;64:2,6;
89:6

**4:08 (1)**
93:16

**4:16 (1)**
93:17

**432 (1)**
137:1

**5**

**5 (7)**
40:5;63:3,13,14,16,22;64:6

**5:00 (1)**
145:14

**50 (1)**
133:4

**50,000 (1)**
131:18

**50th (2)**
166:9,11

**6**

**6 (5)**
65:7,11,13,14,21

**6:04 (1)**
182:20

**60-something (1)**
123:18

**62 (1)**
12:13

**6255 (2)**
3:17;82:5

**7**

**7 (4)**
66:5,9,13;139:20

**7:00 (3)**
83:12,13;139:4

**72 (2)**
43:7;47:9

**7th (1)**
140:15

**8**

**8 (4)**
66:20;67:2,3;89:7

**89 (1)**
26:21

**9**

**9 (3)**
67:13,17;68:8

**90-degree (1)**
149:19

**9145 (1)**
20:3

**95 (2)**
28:20;29:12