# EXHIBIT 9

**OrthoMaryland**
Orthopaedic Excellence

D/Eval: 2/28/2020
D/A: 11/25/2015

Cynthia Gatchell was seen today, February 28, 2020, for an Independent Medical Evaluation. It was explained that this examination is intended to provide information, not to deliver medical care. This evaluation in no way constitutes a physician-patient relationship.

History: Cynthia Gatchell is _____. who states that she was injured on November 25, 2015. Ms. Gatchell was a shopper in a Walmart store. She states that she was struck from behind by a long row of shopping carts that were pushed by a store employee. She describes impact to her low back and to the back of both of her legs.

Ms. Gatchell states that on the date of injury, she went to an urgent care center at Charles Regional Medical Center. She drove herself to the urgent care center. She was evaluated. No x-rays were done. She received injections and medications were prescribed.

Ms. Gatchell states that she next sought treatment at the Fort Washington Hospital Emergency Department where she was evaluated and medications were prescribed.

Ms. Gatchell states that she then saw a chiropractor, Dr. Alfano. She chose Dr. Alfano because her father had been treated by the doctor and she had also seen Dr. Alfano once in the past for her low back. Ms. Gatchell cannot recall how may chiropractic treatment visits she had, but recalls that she was treated for several months. She states that the chiropractic treatment was somewhat helpful.

Ms. Gatchell saw an orthopedic surgeon in Clinton whose name she cannot recall. She states that medications were prescribed and it was recommended that she continue chiropractic treatment.

Ms. Gatchell saw her primary care provider at Shah Associates who recommended that she go to a pain management practice.

Ms. Gatchell went to National Spine & Pain. She received four sets of facet injections in her back and underwent three rhizotomy procedures. She found that these were somewhat helpful. The rhizotomy procedures offered pain relief lasting between 9 and 12 months.

Ms. Gatchell was evaluated with x-rays and MRI scans of her back. She states that she is not aware of the results.

Ms. Gatchell told me she remains under the care of doctors at National Spine & Pain. There has been no other

OrthoMaryland :: 2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209
OrthoMaryland.net :: 410.377.8900 :: Baltimore :: Lutherville :: Owings Mills

:: When Life Can't Wait ::

OUR PHYSICIANS
Jason P. Brokaw, M.D. :: David P. Buchalter, M.D. :: M. Ayodele Buraimoh, M.D. :: Steven L. Friedman, M.D.
Lisa J. Grant, M.D. :: Peter R. Jay, M.D. :: Robert Riederman, M.D. :: Mark S. Rosenthal, M.D.
Barry J. Waldman, M.D. :: Ian M. Weiner, M.D. :: Chad C. Zooker, M.D.

RE: Cynthia Gatchell          D/E: 2/28/2020          Page 2

treatment or testing since the November 25, 2015, injury.

At this point, Ms. Gatchell complains of low back pain level 5/10. She describes moderate functional limitations level 3/10. Her pain increases with prolonged sitting, standing, or walking with lifting, climbing stairs, or bending. She feels better when she rests or takes medication for pain. She describes radiating pain and weakness in her right leg. She denies numbness of either leg. She states that she has been incontinent of urine for several years. She has been treated by urologist and underwent a bladder lift surgery. This surgery offered temporary relief. She is not aware of the reason for her incontinence, though states that her doctors never told her that incontinence was due to her back condition.

Ms. Gatchell currently works on a part-time basis as a custodian. This is the same job that she held at the time of the November 25, 2015, injury.

I questioned Ms. Gatchell about any injuries or symptoms involving her back at anytime prior to November 25, 2015. Ms. Gatchell told me that when she was in her late 30s, she sustained a work-related injury to her back when she was knocked down by a horse. She told me that she saw Dr. Alfano, had a few chiropractic treatment visits and recovered fully. Ms. Gatchell told me that at some point within the past 10 years, she was injured on a four-wheeler which flipped on an incline. She fell backwards. She had x-rays at Fort Washington Hospital Emergency Department, cannot recall having any other treatment following this accident and states that she recovered fully. Ms. Gatchell told me she could not recall any other prior episodes of injury or pain involving her back. She denies history of injury to her back subsequent to November 25, 2015. Ms. Gatchell gives history of work-related injuries to her right thumb and hand with full recovery. She denied history of injury in any other motor vehicle accident.

Past Medical History: Bronchitis.

Past Surgical History: Hysterectomy\bladder lift, tubal ligation, ankle surgery 2018, rhizotomy procedures as above.

Medications: Ambien, Xanax, oxycodone, morphine, Wellbutrin, chlorpromazine, Prilosec.

Allergies: None.

Social History: She does not smoke cigarettes. She does drink alcohol rarely.

Physical Examination: Height 5'5", weight 213 pounds, BMI 35.4. Gait pattern is slightly deliberate. Physical examination was performed in the presence of Ms. Tracey Eaton.

Examination of the lumbosacral spine revealed the skin to be intact. There were no areas of tenderness to palpation about the spinous processes, paraspinous musculature, sacroiliac joint or sciatic notch regions. There was no spasm or atrophy. Range of motion of the lumbar spine revealed forward flexion with the knees in extension measured 30 degrees, extension measured 5 degrees, and lateral bending measured 10 degrees, both to the right and to the left. Ranges of lumbar motion were self-limited. There were complaints of pain with extremes of lumbar motion. Straight leg raise in the supine position provoked complaints of low back pain at 80 degrees bilaterally. Straight leg raise in the seated position was pain-free to 90 degrees bilaterally. Range of motion of each hip was pain-free. Neurologic examination of each lower extremity revealed sensation and motor examination to be within normal limits.

OrthoMaryland :: 2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209
OrthoMaryland.net :: 410.377.8900 :: Baltimore :: Lutherville :: Owings Mills

:: When Life Can't Wait ::

OUR PHYSICIANS
Jason P. Brokaw, M.D. :: David P. Buchalter, M.D. :: M. Ayodele Buraimoh, M.D. :: Steven L. Friedman, M.D.
Lisa J. Grant, M.D. :: Peter R. Jay, M.D. :: Robert Riedarman, M.D. :: Mark S. Rosenthal, M.D.
Barry J. Waldman, M.D. :: Ian M. Weiner, M.D. :: Chad C. Zooker, M.D.

RE: Cynthia Gatchell     D/E: 2/28/2020     Page 3

Radiographic Studies: I reviewed films of the following MRI scans obtained at American Radiology. The films were reviewed along with radiology reports of Dr. Whitaker and Dr. Kalman. Lumbar spine MRI obtained on December 23, 2015 revealed findings of degenerative disease with mild multilevel disc desiccation. At L4-5, mild disc bulge and facet arthropathy were seen. There were small lateral annular tears bilaterally. There was mild neural foraminal encroachment with no exiting nerve root compression. At L5-S1, there were findings of disc bulge and facet arthropathy with a small right posterolateral annular tear without focal disc herniation. There was mild neural foraminal encroachment. There was a tiny posterior right L5-S1 facet joint synovial cyst without erosive arthropathy.

Record Review: I reviewed films of the lumbar spine MRI obtained on June 28, 2017. There were essentially identical findings with disc bulges and degenerative changes at the L4-5 and L5-S1 level. Dr. Kalman, the radiologist, also felt upon review of the June 28, 2017, lumbar MRI that there were no changes from the prior lumbar MRI of December 23, 2015.

I reviewed extensive medical records provided regarding Ms. Gatchell. I reviewed Ms. Gatchell's deposition transcript dated March 19, 2019. The transcript was 182 pages in length. Ms. Gatchell described the injury that occurred on November 25, 2015, as well as her symptoms and treatment. She did mention injury in a significant motorcycle accident in 2018 that led to fractures of the right ankle and heel and surgical treatment. She also mentioned the four-wheeler accident that occurred in 2014 with treatment for back symptoms.

I reviewed charges for Ms. Gatchell's treatment.

I reviewed records of urgent care treatment at the Civista Medical Center Emergency Department on November 25, 2015. The records document complaints of back pain with radiation to the left buttock. Physical examination of the back revealed no ecchymosis, no erythema, bilateral paraspinal muscle tenderness, and edema. Neurologic examination of the legs was normal. Naproxen, hydrocodone, and lidocaine patches were prescribed. A soft tissue injection of lidocaine was performed. Clinical diagnosis was low back pain.

I reviewed records of treatment at the Fort Washington Medical Center Emergency Department on November 27, 2015. Ms. Gatchell presented with history of back pain, neck pain, and gradual onset of tight headache without head injury. Physical examination of the neck revealed painful lateral and flexion of neck rotation and tenderness over the paraspinal regions bilaterally. Physical examination of the back revealed mild tenderness to palpation over the paraspinal thoracic area and slight paraspinal lumbar area tenderness bilaterally. After examination, clinical impressions were acute back strain and injury to back, acute back pain thoracic, lumbar, with radiculopathy. Tramadol and Robaxin were prescribed.

I reviewed records of chiropractic treatment by Dr. Alfano which began on November 30, 2015. On December 7, 2015, Dr. Alfano wrote a detailed report to an attorney. Ms. Gatchell expressed complaints of pain in her head, neck, upper, mid, low back, as well as pain, numbness and tingling in her lower extremities. After examination, Dr. Alfano diagnosed posttraumatic headaches as well as sprains of ligaments of the cervical, thoracic, and lumbar spine.

I reviewed records of subsequent chiropractic treatment which continued through April 3, 2016.

I reviewed reports of x-rays obtained at Tower Radiology on November 30, 2015. X-rays of the cervical spine were

OrthoMaryland :: 2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209
OrthoMaryland.net :: 410.377.8900 :: Baltimore :: Lutherville :: Owings Mills

:: When Life Can't Wait ::

OUR PHYSICIANS
Jason P. Brokaw, M.D. :: David P. Buchalter, M.D. :: M. Ayodele Buraimoh, M.D. :: Steven L. Friedman, M.D.
Lisa J. Grant, M.D. :: Peter R. Jay, M.D. :: Robert Riederman, M.D. :: Mark S. Rosenthal, M.D.
Barry J. Waldman, M.D. :: Ian M. Weiner, M.D. :: Chad C. Zooker, M.D.

RE: Cynthia Gatchell                    D/E: 2/28/2020              Page 4

interpreted by the radiologist to reveal no radiographic evidence of acute vertebral abnormality. The lower cervical spine was not well visualized due to difficulty in patient positioning. Mild changes of degenerative disc disease were seen at C5-6 and C6-7. X-rays of the lumbar spine also obtained on November 30, 2015, at Tower Radiology revealed no radiographic evidence of acute vertebral abnormality or significant degenerative change.

I reviewed records of Premier Orthopedics. Ms. Gatchell saw Dr. Arango on December 1, 2015, and expressed complaints of pain in the lumbar and cervical spine regions. She complained of burning across her low back into the right buttock and posterior thigh. After examination, Dr. Arango diagnosed lumbar spine contusion, radiating right leg radiating symptoms, and cervical spine strain. I reviewed records of subsequent visits at Premier Orthopedics through March 21, 2016.

I reviewed records of treatment at National Spine & Pain beginning on January 13, 2016. Chief complaint was chronic pain. I reviewed records of subsequent treatment at National Spine & Pain including notes of procedures performed at Southern Maryland Hospital Center and Anne Arundel Medical Center through July 10, 2017.

I reviewed report of a rheumatology consultation on June 18, 2018, with Dr. Karkhanis regarding multiple areas of chronic pain.

I reviewed work excuse notes.

Assessment: Based on the history provided to me by Ms. Gatchell at today's evaluation, she sustained soft tissue injuries and contusions to her low back and the backs of both of her legs when she was struck by a long row of shopping carts pushed by an employee at a Walmart store on November 25, 2015.

Based on records of treatment on the date of injury at Civista Medical Center Emergency Department, I would conclude that Ms. Gatchell sustained, at the most, self-limited soft tissue injuries to the low back and buttock regions.

I do not believe that the ongoing subjective complaints expressed by Ms. Gatchell and the extension of her complaints from the low back to the mid back, neck, and head reflect complaints that were causally related to the injury of November 25, 2015.

The lengthy course of treatment that Ms. Gatchell received including the extended course of chiropractic treatment, numerous physician visits, spinal injections, and radiofrequency ablation procedures, all represent treatments that were excessive and in response to her subjective complaints. There was no objective reason to prescribe addictive narcotic medications causally related to the injury of November 25, 2015.

The objective findings of the MRI of the lumbar spine obtained on December 23, 2015, and the subsequent lumbar MRI of June 28, 2017, reflect age-related degenerative changes of the lumbar spine. These degenerative changes would not warrant any invasive treatment such as spinal injection and certainly none of the invasive injections were causally related to the self-limited event which occurred on November 25, 2015.

At the most, evaluation at the urgent care center at Civista Medical Center on the date of injury, one followup visit with a primary care physician and three to four chiropractic or physical therapy sessions reflect treatment that was reasonable, medically indicated, and causally related to the injury sustained on November 25, 2015. I do not believe

OrthoMaryland :: 2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209
OrthoMaryland.net :: 410.377.8900 :: Baltimore :: Lutherville :: Owings Mills

:: When Life Can't Wait ::

OUR PHYSICIANS
Jason P. Brokaw, M.D. :: David P. Buchalter, M.D. :: M. Ayodele Buraimoh, M.D. :: Steven L. Friedman, M.D.
Lisa J. Grant, M.D. :: Peter R. Jay, M.D. :: Robert Riederman, M.D. :: Mark S. Rosenthal, M.D.
Barry J. Waldman, M.D. :: Ian M. Weiner, M.D. :: Chad C. Zooker, M.D.

RE: Cynthia Gatchell                         D/E: 2/28/2020            Page 5

that any other treatment including a return visit to an emergency department at Fort Washington Hospital, the extended course of chiropractic treatment, treatment at Premier Orthopedics, evaluation with MRI scans, or any of the treatments at National Spine & Pain reflect treatment that was reasonable, medically necessary, and causally related to the injury of November 25, 2015. Bills and charges for these lengthy and excessive treatments were not causally related to the injury of November 25, 2015.

Ms. Gatchell's current subjective complaints are excessive in view of the objective findings. There are components of her physical examination of the lumbar spine which indicate self-limiting behavior. I do not believe Ms. Gatchell has sustained any permanent injury or impairment that would be causally related to the self-limited event which occurred on November 25, 2015.

Ms. Gatchell will not require any future treatment that would be causally related to the injury of November 25, 2015. She has clearly reached the point of maximum medical improvement following this event.

Please contact me if I may provide further information to you regarding Ms. Gatchell.

The opinions in this report are based on clinical examination and documentation. Conclusions are stated with a reasonable degree of medical certainty.

By: Robert Riederman, M.D.
I am a board certified Orthopedic Surgeon.

RR:falex6/Syed/Dictated but not read.

cc:   Kelly S. Kylis, Associate(Autofax)

OrthoMaryland  ::  2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209
OrthoMaryland.net  ::  410.377.8900  ::  Baltimore  ::  Lutherville  ::  Owings Mills

:: When Life Can't Wait ::

OUR PHYSICIANS
Jason P. Brokaw, M.D. :: David P. Buchalter, M.D. :: M. Ayodele Buraimoh, M.D. :: Steven L. Friedman, M.D.
Lisa J. Grant, M.D. :: Peter R. Jay, M.D. :: Robert Riederman, M.D. :: Mark S. Rosenthal, M.D.
Barry J. Waldman, M.D. :: Ian M. Weiner, M.D. :: Chad C. Zooker, M.D.